IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant LinkPlay Technology Inc. to answer, move or otherwise respond to the Complaint is extended through and including March 28, 2024.

/s/ Philip A. Rovner
Philip A. Rovner (No. 3215)
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorneys for Plaintiff*

Dated: February 27, 2024

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Lindsey M. Geller (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
lgeller@shawkeller.com
*Attorneys for Defendant*

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge