IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC., | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LinkPlay Technology Inc., a non-governmental entity, through its undersigned counsel states that LinkPlay Technology Inc. is a wholly-owned subsidiary of LinkPlay Technology, Inc., Nanjing. No other publicly-held corporation owns 10% or more of the stock of LinkPlay Technology Inc.

|  |  |
|---|---|
| | */s/ Karen E. Keller* |
| | Karen E. Keller (No. 4489) |
| | Lindsey M. Geller (No. 7202) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Mandy Song, Ph. D. | Wilmington, DE 19801 |
| Gavin Ye, Ph. D. | (302) 298-0700 |
| Kris Teng | kkeller@shawkeller.com |
| BAYES PLLC | lgellar@shawkeller.com |
| 8260 Greensboro Dr Suite 625, | *Attorneys for Defendant* |
| McLean, VA 22102 | |
| (703) 995-9887 | |

Dated: February 27, 2024

1