AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| SONOS, INC., <br><br> *Plaintiff(s)* <br> v. <br> LINKPLAY TECHNOLOGY INC. and <br> LINKPLAY TECHNOLOGY, INC., NANJING <br><br> *Defendant(s)* | Civil Action No. 24-cv-131-JNR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LINKPLAY TECHNOLOGY, INC., NANJING
c/o Dr. Lifeng Zhao
891 W. Washington Avenue
Sunnyvale, California 94086
USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000; provner@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 04/23/2024

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-131-JNR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney:<br>Lee Sullivan Shea & Smith, LLP<br>656 W. Randolph St<br>Suite 5W<br>Chicago, IL 60661<br>Telephone No: 312-754-9602 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, District of Delaware | | | | | |
| Plaintiff: Sonos, Inc. | | | | | |
| Defendant: Linkplay Technology, et al | | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>24-CV-131-JNR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint

3. a. Party served: Linkplay Technology, Inc., Nanjing, by serving Dr. Lifeng Zhao, Agent
   b. Person served: Lifeng Zhao, Agent

4. Address where the party was served: 981 W. Washington Avenue
   Sunnyvale, CA 94086

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Apr. 23, 2024 (2) at: 2:25PM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kyle A. Dominguez
   b. **Bender's Legal Service, Inc.**
      1625 The Alameda
      Suite 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   d. **The Fee** for Service was: $120.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: PS1812
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Apr. 24, 2024

   (Kyle A. Dominguez)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Actio

lss&s.300562