IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that (i) the deadline for Defendant Linkplay Technology, Inc., Nanjing to answer, move or otherwise respond to the Amended Complaint is extended through and including May 17, 2024, and (ii). Defendant Linkplay Technology, Inc., Nanjing will not raise, in a motion, answer, or other responsive pleading, a defense based on insufficient or improper process or service of process.

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Karen E. Keller* |
| Philip A. Rovner (No. 3215) | Karen E. Keller (No. 4489) |
| POTTER ANDERSON & CORROON LLP | Lindsey M. Gellar (No. 7202) |
| P.O. Box 951 | SHAW KELLER LLP |
| Wilmington, DE 19899 | I.M. Pei Building |
| (302) 984-6000 | 1105 North Market Street, 12th Floor |
| provner@potteranderson.com | Wilmington, DE 19801 |
| *Attorney for Plaintiff Sonos, Inc.* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | lgellar@shawkeller.com |
| | *Attorneys for Defendants Linkplay Technology Inc. and Linkplay Technology, Inc., Nanjing* |
| Dated: May 9, 2024 | |

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge