# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-131-JNR |
| v. | ) |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) **JURY TRIAL DEMANDED** |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that before 5:00p.m. on May 2, 2024, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**PLAINTIFF'S FIRST SET OF FACT DISCOVERY REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS LINKPLAY TECHNOLOGY INC. AND LINKPLAY TECHNOLOGY, INC., NANJING**

**PLAINTIFF'S FIRST SET OF FACT DISCOVERY INTERROGATORIES TO DEFENDANTS LINKPLAY TECHNOLOGY INC. AND LINKPLAY TECHNOLOGY, INC., NANJING**

**BY EMAIL**

| | |
|---|---|
| John W. Shaw | Mandy Song, Ph. D. |
| Karen Elizabeth Keller | Gavin Ye, Ph. D. |
| Emily DiBenedetto | Kris Teng |
| Shaw Keller LLP | BAYES PLLC |
| I.M. Pei Building | 8260 Greensboro Dr., Suite 625 |
| 1105 North Market Street, 12th Floor | McLean, VA 22102 |
| Wilmington, DE 19801 | mandy.song@bayes.law |
| jshaw@shawkeller.com | gavin.ye@bayes.law |
| kkeller@shawkeller.com | kris.teng@bayes.law |
| edibenedetto@shawkeller.com | |

OF COUNSEL:

George I. Lee
Sean M. Sullivan
Rory P. Shea
J. Dan Smith
Michael P. Boyea
Cole B. Richter
Jae Y. Pak
Lee Sullivan Shea & Smith LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
(312) 754-9602

Dated: May 13, 2024
11489408

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
　　Philip A. Rovner (#3215)
　　P.O. Box 951
　　Wilmington, DE 19899
　　(302) 984-6000
　　provner@potteranderson.com

*Attorneys for Plaintiff Sonos, Inc.*

2