IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
|     Plaintiff, | ) ) ) |
|         v. | ) ) C.A. No. 24-131-JNR |
| LINKPLAY TECHNOLOGY INC. and LINK PLAY TECHOLOGY, INC., NANJING, | ) ) ) ) ) |
|     Defendants. | ) ) |

**LINKPLAY CN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND LINKPLAY DEFENDANTS' MOTION TO TRANSFER TO THE <u>NORTHERN DISTRICT OF CALIFORNIA</u>**

Defendants Linkplay Technology Inc. ("Linkplay US") and Linkplay Technology, Inc. Nanjing ("Linkplay CN") (collectively "Linkplay") hereby respectfully move the Court to dismiss Linkplay CN for lack of personal jurisdiction in the District of Delaware. Both Linkplay defendants also move to transfer this action to the Northern District of California, regardless of whether Linkplay CN is dismissed. The grounds for this Motion are set forth in the accompanying Opening Brief filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL:<br>Mandy Song, Ph. D.<br>Gavin Ye, Ph. D.<br>Kris Teng<br>BAYES PLLC<br>8260 Greensboro Dr Suite 625,<br>McLean, VA 22102<br>(703) 995-9887<br><br>Dated: May 17, 2024 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Defendants LinkPlay Technology Inc. and LinkPlay Technology, Inc., Nanjing* |

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, Delaware counsel for the parties met and conferred, verbally via teleconference, on May 15, 2024 regarding Defendants' Motion to Transfer Venue to the Northern District of California, and the parties were unable to reach an agreement on the relief sought therein.

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendants LinkPlay Technology Inc.*
*and LinkPlay Technology, Inc., Nanjing*