IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants LinkPlay Technology Inc. and LinkPlay Technology, Inc., Nanjing to file a reply to their Motion to Dismiss for Lack of Jurisdiction and Motion to Transfer Case to the Northern District of California (D.I. 48) is extended through and including June 14, 2024.

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Karen E. Keller* |
| Philip A. Rovner (No. 3215) | Karen E. Keller (No. 4489) |
| POTTER ANDERSON & CORROON LLP | Lindsey M. Gellar (No. 7202) |
| P.O. Box 951 | SHAW KELLER LLP |
| Wilmington, DE 19899 | I.M. Pei Building |
| (302) 984-6000 | 1105 North Market Street, 12th Floor |
| provner@potteranderson.com | Wilmington, DE 19801 |
| *Attorney for Plaintiff Sonos, Inc.* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | lgellar@shawkeller.com |
| | *Attorneys for Defendants Linkplay* |
| | *Technology Inc. and Linkplay Technology,* |
| Dated: June 3, 2024 | *Inc., Nanjing* |

SO ORDERED this 4th day of June, 2024.

                                                        s/ J. Nicholas Ranjan  
                                                     United States District Court Judge