# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-131-JNR |
| v. | ) |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) **JURY TRIAL DEMANDED** |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that before 5:00p.m. on June 11, 2024, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S SECOND SET OF FACT DISCOVERY REQUESTS
FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS
LINKPLAY TECHNOLOGY INC. AND LINKPLAY TECHNOLOGY, INC., NANJING

## BY EMAIL

| | |
|---|---|
| John W. Shaw | Mandy Song, Ph. D. |
| Karen Elizabeth Keller | Gavin Ye, Ph. D. |
| Emily DiBenedetto | Kris Teng |
| Shaw Keller LLP | BAYES PLLC |
| I.M. Pei Building | 8260 Greensboro Dr., Suite 625 |
| 1105 North Market Street, 12th Floor | McLean, VA 22102 |
| Wilmington, DE 19801 | mandy.song@bayes.law |
| jshaw@shawkeller.com | gavin.ye@bayes.law |
| kkeller@shawkeller.com | kris.teng@bayes.law |
| edibenedetto@shawkeller.com | |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| George I. Lee<br>Sean M. Sullivan<br>Rory P. Shea<br>J. Dan Smith<br>Michael P. Boyea<br>Cole B. Richter<br>Jae Y. Pak<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St, 5W<br>Chicago, IL 60661<br>(312) 754-0002 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiff Sonos, Inc.* |

Dated: June 11, 2024
11557222