# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 24-131-JNR |
| v. ) | |
| ) | |
| LINKPLAY TECHNOLOGY INC. and ) | **JURY TRIAL DEMANDED** |
| LINKPLAY TECHNOLOGY, INC., ) | |
| NANJING, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on August 23, 2024, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S THIRD SET OF FACT DISCOVERY INTERROGATORIES TO
DEFENDANTS LINKPLAY TECHNOLOGY INC. AND
LINKPLAY TECHNOLOGY, INC., NANJING

## BY EMAIL

John W. Shaw
Karen Elizabeth Keller
Emily DiBenedetto
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
edibenedetto@shawkeller.com

Mandy Song, Ph. D.
Gavin Ye, Ph. D.
Kris Teng
BAYES PLLC
8260 Greensboro Dr., Suite 625
McLean, VA 22102
mandy.song@bayes.law
gavin.ye@bayes.law
kris.teng@bayes.law

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| George I. Lee<br>Sean M. Sullivan<br>Rory P. Shea<br>J. Dan Smith<br>Michael P. Boyea<br>Cole B. Richter<br>Jae Y. Pak<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St, 5W<br>Chicago, IL 60661<br>(312) 754-0002 | By: */s/ Philip A. Rovner*<br>     Philip A. Rovner (#3215)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, DE 19899<br>     (302) 984-6000<br>     provner@potteranderson.com<br><br>*Attorneys for Plaintiff Sonos, Inc.* |

Dated: August 23, 2024
11710086