IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 28, 2024, a copy of the following document was served on LS3_team@ls3ip.com and on the persons listed below in the manner indicated:

1. Defendant Linkplay Technology Inc.'s Invalidity Contentions

**BY EMAIL**

Philip A. Rovner
POTTER ANDERSON
 & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Michael P. Boyea
Cole B. Richter
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
(312) 754-9602
boyea@ls3ip.com
richter@ls3ip.com

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
|  | Emily S. DiBenedetto (No. 6779) |
|  | Lindsey M. Gellar (No. 7202) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Mandy Song, Ph. D. | 1105 North Market Street, 12th Floor |
| Gavin Ye, Ph. D. | Wilmington, DE 19801 |
| Kris Teng | (302) 298-0700 |
| BAYES PLLC | kkeller@shawkeller.com |
| 8260 Greensboro Dr Suite 625, | arussell@shawkeller.com |
| McLean, VA 22102 | edibenedetto@shawkeller.com |
| (703) 995-9887 | lgellar@shawkeller.com |
|  | *Attorneys for Defendants LinkPlay* |
| Dated: October 29, 2024 | *Technology Inc. and LinkPlay Technology,* |
|  | *Inc., Nanjing* |

2