IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 14, 2024, the following documents were served on LS3_team@ls3ip.com and on the persons listed below in the manner indicated:

1. Linkplay Defendants' 3rd Set of Interrogatories to Sonos, Inc. (Nos. 19 – 20)

2. Linkplay Defendants' 2nd Set of Requests for Production to Sonos, Inc. (Nos. 110 – 137)

    **BY EMAIL**
    Philip A. Rovner
    POTTER ANDERSON
    &amp; CORROON LLP
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

<table>
<tr><td>

OF COUNSEL:<br>
Mandy Song, Ph. D.<br>
Gavin Ye, Ph. D.<br>
Kris Teng<br>
BAYES PLLC<br>
8260 Greensboro Dr Suite 625,<br>
McLean, VA 22102<br>
(703) 995-9887<br>
<br>
Dated: November 18, 2024

</td><td>

/s/ Andrew E. Russell<br>
Karen E. Keller (No. 4489)<br>
Andrew E. Russell (No. 5382)<br>
SHAW KELLER LLP<br>
I.M. Pei Building<br>
1105 North Market Street, 12th Floor<br>
Wilmington, DE 19801<br>
(302) 298-0700<br>
kkeller@shawkeller.com<br>
arussell@shawkeller.com<br>
*Attorneys for Defendants LinkPlay Technology Inc. and LinkPlay Technology, Inc., Nanjing*

</td></tr>
</table>