# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC.,<br><br>          Plaintiff,<br><br>          v.<br><br>LINKPLAY TECHNOLOGY INC. and<br>LINKPLAY TECHNOLOGY, INC.,<br>NANJING,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-131-JNR<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 16, 2024, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF SONOS, INC.'S OBJECTIONS AND RESPONSES TO LINKPLAY'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 110-137)

PLAINTIFF SONOS, INC.'S OBJECTIONS AND RESPONSES TO LINKPLAY'S THIRD SET OF INTERROGATORIES (NOS. 19 & 20) [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]

## BY EMAIL

| | |
|---|---|
| John W. Shaw<br>Karen Elizabeth Keller<br>Emily DiBenedetto<br>Andrew E. Russell<br>Lindsey M. Gellar<br>Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>SKLinkplay@shawkeller.com | Mandy Song, Ph. D.<br>Gavin Ye, Ph. D.<br>Kris Teng<br>BAYES PLLC<br>8260 Greensboro Dr., Suite 625<br>McLean, VA 22102<br>kris.teng@bayes.law<br>linkplay-bayes@bayes.law |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

OF COUNSEL:

George I. Lee  
Sean M. Sullivan  
Rory P. Shea  
J. Dan Smith  
Michael P. Boyea  
Cole B. Richter  
Jae Y. Pak  
LEE SULLIVAN SHEA & SMITH LLP  
656 W Randolph St, 5W  
Chicago, IL 60661  
(312) 754-0002  

Dated: December 17, 2024  
11932246

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*  
 Philip A. Rovner (#3215)  
 Hercules Plaza  
 P.O. Box 951  
 Wilmington, DE 19899  
 (302) 984-6000  
 provner@potteranderson.com  

*Attorneys for Plaintiff Sonos, Inc.*

2