IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-131-JNR |
| ) | |
| LINKPLAY TECHNOLOGY INC. and ) | |
| LINKPLAY TECHOLOGY, INC., ) | |
| NANJING, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO EXTEND TIME

WHEREAS, Plaintiff Sonos, Inc. has moved to amend its complaint to add an additional patent and an additional defendant, Origin Acoustics (D.I. 120);

WHEREAS, Defendants Linkplay Technology Inc. and Linkplay Technology, Inc. Nanjing do not oppose the amendment to add the patent as long as appropriate schedule adjustments are made;

WHEREAS, the current parties have agreed and anticipate jointly requesting around a 90-day extension to all current dates to accommodate the new patent and new party;

WHEREAS, in the interim, the parties respectfully seek to extend the most imminent deadlines; and

WHEREAS, both parties agree that, by joining this stipulation or by consenting to the filing of the amended complaint, neither party has waived any right to participate in further scheduling discussions or to seek further schedule adjustments after Origin Acoustics joins the case;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines are extended as follows:

| Original Date | Revised Date | Event |
|---|---|---|
| 2024-12-23 | 2025-04-04 | Exchange claim terms/phrases for construction |
| 2025-01-10 | 2025-04-14 | Exchange constructions and intrinsic evidence |
| 2025-01-20 | 2025-04-25 | Joint claim construction chart |
| 2025-02-24 | 2025-05-23 | Defendants' production of any opinion of counsel |
| 2025-02-24 | 2025-05-23 | Plaintiff's opening *Markman* brief |
| 2025-03-10 | 2025-06-10 | Defendants' answering *Markman* brief |
| 2025-03-24 | 2025-06-24 | Plaintiff's reply *Markman* brief |
| 2025-04-07 | 2025-07-07 | Defendants' sur-reply *Markman* brief |
| 2025-04-14 | 2025-07-14 | Joint *Markman* brief |

/s/ *Philip A. Rovner*
Philip A. Rovner (No. 3215)
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff Sonos, Inc.*

Dated: December 18, 2024

/s/ *Andrew E. Russell*
Karen E. Keller (No. 5382)
Andrew E. Russell
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
lgellar@shawkeller.com

*Attorneys for Defendants Linkplay Technology Inc. and Linkplay Technology, Inc., Nanjing*

SO ORDERED this _____ day of December, 2024.

_____
United States District Judge