### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONOS, INC., | ) | |
|        Plaintiff, | ) | |
| | ) | |
|        v. | ) | C.A. No. 24-131-JNR |
| | ) | |
| LINKPLAY TECHNOLOGY INC. and | ) | |
| LINKPLAY TECHNOLOGY, INC., NANJING, | ) | JURY TRIAL DEMANDED |
| | ) | |
|        Defendants. | ) | |

## ORDER

The parties filed a joint stipulation to extend imminent deadlines (ECF 121) due to Sonos's unopposed motion for leave to file a second amended complaint. ECF 120. IT IS ORDERED that Sonos's motion for leave to file a second amended complaint is GRANTED and the parties' joint stipulation to extend deadlines is APPROVED. The following chart reflects the new deadlines:

### Chart of Amended Deadlines

| Date | Event |
|---|---|
| 2025-04-04 | Exchange claim terms/phrases for construction |
| 2025-04-14 | Exchange constructions and intrinsic evidence |
| 2025-04-25 | Joint claim construction chart |
| 2025-05-23 | Defendants' production of any opinion of counsel |
| 2025-05-23 | Plaintiff's opening *Markman* brief |
| 2025-06-10 | Defendants' answering *Markman* brief |
| 2025-06-24 | Plaintiff's reply *Markman* brief |
| 2025-07-07 | Defendants' sur-reply *Markman* brief |
| 2025-07-14 | Joint *Markman* brief |

-2-

IT IS FURTHER ORDERED that the claim construction hearing, previously scheduled at 10:00 a.m. on **May 6, 2025**, is CANCELLED to be re-set by a future order of Court.

/s/ J. Nicholas Ranjan
UNITED STATES DISTRICT JUDGE