IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 19, 2024, the following document was served on LS3_team@ls3ip.com and on the persons listed below in the manner indicated:

1. Defendants Linkplay Technology Inc. and Linkplay Technology Inc., Nanjing's Invalidity Contentions

**BY EMAIL**

| | |
|---|---|
| Philip A. Rovner | Michael P. Boyea |
| POTTER ANDERSON | Cole B. Richter |
| & CORROON LLP | LEE SULLIVAN SHEA & SMITH LLP |
| Hercules Plaza | 656 W. Randolph St., Floor 5W |
| P.O. Box 951 | Chicago, IL 60661 |
| Wilmington, DE 19899 | (312) 754-9602 |
| (302) 984-6000 | boyea@ls3ip.com |
| provner@potteranderson.com | richter@ls3ip.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Mandy Song, Ph. D.<br>Gavin Ye, Ph. D.<br>Kris Teng<br>BAYES PLLC<br>8260 Greensboro Dr Suite 625,<br>McLean, VA 22102<br>(703) 995-9887<br><br>Dated: December 20, 2024 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Defendants LinkPlay Technology Inc. and LinkPlay Technology, Inc., Nanjing* |