IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME

At the request of Defendant Origin Acoustics, LLC ("Defendant"), Plaintiff Sonos, Inc. respectfully moves to extend the deadline for Defendant to answer, move, or otherwise respond to the Second Amended Complaint (D.I. 123) until February 24, 2025.

OF COUNSEL:

George I. Lee
Sean M. Sullivan
Rory P. Shea
J. Dan Smith
Michael P. Boyea
Cole B. Richter
Jae Y. Pak
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, 5W
Chicago, IL 60661
(312) 754-0002

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff Sonos, Inc.*

Dated: December 24, 2024
11944743

SO ORDERED this 26th day of December, 2024.

s/ J. Nicholas Ranjan
United States District Court Judge