## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
|   Plaintiff, | ) ) ) |
|   | ) C.A. No. 24-131-JNR |
| v. | ) ) |
| LINKPLAY TECHNOLOGY INC. LINKPLAY TECHNOLOGY, INC., NANJING, and ORIGIN ACOUSTICS, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
|   Defendants. | ) ) |

### UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Sonos, Inc. respectfully moves to extend the deadline for Defendant, Origin Acoustics, LLC, to answer, move, or otherwise respond to the Second Amended Complaint (D.I. 123) until April 7, 2025.

OF COUNSEL:

George I. Lee
Sean M. Sullivan
Rory P. Shea
J. Dan Smith
Michael P. Boyea
Cole B. Richter
Jae Y. Pak
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, 5W
Chicago, IL 60661
(312) 754-0002

Dated: March 24, 2025
12131618

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
     Philip A. Rovner (#3215)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE 19899
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Plaintiff Sonos, Inc.*

SO ORDERED this _____ day of March, 2025.

                                                                                             _____

                                                                                               United States District Judge