IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-131-JNR |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) |
| LINKPLAY TECHOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

WHEREAS, on April 4, 2025, the Court ordered a 30-day extension of certain deadlines concerning claim construction for the asserted claims of the subject patents; and

WHEREAS, the current parties have agreed to dates implementing the previously-agreed to 90-day extension to all other current dates;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the below deadlines are extended as follows:

| Original Date | Revised Date | Event |
|---|---|---|
| 2025-04-04 | 2025-05-05 | Exchange claim terms/phrases for construction |
| 2025-04-14 | 2025-05-14 | Exchange constructions and intrinsic evidence |
| 2025-04-25 | 2025-05-27 | Joint claim construction chart |
| 2025-05-23 | No change | Defendants' production of any opinion of counsel |
| 2025-05-23 | 2025-06-23 | Plaintiff's opening Markman brief |
| 2025-06-10 | 2025-07-11 | Defendants' answering Markman brief |
| 2025-06-24 | 2025-07-25 | Plaintiff's reply Markman brief |
| 2025-07-07 | 2025-08-07 | Defendants' sur-reply Markman brief |
| 2025-07-14 | 2025-08-15 | Joint Markman brief |
| 2025-05-12 | 2025-08-15 | Final Privilege Logs |
| N/A | 2025-09-04 | Hearing on Claim Construction |
| 2025-09-25 | 2025-12-23 | Discovery Cut-off |
| 2025-08-01 | 2025-10-31 | Plaintiff's Final Infringement Contentions |
| 2025-09-05 | 2025-12-05 | Defendant's Final Invalidity Contentions |
| 2025-09-09 | 2025-12-09 | Opening Expert Reports |
| 2025-10-07 | 2026-01-07 | Expert Rebuttal Reports |
| 2025-10-28 | 2026-01-28 | Expert Reply Reports |
| 2025-11-18 | 2026-02-18 | Close of Expert Discovery |
| 2025-12-12 | 2026-03-12 | Case Dispositive and Daubert Motions |
| 2026-01-08 | 2026-04-08 | Case Dispositive and Daubert Responses |
| 2026-01-22 | 2026-04-22 | Case Dispositive and Daubert Replies |
| 2026-04-22 | 2026-07-20 | Pretrial Conference |
| 2026-05-04 | 2026-08-10 | Jury Trial |

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Emily S. DiBenedetto* |
| Philip A. Rovner (No. 3215) | Karen E. Keller (No. 5382) |
| POTTER ANDERSON & CORROON LLP | Andrew E. Russell (No. 5382) |
| P.O. Box 951 | Emily S. DiBenedetto (No. 6779) |
| Wilmington, DE 19899 | SHAW KELLER LLP |
| (302) 984-6000 | I.M. Pei Building |
| provner@potteranderson.com | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| *Attorneys for Plaintiff Sonos, Inc.* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | |
| | *Attorneys for Defendants Linkplay Technology Inc. and Linkplay Technology, Inc., Nanjing* |
| Dated: April 7, 2025 | |

SO ORDERED this 8th day of April, 2025.

s/ J. Nicholas Ranjan<br>
United States District Judge

3