# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 24-131-JNR |
| v. | ) ) |
| LINKPLAY TECHNOLOGY INC. LINKPLAY TECHNOLOGY, INC., NANJING, and ORIGIN ACOUSTICS, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

It is hereby STIPULATED AND AGREED by and between the parties, and subject to the approval of the Court, that the operative scheduling order (D.I. 44) as amended by the Court's Orders (D.I. 122, D.I. 159 and D.I. 160) is amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Sonos reduces its asserted claims to no more than 10 claims per patent | n/a | May 9, 2025 |
| Linkplay reduces its prior art invalidity grounds to no more than 10 grounds per patent and serves a supplemental identification of terms for construction | n/a | May 16, 2025 |
| The Parties exchange constructions | May 14, 2025 | May 21, 2025 |
| The Parties meet and confer to narrow the total number of terms to brief | n/a | May 27, 2025 |
| The Parties exchange intrinsic evidence for disputed terms | May 14, 2025 | June 3, 2025 |
| Joint Claim Construction Chart | May 27, 2025 | June 5, 2025 |
| Plaintiff's Opening *Markman* brief | June 23, 2025 | June 25, 2025 |

| Defendant's Answering *Markman* brief | July 11, 2025 | July 14, 2025 |
|---|---|---|
| Plaintiff's Reply *Markman* brief | July 25, 2025 | July 28, 2025 |
| Defendant's Sur-reply *Markman* brief | August 7, 2025 | August 8, 2025 |
| Joint *Markman* brief | August 15, 2025 | No Change |
| Hearing on Claim Construction | September 4, 2025 | No Change |

No other portions of the scheduling order or deadlines are affected by this stipulation.

Dated: May 12, 2025

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Andrew M. Moshos (#6685)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   amoshos@potteranderson.com

  *Attorneys for Plaintiff Sonos, Inc.*

SHAW KELLER LLP

By:  */s/ Emily S. DiBenedetto*
   Karen E. Keller (#4489)
   Andrew E. Russell (#5382)
   Emily S. DiBenedetto (#6779)
   I.M. Pei Building
   1105 North Market Street, 12th Floor
   Wilmington, DE 19801
   kkeller@shawkeller.com
   arussell@shawkeller.com
   edibenedetto@shawkeller.com

  *Attorneys for Defendants Linkplay Technology Inc. and Linkplay Technology, Inc., Nanjing*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2025

   /s/ J. Nicholas Ranjan
   UNITED STATES DISTRICT JUDGE