# Exhibit 10

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/013,882 | 12/27/2016 | 7571014 | 04-0601-REEXAM (15-536) | 8704 |

107361          7590          04/20/2017
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| STEELMAN, MARY J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/20/2017 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Christopher J. Rourk
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/013,882*.

PATENT NO. *7571014*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

/Mary  Steelman/

Primary Examiner

PTOL-465 (Rev.07-04)

Art Unit: 3992

| *Office Action in Ex Parte Reexamination* | Control No. 90/013,882 | Patent Under Reexamination 7571014 |
| | Examiner MARY STEELMAN | Art Unit 3992 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☒ Responsive to the communication(s) filed on *12/21/2016, 12/27/2016* .

     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire *3* month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.

2. ☐ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

Part II    SUMMARY OF ACTION

1a. ☒ Claims *1,8,16,18,21,25 and 38* are subject to reexamination.

1b. ☒ Claims *2-7,9-15,17,19,20,22-24,26-37 and 39-44* are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☒ Claims *1,8,16,18,21,25 and 38* are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been (7a) ☐ approved (7b) ☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All  b) ☐ Some*  c) ☐ None    of the certified copies have

     1 ☐ been received.

     2 ☐ not been received.

     3 ☐ been filed in Application No. _____ .

     4 ☐ been filed in reexamination Control No. _____.

     5 ☐ been received by the International Bureau in PCT application No. _____.

     * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-13)    **Office Action in Ex Parte Reexamination**    Part of Paper No. 20170404

Application/Control Number: 90/013,882                                    Page 2

Art Unit: 3992

The present application is being examined under the pre-AIA first to invent provisions.

### *Ex Parte* Reexamination Non Final Office Action,

The Third Party Request (Request file date 12/21/2016, superseded by Request file date 12/27/2016 to include the reexamination of claim 25) for *ex parte* reexamination of claims 1, 8, 16, 18, 21, 25, and 38 of USPN 7,571,014 to Robert A. Lambourne and Nicholas A. J. Millington is acknowledged.  A substantial new question of patentability affecting claims 1, 8, 16, 18, 21, 25, and 38 of USPN 7,571,014 (hereinafter "'014") has been determined in the Order Granting *Ex Partes* Reexamination (hereafter the "Order") mailed 01/26/2017.  The Request and Appendices A, B, and C, received 12/27/2016, are incorporated by reference.  The reexamination control number is 90/013882.

The earliest priority afforded to US 7,571,014 is 04/01/2004.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "a Patent Applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

### **<u>Ongoing Duty to Disclose</u>**

Application/Control Number: 90/013,882                                    Page 3
Art Unit: 3992

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise

the Office of any litigation activity, or other prior or concurrent proceeding, involving the patent

under reexamination throughout the course of this reexamination proceeding.  The third party

requester is also reminded of the ability to similarly appraise the Office of any such activity or

proceeding throughout the course of this reexamination proceeding.

**Litigation**

Litigation was found by the office:  Sonos Inc. v. D&M Holdings Inc. et al.  1:14cv1330.

**Prior Art References Relied Upon in the Request**

A substantial new question of patentability affecting claims 1, 8, 16, 18, 21, 25, and 38 of the

'014 patent is raised by the request for *ex parte* reexamination.  A total of six references (Isely,

UPnP Standard collection of documents, Microsoft UPnP and NexSys, Berezowski, and

Tomassetti)  have been asserted in the Request as providing teachings relevant to the claims of

the '014 patent:

In view of the Order, the one or more of the references raise a reasonable likelihood that the

requester will prevail with respect to at least one of the patent claims challenged in the request.

The following proposed rejections are the main issues to be discussed.

**1.  The UPnP Standard**, a collection of documents:  Universal Plug and Play ("UPnP") AV

Architecture:1 For UPnP™ Version 1.0, June 25, 2002 ("UPnP AV");  RenderingControl:1

Application/Control Number: 90/013,882                                    Page 4
Art Unit: 3992

Service Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002 ("**UPnP Rendering**

**Control**");   MediaServer:1 Device Template Version 1.01 For UPnP™ Version 1.0, June

25, 2002 ("**UPnP Media Server**");   Universal Plug and Play Device Architecture V. 1.0, June 8,

2000 ("**UPnP Architecture**");   MediaRenderer:1 Device Template Version 1.01 For UPnP™

Version 1.0, June 25, 2002 ("**UPnP Media Renderer**").  All documents are prior art to the '014

patent under reexamination.  See Request 12/27/2016, pp. 26-34, incorporated by reference.

The UPnP Standard has not been previously applied to rejections made in the prosecution of

'014.

**2.  Universal Plug and Play (UPnP) MS UPnP** (August 2001, Tom Fount, 18 pages),

(hereinafter "**MS UPnP**" or "**Microsoft UPnP**").  Microsoft UPnP is prior art to the '014 patent

under reexamination. See Request 12/27/2016, pp. 26-34, incorporated by reference.

MS UPnP has not been previously applied to rejections made in the prosecution of '014.

**3. US Patent Application 2002/0124097 to Isely (hereinafter "Isely")**; file date 12/29/2000.

Isely is prior art to the '014 patent under reexamination. The **Request 12/27/2016, pp. 34-40 is**

incorporated by reference.

Isely was previously used in the prosecution of US 7,571,014, but presents a substantial new

question of patentability in a new light ([0041], the "characteristics" of Isely that could be

Application/Control Number: 90/013,882                                      Page 5
Art Unit: 3992

controlled and adjusted included the average volume of a group of players and because the

various standards that are disclosed in Isely, such as the UPnP Standard, disclose the claimed

functionality). Isely is presented with a new combination of prior art in the rejection of

requested claims.


Portions of Isely were not cited or discussed on the record during prior prosecution, and would

be considered important to a reasonable examiner. The relevant portions of Isely disclose the

adjustment of an average volume level of multiple devices and Isely is not limited to the

portions that only disclose the display of "volume." Isely disclosed control of "characteristics,"

where a characteristic can include a volume that is adjusted as part of a group from a minimum

setting at startup, and the adjustment results in a synchronous change in the average volume level

of the players. Additionally, various standards that are disclosed in Isely, such as the UPnP

Standard, disclose the claimed functionality.


**4. NexSys Computer Controlled Audio Systems**, version 3.0, Software Manual (hereinafter

"**NexSys**") (August 1997), 76 pages. NexSys is prior art to the '014 patent under reexamination.

See Request 12/27/2016, pp. 42-44, incorporated by reference.


NexSys has not been previously applied to rejections made in the prosecution of '014.

Application/Control Number: 90/013,882                                   Page 6
Art Unit: 3992

**5. US 7,218,708 to Berezowski et al.**, (hereinafter "**Berezowski**"); (file date 03/12/2004).

Berezowski is prior art to the '014 patent under reexamination. See Request 12/27/2016, pp. 13 & 23-24.

Berezowski was previously used in the prosecution of US 7,571,014, but presents a substantial new question of patentability here in a new light, using a new combination of prior art references.

**6. US Patent Application 2002/0188762 to Tomassetti**, (hereinafter "**Tomassetti**"); (file date 05/04/2001). Tomassetti is prior art to the '014 patent under reexamination. See Request 12/27/2016, pp. 14-15 & 42-44, incorporated by reference.

Tomassetti was previously used in the prosecution of US 7,571,014, but presents a substantial new question of patentability here in a new light, using a new combination of prior art references.

**Rejections Proposed by the Requester**

**Issue 1**: Requester has proposed that the **UPnP Standard in combination with MS UPnP**, raises a substantial new question of patentability as to claims 1, 8, 16, 18, 21, 25, and 38 of the '014 patent.  Claims 1, 8, 16, 18, 21, 25, and 38 should be rejected as obvious over UPnP in combination with MS UPnP.  See Request 90/013,882, 12/27/2016, pp. 26-34 and Appendix A, both incorporated by reference.  The proposed rejection will be entered.

Application/Control Number: 90/013,882                                    Page 7

Art Unit: 3992

**Issue 2**: Requester has proposed that Isely in combination with the **UPnP Standard, MS UPnP, and NexSys** raises a substantial new question of patentability as to claims 1, 8, 16, 18, 21, 25, and 38 of the '014 patent.  Claims 1, 8, 16, 18, 21, 25, and 38 should be rejected as obvious over Isely in combination with the UPnP Standard, MS UPnP, and NexSys.  See Request 90/013,882, 12/27/2016, pp. 34-40 and Appendix B, both incorporated by reference.  The proposed rejection will be entered.

**Issue 3**: Requester has proposed that **Berezowski in combination with Tomassetti, Isely, the UPnP Standard, MS UPnP, and NexSys** raises a substantial new question of patentability as to claims 1, 8, 16, 18, 21, 25, and 38 of the '014 patent.  Claims 1, 8, 16, 18, 21, 25, and 38 should be rejected as obvious over Berezowski in combination with Tomassetti, Isely, the UPnP Standard, MS UPnP, and NexSys.  See Request 90/013,882, 12/27/2016, pp. 34-44 and Appendix C, both incorporated by reference.  The proposed rejection will be entered.

## Rejections

## 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

Application/Control Number: 90/013,882                                              Page 8
Art Unit: 3992

**1. Claims 1, 8, 16, 18, 21, 25, and 38 are rejected under 35 USC 103(a) as obvious over Universal Plug and Play ("UPnP") AV Architecture:1 For UPnP™ Version 1.0, June 25, 2002 ("UPnP AV"); RenderingControl:1 Service Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002 ("UPnP Rendering Control"); MediaServer:1 Device Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002 ("UPnP Media Server"); Universal Plug and Play Device Architecture V. 1.0, June 8, 2000 ("UPnP Architecture"); MediaRenderer:1 Device Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002 ("UPnP Media Renderer"), (collectively referred to as "the UPnP Standard") in combination with Microsoft, Universal Plug and Play (UPnP) Client Support (8/2001) (hereinafter "Microsoft UPnP" or "MS UPnP"). (See Request pp. 2 & 26-34 and Appendix A (12/27/2016), incorporated by reference.)**

The UPnP standard was developed by the industry to provide a generic user interface for media rendering devices. See, e.g. UPnP Media Server at page 7 ("MediaServer devices are used in conjunction with one or more MediaRenderer device(s) to allow a Control Point to discover entertainment (AV) content (e.g. video, music, images, etc.) on the MediaServer and to render that content on any appropriate MediaRenderer within the home network."); UPnP Rendering Control at page 6 ("audio rendering devices allow control of audio characteristics such as volume, balance, equalizer settings, etc. The RenderingControl service is intended to provide Control Points with the ability to query and/or adjust any rendering attribute that the device supports."). The UPnP Standard explicitly discloses the control of multi-channel audio, and Control Points for user control and adjustment of any rendering attribute that a device

Application/Control Number: 90/013,882                                             Page 9
Art Unit: 3992

supports (see UPnP Rendering Control, page 1), including control of channel spatial positions,

such as Left Front, Right Front and so forth (see UPnP Rendering Control, page 16). The UPnP

Standard also explicitly discloses that multiple media renderers can be controlled by a single

media server. For example, UPnP Av discloses at page 7 that "[multiple (virtual) instances of

the AVTransport service allow the MediaServer to support multiple Renderers at the same

time.". In accordance with this disclosure, a combined UPnP Media Server and UPnP Control

Point with multiple virtual instances of the AV Transport service can support multiple other

UPnP Media Renderer devices in a zone group, such as by providing audio and controls...the

UPnP Standard explicitly discloses a standardized format for use in creating user interface

devices, such as controllers 140 and 142, for controlling media rendering devices, such as zone

players 102, 104 and 106, to interface with media servers, such as audio sources 110 and 112.


**MS UPnP** (p. 2) teaches that Windows can participate in the UPnP network and make UPnP

enabled devices and services that are connected to the network available to the user of the

Windows system and serve as a platform for building and running control point applications to

control UPnP connected devices and services. The Internet Connection Sharing (ICS) service

uses UPnP to announce the availability of the service to other computers on the network, which

are running UPnP clients.


1. **A method for controlling a plurality of players, the method comprising:**

**displaying on a screen a first list showing at least available players**;

Application/Control Number: 90/013,882                                         Page 10
Art Unit: 3992

(Request, pp. 25-26) **UPnP AV**, p. 5: system architecture controlling devices 140 and 142 (maps to UPnP Control Point), audio source 110 & 112 (maps to UPnP Media Server), and the zone players 102, 104 and 106 (maps to UPnP Media Renderer).


**Microsoft UPnP**, p. 2, "Windows can participate in the UPnP network and make UPnP enabled devices and services that are connected to the network available to the user of the Windows system. Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services. The Internet Connection Sharing (ICS) service uses UPnP to announce the availability of the service to other computers on the network, which are running UPnP clients."


Appendix A

Application/Control Number: 90/013,882                                    Page 11

Art Unit: 3992

| U.S. 7,571,914 | The UPnP Standard and Microsoft UPnP |
|---|---|
| 1. A method for controlling a plurality of players, the method comprising: | The UPnP Standard discloses a method for controlling a plurality of players (UPnP Media Renderers, which can also be combined with a UPnP Media Server in a single device, referred to herein as a "UPnP Combined Device"). The UPnP Standard was known to the inventors of the '014 Patent but was not disclosed to the Patent Office during the prosecution of the '014 Patent. An example of the manner in which Sonos copied the UPnP Standard can be seen from comparing Figure 1 of the '014 Patent with the system architecture diagram at UPnP AV, pg. 5: |



'014 Patent, Fig. 1                                        UpnP AV, pg. 5

**UPnP Control Point = '014 Controllers 140 and 142**

As can be seen above, the UPnP Standard discloses a control point that is equivalent to controllers 140 and 142 in the '014 Patent, a UPnP Media Server that is equivalent to audio source 110 and 112, and a UPnP Media Renderer that is equivalent to zone players 102, 104 and 106. The UPnP Control Point of the UPnP Standard can be implemented as an application operating on a "a wireless PDA-like device with a small display" (1P1), as well as an application operation on a person computer, tablet computer with a touch screen interface or other similar devices, and was provided for the purpose of controlling a plurality of UPnP Media Servers and UPnP Media Renderers. The UPnP Control Point can operate on a personal computer in conjunction with an operating system, such as Windows XP, which provided UPnP support. (1P4)

1

Application/Control Number: 90/013,882                    Page 12

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | **UPnP Media Server = '014 Audio Sources 110 and 112 and Zone Players 102, 104 and 106**<br>Examples of a UPnP Media Server include a "VCR, CD/DVD player/jukebox, camera, camcorder, PC, set-top box, satellite receiver, audio tape player, etc." {1P2}. The UPnP Media Server can also be combined with the UPnP Media Renderer (and with the UPnP Control Point, if desired), as was done with the zone players 102, 104 and 106 of the '014 Patent. {1P3}<br><br>**UPnP Media Renderer = '014 Zone Players 102, 104 and 106**<br>Examples of a UPnP Media Renderer include a "stereo" and "network enabled speakers." {1P1}.<br><br>In other words, '014 zone players 102, 104 and 106 provide a UPnP Combined Device, and can support multiple instantiations of those UPnP Media Servers and UPnP Media Renderers. The '014 controllers 140 and 142 are configured to act as UPnP Control Points, which can configure one of the zone players 102, 104 or 106 to be a UPnP Media Server, and to provide content to the others of zone players 102, 104 and 106 that are configured to be UPnP Media Renderers (the zone player that is the UPnP Media Server can also have a combined UPnP Media Renderer and can play local or remote content).<br><br>1P1. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>1P2. "The most common task that end-users want to perform is to render (i.e. play) individual items of content on |

2

Application/Control Number: 90/013,882                                                    Page 13

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | a specific rendering device. As shown in, Figure 3, a content playback scenario involves three distinct UPnP components: a MediaServer, a MediaRenderer, and a UPnP Control Point. These three components (each with a well-defined role) work together to accomplish the task. In this scenario, the MediaServer contains (entertainment) content that the user wants to render (e.g. display or listen to) on the MediaRenderer. The user interacts with the Control Point's UI to locate and select the desired content on the MediaServer and to select the target MediaRenderer. The MediaServer contains or has access to a variety of entertainment content, either stored locally or stored on an external device that is accessible via the MediaServer. The MediaServer is able to access its content and transmit it to another device via the network using some type of transfer protocol. The content exposed by the MediaServer may include arbitrary types of content including video, audio, and/or still images. The content is transmitted over the network using a transfer protocol and data format that is that is understood by the MediaServer and MediaRenderer. MediaServers may support one or multiple transfer protocols and data formats for each content item or be able to convert the format of a given content item into another formats on the fly. Examples of a MediaServer include a VCR, CD/DVD player/jukebox, camera, camcorder, PC, set-top box, satellite receiver, audio tape player, etc." UPnP AV pg. 5. |
| | ¶P3. "As described in the above scenario, three distinct entities are involved: the Control Point, the source of the media content (called the "MediaServer"), and the sink for the content (called the "MediaRenderer"). Throughout the remainder of the document, all three entities are described as if they were independent devices on the network. Although this configuration may be common (i.e. a remote control, a VCR, and a TV), the AV Architecture supports arbitrary combinations of these entities within a single physical device. For example, a TV can be treated as a rendering device (e.g. a display). However, since most TVs contain a built-in tuner, the TV can also act as a server device because it could tune to a particular channel and send that content to a MediaRenderer (e.g. its local display or some remote device such as a tuner-less display). Similarly, many MediaServers and/or MediaRenderers may also include Control Point functionality. For example, an MP3 Renderer will likely have some UI controls (e.g. a small display and some buttons) that allow the user to control the playback of music." UPnP AV, pg. 5. |
| | ¶P4. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |

3

**displaying, when at least one of the players is selected as a zone group head, on the screen a**

**second list showing at least some of the players that are eligible to be grouped with the zone**

**group head;**

(Request, 12/27/2016, p. 26) **UPnP AV,** p. 9, "Control Points coordinate the operation of the

MediaServer and the MediaRenderer, usually in response to user interaction with the

Control Point's UI. The following describes a generic Control Point algorithm that can be used to

interact with a wide variety of MediaServer and MediaRenderer implementations 1. Discover

Application/Control Number: 90/013,882                                                          Page 14
Art Unit: 3992

AV Devices: Using UPnP's Discovery mechanism, MediaServers and MediaRenderers in the

home network are discovered."


Thus, the UPnP Standard discloses displaying on a screen a first list showing at least available

players (media servers); and displaying, when at least one of the players is selected as a zone

group head, on the screen a second list showing at least some of the players that are eligible to be

grouped with the zone group head (media renderers).


Appendix A

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| 1A) displaying on a screen a first list showing at least available players; | The UPnP Standard discloses that UPnP Control Points display UPnP presentation pages, and that UPnP presentation pages are written in HTML version 3.0 or higher. (1A15). HTML includes list display mechanisms. The UPnP Standard also discloses a discovery service for locating devices that are players (such as devices that are combined UPnP Media Servers and UPnP Media Renderers) on the network and a user interface for displaying the discovered players at a UPnP Control Point in a manner that requires lists or other common display mechanisms. (1A5, 1A6, 1A9, 1A11, 1A12) The UPnP Control Point display of discovered players (UPnP Media Renderers) in HTML could include lists, and the UPnP Standards disclose allowing users to select from available UPnP Media Servers and UPnP Media Renderers (1A4) using a UPnP Control Point, which also requires those devices to be listed on a display of the UPnP Control Point. Operating systems such as Windows XP also provided tools for UPnP Control Points to display a list of available UPnP Media servers (content sources) and UPnP Media Renderers (players) on a screen, such as in the form of icons, and Windows allows the user to configure icons as lists. (1A18, 1A19) Sonos has accused groups of icons on a screen as meeting the limitation of a list in the concurrent litigation. When there are multiple independent sets of rendering hardware associated with a UPnP Media Renderer device, such as separate speakers, the UPnP Standard instructs that the UPnP Control Point presents those as multiple instantiations of the UPnP Media Renderer device, each with its own rendering control and connection manager, which would require a list of those devices. (1A2, 1A3) Users interact with the UPnP Control Point through a user interface, which commonly uses a list for multiple items, such as a list of player URLs that can each be selected to allow a user to access player-specific controls for services. (1A7, 1A8) The UPnP Media Renderers (players) can be assigned "user friendly names," such as living room, kitchen, etc. (1A10).

1A1. "Most rendering devices contain a number of dynamically configurable attributes that affect how the current content is rendered. For example, video rendering devices, such as TVs, allow user control of display characteristics such as brightness and contrast, whereas audio rendering devices allow control of audio characteristics such as volume, balance, equalizer settings, etc. The RenderingControl:1 service is intended to provide Control Points with the ability to query and/or adjust any rendering attribute that the device supports. The RenderingControl:1 service enables a Control Point to:
• Discover the set of attributes supported by the device.
• Retrieve the current setting of any supported attribute
• Change the setting of (e.g. control) any modifiable attribute
• Restore the settings defined by a named Preset." UPnP Rendering Control, pg. 6. |

Application/Control Number: 90/013,882                                      Page 15

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 1A2. "Note that a single physical device may include multiple logical devices. Multiple logical devices can be modeled as a single root device with embedded devices (and services) or as multiple root devices (perhaps with no embedded devices). In the former case, there is one UPnP device description for the root device, and that device description contains a description for all embedded devices. In the latter case, there are multiple UPnP device descriptions, one for each root device. A UPnP device description is written by a UPnP vendor. The description is in XML syntax and is usually based on a standard UPnP Device Template. A UPnP Device Template is produced by a UPnP Forum working committee; they derive the template from the UPnP Template Language, which was derived from standard constructions in XML. This section explains the format for a UPnP device description, UPnP Device Templates, and the part of the UPnP Template Language that covers devices." UPnP Architecture, pg. 14

1A3. "As described in the Media Renderer device template, a rendering device that contains multiple, independent rendering hardware (e.g. two independent display screen, or two independent sets of output speakers) shall be modeled as multiple instantiations of the MediaRenderer device, each with its own Rendering Control, Connection Manager, and (optional) AV Transport services. In other words, from an UPnP AV modeling point of view, each output on a physical rendering device is treated as a completely independent Media Rendering device. Refer to the Media Renderer device template for more information." UPnP Rendering Control, pg. 40.

1A4. "The most common task that end-users want to perform is to render (i.e. play) individual items of content on a specific rendering device. As shown in, Figure 3, a content playback scenario involves three distinct UPnP components: a MediaServer, a MediaRenderer, and a UPnP Control Point. These three components (each with a well-defined role) work together to accomplish the task. In this scenario, the MediaServer contains (entertainment) content that the user wants to render (e.g. display or listen to) on the MediaRenderer. The user interacts with the Control Point's UI to locate and select the desired content on the MediaServer and to select the target MediaRenderer. The MediaServer contains or has access to a variety of entertainment content, either stored locally or stored on an external device that is accessible via the MediaServer. The MediaServer is able to access its content and transmit it to another device via the network using some type of transfer protocol. The content exposed by the MediaServer may include arbitrary types of content including video, audio, and/or still images. The content is transmitted over the network using a transfer protocol and data format that is that is |

5

Application/Control Number: 90/013,882                                      Page 16

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPaP |
|---|---|
| | understood by the MediaServer and MediaRenderer. MediaServers may support one or multiple transfer protocols and data formats for each content item or be able to convert the format of a given content item into another formats on the fly. Examples of a MediaServer include a VCR, CD/DVD player/jukebox, camera, camcorder, PC, set-top box, satellite receiver, audio tape player, etc." UPnP AV pg. 5.<br><br>¶A5. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>¶A6. "5.3. Control Point<br>Control Points coordinate the operation of the MediaServer and the MediaRenderer, usually in response to user interaction with the Control Point's UI. The following describes a generic Control Point algorithm that can be used to interact with a wide variety of MediaServer and MediaRenderer implementations.<br>1. Discover AV Devices: Using UPnP's Discovery mechanism, MediaServers and MediaRenderers in the home network are discovered.<br>2. Locate Desired Content: Using the Server's ContentDirectory::Browse() or Search() actions, a desired Content Item is located. The information returned by Browse()/Search() includes the transfer protocols and data formats that the MediaServer supports to transfer the content to the home network.<br>3. Get Renderer's Supported Protocols/Formats: Using the MediaRenderer's ConnectionManager::GetProtocolInfo() action a list of transfer protocols and data formats supported by the MediaRenderer is returned to the Control Point.<br>4. Compare/Match Protocols/Formats: The protocol/format information returned by the |

6

Application/Control Number: 90/013,882                                    Page 17

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | ContentDirectory for the desired Content Item is matched with the protocol/format information returned by the MediaRenderer's GetProtocolInfo() action. The Control Point selects a transfer protocol and data format that are supported by both the MediaServer and MediaRenderer. |
| | 5. Configure Server/Renderer: The device's ConnectionManager::PrepareForConnection() action (if implemented) informs the MediaServer and MediaRenderer that an outgoing/incoming connection is about to be made using the specified transfer protocol and data format that was previously selected. Depending on the selected transfer protocol, either the MediaServer or MediaRenderer will return an AVTransport InstanceID. This InstanceID is used in conjunction with the device's AVTransport Service (i.e. the device returning the AVTransport InstanceID) to control the flow of the content (e.g. Play, Stop, Pause, Seek, etc). Additionally, the Renderer will return a Rendering Control InstanceID that is used by the Control Point to control the Rendering characteristics of the content. Note: Since PrepareForConnection() is an optional action, there may be situations in which either the MediaServer and/or MediaRenderer do not implement PrepareForConnection(). When this occurs and neither MediaServer nor MediaRenderer return an AVTransport InstanceID, the Control Point uses an InstanceID=0 to control the flow of the content. Refer to the ConnectionManager and AVTransport Service Templates for details [?]. |
| | 6. Select Desired Content: Using the AVTransport service (whose InstanceID is returned by either the Server or Renderer), invoke the SetAVTransportURI() action to identify the content item that needs to be transferred. |
| | 7. Start Content Transfer: Using the AVTransport service, invoke one of the transport control actions as desired by the user (e.g. Play, Stop, Seek, etc). |
| | 8. Adjust Rendering Characteristics: Using the MediaRenderer's Rendering Control service, invoke any rendering control actions as desired by the user (e.g. adjust brightness, contrast, volume, mute, etc). |
| | 9. Repeat: Select Next Content: Using either the AVTransport::SetAVTransportURI() or AVTransport::SetNextAVTransportURI() actions, identify the next content item that is to be transferred from the same Server to the same Renderer. Repeat as needed. |
| | 10. Cleanup Server/Renderer: When the session is terminated and MediaServer and MediaRenderer are no longer needed in the context of the session, the MediaServer's and MediaRenderer's ConnectionMgr::ConnectionComplete() action is invoked to close the MediaServer's connection. Based on the interaction sequence shown above, the following diagram chronologically illustrates the typical interaction sequence between the three Control Point and the MediaServer and MediaRenderer." UPnP AV pgs. 9-10. |

7

Application/Control Number: 90/013,882                                Page 18

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 1A7. "In most cases, the choice of AVTransport actions that are actually invoked will likely be directed by the end-user as they interact with the Control Point's UI." UPnP Rendering Control pg. 8 |
| | 1A8. "Step 5 in UPnP networking is presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page." UPnP Architecture, pg. 3. |
| | 1A9. "Addressing is Step 0 of UPnP networking. Through addressing, devices get a network address. Addressing enables discovery (Step 1) where control points find interesting device(s), description (Step 2) where where control points learn about device capabilities, control (Step 3) where a control point sends commands to device(s), eventing (Step 4) where control points listen to state changes in device(s), and presentation (Step 5) where control points display a user interface for device(s)." UPnP Architecture, pg. 4. |
| | 1A10. "Once a device has a valid IP address for the network, it can be located and referenced on that network through that address. There may be situations where the end user needs to locate and identify a device. In these situations, a friendly name for the device is much easier for a human to use than an IP address." UPnP Architecture, pg. 5. |
| | 1A11. "friendlyName Required. Short description for end user. Should be localized (cf. ACCEPT-/CONTENT-LANGUAGE headers). Specified by UPnP vendor. String. Should be < 64 characters." UPnP Architecture, pg. 17. |
| | 1A12. "Presentation is Step 5 in UPnP networking. Presentation comes after addressing (Step 0) where devices get network addresses, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Presentation exposes an HTML-based user interface for controlling and/or viewing device status. Presentation is complementary to control (Step 3) where control points send actions to devices, and eventing (Step 4) where control points listen to state changes in device(s). After a control point has (1) discovered a device and (2) retrieved a description of the device, the |

8

Application/Control Number: 90/013,882                                          Page 19

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | control point is ready to begin presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device." UPnP Architecture, pg. 52. |
| | 1A13. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | 1A14. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |
| | 1A15. "At the highest layer, the presentation page is specified by a UPnP vendor. Moving down the stack, the UPnP Device Architecture specifies that this page be written in HTML. The page is delivered via HTTP over TCP over IP. For reference, colors in {square brackets} are included for consistency with other sections in this document. To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page. Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so. Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT- / CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language." UPnP AV, pg. 53. |

Application/Control Number: 90/013,882

Page 20

Art Unit: 3992

| 1B. displaying, when at least one | The UPnP Standard discloses displaying, when at least one of the UPnP Combined Devices (players) {1B1, 1B4} is selected as a zone group head (such as one of the combined devices that is operating as a UPnP Media Server). |

9

17583992v.4



Appendix A

Invalidity of the Challenged Claims of the '014 Patent in view of the UPnP Standard and Microsoft UPnP

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| of the players is selected as a zone group head, on the screen a second list showing at least some of the players that are eligible to be grouped with the zone group head; | on a screen of a UPnP Control Point, a second list showing at least some of the UPnP Combined Devices (players) that are eligible to be grouped with the zone group head (UPnP Media Server device), such as a list of icons or URLs of available players. {1B2, 1B3, 1B5} In the concurrent litigation, Sonos has accused the display of icons on a screen as meeting the limitations of the first list and second list. In addition, based on the construction of the term "player" proposed by Sonos in the concurrent litigation, a player can be either a UPnP Media Server or a UPnP Media Renderer.<br><br>1B1. "As described in the above scenario, three distinct entities are involved: the Control Point, the source of the media content (called the "MediaServer"), and the sink for the content (called the "MediaRenderer"). Throughout the remainder of the document, all three entities are described as if they were independent devices on the network. Although this configuration may be common (i.e. a remote control, a VCR, and a TV), the AV Architecture supports arbitrary combinations of these entities within a single physical device. For example, a TV can be treated as a rendering device (e.g. a display). However, since most TVs contain a built-in tuner, the TV can also act as a server device because it could tune to a particular channel and send that content to a MediaRenderer (e.g. its local display or some remote device such as a tuner-less display). Similarly, many MediaServers and/or MediaRenderers may also include Control Point functionality. For example, an MP3 Renderer will likely have some UI controls (e.g. a small display and some buttons) that allow the user to control the playback of music." UPnP AV, pg. 5.<br><br>1B2. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>1B3. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11.<br><br>1B4. "As described above, the AV Architecture consists of three distinct components that perform well-defined roles. In some cases, these components will exist as separate, individual UPnP devices. However, this need not be the case. Device manufacturers are free to combine any of these logical entities into a single physical device. In such cases, the individual components of these combo devices may interact with each other using either the standard UPnP control protocols (e.g. SOAP over HTTP) or using some private communication mechanism. In |

10

Application/Control Number: 90/013,882                                           Page 21

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | either case, the function of each logical entity remains unchanged. However, in the later case, since the communication between the logical entities is private, the individual components will not be able to communicate with other UPnP AV devices that do not implement the private protocol." UPnP AV, pg. 6.<br><br>1B5. "MediaServer devices are used in conjunction with one or more MediaRenderer device(s) to allow a Control Point to discover entertainment (AV) content (e.g. video, music, images, etc) on the MediaServer and to render that content on any appropriate MediaRenderer within the home network. In general terms, the process begins with the Control Points discovering MediaServer and MediaRenderer devices within the home network. The Control Point interacts with a MediaServer(s) to locate a desired piece of content (e.g. a movie, a song, a playlist, a photo album, etc). After the content has been identified, the Control point needs to identify a common transfer protocol and data format that can be used to transfer the content from the MediaServer to the desired MediaRenderer. After these transfer parameters have been established, the Control Point controls the flow of the content (e.g. Play, Pause, Stop, Seek, etc.). (Depending on the selected transfer protocol, these flow control operations are sent either to the MediaServer or MediaRenderer, but not both). The actual transfer of the content is performed directly by the MediaServer and MediaRenderer. The content transfer happens independently from the Control Point and does not involve UPnP itself at all. The Control Point uses UPnP to setup the transfer of the content, but the transfer is performed using a transfer protocol other than UPnP." UPnP Media Server, pg. 7 |

11

**forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group;  and**

(Request, 12/27/2016, p. 27) **UPnP Media Server**, p. 7, "the Control Point uses the ConnectionManager::PrepareForConnection() action on each device to inform the device that the specified protocol/format are about to be used. Depending on which transfer protocol was selected, the PrepareForConnection() action on either the MediaServer or MediaRenderer will return an AVTransport InstanceID to the Control Point."

A UPnP Control Point can be used to establish a connection between a first device with a UPnP Media server and a Second Device with a UPnP Media Renderer, to create a "zone group."

Appendix A

| 1C. forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group, and | The UPnP Standard discloses a UPnP Connection Manager that forms a zone group started with the zone group head, such as a first combined UPnP Media Server/UPnP Media Renderer device that is acting as a UPnP Media Server, after one or more players (second or more combined UPnP Media Server/UPnP Media Renderer devices) from the at least some of the players are selected to join the zone group. {1C3, 1C4}. As noted above, UPnP discloses the combination of a UPnP Media Server and UPnP Media Renderer into a single device. {1C1, 1C2}. As described above, a UPnP Control Point can be used to perform these functions. {1C5, 1C6, 1C7}. Combinations of UPnP Media Renderers can be used to provide stereo or surround sound through different speakers.  {1C8}.<br><br>1C3. "As described in the above scenario, three distinct entities are involved: the Control Point, the source of the media content (called the "MediaServer"), and the sink for the content (called the "MediaRenderer"). Throughout the remainder of the document, all three entities are described as if they were independent devices on the network. Although this configuration may be common (i.e. a remote control, a VCR, and a TV), the AV Architecture supports arbitrary combinations of these entities within a single physical device. For example, a TV |

11

Application/Control Number: 90/013,882

Page 22

Art Unit: 3992

can be treated as a rendering device (e.g. a display). However, since most TVs contain a built-in tuner, the TV can also act as a server device because it could tune to a particular channel and send that content to a MediaRenderer (e.g. its local display or some remote device such as a tuner-less display). Similarly, many MediaServers and/or MediaRenderers may also include Control Point functionality. For example, an MP3 Renderer will likely have some UI controls (e.g. a small display and some buttons) that allow the user to control the playback of music." UPnP AV, pg. 5.

1C2. "As described above, the AV Architecture consists of three distinct components that perform well-defined roles. In some cases, these components will exist as separate, individual UPnP devices. However, this need not be the case. Device manufacturers are free to combine any of these logical entities into a single physical device. In such cases, the individual components of these combo devices may interact with each other using either the standard UPnP control protocols (e.g. SOAP over HTTP) or using some private communication mechanism. In either case, the function of each logical entity remains unchanged. However, in the later case, since the communication between the logical entities is private, the individual components will not be able to communicate with other UPnP AV devices that do not implement the private protocol." UPnP AV, pg. 6.

1C3. "5.1.2. ConnectionManager Service
This service is used to manage the connections associated with a particular device. The primary action of this service (within the context of a MediaServer) is PrepareForConnection(). When implemented, this optional action is invoked by the Control Point to give the Server an opportunity to prepare itself for an upcoming transfer. Depending on the specified transfer protocol and data format, this action may return the InstanceID of an AVTransport service that the Control Point can use to control the flow of this content (e.g. Stop, Pause, Seek, etc). As described below, this InstanceID is used to distinguish multiple (virtual) instances of the AVTransport service, each of which is associated with a particular connection to Renderer. Multiple (virtual) instances of the AVTransport service allow the MediaServer to support multiple Renderers at the same time. When the Control Point wants to terminate this connection, it should invoke the MediaServer's ConnectionComplete() action (if implemented) to release the connection. If the PrepareForConnection() action is not implemented, the Control Point is only able to support a single Renderer at an given time. In this case, the Control Point should use InstanceID=0." UPnP AV, pg. 7.

Application/Control Number: 90/013,882                    Page 23

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 

Media Server 1 can be associated with the master channel, Media Renderer 1 can be associated with a left channel of the master channel, and Media Renderer 2 can be associated with a right channel of the master channel.  Control Point 1 can generate a user interface with HTML that include the master volume, the left channel volume and the right channel volume, such as using the Microsoft UPnP functionality to invoke devices through the presentation page of the device. 1C9, 1C10, 1C11

1C4. "5.2.2. ConnectionManagerService
This service is used to manage the connections associated with a device. Within the context of a MediaRenderer, the primary action of this service is the GetProtocolInfo() action. This action allows a Control Point to enumerate the transfer protocols and data formats that are supported by the MediaRenderer. This information is used to predetermine if a MediaRenderer is capable of rendering a specific content item. A MediaRenderer may also implement the optional PrepareForConnection() action. This action is invoked by the Control Point to give the Render an opportunity to prepare itself for an upcoming transfer. Additionally, this action assigns a unique ConnectionID that can be used by a 3rdparty Control Point to obtain information about the connections that the MediaRenderer is using. Also, depending on the specified transfer protocol and data format being used, this action may return a unique AVTransport InstanceID that the Control Point can use to control the flow of the content (e.g. Stop, Pause, Seek, etc). (Refer to the AVTransport section below for additional details). Lastly, PrepareForConnection() also returns a unique Rendering Control InstanceID which can be used by the Control Point to control the rendering characteristics of the associated content as described above. When the Control Point wants to terminate a connection, it should invoke the Renderer's ConnectionComplete() action (if |

13

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | implemented) to release the connection." UPnP AV, pg. 8. |
| | 1C5. "5.3. Control Point |
| | Control Points coordinate the operation of the MediaServer and the MediaRenderer, usually in response to user interaction with the Control Point's UI. The following describes a generic Control Point algorithm that can be used to interact with a wide variety of MediaServer and MediaRenderer implementations. |
| | 1. Discover AV Devices: Using UPnP's Discovery mechanism, MediaServers and MediaRenderers in the home network are discovered. |
| | 2. Locate Desired Content: Using the Server's ContentDirectory::Browse() or Search() actions, a desired Content Item is located. The information returned by Browse()/Search() includes the transfer protocols and data formats that the MediaServer supports to transfer the content to the home network. |
| | 3. Get Renderer's Supported Protocols/Formats: Using the MediaRenderer's ConnectionManager::GetProtocolInfo() action a list of transfer protocols and data formats supported by the MediaRenderer is returned to the Control Point. |
| | 4. Compare/Match Protocols/Formats: The protocol/format information returned by the ContentDirectory for the desired Content Item is matched with the protocol/format information returned by the MediaRenderer's GetProtocolInfo() action. The Control Point selects a transfer protocol and data format that are supported by both the MediaServer and MediaRenderer. |
| | 5. Configure Server/Renderer: The device's ConnectionManager::PrepareForConnection() action (if implemented) informs the MediaServer and MediaRenderer that an outgoing/incoming connection is about to be made using the specified transfer protocol and data format that was previously selected. Depending on the selected transfer protocol, either the MediaServer or MediaRenderer will return an AVTransport InstanceID. This InstanceID is used in conjunction with the device's AVTransport Service (i.e. the device returning the AVTransport InstanceID) to control the flow of the content (e.g. Play, Stop, Pause, Seek, etc). Additionally, the Renderer will return a Rendering Control InstanceID that is used by the Control Point to control the Rendering characteristics of the content. Note: Since PrepareForConnection() is an optional action, there may be situations in which either the MediaServer and/or MediaRenderer do not implement PrepareForConnection(). When this occurs and neither MediaServer nor MediaRenderer return an AVTransport InstanceID, the Control Point uses an InstanceID=0 to control the flow of the content. Refer to the ConnectionManager and AVTransport Service Templates for details [?]. |
| | 6. Select Desired Content: Using the AVTransport service (whose InstanceID is returned by either the Server or |

14

Application/Control Number: 90/013,882                    Page 25

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | Renderer), invoke the SetAVTransportURI() action to identify the content item that needs to be transferred.<br>7. Start Content Transfer: Using the AVTransport service, invoke one of the transport control actions as desired by the user (e.g. Play, Stop, Seek, etc).<br>8. Adjust Rendering Characteristics: Using the MediaRenderer's Rendering Control service, invoke any rendering control actions as desired by the user (e.g. adjust brightness, contrast, volume, mute, etc).<br>9. Repeat: Select Next Content: Using either the AVTransport::SetAVTransportURI() or AVTransport::SetNextAVTransportURI() actions, identify the next content item that is to be transferred from the same Server to the same Renderer. Repeat as needed.<br>10. Cleanup Server/Renderer: When the session is terminated and MediaServer and MediaRenderer are no longer needed in the context of the session, the MediaServer's and MediaRenderer's ConnectionMgr::ConnectionComplete() action is invoked to close the MediaServer's connection. Based on the interaction sequence shown above, the following diagram chronologically illustrates the typical interaction sequence between the three Control Point and the MediaServer and MediaRenderer." UPnP AV pgs. 9-10.<br><br>¶C6. "2.2.1. Description of Device Requirements<br>Each implementation of the MediaRenderer requires a Rendering Control and ConnectionManager service. The Rendering Control service allows Control Points to control the various rendering capabilities of the device. The Connection Manager is used to enumerate and select a particular transfer protocol and data format to be used for transferring the content. Additionally, the Connection Manager also allows Control Points, such as a home network management application, to discover useful information about the content transfers that the device is actively participating in. Such information could be useful to a Quality Of Service capability, which may be defined in the future." UPnP Media Renderer, pg. 5.<br><br>¶C7. "2.2.2. Relationships Between Services<br>The Connection Manager's PrepareForConnection() action provides the trigger point for creating new instances of the Rendering Control and AVTransport service. When a new connection is established (one that requires an instance of the AVTransport on the MediaRenderer, which is determined by the selected transfer protocol), the PrepareForConnection() action returns the InstanceId of the Rendering Control and AVTransport services that are bound to that connection. The Rendering Control instance is used by the Control Point to control how the content from that connection is rendered. The AVTransport instance is used by the Control Point to control the flow (e.g. Play, FF, REW, Seek, etc) of the content received via that connection. As described in the |

Application/Control Number: 90/013,882                                    Page 26

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | RenderingControl and AVTransport specification, each instance of these services operates independently from all other instances." UPnP Media Renderer, pg. 6.<br><br>IC8. "2.2.19. A_ARG_TYPE_Channel<br>This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.<br>The following channel spatial positions are defined:<br>• Master (Master)<br>• Left Front (LF)<br>• Right Front (RF)<br>• Center Front (CF)<br>• Low Frequency Enhancement (LFE) [Super woofer]<br>• Left Surround (LS)<br>• Right Surround (RS)<br>• Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel -- the Master channel. A two-channel (stereo) cluster has three channels -- the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, pgs. 16-17. |

16

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | IC9. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>IC10. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>IC11. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

17


**synchronizing all players in the zone group;**

(Request, 12/27/2016, pp. 27-28) **UPnP AV,** p. 5 discloses the use of Isochronous- push Transfer Protocols (IEC 61883/IEEE 1394), stating that when "using an isochronous transfer protocol (e.g. IEC 61883/IEEE 1394), the underlying transfer mechanism provides realtime content transfer between the MediaServer and MediaRenderer. This ensures that individual packets of content are transferred within a certain (relatively small) period of time. This real-

Application/Control Number: 90/013,882                                    Page 27

Art Unit: 3992

time behavior allows the MediaRenderer to provide the user with smooth-flowing rendering of
the content without implementing a read-ahead buffer. In this environment, the flow of the
content is controlled by the MediaServer. The MediaRenderer immediately renders the content
that it receives from the MediaServer." Further details regarding this isochronous-push
transfer embodiment is provided at **UPnP AV,** pp. 12, 13, 18, 21.

Appendix A



| 1D synchronizing all players in the zone group; | The UPnP Standard discloses synchronizing all zones in the zone group, such as by using the IEC61883/IEEE1394 isochronous transfer protocols to synchronize UPnP Media Servers and UPnP Media Renderers.<br><br>UPnP AV, pg. 5. |
|---|---|

17

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | "6.1. Isochronous-Push Transfer Protocols (IEC61883 /IEEE1394) When using an isochronous transfer protocol (e.g.IEC61883/ IEEE1394), the underlying transfer mechanism provides real-time content transfer between the MediaServer and MediaRenderer. This ensures that individual packets of content are transferred within a certain (relatively small) period of time. This real-time behavior allows the MediaRenderer to provide the user with smooth-flowing rendering of the content without implementing a read-ahead buffer. In this environment, the flow of the content is controlled by the MediaServer. The MediaRenderer immediately renders the content that it receives from the MediaServer. Refer to the diagram below for details." UPnP AV, pgs. 12, 13, 18, 21. |

18

**adjusting a volume meter represented by an averaged value of audio volumes of the players**

**in the group, wherein said adjusting of the volume meter includes changing a volume of**

**each of the group of players synchronously in accordance with an adjustment made by a**

**user.**

Application/Control Number: 90/013,882                                    Page 28
Art Unit: 3992

(Request, 12/27/2016, pp. 28-31) **UPnP Rendering Control**, p. 16: A_ARG_TYPE_Channel is a variable that "is used to identify a particular channel of an audio output stream," and that such channels include the normal stereo and surround channels ("A channel cluster is the collection of all channels, including the Master channel, within an audio stream. ... A single channel (mono) cluster has only one channel - the Master channel. A two-channel (stereo) cluster has three channels - the Master channel, the Left Front channel, and the Right Front channel.")

**UPnP Rendering Control**, p. 41 discloses that "audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole." Thus, separate devices can receive separate channels, and the channels can be controlled independently or as a whole.

At start up, a UPnP Control Point adjusts a volume meter for the master channel from a zero setting, which also represents an averaged value of audio volumes of the players in the group, which are also at the zero setting. Adjusting of the master volume meter includes changing a volume of each of the group of players in the channel group synchronously, in accordance with an adjustment made by a user. **The UPnP Standard** also explicitly discloses an example that involves the synchronized adjustment of an average volume level for a plurality of players. See **UPnP Rendering Control**, pp. 41-42, regarding setting the volume and other volume functions.

**UPnP AV**, pg. 6, ("The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a 17520541v.2 music controlled water fountain, etc."). The different channels of the audio can be played through network-enabled speakers.

Application/Control Number: 90/013,882                                    Page 29

Art Unit: 3992

(Request, 12/27/2016, p. 31)  The UPnP standard was developed by the industry to provide a generic user interface for media rendering devices. See, e.g. **UPnP Media Server**, p. 7 ("MediaServer devices are used in conjunction with one or more MediaRenderer device(s) to allow a Control Point to discover entertainment (AV) content (e.g. video, music, images, etc.) on the MediaServer and to render that content on any appropriate MediaRenderer within the home network."); **UPnP Rendering Control,** p. 6 ("audio rendering devices allow control of audio characteristics such as volume, balance, equalizer settings, etc. The RenderingControl service is intended to provide Control Points with the ability to query and/or adjust any rendering attribute that the device supports.").

**UPnP Rendering Control**, pp. 1 & 16, the UPnP Standard explicitly discloses the control of multi-channel audio, and Control Points for user control and adjustment of any rendering attribute that a device supports, including control of channel spatial positions, such as Left Front, Right Front and so forth.

 The UPnP Standard also explicitly discloses that multiple media Tenderers can be controlled by a single media server. For example, **UPnP Av,** p. 7 that "multiple (virtual) instances of the AVTransport service allow the MediaServer to support multiple Renderers at the same time." In accordance with this disclosure, a combined UPnP Media Server and UPnP Control Point with multiple virtual instances of the AV Transport service can support multiple other UPnP Media Renderer devices in a zone group, such as by providing audio and controls:

The two AV Transport Services can be started at the same time for the same source, resulting in synchronized playback. The two channels can include a master a left front channel and a right front channel that have an associated master channel, such that the master channel

Application/Control Number: 90/013,882                                      Page 30

Art Unit: 3992

volume control can be used to synchronously control the volume of the master and the left front

channel and the right front channel.


Appendix A

| 1E. adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | The UPnP Standard discloses multiple audio channels (1E1) and a Rendering Control service that allows "Control Points to control each of these channels independently or as a whole" (1E2). Adjusting the volume of all of the channels as a whole is performed by adjusting a master volume meter represented by an averaged value of audio volumes of the players in the group. (1E3) The averaged value is at least represented when the associated channels, which can each be assigned to a different wireless network-enabled speakers, are first set to the lowest level and then increased by the master as a whole. 1E4, 1E5 Adjusting the master volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. (1E3).

1E1. "2.2.19. A_ARG_TYPE_Channel
This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.
The following channel spatial positions are defined:
• Master (Master)
• Left Front (LF)
• Right Front (RF)
• Center Front (CF)
• Low Frequency Enhancement (LFE) [Super woofer]
• Left Surround (LS) |

18

Application/Control Number: 90/013,882                                Page 31

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | • Right Surround (RS)<br>• Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel – the Master channel. A two-channel (stereo) cluster has three channels – the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, pgs. 16-17.<br><br>1E2. "2.5.4. Controlling Audio Content<br>The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole." UPnP Rendering Control, pg. 41.<br><br>1E3. "Double the volume of the entire audio content: (Note: Increasing the volume by 6dB doubles the volume level.) • Invoke the GetVolumeDB() action with the Channel parameter set to 'Master'. Based on the previous example, the CurrentVolume out parameter returned a -1280 (increments of 1/256 dB), which indicates that the volume level is at -5dB.<br>• Invoke the SetVolumeDB() action with the Channel parameter set to "Master" (and the DesiredVolume parameter set to 256 (-1280+1536 increments of 1/256dB), which corresponds to 1dB (-5+6)." UPnP Rendering |

19

Application/Control Number: 90/013,882                                                     Page 32
Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
|  | Control, pg. 42. |
|  | 1E4 "Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:<br>• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.<br>Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting<br>• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.<br>• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." UPnP Rendering Control, pgs. 41-42. |
|  | 1E5. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

20

(Request 12/27/2016, p. 3), The UPnP Standard was developed by the Open Connectivity

Foundation. (Request 12/27/2016, p. 32), The UPnP Standard explicitly discloses a standardized

format for use in creating user interface devices, such as controllers 140 and 142, for controlling

media rendering devices, such as zone players 102, 104 and 106, to interface with media servers,

such as audio sources 110 and 112.


Microsoft UPnP states (Microsoft UPnP, p. 2), "Windows can participate in the UPnP network

and make UPnP enabled devices and services that are connected to the network available to the

user of the Windows system.

Application/Control Number: 90/013,882                                          Page 33
Art Unit: 3992

It would have been obvious to one of ordinary skill in the art at the time of the invention to

combine The UPnP Standard with common operating system functionality such as that disclosed

in Microsoft UPnP to teach the claimed limitations because (Microsoft UPnP, p. 1), Universal

Plug and Play and Windows using a common set of standards and protocols for communicating

enables evolving capabilities such as remote control and monitoring, sharing of digital data, and

converging data from multiple devices and locations.


8. **The method of claim 1, wherein said synchronizing of all players in the zone group**

**comprises:**

**causing all players in the zone group to play an identical audio source;  and**

**presenting the zone group in a manner that indicates a grouping.**


Appendix A

| 8. The method of claim 1, wherein said synchronizing of all players in the zone group comprises: | |
|---|---|
| | |

30

Application/Control Number: 90/013,882                                          Page 34

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| 8A. causing all players in the zone group to play an identical audio source; and | The UPnP Standard discloses the use of multiple instances of the AVTransport service to allow a combined UPnP Media Server/UPnP Media Renderer device that is acting as UPnP Media Server to support multiple combined UPnP Media Server/UPnP Media Renderer devices that are action as Media Renderers at the same time, to cause all devices/players in a zone group (a group of UPnP Media Servers associated with a UPnP Media Renderer) to play an identical audio source (media server). (8A1)  The claim limitation does not state that the players have to play the same content from the same source, just that they have to have an identical audio source, but UPnP discloses both scenarios.  The claim limitation also does not state that the players have to play in synchrony, although as described above, the UPnP Standard discloses the use of isochronous Push Transfer Protocols (IEC61883 /IEEE1394) that results in synchrony.

8A1 "Multiple (virtual) instances of the AVTransport service allow the MediaServer to support multiple Renderers at the same time." UPnP AV, pg. 7.



Media Server 1 can be associated with the master channel, Media Renderer 1 can be associated with a left channel of the master channel, and Media Renderer 2 can be associated with a right channel of the master channel.   Control Point 1 can generate a user interface with HTML that include the master volume, the left channel volume and the right channel volume, such as using the Microsoft UPnP functionality to invoke devices through the presentation page of the device. 8A2, 8A3, 8A4

8A2  "Windows can also serve as a platform for building and running control point applications to control UPnP |

24

Application/Control Number: 90/013,882                                    Page 35

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | connected devices and services." Microsoft UPnP, pg. 2.<br><br>8A3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>8A4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |
| 8B. presenting the zone group in a manner that indicates a grouping. | The UPnP Standard represents the zone group in a manner that represents a grouping, such as by indicating speakers that play different channels for a multi-channel audio device.  (8B1) This is referred to as a "channel cluster," and each of the separate speakers in the channel cluster can be a separate network-enabled speakers. (8B2) The channel cluster can also be displayed using the operating system, such as Microsoft Windows XP, which can display icons associated with each combined UPnP media Server/UPnP Media Renderer, with lists of associated services that include the devices that are receiving content from a server device. 8B3, 8B4, 8B5, 8B6, 8B7<br><br>8B1. "2.2.19. A_ARG_TYPE_Channel<br>This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.<br>The following channel spatial positions are defined:<br>• Master (Master)<br>• Left Front (LF)<br>• Right Front (RF)<br>• Center Front (CF)<br>• Low Frequency Enhancement (LFE) [Super woofer]<br>• Left Surround (LS)<br>• Right Surround (RS) |

22

Application/Control Number: 90/013,882                                    Page 36

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | • Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel -- the Master channel. A two-channel (stereo) cluster has three channels -- the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, pgs. 16-17.<br><br>8B2. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>8B3. "Devices are logical containers for a service or set of services, and possibly for other devices. Devices and services are identified partially by their type, which defines their minimum capabilities. Windows can participate in the UPnP network and make UPnP enabled devices and services that are connected to the network available to the user of the Windows system. Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services. The Internet Connection Sharing (ICS) service uses |

23

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | UPnP to announce the availability of the service to other computers on the network, which are running UPnP clients." Microsoft UPnP, pg. 2.<br><br>8B4. "When the device tree was parsed and stored by the UPnP client implementation, the services were also enumerated and added to a list attached to the device. The client application can use the Services method on the device object to retrieve this list of services. This service collection can be parsed to locate a particular service and retrieve a service object." Microsoft UPnP, pg. 13.<br><br>8B5. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>8B6. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>8B7. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

24

Application/Control Number: 90/013,882                                    Page 37

Art Unit: 3992

### 16. **A method for controlling a plurality of players, the method comprising:**

Appendix A

| 16. A method for controlling a plurality of players, the method comprising: | The UPnP Standard discloses a method for controlling a plurality of players, which are combined UPnP Media Servers and UPnP Media Renderers, from a controller that is a UPnP Control Point, as discussed above. |
|---|---|

24

**displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group**; and

Appendix A

| 16A. displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an | As discussed above, the UPnP Standard discloses displaying on a screen of a Control Point (such as the screen of a wireless PDA device) a list showing a plurality of volume meters (such as separate volume meters for each device that is a combined UPnP Media Server and UPnP Media Renderer in a channel group that can include stereo or surround channels, and a volume meter for a master channel associated with the channel group), where the volume controls can display a relative volume setting or volume in decibels. (16A4). At least one of the volume meters representing an audio volume of one of the players (the UPnP Media Renderer's Rendering Control Service allows a user to control the volume setting, which requires a volume meter). (16A1). Another one of the volume meters (for the master) represents an audio volume of a group of players, when there is such a |

24

Application/Control Number: 90/013,882                    Page 38

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group; and | group (the master volume control represents an audio volume of the group of players, when there is such a group). (16A2). The media renderer's rendering control service of the UPnP Standard allowed a user to invoke any rendering control action, such as adjusting volume, which requires the use of a volume meter that represents the audio volume of the media renderer/player. (16A3)  Microsoft UPnP functionality supported the creation of user interfaces from device presentation pages. 16A5, 16A6, 16A7<br><br>16A1. "8. Adjust Rendering Characteristics: Using the MediaRenderer's Rendering Control service, invoke any rendering control actions as desired by the user (e.g. adjust brightness, contrast, volume, mute, etc)." UPnP AV pg. 9.<br><br>16A2. "2.2.19. A_ARG_TYPE_Channel<br>This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.<br>The following channel spatial positions are defined:<br>• Master (Master)<br>• Left Front (LF)<br>• Right Front (RF)<br>• Center Front (CF)<br>• Low Frequency Enhancement (LFE) [Super woofer]<br>• Left Surround (LS)<br>• Right Surround (RS)<br>• Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead] |

Application/Control Number: 90/013,882                                      Page 39

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | • Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel – the Master channel. A two-channel (stereo) cluster has three channels – the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2–15 for details." UPnP Rendering Control, pgs. 16-17."<br><br>16A3.  UPnP AV pg. 11 (general interaction diagram showing control of media renderer/player from control point (RCS::SetVolume()):<br><br><br><br>16A4. "2.5.4. Controlling Audio Content<br>The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. |

26

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole. When controlling the volume of a particular channel, Control Points can choose between two different representations of the volume setting. One representation uses the Volume state variable and the other representation uses the VolumeDB state variable. As described in Sections 2.2.16 and 2.2.17, the Volume state variable represents volume as a contiguous set of "positions" numbered from 0 to some device-specific maximum, and the VolumeDB state variable represents volume in units of 1/256 of a decibel (dB). Two pair of actions (one pair for each representation) are provided to get and set the volume of a channel." UPnP AV pg. 41<br><br>16A5. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>16A6. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>16A7. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

27

Application/Control Number: 90/013,882                                    Page 40

Art Unit: 3992

**adjusting one of the volume meters as desired after one of the volume meters from the list**

**is selected,**

**wherein the one of the volume meters is for the group of players, represented by an**

**averaged value of audio volumes of the players in the group, and**

Appendix A

| 16B. adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an | As discussed above, the UPnP Standard discloses adjusting one of the volume meters as desired after one of the volume meters from the list is selected. The list can be generated by an operating system such as Windows XP, which can generate icons or a list that represent URLs associated with devices that are combined UPnP Media Servers/UPnP Media Renderers. 16B1. Selection of the URL allows the user to access the volume meters associated with the device. 16B2. One of the volume meters is for the Master channel of the group of players, such as wireless speakers. 16B3, 16B4. The Master channel represents an averaged value of audio volumes of the players in the group when the players are all at the same level as the Master, such as by using the SetVolume control. 16B5.

16B1. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on |

27

Application/Control Number: 90/013,882

Page 41

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| averaged value of audio volumes of the players in the group, and | the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>16B2. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11.<br><br>16B3. "2.2.19. A_ARG_TYPE_Channel<br>This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.<br>The following channel spatial positions are defined:<br>• Master (Master)<br>• Left Front (LF)<br>• Right Front (RF)<br>• Center Front (CF)<br>• Low Frequency Enhancement (LFE) [Super woofer]<br>• Left Surround (LS)<br>• Right Surround (RS)<br>• Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel – the Master channel. A two-channel (stereo) cluster has three channels – the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, |

28

Application/Control Number: 90/013,882                                    Page 42

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | pgs. 16–17." |
| | 16B4. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a music controlled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), whereas other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |
| | 16B5. "Set the volume of the audio content (as a whole) to the quietest (non-silent) setting: • Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1. Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting • Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device. • Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." UPnP Rendering Control, pgs. 41–42. |

29

said adjusting of the one of the volume meters includes changing a volume of each of the

group of players synchronously in accordance with an adjustment made by a user.

Appendix A

| 16C. said adjusting of the one of the volume meters includes changing a volume of each of | The UPnP Standard discloses that adjustments made to the master volume control are synchronously made by the UPnP Control Point (16C1) to the associated combined UPnP Media Server/UPnP Media Renderer devices, such as wireless network-enabled speakers (16C2) that are associated with each channel of the channel set for stereo or surround sound. (16C3). |
|---|---|
| | 16C1. "[T]he Control Point coordinates and synchronizes the behavior of both devices. . . ." UPnP AV, pg. 4. |

29

Application/Control Number: 90/013,882                                    Page 43
Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| the group of players synchronously in accordance with an adjustment made by a user. | 16C2. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

30

(Request 12/27/2016, p. 3), The UPnP Standard was developed by the Open Connectivity

Foundation. (Request 12/27/2016, p. 32), The UPnP Standard explicitly discloses a standardized

format for use in creating user interface devices, such as controllers 140 and 142, for controlling

media rendering devices, such as zone players 102, 104 and 106, to interface with media servers,

such as audio sources 110 and 112.


Microsoft UPnP states (Microsoft UPnP, p. 2), "Windows can participate in the UPnP network

and make UPnP enabled devices and services that are connected to the network available to the

user of the Windows system.


It would have been obvious to one of ordinary skill in the art at the time of the invention to

combine The UPnP Standard with common operating system functionality such as that disclosed

in Microsoft UPnP to teach the claimed limitations because (Microsoft UPnP, p. 1), Universal

Plug and Play and Windows using a common set of standards and protocols for communicating

Application/Control Number: 90/013,882                                Page 44

Art Unit: 3992

enables evolving capabilities such as remote control and monitoring, sharing of digital data, and

converging data from multiple devices and locations.


**18.  The method of claim 16, further comprising adjusting the one of the volume meters for**

**the group of players in a predetermined manner that appears that the group of players are**

**being adjusted at the same time.**


Appendix A

| 18. The method of claim 16, further comprising adjusting the one of the volume meters for the group of players in a predetermined manner that appears that the group of players are being adjusted at the same time. | As discussed above, the UPnP Standard discloses adjusting the one of the volume meters for the group of players in a predetermined manner that appears that the group of players are being adjusted at the same time, such as the master volume group which actually adjusts the group of players at the same time. The UPnP Control Points can control each of the channels independently or as a whole, which requires a user interface that identifies the group of players that are being adjusted as a whole. 18A1 The user interface can be generated using Windows UPnP functions for generating presentation pages for listed devices. 18A2, 18A3, 18A4 |
|---|---|
| | 18A1. "2.5.4. Controlling Audio Content<br>The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole. When controlling the volume of a particular channel, Control Points can choose between two different representations of the volume setting. One representation uses the Volume state variable and the other representation uses the VolumeDB state |

30

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | variable. As described in Sections 2.2.16 and 2.2.17, the Volume state variable represents volume as a contiguous set of "positions" numbered from 0 to some device-specific maximum, and the VolumeDB state variable represents volume in units of 1/256 of a decibel (dB). Two pair of actions (one pair for each representation) are provided to get and set the volume of a channel." UPnP AV pg. 41 |
| | 18A2. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |
| | 18A3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | 18A4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

Application/Control Number: 90/013,882                                      Page 45

Art Unit: 3992

31

**20.  The method of claim 16, further comprising playing an identical audio source in the group of players.**

Claim 20 is not requested for reexamination.  Claim 21 is dependent on claim 20.  Thus, the limitations of claim 20 are addressed.

Appendix A

| 20. The method of claim 16, further comprising playing an identical audio source in the group of players. | UPnP discloses that an identical audio source is played by the UPnP Media Server and the UPnP Media Renderer.<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a music-controlled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>"The most common task that end-users want to perform is to render (i.e. play) individual items of content on a |

Application/Control Number: 90/013,882                                    Page 46

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | specific rendering device. As shown in, Figure 3, a content playback scenario involves three distinct UPnP components: a MediaServer, a MediaRenderer, and a UPnP Control Point. These three components (each with a well-defined role) work together to accomplish the task. In this scenario, the MediaServer contains (entertainment) content that the user wants to render (e.g. display or listen to) on the MediaRenderer. The user interacts with the Control Point's UI to locate and select the desired content on the MediaServer and to select the target MediaRenderer. The MediaServer contains or has access to a variety of entertainment content, either stored locally or stored on an external device that is accessible via the MediaServer. The MediaServer is able to access its content and transmit it to another device via the network using some type of transfer protocol. The content exposed by the MediaServer may include arbitrary types of content including video, audio, and/or still images. The content is transmitted over the network using a transfer protocol and data format that is that is understood by the MediaServer and MediaRenderer. MediaServers may support one or multiple transfer protocols and data formats for each content item or be able to convert the format of a given content item into another formats on the fly. Examples of a MediaServer include a VCR, CD/DVD player/jukebox, camera, camcorder, PC, set-top box, satellite receiver, audio tape player, etc." UPnP AV pg. 5.

¶P3. "As described in the above scenario, three distinct entities are involved: the Control Point, the source of the media content (called the "MediaServer"), and the sink for the content (called the "MediaRenderer"). Throughout the remainder of the document, all three entities are described as if they were independent devices on the network. Although this configuration may be common (i.e. a remote control, a VCR, and a TV), the AV Architecture supports arbitrary combinations of these entities within a single physical device. For example, a TV can be treated as a rendering device (e.g. a display). However, since most TVs contain a built-in tuner, the TV can also act as a server device because it could tune to a particular channel and send that content to a MediaRenderer (e.g. its local display or some remote device such as a tuner-less display). Similarly, many MediaServers and/or MediaRenderers may also include Control Point functionality. For example, an MP3 Renderer will likely have some UI controls (e.g. a small display and some buttons) that allow the user to control the playback of music." UPnP AV, pg. 5. |

32

**21.** **The method of claim 20, wherein the audio source is retrieved in form of audio data packets over the network**.

Appendix A

| 21. The method of claim 20, wherein the audio source is retrieved in form of audio data | UPnP discloses that the audio source is retrieved in form of audio data packets over the network, such as MP3 audio data.

"When using an isochronous transfer protocol (e.g. IEC61883/ IEEE1394), the underlying transfer mechanism provides real-time content transfer between the MediaServer and MediaRenderer. This ensures that individual |

32

Application/Control Number: 90/013,882                                          Page 47

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| packets over the network. | packets of content are transferred within a certain (relatively small) period of time. This real-time behavior allows the MediaRenderer to provide the user with smooth-flowing rendering of the content without implementing a read-ahead buffer. In this environment, the flow of the content is controlled by the MediaServer. The MediaRenderer immediately renders the content that it receives from the MediaServer. Refer to the diagram below for details." UPnP Av, pg. 12.<br><br>"The AV Architecture allows devices to support different types of formats for the entertainment content (such as MPEG2, MPEG4, JPEG, MP3, Windows Media Architecture (WMA), bitmaps (BMP), NTSC, PAL, ATSC, etc.) and multiple types of transfer protocols (such as IEC-61883/IEEE-1394, HTTP GET, RTP, HTTP PUT/POST, TCP/IP, etc.)" UPnP AV, pg. 3. |

33

## 25.  An apparatus for controlling a plurality of players, the apparatus comprising:

Appendix A

| 25P. An apparatus for controlling a plurality of players, the apparatus comprising: | As discussed above, the UPnP Standard discloses an apparatus for controlling a plurality of players, such as a UPnP Control Point that is used for controlling devices that are combined UPnP Media Servers and UPnP Media Renderers. |
|---|---|

33

**a screen**;

Appendix A

| 25A. a screen; | The UPnP Control Point includes a screen, such as a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. 25A1. For example, Windows UPnP discloses that the Windows XP operating system for personal computers was UPnP compatible and had extensive UPnP functionality, and generated user interfaces on screens. 25A2, 25A3, 25A4<br><br>25A1. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's |

33

Application/Control Number: 90/013,882                                              Page 48

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |
| | 25A2. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |
| | 25A3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | 25A4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

34

**a screen driver commanding the screen;**

Appendix A

| 25B. a screen driver commanding the screen; | The UPnP Control Point includes a screen driver commanding the screen, such as a screen driver of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. 25B1. For example, Windows UPnP discloses that the Windows XP operating system for personal computers was UPnP compatible and had extensive UPnP functionality, and generated user interfaces on screens that would require use of a screen driver. 25B2, 25B3, 25B4 |
|---|---|
| | 25B1. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

34

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25B2. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |
| | 25B3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | 25B4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

35

Application/Control Number: 90/013,882                                    Page 49

Art Unit: 3992

**an input interface;**

Appendix A

| 25C. an input interface; | The UPnP Control Point includes an input interface, such as an input interface of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. |
|---|---|
| | "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |
| | "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |
| | "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the |

35

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

36

**a network interface;**

Appendix A

| 25D. a network interface; | The UPnP Control Point includes a network interface, such as a network interface of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. |
|---|---|
| | "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

36

Application/Control Number: 90/013,882                                    Page 50

Art Unit: 3992

**a memory for storing code for an application module**;

Appendix A

| 25E. a memory for storing code for an application module; | The UPnP Control Point includes a memory for storing code for an application module, such as a memory of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems.<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the |

36

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
| --- | --- |
| | device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>"Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>"You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>"After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

37

a processor coupled to the memory, the input interface, the screen driver and the network

interface, the processor executing the code in the memory to cause the application module

and the screen driver to perform operations of:

Appendix A

Application/Control Number: 90/013,882                                                Page 51

Art Unit: 3992

| 25F. a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations of: | The UPnP Control Point provides a UI for the user to interact with the system, which inherently requires a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations, such as a processor of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems.<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device |

37

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|----------------|--------------------------------------|
| | with a small display." UPnP AV pg. 6.<br><br>"Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>"You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>"After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

38

**displaying on a screen a first list showing at least available players;**

Appendix A

Application/Control Number: 90/013,882

Art Unit: 3992

Page 52

| 25G. displaying on a screen a first list showing at least available players; | The UPnP Standard discloses that UPnP Control Points display UPnP presentation pages, and that UPnP presentation pages are written in HTML version 3.0 or higher. (25G15). HTML includes list display mechanisms. The UPnP Standard also discloses a discovery service for locating devices that are players (such as devices that are combined UPnP Media Servers and UPnP Media Renderers) on the network and a user interface for displaying the discovered players at a UPnP Control Point in a manner that requires lists or other common display mechanisms. (25G1, 25G5, 25G6, 265G9, 25G11, 25G12) The UPnP Control Point display of discovered players (UPnP Media Renderers) in HTML could include lists, and the UPnP Standards disclose allowing users to select from available UPnP Media Servers and UPnP Media Renderers (25G4) using a UPnP Control Point, which also requires those devices to be listed on a display of the UPnP Control Point. Operating systems such as Windows XP also provided tools for UPnP Control Points to display a list of available UPnP Media servers (content sources) and UPnP Media Renderers (players) on a screen, such as in the form of icons, and Windows allows the user to configure icons as lists. (25G18, 25G19) Sonos has accused groups of icons on a screen as meeting the limitation of a list in the concurrent litigation. When there are multiple independent sets of rendering hardware associated with a UPnP Media Renderer device, such as separate speakers, the UPnP Standard instructs that the UPnP Control Point presents those as multiple instantiations of the UPnP Media Renderer device, each with its own rendering control and connection manager, which would require a list of those devices. (25G2, 25G3) Users interact with the UPnP Control Point through a user interface, which commonly uses a list for multiple items, such as a list of player URLs that can each be selected to allow a user to access player-specific controls for services. (25G7, 25G8) The UPnP Media Renderers (players) can be assigned "user friendly names," such as living room, kitchen, etc. (25G10). |
|---|---|

38

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25G1. "Most rendering devices contain a number of dynamically configurable attributes that affect how the current content is rendered. For example, video rendering devices, such as TVs, allow user control of display characteristics such as brightness and contrast, whereas audio rendering devices allow control of audio characteristics such as volume, balance, equalizer settings, etc. The RenderingControl:1 service is intended to provide Control Points with the ability to query and/or adjust any rendering attribute that the device supports. The RenderingControl:1 service enables a Control Point to:<br>• Discover the set of attributes supported by the device.<br>• Retrieve the current setting of any supported attribute<br>• Change the setting of (e.g. control) any modifiable attribute<br>• Restore the settings defined by a named Preset," UPnP Rendering Control, pg. 6.<br><br>25G2. "Note that a single physical device may include multiple logical devices. Multiple logical devices can be modeled as a single root device with embedded devices (and services) or as multiple root devices (perhaps with no embedded devices). In the former case, there is one UPnP device description for the root device, and that device description contains a description for all embedded devices. In the latter case, there are multiple UPnP device descriptions, one for each root device. A UPnP device description is written by a UPnP vendor. The description is in XML syntax and is usually based on a standard UPnP Device Template. A UPnP Device Template is produced by a UPnP Forum working committee; they derive the template from the UPnP Template Language, which was derived from standard constructions in XML. This section explains the format for a UPnP device description, UPnP Device Templates, and the part of the UPnP Template Language that covers devices." UPnP Architecture, pg. 14<br><br>25G3. "As described in the Media Renderer device template, a rendering device that contains multiple, independent rendering hardware (e.g. two independent display screen, or two independent sets of output speakers) shall be modeled as multiple instantiations of the MediaRenderer device, each with its own Rendering Control, Connection Manager, and (optional) AV Transport services. In other words, from an UPnP AV modeling point of view, each output on a physical rendering device is treated as a completely independent Media Rendering device. Refer to the Media Renderer device template for more information." UPnP Rendering Control, pg. 40. |

39

Application/Control Number: 90/013,882

Page 53

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25G4. "The most common task that end-users want to perform is to render (i.e. play) individual items of content on a specific rendering device. As shown in, Figure 3, a content playback scenario involves three distinct UPnP components: a MediaServer, a MediaRenderer, and a UPnP Control Point. These three components (each with a well-defined role) work together to accomplish the task. In this scenario, the MediaServer contains (entertainment) content that the user wants to render (e.g. display or listen to) on the MediaRenderer. The user interacts with the Control Point's UI to locate and select the desired content on the MediaServer and to select the target MediaRenderer. The MediaServer contains or has access to a variety of entertainment content, either stored locally or stored on an external device that is accessible via the MediaServer. The MediaServer is able to access its content and transmit it to another device via the network using some type of transfer protocol. The content exposed by the MediaServer may include arbitrary types of content including video, audio, and/or still images. The content is transmitted over the network using a transfer protocol and data format that is that is understood by the MediaServer and MediaRenderer. MediaServers may support one or multiple transfer protocols and data formats for each content item or be able to convert the format of a given content item into another formats on the fly. Examples of a MediaServer include a VCR, CD/DVD player/jukebox, camera, camcorder, PC, set-top box, satellite receiver, audio tape player, etc." UPnP AV pg. 5. |
| | 25G5. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |
| | 25G6. "5.3. Control Point Control Points coordinate the operation of the MediaServer and the MediaRenderer, usually in response to user |

Application/Control Number: 90/013,882                    Page 54

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | interaction with the Control Point's UI. The following describes a generic Control Point algorithm that can be used to interact with a wide variety of MediaServer and MediaRenderer implementations. |
| | 1. Discover AV Devices: Using UPnP's Discovery mechanism, MediaServers and MediaRenderers in the home network are discovered. |
| | 2. Locate Desired Content: Using the Server's ContentDirectory::Browse() or Search() actions, a desired Content Item is located. The information returned by Browse()/Search() includes the transfer protocols and data formats that the MediaServer supports to transfer the content to the home network. |
| | 3. Get Renderer's Supported Protocols/Formats: Using the MediaRenderer's ConnectionManager::GetProtocolInfo() action a list of transfer protocols and data formats supported by the MediaRenderer is returned to the Control Point. |
| | 4. Compare/Match Protocols/Formats: The protocol/format information returned by the ContentDirectory for the desired Content Item is matched with the protocol/format information returned by the MediaRenderer's GetProtocolInfo() action. The Control Point selects a transfer protocol and data format that are supported by both the MediaServer and MediaRenderer. |
| | 5. Configure Server/Renderer: The device's ConnectionManager::PrepareForConnection() action (if implemented) informs the MediaServer and MediaRenderer that an outgoing/incoming connection is about to be made using the specified transfer protocol and data format that was previously selected. Depending on the selected transfer protocol, either the MediaServer or MediaRenderer will return an AVTransport InstanceID. This InstanceID is used in conjunction with the device's AVTransport Service (i.e. the device returning the AVTransport InstanceID) to control the flow of the content (e.g. Play, Stop, Pause, Seek, etc). Additionally, the Renderer will return a Rendering Control InstanceID that is used by the Control Point to control the Rendering characteristics of the content. Note: Since PrepareForConnection() is an optional action, there may be situations in which either the MediaServer and/or MediaRenderer do not implement PrepareForConnection(). When this occurs and neither MediaServer nor MediaRenderer return an AVTransport InstanceID, the Control Point uses an InstanceID=0 to control the flow of the content. Refer to the ConnectionManager and AVTransport Service Templates for details [?]. |
| | 6. Select Desired Content: Using the AVTransport service (whose InstanceID is returned by either the Server or Renderer), invoke the SetAVTransportURI() action to identify the content item that needs to be transferred. |
| | 7. Start Content Transfer: Using the AVTransport service, invoke one of the transport control actions as desired by the user (e.g. Play, Stop, Seek, etc). |
| | 8. Adjust Rendering Characteristics: Using the MediaRenderer's Rendering Control service, |

41

Application/Control Number: 90/013,882                                    Page 55

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPaP |
|---|---|
| | invoke any rendering control actions as desired by the user (e.g. adjust brightness, contrast, volume, mute, etc). |
| | 9. Repeat: Select Next Content: Using either the AVTransport::SetAVTransportURI() or AVTransport::SetNextAVTRansportURI() actions, identify the next content item that is to be transferred from the same Server to the same Renderer. Repeat as needed. |
| | 10. Cleanup Server/Renderer: When the session is terminated and MediaServer and MediaRenderer are no longer needed in the context of the session, the MediaServer's and MediaRenderer's ConnectionMgr::ConnectionComplete() action is invoked to close the MediaServer's connection. Based on the interaction sequence shown above, the following diagram chronologically illustrates the typical interaction sequence between the three Control Point and the MediaServer and MediaRenderer." UpnP AV pgs. 9-10. |
| | 25G7. "In most cases, the choice of AVTransport actions that are actually invoked will likely be directed by the end-user as they interact with the Control Point's UI." UPnP Rendering Control pg. 8 |
| | 25G8. "Step 5 in UPnP networking is presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page." UPnP Architecture, pg. 3. |
| | 25G9. "Addressing is Step 0 of UPnP networking. Through addressing, devices get a network address. Addressing enables discovery (Step 1) where control points find interesting device(s), description (Step 2) where where control points learn about device capabilities, control (Step 3) where a control point sends commands to device(s), eventing (Step 4) where control points listen to state changes in device(s), and presentation (Step 5) where control points display a user interface for device(s)." UPnP Architecture, pg. 4. |
| | 25G10. "Once a device has a valid IP address for the network, it can be located and referenced on that network through that address. There may be situations where the end user needs to locate and identify a device. In these situations, a friendly name for the device is much easier for a human to use than an IP address." UPnP Architecture, pg. 5. |

42

Application/Control Number: 90/013,882                                    Page 56

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25G11. "friendlyName Required. Short description for end user. Should be localized (cf. ACCEPT-/CONTENT-LANGUAGE headers). Specified by UPnP vendor. String. Should be < 64 characters." UPnP Architecture, pg. 17. |
| | 25G12. "Presentation is Step 5 in UPnP networking. Presentation comes after addressing (Step 0) where devices get network addresses, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Presentation exposes an HTML-based user interface for controlling and/or viewing device status. Presentation is complementary to control (Step 3) where control points send actions to devices, and eventing (Step 4) where control points listen to state changes in device(s). After a control point has (1) discovered a device and (2) retrieved a description of the device, the control point is ready to begin presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device." UPnP Architecture, pg. 52. |
| | 25G13. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
| | 25G14. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |
| | 25G15. "At the highest layer, the presentation page is specified by a UPnP vendor. Moving down the stack, the UPnP Device Architecture specifies that this page be written in HTML. The page is delivered via HTTP over TCP over IP. For reference, colors in [square brackets] are included for consistency with other sections in this document. To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page. Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page, it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to |

43

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so. Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT- / CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language." UPnP AV, pg. 53. |

44

displaying a zone group including players from the available players when at least two of

the available players are selected to form the zone group, wherein any one of the players in

the group serves as a zone group head;

Appendix A

Application/Control Number: 90/013,882                                      Page 57

Art Unit: 3992

| 25H. displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head; | The UPnP Standard discloses displaying a zone group including players from the available players when at least two of the UPnP Combined Devices (players) (25H1, 25H4) are selected to form a zone group (such as one of the combined devices that is operating as a UPnP Media Server and a second such device operating as a UPnP Media Renderer), on a screen of a UPnP Control Point, wherein any one of the players in the group serves as a zone group head (all players are combined UPnP Media Servers and UPnP Media Renderers).  As discussed below, UPnP discloses a second list showing at least some of the UPnP Combined Devices (players) that are eligible to be selected as or grouped with the zone group head (UPnP Media Server device), such as a list of icons or URLs of available players.  (25H2, 25H3, 25H5)  In the concurrent litigation, Sonos has accused the display of icons on a screen as meeting the limitations of the first list and second list.  In addition, based on the construction of the term "player" proposed by Sonos in the concurrent litigation, a player can be either a UPnP Media Server or a UPnP Media Renderer.  Common operating system functionality also provided display support.  (25H12)

The UPnP Standard discloses a UPnP Connection Manager that forms a zone group started with the zone group head, such as a first combined UPnP Media Server/UPnP Media Renderer device that is acting as a UPnP Media Server, after one or more players (second or more combined UPnP Media Server/UPnP Media Renderer devices) from the at least some of the players are selected to join the zone group.  (25H6, 25H7)  As noted above, UPnP discloses the combination of a UPnP Media Server and UPnP Media Renderer into a single device.  (25H1, 25H4).  As described above, a UPnP Control Point can be used to perform these functions.  (25H8, 25H9, 25H10).  Combinations of UPnP Media Renderers can be used to provide stereo or surround sound through different speakers.  (25H11). |

44

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25H1. "As described in the above scenario, three distinct entities are involved: the Control Point, the source of the media content (called the "MediaServer"), and the sink for the content (called the "MediaRenderer").  Throughout the remainder of the document, all three entities are described as if they were independent devices on the network. Although this configuration may be common (i.e. a remote control, a VCR, and a TV), the AV Architecture supports arbitrary combinations of these entities within a single physical device. For example, a TV can be treated as a rendering device (e.g. a display). However, since most TVs contain a built-in tuner, the TV can also act as a server device because it could tune to a particular channel and send that content to a MediaRenderer (e.g. its local display or some remote device such as a tuner-less display). Similarly, many MediaServers and/or MediaRenderers may also include Control Point functionality. For example, an MP3 Renderer will likely have some UI controls (e.g. a small display and some buttons) that allow the user to control the playback of music." UPnP AV, pg. 5.

25H2. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.

25H3. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11.

25H4. "As described above, the AV Architecture consists of three distinct components that perform well-defined roles. In some cases, these components will exist as separate, individual UPnP devices. However, this need not be the case. Device manufacturers are free to combine any of these logical entities into a single physical device. In such cases, the individual components of these combo devices may interact with each other using either the standard UPnP control protocols (e.g. SOAP over HTTP) or using some private communication mechanism. In either case, the function of each logical entity remains unchanged. However, in the later case, since the communication between the logical entities is private, the individual components will not be able to communicate with other UPnP AV devices that do not implement the private protocol."  UPnP AV, pg. 6.

25H5. "MediaServer devices are used in conjunction with one or more MediaRenderer device(s) to allow a Control Point to discover entertainment (AV) content (e.g. video, music, images, etc) on the MediaServer and to render that content on any appropriate MediaRenderer within the home network. In general terms, the process |

45

Application/Control Number: 90/013,882                              Page 58

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | begins with the Control Points discovering MediaServer and MediaRenderer devices within the home network. The Control Point interacts with a MediaServer(s) to locate a desired piece of content (e.g. a movie, a song, a playlist, a photo album, etc). After the content has been identified, the Control point needs to identify a common transfer protocol and data format that can be used to transfer the content from the MediaServer to the desired MediaRenderer. After these transfer parameters have been established, the Control Point controls the flow of the content (e.g. Play, Pause, Stop, Seek, etc.). (Depending on the selected transfer protocol, these flow control operations are sent either to the MediaServer or MediaRenderer, but not both). The actual transfer of the content is performed directly by the MediaServer and MediaRenderer. The content transfer happens independently from the Control Point and does not involve UPnP itself at all. The Control Point uses UPnP to setup the transfer of the content, but the transfer is performed using a transfer protocol other than UPnP." UPnP Media Server, pg. 7

25H6. "5.1.2. ConnectionManager Service
This service is used to manage the connections associated with a particular device. The primary action of this service (within the context of a MediaServer) is PrepareForConnection(). When implemented, this optional action is invoked by the Control Point to give the Server an opportunity to prepare itself for an upcoming transfer. Depending on the specified transfer protocol and data format, this action may return the InstanceID of an AVTransport service that the Control Point can use to control the flow of this content (e.g. Stop, Pause, Seek, etc). As described below, this InstanceID is used to distinguish multiple (virtual) instances of the AVTransport service, each of which is associated with a particular connection to Renderer. Multiple (virtual) instances of the AVTransport service allow the MediaServer to support multiple Renderers at the same time. When the Control Point wants to terminate this connection, it should invoke the MediaServer's ConnectionComplete() action (if implemented) to release the connection. If the PrepareForConnection() action is not implemented, the Control Point is only able to support a single Renderer at an given time. In this case, the Control Point should use InstanceID=0." UPnP AV, pg. 7. |

46

Application/Control Number: 90/013,882

Page 59

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| |  Media Server 1 can be associated with the master channel, Media Renderer 1 can be associated with a left channel of the master channel, and Media Renderer 2 can be associated with a right channel of the master channel. Control Point 1 can generate a user interface with HTML that include the master volume, the left channel volume and the right channel volume, such as using the Microsoft UPnP functionality to invoke devices through the presentation page of the device. 1C9, 1C10, 1C11<br><br>25¶17. "5.2.2. ConnectionManagerService<br>This service is used to manage the connections associated with a device. Within the context of a MediaRenderer, the primary action of this service is the GetProtocolInfo() action. This action allows a Control Point to enumerate the transfer protocols and data formats that are supported by the MediaRenderer. This information is used to predetermine if a MediaRenderer is capable of rendering a specific content item. A MediaRenderer may also implement the optional PrepareForConnection() action. This action is invoked by the Control Point to give the Render an opportunity to prepare itself for an upcoming transfer. Additionally, this action assigns a unique ConnectionID that can be used by a 3rdparty Control Point to obtain information about the connections that the MediaRenderer is using. Also, depending on the specified transfer protocol and data format being used, this action may return a unique AVTransport InstanceID that the Control Point can use to control the flow of the content (e.g. Stop, Pause, Seek, etc). (Refer to the AVTransport section below for additional details). Lastly, PrepareForConnection() also returns a unique Rendering Control InstanceID which can be used by the Control Point to control the rendering characteristics of the associated content as described above. When the Control Point wants to terminate a connection, it should invoke the Renderer's ConnectionComplete() action (if |

47

Application/Control Number: 90/013,882                                    Page 60

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | implemented) to release the connection." UPnP AV, pg. 8. |
| | 25H8. "5.3. Control Point |
| | Control Points coordinate the operation of the MediaServer and the MediaRenderer, usually in response to user interaction with the Control Point's UI. The following describes a generic Control Point algorithm that can be used to interact with a wide variety of MediaServer and MediaRenderer implementations. |
| | 1. Discover AV Devices: Using UPnP's Discovery mechanism, MediaServers and MediaRenderers in the home network are discovered. |
| | 2. Locate Desired Content: Using the Server's ContentDirectory::Browse() or Search() actions, a desired Content Item is located. The information returned by Browse()/Search() includes the transfer protocols and data formats that the MediaServer supports to transfer the content to the home network. |
| | 3. Get Renderer's Supported Protocols/Formats: Using the MediaRenderer's ConnectionManager::GetProtocolInfo() action a list of transfer protocols and data formats supported by the MediaRenderer is returned to the Control Point. |
| | 4. Compare/Match Protocols/Formats: The protocol/format information returned by the ContentDirectory for the desired Content Item is matched with the protocol/format information returned by the MediaRenderer's GetProtocolInfo() action. The Control Point selects a transfer protocol and data format that are supported by both the MediaServer and MediaRenderer. |
| | 5. Configure Server/Renderer: The device's ConnectionManager::PrepareForConnection() action (if implemented) informs the MediaServer and MediaRenderer that an outgoing/incoming connection is about to be made using the specified transfer protocol and data format that was previously selected. Depending on the selected transfer protocol, either the MediaServer or MediaRenderer will return an AVTransport InstanceID. This InstanceID is used in conjunction with the device's AVTransport Service (i.e. the device returning the AVTransport InstanceID) to control the flow of the content (e.g. Play, Stop, Pause, Seek, etc). Additionally, the Renderer will return a Rendering Control InstanceID that is used by the Control Point to control the Rendering characteristics of the content. Note: Since PrepareForConnection() is an optional action, there may be situations in which either the MediaServer and/or MediaRenderer do not implement PrepareForConnection(). When this occurs and neither MediaServer nor MediaRenderer return an AVTransport InstanceID, the Control Point uses an InstanceID=0 to control the flow of the content. Refer to the ConnectionManager and AVTransport Service Templates for details [?]. |
| | 6. Select Desired Content: Using the AVTransport service (whose InstanceID is returned by either the Server or |

48

Application/Control Number: 90/013,882                                    Page 61

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | Renderer), invoke the SetAVTransportURI() action to identify the content item that needs to be transferred.<br>7. Start Content Transfer: Using the AVTransport service, invoke one of the transport control actions as desired by the user (e.g. Play, Stop, Seek, etc).<br>8. Adjust Rendering Characteristics: Using the MediaRenderer's Rendering Control service, invoke any rendering control actions as desired by the user (e.g. adjust brightness, contrast, volume, mute, etc).<br>9. Repeat: Select Next Content: Using either the AVTransport::SetAVTransportURI() or AVTransport::SetNextAVTRansportURI() actions, identify the next content item that is to be transferred from the same Server to the same Renderer. Repeat as needed.<br>10. Cleanup Server/Renderer: When the session is terminated and MediaServer and MediaRenderer are no longer needed in the context of the session, the MediaServer's and MediaRenderer's ConnectionMgr::ConnectionComplete() action is invoked to close the MediaServer's connection. Based on the interaction sequence shown above, the following diagram chronologically illustrates the typical interaction sequence between the three Control Point and the MediaServer and MediaRenderer." UPnP AV pgs. 9-10.<br><br>25H9. "2.2.1. Description of Device Requirements<br>Each implementation of the MediaRenderer requires a Rendering Control and ConnectionManager service. The Rendering Control service allows Control Points to control the various rendering capabilities of the device. The Connection Manager is used to enumerate and select a particular transfer protocol and data format to be used for transferring the content. Additionally, the Connection Manager also allows Control Points, such as a home network management application, to discover useful information about the content transfers that the device is actively participating in. Such information could be useful to a Quality Of Service capability, which may be defined in the future." UPnP Media Renderer, pg. 5.<br><br>25H10. "2.2.2. Relationships Between Services<br>The Connection Manager's PrepareForConnection() action provides the trigger point for creating new instances of the Rendering Control and AVTransport service. When a new connection is established (one that requires an instance of the AVTransport on the MediaRenderer, which is determined by the selected transfer protocol), the PrepareForConnection() action returns the InstanceId of the Rendering Control and AVTransport services that are bound to that connection. The Rendering Control instance is used by the Control Point to control how the content from that connection is rendered. The AVTransport instance is used by the Control Point to control the flow (e.g. Play, FF, REW, Seek, etc) of the content received via that connection. As described in the |

49

Application/Control Number: 90/013,882                                    Page 62

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | RenderingControl and AVTransport specification, each instance of these services operates independently from all other instances." UPnP Media Renderer, pg. 6.<br><br>25H11. "2.2.19. A_ARG_TYPE_Channel<br>This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with it either and will use the Master channel to control its properties.<br>The following channel spatial positions are defined:<br>• Master (Master)<br>• Left Front (LF)<br>• Right Front (RF)<br>• Center Front (CF)<br>• Low Frequency Enhancement (LFE) [Super woofer]<br>• Left Surround (LS)<br>• Right Surround (RS)<br>• Left of Center (LFC) [in front]<br>• Right of Center (RFC) [in front]<br>• Surround (SD) [rear]<br>• Side Left (SL) [left wall]<br>• Side Right (SR) [right wall]<br>• Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel -- the Master channel. A two-channel (stereo) cluster has three channels -- the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, pgs. 16-17. |

50

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | 25H12. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |

51

**synchronizing all players in the zone group in accordance with the zone group head;  and**

Appendix A

Application/Control Number: 90/013,882                              Page 63

Art Unit: 3992

| 251. synchronizing all players in the zone group in accordance with the zone group head; and | The UPnP Standard discloses synchronizing all zones in the zone group, such as by using the IEC61883/IEEE1394 isochronous transfer protocols to synchronize UPnP Media Servers and UPnP Media Renderers. <br><br>  <br><br> UPnP AV, pg. 5. <br><br> "6.1. Isochronous-Push Transfer Protocols (IEC61883 /IEEE1394) When using an isochronous transfer protocol (e.g.IEC61883/ IEEE1394), the underlying transfer mechanism provides real-time content transfer between the MediaServer and MediaRenderer. This ensures that individual packets of content are transferred within a certain (relatively small) period of time. This real-time behavior allows the MediaRenderer to provide the user with smooth-flowing rendering of the content without implementing a read-ahead buffer. In this environment, the flow |

51

| | of the content is controlled by the MediaServer. The MediaRenderer immediately renders the content that it receives from the MediaServer. Refer to the diagram below for details." UPnP AV, pgs. 12, 13, 18, 21. |

52

**adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user.**

Appendix A

Application/Control Number: 90/013,882                                    Page 64

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | of the content is controlled by the MediaServer. The MediaRenderer immediately renders the content that it receives from the MediaServer. Refer to the diagram below for details." UPnP AV, pgs. 12, 13, 18, 21. |
| 25J. adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | The UPnP Standard discloses multiple audio channels (25J1) and a Rendering Control service that allows "Control Points to control each of these channels independently or as a whole" (25J2). Adjusting the volume of all of the channels as a whole is performed by adjusting a master volume meter represented by an averaged value of audio volumes of the players in the group. (25J3) The averaged value is at least represented when the associated channels, which can each be assigned to a different wireless network-enabled speakers, are first set to the lowest level and then increased by the master as a whole. (25J4, 25J5) Adjusting the master volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. (25J3)

25J1. "2.2.19. A_ARG_TYPE_Channel
This variable is used to identify a particular channel of an audio output stream. A channel, except the Master channel, is associated with the location of the speaker where the audio data stream is to be presented. It is customary to refer a channel using the spatial position of associated speaker as described below. The Master channel is a logical channel and, therefore, has no spatial position associated with it. A one-channel channel cluster does not have spatial position associated with either and will use the Master channel to control its properties.
The following channel spatial positions are defined:
• Master (Master)
• Left Front (LF)
• Right Front (RF)
• Center Front (CF)
• Low Frequency Enhancement (LFE) [Super woofer]
• Left Surround (LS)
• Right Surround (RS)
• Left of Center (LFC) [in front]
• Right of Center (RFC) [in front]
• Surround (SD) [rear]
• Side Left (SL) [left wall]
• Side Right (SR) [right wall] |

52

Application/Control Number: 90/013,882                                    Page 65

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | • Top (T) [overhead]<br>• Bottom (B) [bottom]<br>A channel cluster is the collection of all channels, including the Master channel, within an audio stream. A single channel (mono) cluster has only one channel -- the Master channel. A two-channel (stereo) cluster has three channels -- the Master channel, the Left Front channel, and the Right Front channel. In this specification, only the Master channel is required. All other channels are optional, see Table 2-15 for details." UPnP Rendering Control, pgs. 16-17.<br><br>25J2. "2.5.4. Controlling Audio Content<br>The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole." UPnP Rendering Control, pg. 41.<br><br>25J3. "Double the volume of the entire audio content: (Note: Increasing the volume by 6dB doubles the volume level.) • Invoke the GetVolumeDB() action with the Channel parameter set to 'Master'. Based on the previous example, the CurrentVolume out parameter returned a -1280 (increments of 1/256 dB), which indicates that the volume level is at -5dB.<br>• Invoke the SetVolumeDB() action with the Channel parameter set to "Master" (and the DesiredVolume parameter set to 256 (-1280+1536 increments of 1/256dB), which corresponds to 1dB (-5+6)." UPnP Rendering Control, pg. 42.<br><br>25J4 "Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:<br>• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.<br>Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting |

53

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | • Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.<br>• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." UPnP Rendering Control, pgs. 41-42.<br><br>25J5. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images.The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

54

Application/Control Number: 90/013,882                                    Page 66
Art Unit: 3992

(Request 12/27/2016, p. 3), The UPnP Standard was developed by the Open Connectivity

Foundation. (Request 12/27/2016, p. 32), The UPnP Standard explicitly discloses a standardized

format for use in creating user interface devices, such as controllers 140 and 142, for controlling

media rendering devices, such as zone players 102, 104 and 106, to interface with media servers,

such as audio sources 110 and 112.


Microsoft UPnP states (Microsoft UPnP, p. 2), "Windows can participate in the UPnP network

and make UPnP enabled devices and services that are connected to the network available to the

user of the Windows system.


It would have been obvious to one of ordinary skill in the art at the time of the invention to

combine The UPnP Standard with common operating system functionality such as that disclosed

in Microsoft UPnP to teach the claimed limitations because (Microsoft UPnP, p. 1), Universal

Plug and Play and Windows using a common set of standards and protocols for communicating

enables evolving capabilities such as remote control and monitoring, sharing of digital data, and

converging data from multiple devices and locations.


**38. An apparatus for manipulating a plurality of players, the apparatus comprising:**

**a screen;**


Appendix A

Application/Control Number: 90/013,882                                          Page 67

Art Unit: 3992

| 38. An apparatus for manipulating a plurality of players, the apparatus comprising: | As discussed above, the UPnP Standard discloses an apparatus for manipulating a plurality of players, such as a UPnP Control Point that is used for manipulating devices that are combined UPnP Media Servers and UPnP Media Renderers. |
|---|---|
| 38A. a screen; | The UPnP Control Point includes a screen, such as a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. 38A1. For example, Windows UPnP discloses that the Windows XP operating system for personal computers was UPnP compatible and had extensive UPnP functionality, and generated user interfaces on screens. 38A2, 38A3, 38A4<br><br>38A1. "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer |

54

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPaP AV pg. 6.<br><br>38A2. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>38A3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>38A4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

55

**a screen driver commanding the screen;**

Appendix A

| 38B. a screen driver commanding the screen; | The UPnP Control Point includes a screen driver commanding the screen, such as a screen driver of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. 38B1. For example, Windows UPnP discloses that the Windows XP operating system for personal computers was UPnP compatible and had extensive UPnP functionality, and generated user interfaces on screens that would require use of a screen driver. 38B2, 38B3, 38B4<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), |

55

Application/Control Number: 90/013,882                                    Page 68

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
|  | where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |
|  | 38B2. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2. |
|  | 38B3. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4. |
|  | 38B4. "After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

56

**an input interface;  a network interface;**

Appendix A

| 38C. an input interface; | The UPnP Control Point includes an input interface, such as an input interface of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems.<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some |

56

Application/Control Number: 90/013,882                                    Page 69

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>"Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>"You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>"After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |
| 38D. a network interface; | The UPnP Control Point includes a network interface, such as a network interface of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems.<br><br>"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6. |

57

**a memory for storing code for an application module;**

Appendix A

| 38E. a memory for storing code for an application module; | with a small display." UPnP AV pg. 6.<br>The UPnP Control Point includes a memory for storing code for an application module, such as a memory of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems. |
|---|---|

57

Application/Control Number: 90/013,882                                      Page 70

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | "The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.

"Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.

"You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.

"After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

58

a processor coupled to the memory, the input interface, the screen driver and the network

interface, the processor executing the code in the memory to cause the application module

and the screen driver to perform operations of:

Appendix A

| 38F. a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code | The UPnP Control Point provides a UI for the user to interact with the system, which inherently requires a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations, such as a processor of a wireless PDA-like device with a small display, or a personal computer running Windows XP or other UPnP-compatible operating systems.

"The MediaRenderer obtains content from a MediaServer via network. Examples of a MediaRenderer include TV, stereo, network-enabled speakers, MP3 players, Electronic Picture Frame (EPF), a musiccontrolled water fountain, etc. The type of content that a MediaRenderer can receive depends on the transfer protocols and data |

58

Application/Control Number: 90/013,882                                    Page 71

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| in the memory to cause the application module and the screen driver to perform operations of: | formats that it supports. Some MediaRenderers may only support one type of content (e.g. audio or still images), where as other MediaRenderers may support a wide variety of content including video, audio, still images. The Control Point coordinates and manages the operation of the MediaServer and MediaRenderer as directed by the user (e.g. play, stop, pause) in order to accomplish the desired task (e.g. play "MyFavorite" music). Additionally, the Control Point provides the UI (if any) for the user to interact with in order to control the operation of the device(s) (e.g. to select the desired content). The layout of the Control Point's UI and the functionality that it exposes is implementation dependent and determined solely by the Control Point's manufacturer. Some examples of a Control Point might include a TV with a traditional remote control or a wireless PDA-like device with a small display." UPnP AV pg. 6.<br><br>"Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>"You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>"After checking the local cache for any cached entries matching the search request, the devices returned are added to a list of the found devices." Microsoft UPnP, pg. 11. |

59

displaying on a screen a list showing a plurality of volume meters, at least one of the

volume meters representing an audio volume of one of the players, and another one of the

volume meters representing an audio volume of a group of players, if there is such a group;

and


Appendix A


| 38G. displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters | The UPnP Control Point displays a list on a screen showing a plurality of volume meters, such as by using a UPnP Control Point that receive HTML for each device that includes the volume setting for the device, and a master volume level for a master channel associated with the devices. 38G1 The volume meter/control for one of the devices represents an audio volume of one of the players, and the volume meter/control for the Master represents an audio volume of a group of players associated with the master. 38G2, 38G3<br><br>38G1. "At the highest layer, the presentation page is specified by a UPnP vendor. Moving down the stack, the UPnP Device Architecture specifies that this page be written in HTML. The page is delivered via HTTP over TCP over IP. For reference, colors in [square brackets] are included for consistency with other sections in this document. To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page. Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor." |

59

Application/Control Number: 90/013,882                                    Page 72

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| representing an audio volume of a group of players, if there is such a group; and | The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so. Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT- / CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language." UPnP AV, pg. 53.<br><br>38G2. "2.5.4. Controlling Audio Content<br>The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole. When controlling the volume of a particular channel, Control Points can choose between two different representations of the volume setting. One representation uses the Volume state variable and the other representation uses the VolumeDB state variable. As described in Sections 2.2.16 and 2.2.17, the Volume state variable represents volume as a contiguous set of "positions" numbered from 0 to some device-specific maximum, and the VolumeDB state variable represents volume in units of 1/256 of a decibel (dB). Two pair of actions (one pair for each representation) are provided to get and set the volume of a channel." UPnP AV pg. 41<br><br>38G3. "Double the volume of the entire audio content: (Note: Increasing the volume by 6dB doubles the volume level.) • Invoke the GetVolumeDB() action with the Channel parameter set to 'Master'. Based on the previous example, the CurrentVolume out parameter returned a -1280 (increments of 1/256 dB), which indicates that the |

Application/Control Number: 90/013,882                                            Page 73

Art Unit: 3992

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | volume level is at -5dB.<br>• Invoke the SetVolumeDB() action with the Channel parameter set to "Master" (and the DesiredVolume parameter set to 256 (-1280+1536 increments of 1/256dB), which corresponds to 1dB (-5+6)." UPnP Rendering Control, pg. 42. |



| | Media Server 1 can be associated with the master channel, Media Renderer 1 can be associated with a left channel of the master channel, and Media Renderer 2 can be associated with a right channel of the master channel.  Control Point 1 can generate a user interface with HTML that includes a list that has the master volume, the left channel volume and the right channel volume, such as using the Microsoft UPnP functionality to invoke devices through the presentation page of the device. 38G4, 38G5, 38G6<br><br>38G4. "Windows can also serve as a platform for building and running control point applications to control UPnP connected devices and services." Microsoft UPnP, pg. 2.<br><br>38G5. "You can now see if any UPnP enabled devices exist on your network by opening My Network Places on the desktop. If there are UPnP devices on your local network, they will appear here with a generic icon based on the device type. You can invoke the device from here through its presentation page." Microsoft UPnP, pg. 4.<br><br>38G6. "After checking the local cache for any cached entries matching the search request, the devices returned |

61

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | are added to a list of the found devices." Microsoft UPnP, pg. 11. |

62

adjusting one of the volume meters as desired after one of the volume meters from the list

is selected, wherein the one of the volume meters is for the group of players, represented by

an averaged value of audio volumes of the players in the group, and


Appendix A

Application/Control Number: 90/013,882                                    Page 74

Art Unit: 3992

| 38H. adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, | The user of the UPnP Control Point can adjust one of the volume meters as desired after one of the volume meters from the list is selected, such as the Master channel for a channel group, wherein the volume meter/control for the Master is for the group of players associated with the channels assigned to the Master channel. The volume meter/control is represented by an averaged value of audio volumes of the players in the group, at least when all players are starting from the same minimum level with the Master. Adjusting the Master volume meter/control includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. |
|---|---|
| | "2.5.4. Controlling Audio Content The Rendering Control Service exposes a set of state variables that can be used to control the audio output of a device. These include various characteristics such as volume, mute, and loudness. However, unlike most visual content, audio content is typically composed of one or more channels (e.g. a left and right channel). The Rendering Control service allows Control Points to control each of these channels independently or as a whole. In order to accomplish this, it is necessary for the Control Point to identify the channel that is to be controlled. This is accomplished via the 'Channel' parameter included in each action that is associated with the audio portion of an input stream. Each channel is uniquely named as described in Section 2.2.19. The "master" channel allows a Control Point to control the "composite" (post-mixed) audio content as a whole. When controlling the volume of a particular channel, Control Points can choose between two different representations of the volume setting. One representation uses the Volume state variable and the other representation uses the VolumeDB state variable. As described in Sections 2.2.16 and 2.2.17, the Volume state variable represents volume as a contiguous set of "positions" numbered from 0 to some device-specific maximum, and the VolumeDB state variable represents volume in units of 1/256 of a decibel (dB). Two pair of actions (one pair for each representation) are provided to get and set the volume of a channel." UPnP AV pg. 41 |
| | "Double the volume of the entire audio content: (Note: Increasing the volume by 6dB doubles the volume level.) • Invoke the GetVolumeDB() action with the Channel parameter set to 'Master'. Based on the previous example, the CurrentVolume out parameter returned a -1280 (increments of 1/256 dB), which indicates that the volume level is at -5dB. • Invoke the SetVolumeDB() action with the Channel parameter set to "Master" (and the DesiredVolume parameter set to 256 (-1280+1536 increments of 1/256dB), which corresponds to 1dB (-5+6)." UPnP Rendering |

62

| U.S. 7,571,014 | The UPnP Standard and Microsoft UPnP |
|---|---|
| | Control, pg. 42. |

63

**said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user.**

Appendix A

Application/Control Number: 90/013,882                                    Page 75

Art Unit: 3992

| 381. and said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | The UPnP Control Point changes a volume of each of the group of players synchronously in accordance with an adjustment made by a user, such as by invoking the SetVolume() action with the Channel parameter set to "Master" and the Desired Volume parameter set to 1, which sets the volume levels at all associated devices that are assigned to different channels to 1. Subsequent SetVolume() actions for the Channel parameter set to Master result in the devices associated with the Master channel being synchronously adjusted.<br><br>"[T]he Control Point coordinates and synchronizes the behavior of both devices. . . ." UPnP AV, pg. 4.<br><br>"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:<br>• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.<br>Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting<br>• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.<br>• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." UPnP Rendering Control, pgs. 41-42. |

63

(Request 12/27/2016, p. 3), The UPnP Standard was developed by the Open Connectivity

Foundation. (Request 12/27/2016, p. 32), The UPnP Standard explicitly discloses a standardized

format for use in creating user interface devices, such as controllers 140 and 142, for controlling

media rendering devices, such as zone players 102, 104 and 106, to interface with media servers,

such as audio sources 110 and 112.

Microsoft UPnP states (Microsoft UPnP, p. 2), "Windows can participate in the UPnP network

and make UPnP enabled devices and services that are connected to the network available to the

user of the Windows system.

Application/Control Number: 90/013,882                                    Page 76
Art Unit: 3992

It would have been obvious to one of ordinary skill in the art at the time of the invention to

combine The UPnP Standard with common operating system functionality such as that disclosed

in Microsoft UPnP to teach the claimed limitations because (Microsoft UPnP, p. 1), Universal

Plug and Play and Windows using a common set of standards and protocols for communicating

enables evolving capabilities such as remote control and monitoring, sharing of digital data, and

converging data from multiple devices and locations.


**2.  Claims 1, 8, 16, 18, 21, 25, and 38 are rejected under 35 USC 103(a) as obvious over Isely**

**in view of UPnP, MS UPnP and NexSys.**   See Request pp. 38-40 and Appendix B

(12/27/2016), incorporated by reference.)


Isely discloses systems and methods for dynamic distribution of audio signals at a site based on

defined zones within the site. (Abstract)


Isely discloses [0015] "the relationship between a characteristic of the audio signal for a

reference audio device and ones of the addressable audio devices is a relative relationship. The

relative relationship between the reference audio device and ones of the addressable audio

devices may be a proportional relationship and the relative relationship between the reference

audio device and another of the addressable audio devices may be a static relationship." Thus,

where the reference audio device and all of the addressable audio devices are set at the

same average volume level, such as at start up, and the volume for the reference audio device is

Application/Control Number: 90/013,882                                    Page 77
Art Unit: 3992

adjusted, that average volume level for all of the associated addressable audio devices would also

synchronously change.


Isely at [0020] states that a "relationship is defined between a characteristic of the audio signal

for a reference audio device and for the selected addressable audio devices. The audio signal is

distributed to the selected addressable audio devices based on the defined relationships and

a control input associated with the characteristic." An update to the control input is received

from a user and the audio signal is distributed to the selected addressable audio devices based on

the defined relationships and the update to the control input. The audio signal may be received as

a digital audio stream and may be distributed over a local network of the zoned environment."

The audio signal is not just displayed but is controlled and adjusted, such as where all

addressable audio devices start from the same average zero level and the average is increased or

decreased synchronously with "a control input associated with the characteristic."

Isely at [0040] discloses grouping of playback devices for multicasting ("However, the present

invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify

the multicast group. The underlying transport for the digital audio streams should also be UDP.

The audio source may thus deliver time-stamped packets to the proper multicast group. One such

protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol

(RTP) as defined in request for comments (RFC) 1889.").


Isely discloses [0044], The audio device 205 has a network interface, performs decoding of

encoded stereo data, equalization, left and right channelization and other common functions

Application/Control Number: 90/013,882                                    Page 78
Art Unit: 3992

associated with MP3 decoders, and can function as either a UPnP Media Server or a UPnP

Media Renderer.  The presence of a network interface 240 in network device 205 means that

network device 205 was synchronized with other network devices on network 120.


Isely also discloses a controller 125 that "tells the network audio devices 105 a 'channel' to

which they should tune. The controller 125 makes this designation based on the user designation

from the user device 130 to provide dynamic zone aggregation." [0039], channels are for multi-

channel sound, where "a pair of channels is used to drive the left and right stereo channels for a

pair of speakers, resulting in support for up to six zones with a 12 channel system." [0005], each

"of the network attached audio devices 105 is associated with a group of audio equipment 145,

150. The respective groupings of audio equipment located at site may, for example, each be

associated with a different room in a residence." These audio devices can include a Digital

Signal Processor 215, firmware 235, a microcontroller 230, line level control 250 and a network

interface 240, where the network can utilize the UDP Inter protocol over an Ethernet network or

other common data networks that require networked devices to request transmission of data

packets, such as a Transport Control Protocol (TCP). [0061], In addition to the use of UDP,

Ethernet and TCP, Isely also discloses the audio devices 105 are compliant with the UPnP

Standard and Jini [0041] and Real-time Transport Protocol (RTP) [0040], each of which are

standards that were developed specifically to allow networked devices to autonomously interact

with each other.

Application/Control Number: 90/013,882                                    Page 79
Art Unit: 3992

Isely further discloses at [0062] that a "relationship between a characteristic of the audio signal

for a reference audio device and for a plurality of the addressable audio devices 305, 405 is

defined (block 620). Such a relationship may be related to relative volume, equalization or other

audio characteristics as described previously herein. Furthermore, such a relationship may be

complex, proportional, or static as described previously herein," and further at [0063] that

an "update to the control input specifying the characteristic(s) may be periodically received from

a user (block 640)." Thus, Isely discloses that a complex, proportional or static control

relationship between volumes for a plurality of devices can be defined and adjusted by a

user. This disclosure encompasses the common use case where all players in a zone and the

reference audio device all start at the same average zero volume level, and where the control is

used to increase the average volume level of all players.


**NexSys** discloses a common user interface for representing a master volume with associated

separate channels of a zone group, where the master control changes a volume of each of the

zone group of channels/players synchronously in accordance with an adjustment made by a user,

and presents the zone group in a manner that indicates a grouping.


1. **A method for controlling a plurality of players, the method comprising:**

**displaying on a screen a first list showing at least available players**;


(Request 12/27/2016, p. 33), **Isely** discloses systems and methods for dynamic distribution of

audio signals at a site based on defined zones within the site. Isely, Abstract. The audio

device 205 discussed at [0044] of **Isely** has a network interface, performs decoding of encoded

Application/Control Number: 90/013,882                                    Page 80
Art Unit: 3992

stereo data, equalization, left and right channelization and other common functions associated

with MP3 decoders, and can function as either a UPnP Media Server or a UPnP Media Renderer

(Figure 2)

The presence of a network interface 240 in network device 205 means that network device 205

was synchronized with other network devices on network 120.

**Isely** discloses that audio devices 105 can use UPnP protocols, such as those disclosed in the

UPnP Standard. As discussed above, the UPnP Standard discloses every feature of the claims of

the '014 Patent, and combined with the design of the audio devices 105/205/305/405,

network interface 100, user interface device 130, digital audio source 330 and audio server

455/zone manager 415 of Isely, there is nothing left in the claims of the '014 Patent that is not

explicitly or inherently disclosed in Isely, either alone or in combination with the UPnP Standard

and Microsoft UPnP.

**Isely** also discloses a controller 125 that "tells the network audio devices 105 the 'channel' to

which they should tune. The controller 125 makes this designation based on the user designation

from the user device 130 to provide dynamic zone aggregation.". [0039], The channels are for

multi-channel sound, where "a pair of channels is used to drive the left and right stereo channels

for a pair of speakers, resulting in support for up to six zones with a 12 channel system.". [0005],

As such, each "of the network attached audio devices 105 is associated with a group of audio

equipment 145, 150. The respective groupings of audio equipment located at the site may, for

example, each be associated with a different room in a residence." These audio devices can

include a Digital Signal Processor 215, firmware 235, a microcontroller 230, line out level

Application/Control Number: 90/013,882                                    Page 81
Art Unit: 3992

control 250 and a network interface 240, where the network can utilize the UDP Internet protocol

over an Ethernet network or other common data networks that require networked devices to

request transmission of data packets, such as a Transport Control Protocol (TCP). [0061], In

addition to the use of UDP, Ethernet and TCP, Isely also discloses the audio devices 105 are

compliant with the **UPnP Standard**[1] and Jini [0041] and Real-time Transport Protocol (RTP)

[0040], each of which are standards that were developed specifically to allow networked devices

to autonomously interact with each other.

Grouping of playback devices for multicasting is explicitly disclosed at [0040] of **Isely**

("However, the present invention is not limited to this protocol. For UDP over Ethernet, a

UDP definition may specify the multicast group. The underlying transport for the digital audio

streams should also be UDP. The audio source may thus deliver time-stamped packets to the

proper multicast group. One such protocol, which defines delivery of audio content using UDP,

is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889.")

**Isely** at [0020] states that a "relationship is defined between a characteristic of the audio signal

for a reference audio device and for the selected addressable audio devices. The audio signal is

distributed to the selected addressable audio devices based on the defined relationships and

a control input   associated   with   the characteristic".   The   volume   level   of Isely   was

a display relationship with a zone.


For example, Isely discloses at [0015] that "the relationship between a characteristic of the audio

signal for a reference audio device and ones of the addressable audio devices is a relative

relationship. The relative relationship between the reference audio device and ones of the

Application/Control Number: 90/013,882                                    Page 82
Art Unit: 3992

addressable audio devices may be a proportional relationship and the relative relationship between the reference audio device and another of the addressable audio devices may be a static relationship". Thus, where the reference audio device and all of the addressable audio devices are set at the same average volume level, such as at start up, and the volume for the reference audio device is adjusted, that average volume level for all of the associated addressable audio devices would also synchronously change, in accordance with the disclosure of Isely.

Isely next discloses at [0020] that an "audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input. The audio signal may be received as a digital audio stream and may be distributed over a local network of the zoned environment". Again, Isely discloses that the audio signal is not just displayed but is controlled and adjusted, such as where all addressable audio devices start from the same average zero level and the average is increased or decreased synchronously with "a control input associated with the characteristic."

Isely further discloses at [0062] that a "relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein," and further at [0063] that an "update to the control input specifying the characteristic(s) may be periodically received from a user (block 640)." Thus, Isely discloses that a complex, proportional or

Application/Control Number: 90/013,882                                    Page 83

Art Unit: 3992

static control relationship between volumes for a plurality of devices can be defined and adjusted

by a user. This disclosure encompasses the common use case where all players in a zone and the

reference audio device all start at the same average zero volume level, and where the control is

used to increase the average volume level of all players.

    Appendix B

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| 1. A method for controlling a plurality of players, the method comprising: | An example of a player is provided in Fig. 1 of Isely, which shows a networked audio device 105, and in Fig. 2 of Isely, which discloses that the networked audio device 205 includes a network interface 240, a microcontroller 230 and firmware 235, a digital signal processor 215 and an amplifier module 245 for speakers. Isely also discloses audio devices 305 and 405, which are equivalent to audio devices 105 and 205. Isely discloses that UPnP can be used for a salutation protocol, which is another term for a service discovery protocol that requires the use of UPnP Media Servers, UPnP Media Renderers, and UPnP Controls points, such as those disclosed and discussed in Exhibit A, which is hereby incorporated by reference. Isely thus discloses that audio sources 110/33/460, audio devices 105/205/305/405 and user interface devices 130/340/430 should be compliant with UPnP Media Servers, UPnP Media Renderers, and UPnP Control Points, and one of ordinary skill in the art would use the UPnP Standard to implement Isely in accordance with this disclosure.  Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use |

1

Application/Control Number: 90/013,882                                    Page 84

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." <br><br> The chart of Appendix A is hereby incorporated by reference for each element, as further discussed below. |

2

| | |
|---|---|
| 1A. displaying on a screen a first list showing at least available players; | Isely discloses a user interface device 130 (and user interface devices 340 and 430), which provides a user interface to receive user designations of aggregations of audio equipment, including audio sources 110 (and audio sources 330 and 460), to provide dynamic zone aggregation. [0039] The user interface can be implemented using a computer and HTML. [0057] The broadest reasonable construction of player includes audio sources 110, and Sonos has proposed a construction for the term "player" in the concurrent litigation of a "data network device configured to process and output audio" (Sonos Opening Claim Construction Brief, page 3), and has opposed a construction that would require an audio player to output sound, which would encompass audio sources 110/330/460. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard and Microsoft UPnP disclose that UPnP Media Servers and UPnP Media Renderers can be displayed in a list. <br><br> Isely, [0039] "The user device 130, in combination with the controller 125, provides a user interface configured to receive a user designation of aggregations of the audio equipment 145, 150 located at the site so as to provide dynamic zone aggregation in various embodiments of the present invention. The controller 125 operates to designate the associated identifiers to be received by respective ones of the plurality of network attached audio devices 105. In other words, the controller 125 essentially tells the network audio devices 105 the "channel" to which they should tune. The controller 125 makes this designation based on the user designation from the user device 130 to provide dynamic zone aggregation. Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while |

2

Application/Control Number: 90/013,882                                Page 85

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|------------------------------------------------------|
|       | other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."<br><br>Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely, [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

3

**displaying, when at least one of the players is selected as a zone group head, on the screen a second list showing at least some of the players that are eligible to be grouped with the zone group head;**

**NexSys** Manual discloses a group control that allows separate channels to be grouped together for common control.

Appendix B

| displaying, when at least one of the players is selected as a zone group | Isely discloses displaying a second list on the screen showing at least some of the players that are eligible to be grouped with the zone group head, such as audio devices 105/205/305/405, |

3

Application/Control Number: 90/013,882                                          Page 86

Art Unit: 3992

| | |
|---|---|
| head, on the screen a second list showing at least some of the players that are eligible to be grouped with the zone group head; | when at least one of the players is selected as a zone group head, such as one of audio sources 110/330/460. In other words, a user of Isely selects an audio source 110/330/460 to be the zone group head and the audio devices 105/205/305/405 to be grouped with the zone group head. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard and Microsoft UPnP disclose displaying lists of UPnP Media Renderers to be grouped with a UPnP Media Server.

Isely, [0037] "Each of the network attached audio devices 105 is associated with a group of audio equipment 145, 150. The respective groupings of audio equipment located at the site may, for example, each be associated with a different room in a residence. As shown in FIG. 1, a separate amplifier 145 and speaker(s) 150 are provided as audio equipment located at the site which equipment is responsive to a signal output from a particular network attached audio device 105. However, it is to be understood that the network attached audio devices 105 may include therein a pre-amplifier circuit and/or a pre-amplifier and amplifier circuits so that the speaker 150 may be driven directly by the audio devices 105 or driven though the amplifier 145 as illustrated in FIG. 1."

Isely, [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely, [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP |

4

Application/Control Number: 90/013,882

Page 87

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
| | protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889." |
| | Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |
| | Isely, [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the |

5

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
| | kitchen. A user interface 340 is configured to receive a user designation of the control input." |
| | Isely, [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment associated with the addressable audio devices (block 535)." |

Application/Control Number: 90/013,882                                    Page 88

Art Unit: 3992

**forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group;  and**

Appendix B

| forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group; and | Isely discloses forming a zone group started with the zone group head (audio sources 110/330/460), after one or more players from the at least some of the players (audio devices 105/205/305/405) are selected to join the zone group. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard discloses how to form a zone group by grouping a UPnP Media Server with one or more UPnP Media Renderers. |
| | Isely, [0037] "Each of the network attached audio devices 105 is associated with a group of audio equipment 145, 150. The respective groupings of audio equipment located at the site |

6

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | may, for example, each be associated with a different room in a residence. As shown in FIG. 1, a separate amplifier 145 and speaker(s) 150 are provided as audio equipment located at the site which equipment is responsive to a signal output from a particular network attached audio device 105. However, it is to be understood that the network attached audio devices 105 may include therein a pre-amplifier circuit and/or a pre-amplifier and amplifier circuits so that the speaker 150 may be driven directly by the audio devices 105 or driven though the amplifier 145 as illustrated in FIG. 1." |
| | Isely, [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120." |
| | Isely, [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from zones or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889." |
| | Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to |

7

Application/Control Number: 90/013,882

Art Unit: 3992

Page 89

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely, [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."

Isely, [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio equipment. The network interface 100 or audio interface 320 may, thus, dynamically |

8

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment associated with the addressable audio devices (block 535)." |

9

**synchronizing all players in the zone group; adjusting a volume meter represented by an averaged value of audio volumes of the players in the group,**

(Request 12/27/2016, p. 40) **NexSys** discloses a common user interface for representing a master volume with associated separate channels of a zone group, where the master control changes a volume of each of the zone group of channels/players synchronously in accordance with an

Application/Control Number: 90/013,882                                                    Page 90
Art Unit: 3992

adjustment made by a user, and presents the zone group in a manner that indicates a grouping.

(Request, pp. 41) **NexSys** (p. 7.4) discloses a group control that allows separate channels to be grouped together for common control.

The **NexSys**, p. 9.3 discloses group control that "the fader ranges from +83dB to -83dB..a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount...." The exemplary embodiment shown in the figure from the NexSys manual shows that all three channels are at the same average level to the accuracy shown on the meter (21, 22 and 21), such that any change in the group level will result in a change to the average level. In addition, the channels are shown in a manner that indicates a grouping. The **NexSys** Manual thus shows group volume meters functionality.

Appendix B

| synchronizing all players in the zone group; | Isely discloses synchronizing all players (audio sources 110/330/460 and players 105/205/305/405) in the zone group through the use of the Real Time Protocol and multicasting, and that an audio source 110/330/460 and group of players 105/205/305/405 provide the same audio channels at the same time, which requires synchronization. Isley also discloses the use of time stamped packets, which would only be needed for playing synchronous content. [0018], [0040], [0061]. Isely also references the use of RFC 1889/RTP, which discloses a synchronization source that is used to synchronize playback at multiple devices. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard discloses synchronization of UPnP Media Servers and UPnP Media Renderers through IEC61883/IEEE1394 isochronous transfer protocols, or that other common synchronization protocols can be used.

Isely, [0018] "In further embodiments of the present invention, the site is a residence and various of the groups of audio equipment are associated with respective rooms of the residence. The address based protocol may be a User Datagram Protocol (UDP) and may further be a Real-time Transport Protocol (RTP) and the network interface may be an RTP interface. The RTP interface may output the digital audio streams using time-stamped packets using UDP. The plurality of network attached audio devices may be configured to provide a salutation protocol to announce their presence to the controller over the local network. |

Application/Control Number: 90/013,882                                    Page 91

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | Furthermore, the controller may be configured to assign the associated address to be received by respective ones of the plurality of network attached audio devices to the network attached audio devices over the local network using the salutation protocol so as to group ones of the plurality of network attached audio devices."<br><br>Isely, [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889."<br><br>Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely, [0061] "Dynamic designation may be provided to the audio devices over the local network. The digital audio streams may be provided over the local network based on UDP or based on Transport Control Protocol (TCP). Furthermore, RTP may be used to provide the digital audio streams using time-stamped packets over UDP. Furthermore, the designations provided at block 525 may be provided over the local network using the salutation protocol |

10

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | used by the respective audio devices to announce their presence at block 515."<br><br>RFC 1889, pg. 7 "Synchronization source (SSRC): The source of a stream of RTP packets, identified by a 32-bit numeric SSRC identifier carried in the RTP header so as not to be dependent upon the network address. All packets from a synchronization source form part of the same timing and sequence number space, so a receiver groups packets by synchronization source for playback. Examples of synchronization sources include the sender of a stream of packets derived from a signal source such as a microphone or a camera, or an RTP mixer (see below). A synchronization source may change its data format, e.g., audio encoding, over time. The SSRC identifier is a randomly chosen value meant to be globally unique within a particular RTP session (see Section 8). A participant need not use the same SSRC identifier for all the RTP sessions in a multimedia session; the binding of the SSRC identifiers is provided through RTCP (see Section 6.4.1). If a participant generates multiple streams in one RTP session, for example from separate video cameras, each must be identified as a different SSRC." |

11

**wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user.**

Application/Control Number: 90/013,882                                    Page 92

Art Unit: 3992

Appendix B

| | |
|---|---|
| adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | Isely discloses adjusting a control characteristic of a reference audio device 105/205/305/405 that includes a volume meter/control, which can have a complex, proportional, or static relationship to audio volumes of other audio devices 105/205/305/405 in a zone. Adjusting the volume meter/control of the reference audio devices includes changing a volume of each of the other audio devices synchronously in accordance with an adjustment made by a user. All volume changes are synchronized to the change of control level, such as by RFC 1889. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard provides extensive details on adjustment of a volume control that represents an averaged value of audio volumes of players in a group, such as when the volume is increased at startup from a minimum setting using the master channel volume to control all channels.<br><br>Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a |

11

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| | reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."<br><br>Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely, [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input." |

12

Application/Control Number: 90/013,882                          Page 93

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|------------------------------------------------------|
|       | Isely, [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship with the virtual zone. As an example of such a relative relationship, if the reference volume is increased 20 dB or 50%, the volume on the deck (which presumptively started out lower than the rest of the house) will increase by 50%, as well. Other relationships between individual rooms and the reference could also be used. For example, for every 5 dB increase in the reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be provided for a room or a virtual zone."<br><br>Isely, [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated with a reference position in the residence. For example, the waterfall of track 1 460 could be associated with a location serviced by the room 1 audio equipment 450 which is driven by the channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to provide different mixed audio streams for a plurality of the addressable audio devices 405 in which a characteristic of at least one of the plurality of designated digital audio streams included in the mixed audio stream is based on a relative position between the associated equipment receiving the mixed audio stream and the reference position. In other words, for example, the volume of the track 1 waterfall could be maintained at a loud level in its designated reference location at the room 1 audio equipment 450 with a proportionally |

Application/Control Number: 90/013,882                                    Page 94

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
|       | reduced volume in each of the remaining rooms 2-4 based upon their distance within the residence from room 1. Other of the tracks 460 could be associated with different rooms. So, for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel from the respective audio devices 405 may, thus, be a combination of one or more of the respective tracks 460 at different volumes to create the illusion of proximity to a respective sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks included in the mix could be purely ambient tracks that provided no indication of proximity. The level of the respective tracks for each channel and which tracks to include in the mix for each channel may be pre-set by a manufacturer or configurable dynamic through a user interface 430." |
|       | Isely, [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." |
|       | To the extent that Isely is not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys: |

14

Application/Control Number: 90/013,882                                    Page 95

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| |  As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to one of ordinary skill in the art to combine the group/individual volume control of NexSys with the Isely, because Isely explicitly discloses volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls. |

15

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting.
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." |

Application/Control Number: 90/013,882                                          Page 96
Art Unit: 3992

Therefore it would have been obvious to one of ordinary skill in the art at the time of the

invention to include the UPnP Standard and MS UPnP with the teachings of Isely because Isely

explicitly discloses audio devices that are compliant with **the UPnP Standard.**

It would have been obvious to one of ordinary skill in the art at the time of the invention to use a

common user interface for representing a master volume with associated separate channels of a

zone group, as taught by **NexSys**, because they were commonly used on mixing boards in related

applications.

It would have been  obvious to one of ordinary skill in the art at the time of the invention to

further combine Isely, UPnP Standard and MS UPnP with the teachings of the **NexSys** Manual

(p. 1.1) to implement the master volume control and channel volume control functions of NexSys

controls because the graphical interface presenting functionality of the group volume meters is a

practical and intuitive way to control multiple channels of audio in the same zone.

**8. The method of claim 1, wherein said synchronizing of all players in the zone group**

**comprises: causing all players in the zone group to play an identical audio source;  and**

Appendix B

Application/Control Number: 90/013,882                                    Page 97

Art Unit: 3992

| 8. The method of claim 1, wherein said synchronizing of all players in the zone group comprises: | |
|---|---|
| causing all players in the zone group | Isely discloses causing all players 105/205/305/405 in the zone group to play an identical |

16

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| to play an identical audio source; and | audio source 110/330/460, such as by assigning each player 105/205/305/405 in a group to the same audio source 110/330/460. For example, a user can merge audio devices to form a single party zone. [0052] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses that a UPnP Media Server can provide an identical source to multiple UPnP Media Renderers.

Isely [0037] "Each of the network attached audio devices 105 is associated with a group of audio equipment 145, 150. The respective groupings of audio equipment located at the site may, for example, each be associated with a different room in a residence. As shown in FIG. 1, a separate amplifier 145 and speaker(s) 150 are provided as audio equipment located at the site which equipment is responsive to a signal output from a particular network attached audio device 105. However, it is to be understood that the network attached audio devices 105 may include therein a pre-amplifier circuit and/or a pre-amplifier and amplifier circuits so that the speaker 150 may be driven directly by the audio devices 105 or driven though the amplifier 145 as illustrated in FIG. 1."

Isely [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this |

17

Application/Control Number: 90/013,882

Page 98

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|-------|------------------------------------------------------|
|  | protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889." <br><br> Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." <br><br> Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input." |

Application/Control Number: 90/013,882                                    Page 99

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
|       | Isely [0052] "The virtual zone aspects of the present invention will now be further described by way of example where each audio device is associated with a room in a residence. To create a Party virtual zone, a user might merge the living room, kitchen, deck, and main floor bathroom audio devices. By default, built-in virtual effects, like "Concert Hall" could be used with the Party virtual zone, which could cause all rooms to switch to their individual "Concert Hall" effects. The virtual effects could have different equalization and processing settings as characteristics of the audio signal for each room, but as a virtual effect, "Concert Hall" could be controlled as if it were a single effect. In addition, the user could define a virtual effect called "Party" which could be associated with the Party virtual zone. The Party virtual effect could in turn define a "Concert Hall" virtual effect for the living room, a "Low Key" virtual effect for the kitchen, a low-volume "Rock" virtual effect for the deck, and a "Muzak®" virtual effect for the bathroom." |
|       | Isely [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment |

19

| | associated with the addressable audio devices (block 535)." |
|---|---|

**20**

presenting the zone group in a manner that indicates a grouping.

**Appendix B**

| | |
|---|---|
| presenting the zone group in a manner that indicates a grouping. | Isely discloses presenting the zone group in a manner that indicates a grouping. For example, Isely discloses a "defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone," where "a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen." [0049] A user device 130 allows a user to group players 105/205/305/405 and to control the grouping. [0039], [0057] This is a "manner that indicates a grouping." Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard and Microsoft UPnP discloses presenting a zone group in a manner that indicates a grouping, such as surround sound channels or stereo channels. NexSys also presents the zone group channels in a manner that indicates a grouping (such as where the channel bands shown above are replaced by the separate channels in the UPnP channel group).

Isely [0037] "Each of the network attached audio devices 105 is associated with a group of audio equipment 145, 150. The respective groupings of audio equipment located at the site may, for example, each be associated with a different room in a residence. As shown in FIG. 1, a separate amplifier 145 and speaker(s) 150 are provided as audio equipment located at the site which equipment is responsive to a signal output from a particular network attached audio device 105. However, it is to be understood that the network attached audio devices 105 may include therein a pre-amplifier circuit and/or a pre-amplifier and amplifier circuits so that the speaker 150 may be driven directly by the audio devices 105 or driven though the amplifier 145 as illustrated in FIG. 1."

Isely [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of |

20

Application/Control Number: 90/013,882

Page 101

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| | rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to |

21

Application/Control Number: 90/013,882                                      Page 102

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input." <br><br> Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." <br><br> Isely [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio |

22

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment associated with the addressable audio devices (block 535)." |

23

16.  **A method for controlling a plurality of players, the method comprising:**


**Appendix B**

Application/Control Number: 90/013,882                    Page 103

Art Unit: 3992



23

**displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group; and**

Appendix B

| displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters | Isely discloses displaying on a screen, such as using HTML in conjunction with user interface device 130/340/430 a list showing a plurality of volume meters. [0057]. At least one of the volume meters represents an audio volume of one of the players (a zone can include one or a |
|---|---|

23

Application/Control Number: 90/013,882                                    Page 104

Art Unit: 3992

representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group; and

plurality of players 105/205/305/405 [0045], [0047]), and another one of the volume meters represents an audio volume of a group of players, when there is such a group. [0039] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard and Microsoft UPnP discloses displaying on a screen a list showing a plurality of volume meters, such as a master volume control and separate channel volume controls. At least one of the channel volume meters in that configuration represents an audio volume of one of the players, and the master volume meters represents an audio volume of a group of players.

Isely [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0045] "A plurality of these audio devices 105, 205, such as six or more, may be bundled in a single component, to provide a Network Architectural Preamplifier (NetPreAmp). The NetPreAmp may include a single network interface and a network switch which routes network traffic to the proper self-contained audio device. One or more network audio streams can be directed to one or more of the contained audio devices, providing the

Application/Control Number: 90/013,882

Art Unit: 3992

Page 105

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
| | basic architectural amplifier structure." <br><br> Isely [0047] "The zone manager 315 defines a plurality of zones for the site. The zones may include one or a plurality of the individual addressable audio devices included in the illustrated block of network audio devices 305. For ease of understanding in connection with the remainder of the description of FIG. 3, references to audio devices 305 refer to individual ones of the plurality of networked audio devices unless specified otherwise. The zone manager 315 defines a relationship between a characteristic of an audio signal being distributed for a reference audio device and for ones of the addressable audio devices 305 in respective zones. For example, the reference audio device may be an individual one of the provided addressable audio devices 305 associated with a specific room and a relationship may be provided between the characteristics for the audio signal in that room and other rooms included in a common zone with the base audio device room." <br><br> Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input." |

25

Application/Control Number: 90/013,882

Art Unit: 3992

Page 106

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|------------------------------------------------------|
|       | Isely [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship with the virtual zone. As an example of such a relative relationship, if the reference volume is increased 20 dB or 50%, the volume on the deck (which presumptively started out lower than the rest of the house) will increase by 50%, as well. Other relationships between individual rooms and the reference could also be used. For example, for every 5 dB increase in the reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be provided for a room or a virtual zone."

Isely [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated with a reference position in the residence. For example, the waterfall of track 1 460 could be associated with a location serviced by the room 1 audio equipment 450 which is driven by the channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to provide different mixed audio streams for a plurality of the addressable audio devices 405 in which a characteristic of at least one of the plurality of designated digital audio streams included in the mixed audio stream is based on a relative position between the associated equipment receiving the mixed audio stream and the reference position. In other words, for example, the volume of the track 1 waterfall could be maintained at a loud level in its designated reference location at the room 1 audio equipment 450 with a proportionally |

28

Application/Control Number: 90/013,882                                      Page 107

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| | reduced volume in each of the remaining rooms 2-4 based upon their distance within the residence from room 1. Other of the tracks 460 could be associated with different rooms. So, for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel from the respective audio devices 405 may, thus, be a combination of one or more of the respective tracks 460 at different volumes to create the illusion of proximity to a respective sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks included in the mix could be purely ambient tracks that provided no indication of proximity. The level of the respective tracks for each channel and which tracks to include in the mix for each channel may be pre-set by a manufacturer or configurable dynamic through a user interface 430." |
| | Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| | Isely [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining |
| | 27 |
| | a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." |
| | 28 |

adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, and said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user.

Application/Control Number: 90/013,882                                    Page 108

Art Unit: 3992

Appendix B

| | |
|---|---|
| adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, and said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | Isely discloses adjusting a control characteristic of one of the volume meters/controls as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players (such as the reference audio device), represented by an averaged value of audio volumes of the players in the group (such as when there is a complex, proportional or static relationship with the other audio devices). Adjusting the volume meter/control of the reference audio device changes a volume of each of the group of players synchronously in accordance with an adjustment (complex, proportional or static) made by a user. For example, Isely discloses that relative relationship between devices can be provided, where a change in volume for one device results in a different change in volume for the other device. [0053] The relationship between volume levels of different players 105/205/305/405 in a zone can be "complex, proportional, or static," which covers every possible manner of adjusting and representing volume levels, and which explicitly discloses changing each of the volume of the group of players synchronously in accordance with an adjustment made by a user. [0062] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses that one of the volume meters can be adjusted as desired with a UPnP Control Point after one of the volume meters from the list is selected, wherein the one of the volume meters is the master channel for the group of players. The master volume represents an averaged value of audio volumes of the players in the group at startup, when all volume settings are at the lowest level and when the master increases all volume levels by the same amount. Adjusting the master channel volume of adjusts the volume of each of the group of players synchronously in accordance with the adjustment |

Application/Control Number: 90/013,882

Page 109

Art Unit: 3992

made by a user.

Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may

29

Application/Control Number: 90/013,882                                      Page 110

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|------------------------------------------------------|
| | result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."<br><br>Isely [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship with the virtual zone. As an example of such a relative relationship, if the reference volume is increased 20 dB or 50%, the volume on the deck (which presumptively started out lower than the rest of the house) will increase by 50%, as well. Other relationships between individual rooms and the reference could also be used. For example, for every 5 dB increase in the reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be provided for a room or a virtual zone."<br><br>Isely [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated with a reference position in the residence. For example, the waterfall of track 1 460 could be associated with a location serviced by the room 1 audio equipment 450 which is driven by the channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to provide different mixed audio streams for a plurality of the addressable audio devices 405 in which a characteristic of at least one of the plurality of designated digital audio streams included in the mixed audio stream is based on a relative position between the associated equipment receiving the mixed audio stream and the reference position. In other words, for |

30

Application/Control Number: 90/013,882

Page 111

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | example, the volume of the track 1 waterfall could be maintained at a loud level in its designated reference location at the room 1 audio equipment 450 with a proportionally reduced volume in each of the remaining rooms 2-4 based upon their distance within the residence from room 1. Other of the tracks 460 could be associated with different rooms. So, for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel from the respective audio devices 405 may, thus, be a combination of one or more of the respective tracks 460 at different volumes to create the illusion of proximity to a respective sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks included in the mix could be purely ambient tracks that provided no indication of proximity. The level of the respective tracks for each channel and which tracks to include in the mix for each channel may be pre-set by a manufacturer or configurable dynamic through a user interface 430." <br><br> Isely [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." <br><br> To the extent that Isely is not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any |

Application/Control Number: 90/013,882                                Page 112

Art Unit: 3992

increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to combine the group/individual volume control of NexSys with Isely, Isely explicitly discloses volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such

32

controls.

NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to +10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

33

Application/Control Number: 90/013,882                                    Page 113
Art Unit: 3992

Therefore it would have been obvious to one of ordinary skill in the art at the time of the

invention to include the UPnP Standard and MS UPnP with the teachings of Isely because Isely

explicitly discloses audio devices that are compliant with **the UPnP Standard.**


It would have been obvious to one of ordinary skill in the art at the time of the invention to use a

common user interface for representing a master volume with associated separate channels of a

zone group, as taught by **NexSys**, because they were commonly used on mixing boards in related

applications.


It would have been  obvious to one of ordinary skill in the art at the time of the invention to

further combine Isely, UPnP Standard and MS UPnP with the teachings of the **NexSys** Manual

(p. 1.1) to implement the master volume control and channel volume control functions of NexSys

controls because the graphical interface presenting functionality of the group volume meters is a

practical and intuitive way to control multiple channels of audio in the same zone.


18.  **The method of claim 16, further comprising adjusting the one of the volume meters for**

**the group of players in a predetermined manner that appears that the group of players are**

**being adjusted at the same time.**


Appendix B

Application/Control Number: 90/013,882                        Page 114

Art Unit: 3992

| 18. The method of claim 18, further comprising adjusting the one of the volume meters for the group of players in a predetermined manner that appears that the group of players | Isely discloses adjusting the one of the volume meters for the group of players/audio devices 105/205/306/405 in a predetermined manner that appears that the group of players are being adjusted at the same time, such as in a "complex, proportional, or static" manner. [0062] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses that the master channel is adjusted in a predetermined |

33

| are being adjusted at the same time. | manner that both appears and actually causes the volume of the group of associated channels (which can each have separate UPnP Media Renderers or audio device 105/205/305/405) to be adjusted at the same time.

Isely [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to |

34

Application/Control Number: 90/013,882                                Page 115

Art Unit: 3992

| | |
|---|---|
| | their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."<br><br>Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

35

20. **The method of claim 16, further comprising playing an identical audio source in the group of players.**

Claim 20 is not requested for reexamination.  The limitations of claim 20 are provided to support the rejection of 21/20.

Appendix B

| | |
|---|---|
| 20. The method of claim 16, further comprising playing an identical audio source in the group of players. | Isely discloses playing an identical audio source in the group of players 105/205/305/405, such as from one of sources 110, 340 or 460, where "individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network |

38

Application/Control Number: 90/013,882

Page 116

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| | attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence." [0039] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses that a UPnP Media Server can provide an identical audio source to multiple UPnP Media Renderers.

Isely [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the |

36

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|---|---|
| | audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." |

37

**21. The method of claim 20, wherein the audio source is retrieved in form of audio data packets over the network.**

Appendix B

Application/Control Number: 90/013,882                                    Page 117

Art Unit: 3992

| 21. The method of claim 20, wherein the audio source is retrieved in form of audio data packets over the network. | Isely discloses the audio source is retrieved in form of audio data packets over the network. [0018] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses the use of networked audio data.

Isely [0018] "In further embodiments of the present invention, the site is a residence and various of the groups of audio equipment are associated with respective rooms of the residence. The address based protocol may be a User Datagram Protocol (UDP) and may further be a Real-time Transport Protocol (RTP) and the network interface may be an RTP interface. The RTP interface may output the digital audio streams using time-stamped packets using UDP. The plurality of network attached audio devices may be configured to provide a salutation protocol to announce their presence to the controller over the local network. Furthermore, the controller may be configured to assign the associated address to be received by respective ones of the plurality of network attached audio devices to the network attached audio devices over the local network using the salutation protocol so as to group ones of the plurality of network attached audio devices."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be |

## 25.  **An apparatus for controlling a plurality of players, the apparatus comprising:**

**a screen**;

Appendix B

Application/Control Number: 90/013,882                                    Page 118

Art Unit: 3992

| 25. An apparatus for controlling a plurality of players, the apparatus comprising: | Isely discloses an apparatus (user interfaces 130, 340, 430) for controlling a plurality of players 105/205/305/405.  |
|---|---|
| a screen; | Isely discloses that user interfaces 130/340/430 can be implemented using a PC, which would inherently include a screen. [0031, 0039, 0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses a user interface that requires a screen and is implemented in HTML.<br><br>Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly |

Application/Control Number: 90/013,882

Page 119

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)." |
| | Isely [0039] "The user device 130, in combination with the controller 125, provides a user interface configured to receive a user designation of aggregations of the audio equipment 145, 150 located at the site so as to provide dynamic zone aggregation in various embodiments of the present invention. The controller 125 operates to designate the associated identifiers to be received by respective ones of the plurality of network attached audio devices 105. In other words, the controller 125 essentially tells the network audio devices 105 the "channel" to which they should tune. The controller 125 makes this designation based on the user designation from the user device 130 to provide dynamic zone aggregation. Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120." |
| | Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |
| | Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 |

39

| | |
|---|---|
| | provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

40

a screen driver commanding the screen;

Appendix B

Application/Control Number: 90/013,882                                          Page 120

Art Unit: 3992

| a screen driver commanding the screen; | Isely discloses a screen driver commanding the screen, which is inherent in the disclosure of a PC or other device with a screen as shown above. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses the use of HTML, which requires a screen and screen driver.<br><br>Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."<br><br>[Isely 0041] "When the audio devices 105 are powered they may use a salutation protocol |

40

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |

41

**an input interface**;

Appendix B

Application/Control Number: 90/013,882                                          Page 121

Art Unit: 3992

| | |
|---|---|
| as input interface; | Isely discloses an input interface, such as one that can be implemented in HTML, to provide the user interface screens shown above. [0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses the use of HTML as an input interface.

Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be |

41

| | |
|---|---|
| | remotely configured using the same salutation protocol to add them to network groups."

Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

42

**a network interface**;

Appendix B

Application/Control Number: 90/013,882                                      Page 122

Art Unit: 3992

| a network interface, | Isely discloses a network interface 240 for each networked audio device player 105/205/305/405, plus a network interface 100 for the interface to audio sources. [0035], [0043] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses networked data communications between the UPnP Control Point, the UPnP Media Server and the UPnP Media Renderer.<br><br>Isely [0018] "In further embodiments of the present invention, the site is a residence and various of the groups of audio equipment are associated with respective rooms of the residence. The address based protocol may be a User Datagram Protocol (UDP) and may further be a Real-time Transport Protocol (RTP) and the network interface may be an RTP interface. The RTP interface may output the digital audio streams using time-stamped packets using UDP. The plurality of network attached audio devices may be configured to provide a salutation protocol to announce their presence to the controller over the local network. Furthermore, the controller may be configured to assign the associated address to be received |

42

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | by respective ones of the plurality of network attached audio devices to the network attached audio devices over the local network using the salutation protocol so as to group ones of the plurality of network attached audio devices."<br><br>Isely [0035] "The present invention will now be described with reference to the embodiments illustrated in the figures. Referring first to FIG. 1, embodiments of site based dynamic distribution systems according to the present invention will be further described. As shown in FIG. 1, a site based dynamic distribution system for distributing an audio signal over a local network for the site includes a network interface 100 coupled to a plurality of network attached audio devices 105. An audio signal is received by the network interface 100 from an audio source 110. The audio source 110 may be a digital audio stream source such as, for example, a digital audio stream from the Internet or an outside device providing a digital audio stream in a format, for example, MP3. The audio source 110 may also be an analog audio source, in which case, an analog to digital converter 115 may convert a received analog signal to a digital audio stream and pass the digital audio stream to the network interface 100. A plurality of different types of audio sources 110 may be coupled by the network interface 100 to the local network 120 at the site."<br><br>Isely [0038] "The network interface 100 receives digital audio streams and outputs the digital audio streams on the local network 120 using an address based protocol with each of the digital audio streams having a different associated identifier. The plurality of network attached audio devices 105 are configured to receive a selected one of the digital audio streams over the network 120 based on a designated one of the associated identifiers. The network attached audio devices 105 are further configured to output the received digital audio stream to the audio equipment 145, 150."<br><br>Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the |

43

Application/Control Number: 90/013,882                                    Page 123

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|-------|-----------------------------------------------------|
|       | network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |
|       | Isely [0043] "As shown in the embodiments of FIG. 2, the audio device 205 includes a digital signal processor (DSP) 215 which converts the incoming digital audio stream to a line-level output 220. The DSP 215 may further include equalization functions and/or audio mixing function circuitry. The DSP 215 operates in cooperation with a control device 225 which includes a microcontroller 230 and firmware 235. The control device 225 provides protocol support for obtaining the digital audio stream from the local network 120 through a network interface 240 and providing the audio signal to the DSP 215 for further processing. The output signal from the DSP 215 is provided through the line-level output circuit 250 to the amplifier module 245." |
|       | Isely [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment |
|       | 44 |
|       | associated with the addressable audio devices (block 535)." |

45

**a memory for storing code for an application module;**

Appendix B

Application/Control Number: 90/013,882                                    Page 124

Art Unit: 3992

| a memory for storing code for an application module. | Isely inherently discloses a memory for storing code for an application module, because the operations disclosed in Isely can be carried out using computer program code [0031] on a computer [0057]. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses numerous application modules that inherently require memory. |
|---|---|
| | Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)." |
| | Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |
| | Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio |

45

| | network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML, or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
|---|---|

46

**a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations of:**

Appendix B

| a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations of: | Isely inherently discloses a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations, because of the disclosure of user interface devices 130/340/430 that are implemented on a computer. [0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses processor-driven UPnP Control Points, UPnP Media Renderers and UPnP Media Servers.

Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to |

46

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NetSys |
|-------|------------------------------------------------------|
|       | an external computer (for example, through the Internet using an Internet Service Provider)." |
|       | Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

47

**displaying on a screen a first list showing at least available players;**

Appendix B

Application/Control Number: 90/013,882                                    Page 126

Art Unit: 3992

| displaying on a screen a first list showing at least available players; | Isely discloses a user interface device 130 (and user interface devices 340 and 430), which provides a user interface to receive user designations of aggregations of audio equipment, including audio sources 110 (and audio sources 330 and 460), to provide dynamic zone aggregation. [0039] The user interface can be implemented using a computer and HTML. [0057] The broadest reasonable construction of player includes audio sources 110, and Sonos has proposed a construction for the term "player" in the concurrent litigation of a "data |

47

| | network device configured to process and output audio" (Sonos Opening Claim Construction Brief, page 3), and has opposed a construction that would require an audio player to output sound, which would encompass audio sources 110/330/460. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard and Microsoft UPnP disclose that UPnP Media Servers and UPnP Media Renderers can be displayed in a list.

Isely, [0039] "The user device 130, in combination with the controller 125, provides a user interface configured to receive a user designation of aggregations of the audio equipment 145, 150 located at the site so as to provide dynamic zone aggregation in various embodiments of the present invention. The controller 125 operates to designate the associated identifiers to be received by respective ones of the plurality of network attached audio devices 105. In other words, the controller 125 essentially tells the network audio devices 105 the "channel" to which they should tune. The controller 125 makes this designation based on the user designation from the user device 130 to provide dynamic zone aggregation. Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be |

48

| | remotely configured using the same salutation protocol to add them to network groups."

Isely, [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |

49

Application/Control Number: 90/013,882                                    Page 127

Art Unit: 3992

**displaying a zone group including players from the available players when at least two of**

**the available players are selected to form the zone group, wherein any one of the players in**

**the group serves as a zone group head;**

Appendix B

| displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head; | Isely discloses displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head, such as audio devices 105/205/305/405 and sources 110/330/460, where any one of the players can be selected as a zone group head. In other words, a user of Isely selects an audio source 110/330/460 or one of audio devices 105/205/305/405 to be the zone group head, because "zone group head" is a statement of intended use and does not have any structural significance. Isely also discloses forming a zone group started with the zone group head (such as audio devices 105/205/305/405 or audio sources 110/330/460), after one or more players from the at least some of the players are selected to join the zone group. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard and Microsoft UPnP disclose displaying lists of UPnP Media Renderers to be grouped with a UPnP Media Server.

Isely, [0037] "Each of the network attached audio devices 105 is associated with a group of |

49

Application/Control Number: 90/013,882                                    Page 128

Art Unit: 3992

audio equipment 145, 150. The respective groupings of audio equipment located at the site
may, for example, each be associated with a different room in a residence. As shown in FIG.
1, a separate amplifier 145 and speaker(s) 150 are provided as audio equipment located at the
site which equipment is responsive to a signal output from a particular network attached audio
device 105. However, it is to be understood that the network attached audio devices 105 may
include therein a pre-amplifier circuit and/or a pre-amplifier and amplifier circuits so that the
speaker 150 may be driven directly by the audio devices 105 or driven though the amplifier
145 as illustrated in FIG. 1."

Isely, [0039] "Thus, individual ones of the network attached audio devices may be grouped
together and instructed to listen to the same channel to provide common audio signals to
multiple rooms in a house while other groupings of the network attached audio devices 105
may be assigned a different channel to provide a different audio signal source in another set of
rooms within the residence. Groups of the network attached audio devices 105 may be
defined which provide a dynamically configurable virtual zone within the house for purposes
of providing communication of audio signals over the local network 120."

Isely, [0040] "One element of various embodiments of the present invention, as described
above, is the ability to dynamically define aggregate zones. To accomplish this, the system
provides the ability to add or remove audio device 105 to or from groups or virtual zones.
Defining virtual zones involves assigning audio devices 105 to a particular network group.
This will now be further described with reference to an example using the IP-based UDP
protocol over an Ethernet network. However, the present invention is not limited to this
protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The
underlying transport for the digital audio streams should also be UDP. The audio source may
thus deliver time-stamped packets to the proper multicast group. One such protocol, which
defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as
defined in request for comments (RFC) 1889."

Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol

59

Application/Control Number: 90/013,882

Page 129

Art Unit: 3992

(such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely, [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."

Isely, [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio

51

equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment associated with the addressable audio devices (block 535)."

52

**synchronizing all players in the zone group in accordance with the zone group head;  and**

Appendix B

Application/Control Number: 90/013,882

Page 130

Art Unit: 3992

| synchronizing all players in the zone group in accordance with the zone group head, and | Isely discloses synchronizing all players (audio sources 110/330/460 and players 105/205/305/405) in "accordance with the zone group head" (which is a statement of intended use and which only requires the zone group to be synchronized in some manner) through the use of the Real Time Protocol and multicasting, and that an audio source 110/330/460 and group of players 105/205/305/405 provide the same audio channels at the same time, which requires synchronization. Isely also discloses the use of time stamped packets, which would only be needed for playing synchronous content. [0018], [0040], [0061]. Isely also references the use of RFC 1889/RTP, which discloses a synchronization source that is used to synchronize playback at multiple devices. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard discloses synchronization of UPnP Media Servers and UPnP Media Renderers through IEC61883/IEEE1394 isochronous transfer protocols, or that other common synchronization protocols can be used.<br><br>Isely, [0018] "In further embodiments of the present invention, the site is a residence and various of the groups of audio equipment are associated with respective rooms of the residence. The address based protocol may be a User Datagram Protocol (UDP) and may further be a Real-time Transport Protocol (RTP) and the network interface may be an RTP interface. The RTP interface may output the digital audio streams using time-stamped packets |

52

| | using UDP. The plurality of network attached audio devices may be configured to provide a salutation protocol to announce their presence to the controller over the local network. Furthermore, the controller may be configured to assign the associated address to be received by respective ones of the plurality of network attached audio devices to the network attached audio devices over the local network using the salutation protocol so as to group ones of the plurality of network attached audio devices."<br><br>Isely, [0040] "One element of various embodiments of the present invention, as described above, is the ability to dynamically define aggregate zones. To accomplish this, the system provides the ability to add or remove audio device 105 to or from groups or virtual zones. Defining virtual zones involves assigning audio devices 105 to a particular network group. This will now be further described with reference to an example using the IP-based UDP protocol over an Ethernet network. However, the present invention is not limited to this protocol. For UDP over Ethernet, a UDP definition may specify the multicast group. The underlying transport for the digital audio streams should also be UDP. The audio source may thus deliver time-stamped packets to the proper multicast group. One such protocol, which defines delivery of audio content using UDP, is the Real-time Transport Protocol (RTP) as defined in request for comments (RFC) 1889."<br><br>Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 130. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely, [0061] "Dynamic designation may be provided to the audio devices over the local network. The digital audio streams may be provided over the local network based on UDP or based on Transport Control Protocol (TCP). Furthermore, RTP may be used to provide the |

53

Application/Control Number: 90/013,882                                      Page 131

Art Unit: 3992

| | digital audio streams using time-stamped packets over UDP. Furthermore, the designations provided at block 525 may be provided over the local network using the salutation protocol used by the respective audio devices to announce their presence at block 515."

RFC 1889, pg. 7 "Synchronization source (SSRC): The source of a stream of RTP packets, identified by a 32-bit numeric SSRC identifier carried in the RTP header so as not to be dependent upon the network address. All packets from a synchronization source form part of the same timing and sequence number space, so a receiver groups packets by synchronization source for playback. Examples of synchronization sources include the sender of a stream of packets derived from a signal source such as a microphone or a camera, or an RTP mixer (see below). A synchronization source may change its data format, e.g., audio encoding, over time. The SSRC identifier is a randomly chosen value meant to be globally unique within a particular RTP session (see Section 8). A participant need not use the same SSRC identifier for all the RTP sessions in a multimedia session; the binding of the SSRC identifiers is provided through RTCP (see Section 6.4.1). If a participant generates multiple streams in one RTP session, for example from separate video cameras, each must be identified as a different SSRC." |

54

**adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user.**

Appendix B

| adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | Isely discloses adjusting a control characteristic of a reference audio device 105/205/305/405 that includes a volume meter/control, which can have a complex, proportional, or static relationship to audio volumes of other audio devices 105/205/305/405 in a zone. Adjusting the volume meter/control of the reference audio devices includes changing a volume of each of the other audio devices synchronously in accordance with an adjustment made by a user. All volume changes are synchronized to the change of control level, such as by RFC 1889. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, and the UPnP Standard provides extensive details on adjustment of a volume control that represents an averaged value of audio volumes of players in a group, such as when the volume is increased at startup from a minimum setting using the master channel volume to control all |

54

Application/Control Number: 90/013,882                                    Page 132

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | channels.<br><br>Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."<br><br>Isely, [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely, [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may |

Application/Control Number: 90/013,882

Page 133

Art Unit: 3992

| | result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input." |
|---|---|
| | Isely, [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship with the virtual zone. As an example of such a relative relationship, if the reference volume is increased 20 dB or 50%, the volume on the deck (which presumably started out lower than the rest of the house) will increase by 50%, as well. Other relationships between individual rooms and the reference could also be used. For example, for every 5 dB increase in the reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be provided for a room or a virtual zone."

Isely, [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated with a reference position in the residence. For example, the waterfall of track 1 460 could be associated with a location serviced by the room 1 audio equipment 450 which is driven by the channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to provide different mixed audio streams for a plurality of the addressable audio devices 405 in which a characteristic of at least one of the plurality of designated digital audio streams included in the mixed audio stream is based on a relative position between the associated equipment receiving the mixed audio stream and the reference position. In other words, for |

58

Application/Control Number: 90/013,882                                    Page 134

Art Unit: 3992

example, the volume of the track 1 waterfall could be maintained at a loud level in its designated reference location at the room 1 audio equipment 450 with a proportionally reduced volume in each of the remaining rooms 2-4 based upon their distance within the residence from room 1. Other of the tracks 460 could be associated with different rooms. So, for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel from the respective audio devices 405 may, thus, be a combination of one or more of the respective tracks 460 at different volumes to create the illusion of proximity to a respective sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks included in the mix could be purely ambient tracks that provided no indication of proximity. The level of the respective tracks for each channel and which tracks to include in the mix for each channel may be pre-set by a manufacturer or configurable dynamic through a user interface 430."

Isely, [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

To the extent that Isely is not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any

Application/Control Number: 90/013,882                                      Page 135

Art Unit: 3992

increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to one of ordinary skill in the art to combine the group/individual volume control of NexSys with the Isely, because Isely explicitly discloses volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for

58

providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls.

NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 "notches/steps" higher than the current setting
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

59

Application/Control Number: 90/013,882                              Page 136

Art Unit: 3992

Therefore it would have been obvious to one of ordinary skill in the art at the time of the

invention to include the UPnP Standard and MS UPnP with the teachings of Isely because Isely

explicitly discloses audio devices that are compliant with **the UPnP Standard.**

It would have been obvious to one of ordinary skill in the art at the time of the invention to use a

common user interface for representing a master volume with associated separate channels of a

zone group, as taught by **NexSys**, because they were commonly used on mixing boards in related

applications.

It would have been  obvious to one of ordinary skill in the art at the time of the invention to

further combine Isely, UPnP Standard and MS UPnP with the teachings of the **NexSys** Manual

(p. 1.1) to implement the master volume control and channel volume control functions of NexSys

controls because the graphical interface presenting functionality of the group volume meters is a

practical and intuitive way to control multiple channels of audio in the same zone.

**38.  An apparatus for manipulating a plurality of players, the apparatus comprising:**

**a screen;  a screen driver commanding the screen;  an input interface;  a network interface;**

**a memory for storing code for an application module;**

Application/Control Number: 90/013,882                                    Page 137
Art Unit: 3992

**a processor coupled to the memory, the input interface, the screen driver and the network**

**interface, the processor executing the code in the memory to cause the application module**

**and the screen driver to perform operations of:**

**displaying on a screen a list showing a plurality of volume meters, at least one of the**

**volume meters representing an audio volume of one of the players, and another one of the**

**volume meters representing an audio volume of a group of players, if there is such a group;**

**and**

**adjusting one of the volume meters as desired after one of the volume meters from the list**

**is selected,**

**wherein the one of the volume meters is for the group of players, represented by an**

**averaged value of audio volumes of the players in the group, and said adjusting of the one**

**of the volume meters includes changing a volume of each of the group of players**

**synchronously in accordance with an adjustment made by a user.**

Appendix B

| 38. An apparatus for manipulating a plurality of players, the apparatus comprising: | lsely discloses an apparatus (user interfaces 130, 340, 430) for manipulating a plurality of players 105/205/305/405. |
| --- | --- |

59

Application/Control Number: 90/013,882                                    Page 138

Art Unit: 3992

| | |
|---|---|
| |  |
| a screen; | Isely discloses that user interfaces 130/340/430 can be implemented using a PC, which would inherently include a screen. [0031, 0039, 0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses a user interface that requires a screen and is implemented in HTML.

Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."

Isely [0039] "The user device 130, in combination with the controller 125, provides a user interface configured to receive a user designation of aggregations of the audio equipment 145, |

Application/Control Number: 90/013,882

Art Unit: 3992

Page 139

| | |
|---|---|
| | 150 located at the site so as to provide dynamic zone aggregation in various embodiments of the present invention. The controller 125 operates to designate the associated identifiers to be received by respective ones of the plurality of network attached audio devices 105. In other words, the controller 125 essentially tells the network audio devices 105 the "channel" to which they should tune. The controller 125 makes this designation based on the user designation from the user device 130 to provide dynamic zone aggregation. Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or rooms/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. |

Application/Control Number: 90/013,882                                    Page 140

Art Unit: 3992

| | |
|---|---|
| | The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| a screen driver commanding the screen; | Isely discloses a screen driver commanding the screen, which is inherent in the disclosure of a PC or other device with a screen as shown above. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041] and the UPnP Standard discloses the use of HTML, which requires a screen and screen driver.<br><br>Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."<br><br>Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups." |

Application/Control Number: 90/013,882

Art Unit: 3992

Page 141

| Feature | Isely discloses the system of claim 1 of the same frequency |
|---|---|
| an input interface; | Isely discloses an input interface, such as one that can be implemented in HTML, to provide the user interface screens shown above. [0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses the use of HTML as an input interface.<br><br>Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®), Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."<br><br>Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and many use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."<br><br>Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect |

63

Application/Control Number: 90/013,882                                    Page 142

Art Unit: 3992

| | | |
|---|---|---|
| | | can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| a network interface; | | Isely discloses a network interface 240 for each networked audio device player 105/205/305/405, plus a network interface 100 for the interface to audio sources. [0035], [0043] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses networked data communications between the UPnP Control Point, the UPnP Media Server and the UPnP Media Renderer.<br><br>Isely [0018] "In further embodiments of the present invention, the site is a residence and various of the groups of audio equipment are associated with respective rooms of the residence. The address based protocol may be a User Datagram Protocol (UDP) and may further be a Real-time Transport Protocol (RTP) and the network interface may be an RTP interface. The RTP interface may output the digital audio streams using time-stamped packets using UDP. The plurality of network attached audio devices may be configured to provide a salutation protocol to announce their presence to the controller over the local network. Furthermore, the controller may be configured to assign the associated address to be received by respective ones of the plurality of network attached audio devices to the network attached audio devices over the local network using the salutation protocol so as to group ones of the plurality of network attached audio devices."<br><br>Isely [0035] "The present invention will now be described with reference to the embodiments illustrated in the figures. Referring first to FIG. 1, embodiments of site based dynamic distribution systems according to the present invention will be further described. As shown in FIG. 1, a site based dynamic distribution system for distributing an audio signal over a local |

64

Application/Control Number: 90/013,882                                    Page 143

Art Unit: 3992

network for the site includes a network interface 100 coupled to a plurality of network attached audio devices 105. An audio signal is received by the network interface 100 from an audio source 110. The audio source 110 may be a digital audio stream source such as, for example, a digital audio stream from the Internet or an outside device providing a digital audio stream in a format, for example, MP3. The audio source 110 may also be an analog audio source, in which case, an analog to digital converter 115 may convert a received analog signal to a digital audio stream and pass the digital audio stream to the network interface 100. A plurality of different types of audio sources 110 may be coupled by the network interface 100 to the local network 120 at the site."

Isely [0038] "The network interface 100 receives digital audio streams and outputs the digital audio streams on the local network 120 using an address based protocol with each of the digital audio streams having a different associated identifier. The plurality of network attached audio devices 105 are configured to receive a selected one of the digital audio streams over the network 120 based on a designated one of the associated identifiers. The network attached audio devices 105 are further configured to output the received digital audio stream to the audio equipment 145, 150."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0043] "As shown in the embodiments of FIG. 2, the audio device 205 includes a digital signal processor (DSP) 215 which converts the incoming digital audio stream to a line-level output 230. The DSP 215 may further include equalization functions and/or audio mixing function circuitry. The DSP 215 operates in cooperation with a control device 225 which

68

Application/Control Number: 90/013,882                                    Page 144

Art Unit: 3992

| Claim | Isely, the UPnP Standard, Microsoft UPnP and NexSys |
|---|---|
| | includes a microcontroller 220 and firmware 235. The control device 225 provides protocol support for obtaining the digital audio stream from the local network 120 through a network interface 240 and providing the audio signal to the DSP 215 for further processing. The output signal from the DSP 215 is provided through the line-level output circuit 250 to the amplifier module 245."<br><br>Isely [0060] "A user may, at various times, provide designations of ones of the groups of audio equipment at the site to be aggregated/segregated (block 520). Each group of audio equipment which is designated is associated with one of the addressable audio devices 305 so that, for example, an aggregation of groups of audio equipment may include groups of audio equipment in a plurality of different rooms with each group of audio equipment being associated with a room (or rooms) serviced by a particular addressable audio device 305 and a virtual zone across multiple rooms being provided by the aggregation of groups of audio equipment. The network interface 100 or audio interface 320 may, thus, dynamically designate respective ones of the addressable audio devices for inclusion in an aggregation of groups of audio equipment. (block 525). Furthermore, one of the identifiers associated with a digital audio stream to be received by the respective addressable audio devices in the group may be provided (block 525). The selection of a digital audio stream to which each audio device in a group will "tune" may be provided to the OSGi 350 as part of a received user designation at block 520. The digital audio stream associated with the designated identifier is then received at respective ones of the addressable audio devices over the local network (block 530). The received digital audio stream is then output to the groups of audio equipment associated with the addressable audio devices (block 535)." |
| a memory for storing code for an application module; | Isely inherently discloses a memory for storing code for an application module, because the operations disclosed in Isely can be carried out using computer program code [0031] on a computer [0057]. Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses numerous application modules that |

66

Application/Control Number: 90/013,882

Page 145

Art Unit: 3992

inherently require memory.

Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®), Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using

87

Application/Control Number: 90/013,882                                    Page 146

Art Unit: 3992

| | |
|---|---|
| | the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations of: | Isely inherently discloses a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations, because of the disclosure of user interface devices 130/340/430 that are implemented on a computer. [0057] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses processor-drives UPnP Control Points, UPnP Media Renderers and UPnP Media Servers.

Isely [0031] "Computer program code for carrying out operations of the present invention may be written in an object oriented programming language such as Java®, Smalltalk or C++. However, the computer program code for carrying out operations of the present invention may also be written in conventional procedural programming languages, such as the "C" programming language or assembly language. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer. In the latter scenario, the remote computer may be connected to the user's computer through a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider)."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be |

Application/Control Number: 90/013,882                                    Page 147

Art Unit: 3992

| Claim | Reexamination, *reference 91 or said analysis* |
|---|---|
|  | remotely configured using the same salutation protocol to add them to network groups." |
|  | Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, if there is such a group; and | Isely discloses displaying on a screen, such as using HTML in conjunction with user interface device 130/340/430 a list showing a plurality of volume meters. [0057]. At least one of the volume meters represents an audio volume of one of the players (a zone can include one or a plurality of players 105/205/305/405 [0045], [0047]), and another one of the volume meters represents an audio volume of a group of players, when there is such a group. [0039] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard and Microsoft UPnP discloses displaying on a screen a list showing a plurality of volume meters, such as a master volume control and separate channel volume controls. At least one of the channel volume meters in that configuration represents an audio volume of one of the players, and the master volume meters represents an audio volume of a group of players.

Isely [0039] "Thus, individual ones of the network attached audio devices may be grouped together and instructed to listen to the same channel to provide common audio signals to |

69

Application/Control Number: 90/013,882

Page 148

Art Unit: 3992

multiple rooms in a house while other groupings of the network attached audio devices 105 may be assigned a different channel to provide a different audio signal source in another set of rooms within the residence. Groups of the network attached audio devices 105 may be defined which provide a dynamically configurable virtual zone within the house for purposes of providing communication of audio signals over the local network 120."

Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0045] "A plurality of these audio devices 105, 205, such as six or more, may be bundled in a single component, to provide a Network Architectural Preamplifier (NetPreAmp). The NetPreAmp may include a single network interface and a network switch which routes network traffic to the proper self-contained audio device. One or more network audio streams can be directed to one or more of the contained audio devices, providing the basic architectural amplifier structure."

Isely [0047] "The zone manager 315 defines a plurality of zones for the site. The zones may include one or a plurality of the individual addressable audio devices included in the illustrated block of network audio devices 305. For ease of understanding in connection with the remainder of the description of FIG. 3, references to audio devices 305 refer to individual ones of the plurality of networked audio devices unless specified otherwise. The zone manager 315 defines a relationship between a characteristic of an audio signal being distributed for a reference audio device and for ones of the addressable audio devices 305 in respective zones. For example, the reference audio device may be an individual one of the provided addressable audio devices 305 associated with a specific room and a relationship

70

Application/Control Number: 90/013,882

Art Unit: 3992

Page 149

may be provided between the characteristics for the audio signal in that room and other rooms included in a common zone with the base audio device room."

Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."

Isely [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not

Application/Control Number: 90/013,882                                    Page 150

Art Unit: 3992

want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship
with the virtual zone. As an example of such a relative relationship, if the reference volume is
increased 20 dB or 50%, the volume on the deck (which presumptively started out lower than
the rest of the house) will increase by 50%, as well. Other relationships between individual
rooms and the reference could also be used. For example, for every 5 dB increase in the
reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be
provided for a room or a virtual zone."

Isely [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated
with a reference position in the residence. For example, the waterfall of track 1 460 could be
associated with a location serviced by the room 1 audio equipment 450 which is driven by the
channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to
provide different mixed audio streams for a plurality of the addressable audio devices 405 in
which a characteristic of at least one of the plurality of designated digital audio streams
included in the mixed audio stream is based on a relative position between the associated
equipment receiving the mixed audio stream and the reference position. In other words, for
example, the volume of the track 1 waterfall could be maintained at a loud level in its
designated reference location at the room 1 audio equipment 450 with a proportionally
reduced volume in each of the remaining rooms 2-4 based upon their distance within the
residence from room 1. Other of the tracks 460 could be associated with different rooms. So,
for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while
the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel
from the respective audio devices 405 may, thus, be a combination of one or more of the
respective tracks 460 at different volumes to create the illusion of proximity to a respective
sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks
included in the mix could be purely ambient tracks that provided no indication of proximity.
The level of the respective tracks for each channel and which tracks to include in the mix for
each channel may be pre-set by a manufacturer or configurable dynamic through a user
interface 430."

72

Application/Control Number: 90/013,882                                    Page 151

Art Unit: 3992

| | |
|---|---|
| | Isely [0057] "The systems 140, 350, 305, 415 along with the user devices 130, 340, 430 provide an audio player as a device or interface, which control the configuration of an "audio network." It can be provided as a true hardware device with knobs and flashing lights or as a software component that presents a user interface via a computer, either directly attached or remote via, for example, a network and HTML or some other markup language. The audio player may be visually configured to select a virtual zone or room/channel and a virtual effect can be associated with the selected channel(s). An audio signal source, such as a CD player, digital content from the Internet, or digital audio files on network storage, is also selected. The audio player then delivers the audio signal to the target virtual zone and/or channel using the proper network group and the proper encapsulation protocol. Channels can be added or removed from the virtual zone in some embodiments of the present invention by dynamically configuring additional audio devices to belong to the same network group." |
| | Isely [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal is a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the tone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." |
| adjusting one of the volume meters as desired after one of the volume meters from the list is selected, | Isely discloses adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, and said |

Application/Control Number: 90/013,882

Page 152

Art Unit: 3992

| | |
|---|---|
| wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, and said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. For example, Isely discloses that relative relationship between devices can be provided, where a change in volume for one device results in a different change in volume for the other device. [0053] The relationship between volume levels of different players 105/205/305/405 in a zone can be "complex, proportional, or static," which covers every possible manner of adjusting and representing volume levels, and which explicitly discloses changing each of the volume of the group of players synchronously in accordance with an adjustment made by a user. [0062] Isely also discloses that the system of Isely can be compliant with the UPnP Standard, [0041], and the UPnP Standard discloses that one of the volume meters can be adjusted as desired with a UPnP Control Point after one of the volume meters from the list is selected, wherein the one of the volume meters is the master channel for the group of players. The master volume represents an averaged value of audio volumes of the players in the group at startup, when all volume settings are at the lowest level and when the master increases all volume levels by the same amount. Adjusting the master channel volume of adjusts the volume of each of the group of players synchronously in accordance with the adjustment made by a user.<br><br>Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."<br><br>Isely [0041] "When the audio devices 105 are powered they may use a salutation protocol (such as Universal Plug and Play (UPnP), Jini from Sun Microsystems or Salutation) to announce their presence on the network 120. The controller 125 with audio configuration capability collects a list of all the audio devices 105 and provides, in cooperation with the network interface 100, an interface for aggregating and segregating virtual zones and may use |

Application/Control Number: 90/013,882                                  Page 153

Art Unit: 3992

the same salutation protocol to distribute the interface. The audio devices 105 may then be remotely configured using the same salutation protocol to add them to network groups."

Isely [0048]-[0049] "The characteristic may, for example, be any of a number of audio signal characteristics commonly associated with playing audio signals such as volume, tone, balance and spatialization. In various embodiments of the present invention, the characteristic is an equalization specification for the audio signal to be transmitted to the respective addressed audio devices 305. In such cases, the audio devices 305 further include an equalizer circuit configured to provide the desired equalization specification for delivery of the audio signal to their associated audio equipment. The audio interface 320 receives the digital audio streams and outputs the digital audio streams on a local network 310 addressed (i.e., with an identifier of a particular audio stream which is detectable by the audio devices 305) to selected ones of the audio devices 305 based on the defined zones. The output is further based on the defined relationship between a characteristic of the audio signal for the reference audio device and for others of the audio devices in a zone. The output may also be provided based upon a control input associated with a characteristic, for example, a desired volume input for the kitchen may result in a different volume adjustment for other rooms grouped in a common zone with the kitchen. A user interface 340 is configured to receive a user designation of the control input."

Isely [0053] "The effect of volume or equalization changes to each audio device in a virtual zone could also be configured based on the type of room and the purpose of the audio content in each room. Because the main room is likely to be the living room, the living room audio device could be configured to "match" the equalization or volume changes to the reference zone of the virtual zone. For example, a 20 dB volume increase of the virtual zone would cause a 20 dB volume change in the living room (i.e., the living room would be the reference point). On the other hand, the bathroom audio may be intended as more of an ambient effect, and the user would probably not want a 20 dB volume increase in the bathroom. The bathroom audio device could, therefore, be configured to maintain a fixed or "static" volume level. The deck is another audio device "room" that may require a special relationship to the reference zone of the virtual zone. Even though the user is throwing a party, the user may not

Application/Control Number: 90/013,882                                          Page 154

Art Unit: 3992

want to annoy neighbors, so the deck may be configured to maintain a "relative" relationship with the virtual zone. As an example of such a relative relationship, if the reference volume is increased 20 dB or 50%, the volume on the deck (which presumptively started out lower than the rest of the house) will increase by 50%, as well. Other relationships between individual rooms and the reference could also be used. For example, for every 5 dB increase in the reference, a room could increase 1 dB. Furthermore, a maximum decibel limit may be provided for a room or a virtual zone."

Isely [0056] "To provide a virtual reality effect, one or more of the tracks 460 is associated with a reference position in the residence. For example, the waterfall of track 1 460 could be associated with a location serviced by the room 1 audio equipment 450 which is driven by the channel 1 audio device 405. The audio mixer circuit of the zone manager 415 is configured to provide different mixed audio streams for a plurality of the addressable audio devices 405 in which a characteristic of at least one of the plurality of designated digital audio streams included in the mixed audio stream is based on a relative position between the associated equipment receiving the mixed audio stream and the reference position. In other words, for example, the volume of the track 1 waterfall could be maintained at a loud level in its designated reference location at the room 1 audio equipment 450 with a proportionally reduced volume in each of the remaining rooms 2-4 based upon their distance within the residence from room 1. Other of the tracks 460 could be associated with different rooms. So, for example, a babbling brook (track 4) could be loud in room 3 and quieter in room 1, while the waterfall of track 1 would be louder in room 1 and quieter in room 3. Each output channel from the respective audio devices 405 may, thus, be a combination of one or more of the respective tracks 460 at different volumes to create the illusion of proximity to a respective sound source, thereby providing a virtual reality effect. Furthermore, some of the tracks included in the mix could be purely ambient tracks that provided no indication of proximity. The level of the respective tracks for each channel and which tracks to include in the mix for each channel may be pre-set by a manufacturer or configurable dynamic through a user interface 430."

Application/Control Number: 90/013,882                                    Page 155

Art Unit: 3992

---

Isely [0062] "Referring now to the flowchart diagram of FIG. 6, operations for dynamic distribution of an audio signal in a zoned environment will now be further described for various embodiments of the present invention. More particularly, the description with reference to FIG. 6 will be directed to what may be referred to as the zone by zone or virtual effect aspects of the present invention. Operations in FIG. 6, begin at block 600 with defining a plurality of zones in the zoned environment. One or more of the defined zones may include a plurality of addressable audio devices 305, 405. An audio signal, such as a digital audio stream, is subsequently received (block 610). A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the defined relationships and the control input associated with the characteristic(s) on which the defined relationship is based (block 630). An update to the control input specifying the characteristic(s) may be periodically received from a user (block 640). Where such an update is received (block 640), the relationship may be redefined if such a change is specified in the control input or may be simply applied to respective streams for different ones of the audio devices 305, 405 based on the existing relationships for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update to the control input specifying the characteristic (block 630)."

To the extent that Isely is not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:

77

Application/Control Number: 90/013,882                                    Page 156

Art Unit: 3992



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to combine the group/individual volume control of NexSys with Isely, because Isely explicitly discloses volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls.

Application/Control Number: 90/013,882                                    Page 157

Art Unit: 3992

| | |
|---|---|
| | NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5." <br><br> UPnP Rendering Control, pages 41-42: <br> "Set the volume of the audio content (as a whole) to the quietest (non-silent) setting: <br> • Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1. <br> Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting <br> • Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device. <br> • Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." |

79

Therefore it would have been obvious to one of ordinary skill in the art at the time of the invention to include the UPnP Standard and MS UPnP with the teachings of Isely because Isely explicitly discloses audio devices that are compliant with **the UPnP Standard.**

It would have been obvious to one of ordinary skill in the art at the time of the invention to use a common user interface for representing a master volume with associated separate channels of a zone group, as taught by **NexSys**, because they were commonly used on mixing boards in related applications.

Application/Control Number: 90/013,882                                    Page 158
Art Unit: 3992

It would have been  obvious to one of ordinary skill in the art at the time of the invention to

further combine Isely, UPnP Standard and MS UPnP with the teachings of the **NexSys** Manual

(p. 1.1) to implement the master volume control and channel volume control functions of NexSys

controls because the graphical interface presenting functionality of the group volume meters is a

practical and intuitive way to control multiple channels of audio in the same zone.

**3.  Claims 1, 8, 16, 18, 21, 25, and 38 are rejected under 35 USC 103(a) as obvious over**

**Berezowski in view of Tomassetti, Isely, UPnP, MS UPnP, and NexSys.**  See Request

12/27/2016, pp. 40-44, and Appendix C (12/27/2016), incorporated by reference.

**1.  A method for controlling a plurality of players, the method comprising:**

**displaying on a screen a first list showing at least available players;**

**displaying, when at least one of the players is selected as a zone group head, on the screen a**

**second list showing at least some of the players that are eligible to be grouped with the zone**

**group head;**

**forming a zone group started with the zone group head, after one or more players from the**

**at least some of the players are selected to join the zone group;  and**

**synchronizing all players in the zone group;  adjusting a volume meter represented by an**

**averaged value of audio volumes of the players in the group,**

Application/Control Number: 90/013,882                                    Page 159
Art Unit: 3992

**wherein said adjusting of the volume meter includes changing a volume of each of the
group of players synchronously in accordance with an adjustment made by a user.**

Berezowski discloses an Internet facilitated emergency and general paging system that includes
network connected paging systems 34 that can be wirelessly connected, and a paging interface
32 that is used to control the paging systems 34, as shown in Fig. 2 of Berezowski:



Berezowski discloses many of the claim limitations, including displaying on a screen a first list
showing at least available players (5:57 - 6:13), displaying, when at least one of the players is
selected as a zone group head, on the screen a second list showing at least some of the players

Application/Control Number: 90/013,882                              Page 160
Art Unit: 3992

that are eligible to be grouped with the zone group head, forming a zone group started with the

zone group head, after one or more players from the at least some of the players are selected to

join the zone group and synchronizing all players in the zone group. Office action dated February

28, 2009 at pg. 3.


Berezowski teaches a zone group started with the source node, after one or more players from at

least some of the destinations, or players, are selected to join the zone group (5: 66 – 6: 13

implies a zone is created by at least one player being added as a destination). Berezowski teaches

(4:28-31) that "interface 32 enables operator O to select one or more remote paging systems and

zone(s) therein to transmit live audio, via transducer 32-1 to the select zone(s) in real-time."


**Tomassetti** discloses a paging system that includes augmented audiovisual functionality.

Tomassetti teaches a multi-zone entertainment network (Abstract). Tomassetti teaches that any

node can become a source or a destination [0019], and synchronization of audio within a zone at

[0005], [0009]-[0012] and [0016]-[0019].  Tomassetti discloses a paging system that includes

augmented audiovisual functionality.  Tomassetti, Figure 9:

Application/Control Number: 90/013,882                                      Page 161
Art Unit: 3992



Fig. 9

Berezowski recognized (1: 32-40) an ongoing need to be able to remotely access one or more paging systems, perhaps simultaneously, to be able to broadcast audio, in real time, from one or more common control units to remote zones via locally installed paging systems, preferably without having to install an additional communications system.

Tomassetti recognized [0010] a need for a multimedia system wherein a program source in one zone or room can stream multimedia data that is passed to one or more other zones or rooms where it may be independently controlled and played in synchronization with what is being played in other rooms and noise free.  Further, there is a need to devise a scheme to ensure the information passing through the system is synchronized so that the audio data can be processed uniformly and synchronously by devices connected to the system.

Application/Control Number: 90/013,882                                    Page 162

Art Unit: 3992

UPnP and MS UPnP disclose industry standards that were known at the time.


NexSys discloses a common user interface for representing a master volume with associated

separate channels of a zone group, where the master control changes a volume of each of the

zone group of channels/players synchronously in accordance with an adjustment made by a user,

and presents the zone group in a manner that indicates a grouping.


Appendix C

| 1. A method for controlling a plurality of players, the method comprising: | The arguments and exemplary citations from Appendices A and B are hereby incorporated for each corresponding element of this chart, as further described below. |
|---|---|
| displaying on a screen a first list showing at least available players; | Office Action from U.S. patent application 10/861,653, mailed February 18, 2009 ("OA"), page 3 - "Regarding claim 1, Berezowski teaches a method for controlling a plurality of players, the method comprising: displaying on a screen a first list showing at least available players (see column 5, line 57 - column 6, line 13 teaches a screen displaying a list of available players previously entered)...." |
| displaying, when at least one of the players is selected as a zone group head, on the screen a second list showing at least some of the players that are eligible to be grouped with the zone group head; | OA, page 3 - "Regarding claim 1, Berezowski teaches a method for controlling a plurality of players, the method comprising: ... displaying, when at least one of the players is selected as a zone group head, on the screen a second list showing at least some of the players that are eligible to be grouped with the zone group head ...."<br><br>OA, page 3 - "Berezowski teaches a source node to communicate to a group or zone (see column 2, line 49 - column 3, line 7, column 3, lines 44-49, and column 4, lines 7-43). Berezowski teaches a paging system employing different groups or zones, wherein at least some of the destinations (i.e. players) that are eligible to be grouped with a source node (i.e. zone group head) can be selected on a display (see column 6, lines 5-13 and figures 8-9)." |
| forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group; and | OA, page 3 - "Regarding claim 1, Berezowski teaches a method for controlling a plurality of players, the method comprising: ... forming a zone group started with the zone group head, after one or more players from the at least some of the players are selected to join the zone group ...."<br><br>OA, page 3-4 - "Berezowski teaches a zone group started with the source node, after one or more players from at least some of the destinations, or players, are selected to join the zone group (see column 5, line 66 - column 6, line 13 implies that a zone is created by at least one player being added as a destination)." |
| synchronizing all players in the zone group; | OA, pages 3-4 - "Regarding claim 1, Berezowski teaches a method for controlling a plurality of players, the method comprising: ... synchronizing all players in the zone group. ... Berezowski does not appear to teach the selection of a zone group head or synchronization. Tomassetti teaches a multi-zone entertainment network (see abstract). Specifically, Tomassetti teaches that any node can become a source or a destination (see ¶ 0019). Therefore, it would have been obvious for one of ordinary skill at |

Application/Control Number: 90/013,882

Art Unit: 3992

Page 163

| | the time to select one of the players as a zone group head. Tomassetti also teaches synchronization of an audio within a zone (see ¶ 0005, 0009-0012, and 0016-0019), so it would have been obvious to synchronize all the players in a zone group. It would have been obvious for one of ordinary skill in the art at the time of the invention to combine the teachings of Berezowski and Tomassetti for the purpose of reducing echoes. It is obvious to one of ordinary skill in the art that the same audio stream played in adjacent rooms, or rooms that are not acoustically separate, can create a slightly disturbing echo when the audio is not synchronized." |
|---|---|
| adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | Isely discloses a control relationship between a characteristic of an audio signal for a reference device and selected addressable audio devices.  The controllable characteristic includes volume, and the relationship between the reference device volume and the addressable audio device volumes can be "complex, proportional, or static."  For example, if the reference device and addressable audio devices all start from a zero volume setting at start-up, then a static relationship between the volume levels would maintain the average volume level at the addressable audio device as the volume level for the reference device is increased.  The invalidity chart of Appendix B is hereby incorporated by reference for each element of this claim chart.

Tomassetti also discloses a central receiver that controls all local and remote volume settings, which would inherently include a master volume setting that represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations.

To the extent that Isely is not considered to disclose this limitation, Isely discloses that the UPnP Standard can be used to implement functions of the system of Isely.  One of ordinary skill in the art would consider the UPnP Standard for guidance on how to implement volume controls, because the UPnP Standard provides specifications for implementing individual and group volume controls.  For example, UPnP Rendering Control discloses at pages 41-42 a process whereby the master volume control is used to set all channels to the lowest setting, which is a representation of an average value of audio volumes of players, and where the player volumes are then changed synchronously in accordance with an adjustment made by the user.  Further details on the UPnP Standard as they are relevant to the Challenged Claims of the '014 Patent are provided in Appendix A, which is hereby incorporated by |

2

Application/Control Number: 90/013,882                                    Page 164

Art Unit: 3992

reference for each element of this claim chart.

To the extent that Isely and/or Tomassetti are not considered to disclose this limitation, NexSys discloses a Windows-based group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:



As can be seen above, the group control increases or decreases the separate channels (right highs, right

3

Application/Control Number: 90/013,882                                          Page 165

Art Unit: 3992

---

lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to one of ordinary skill in the art to combine the group/individual volume control of NexSys with the combination of Berezowski, Tomassetti and Isely, because at least Tomassetti and Isely explicitly disclose volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls, such as for the Master channel and associated channels such as a left stereo and right stereo channel, either by using Microsoft UPnP functionality to emulate the NexSys control window, or by recreating the NexSys user interface functionality in HTML.

Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."

Isely, [0062] "A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the defined relationships and the control input associated with the characteristic(s) on which the defined relationship is based (block 630). An update to the control input specifying the characteristic(s) may be periodically received from a user (block 640). Where such an update is received (block 640), the relationship may be redefined if such a change is specified in the control input or may be simply applied to respective streams for different ones of the audio devices 305, 405 based on the existing relationships for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update

4

---

to the control input specifying the characteristic (block 630)."

Tomassetti, [0004] "The centralized receiver controls the volume at all speaker sets, i.e., on both the local speaker set and on the remote speakers."

NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting.
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

5

It would have been obvious to one of ordinary skill in the art at the time of the invention to

modify Berezowski's teachings of audio broadcast to remote zones with the teachings of

Application/Control Number: 90/013,882                                          Page 166
Art Unit: 3992

Tomassetti [0009] to synchronize audio data reduce random delay and noise in the output. It

would have been obvious to one of ordinary skill in the art at the time of the invention to further

modify Berezowski / Tomassetti with the teachings of the UPnP standards and MS UPnP to

simplify connections between devices. It would have been obvious to further modify using the

teachings of NexSys (p. 1.1) to implement the master volume control and channel volume

control functions of NexSys controls because the graphical interface presenting functionality of

the group volume meters is a practical and intuitive way to control multiple channels of audio in

the same zone. One of ordinary skill would use such common user interface controls

to implement common control functionality for master and zone player volume controls of

**Berezowski, Tomassetti, Isely and the UPnP Standard**, where the master represents an

averaged value of the players in the zone group when the group is adjusted from the lowest

setting, such as at startup, because such master and zone volume controls were commonly used

on mixing boards in related applications. The **NexSys Manual** thus shows group volume meters

functionality and it would be obvious to combine the group volume meters of the NexSys

Manual to implement the master volume control and channel volume control functions of the

**UPnP Standard, Isely, Berezowski and/or Tomassetti**, because one of ordinary skill would

provide controls like the ones shown in the NexSys Manual to control multiple channels of audio

in the same zone, as further discussed in Appendices B and C.


8. **The method of claim 1, wherein said synchronizing of all players in the zone group**

**comprises:**

**causing all players in the zone group to play an identical audio source; and**

Application/Control Number: 90/013,882                                    Page 167
Art Unit: 3992

**presenting the zone group in a manner that indicates a grouping.**

Appendix C

| 8. The method of claim 1, wherein said synchronizing of all players in the zone group comprises: | |
|---|---|
| causing all players in the zone group to play an identical audio source, and | OA, page 6 "Regarding claim 8, see the preceding argument with respect to claim 1. The combination teaches the method of claim 1, wherein said synchronizing all players in the zone group comprises: causing all players in the zone group to play an identical audio source (see Tomassetti, § 0067, wherein "The home theater system 226 may be capable ... of sending ... audio files ... to individual room stations |

5

| | 202-212 .... " and § 0074, wherein " ... each remote station itself can broadcast or receive independent of and simultaneous with other remote stations."); and presenting the zone group in a manner that indicates a grouping (see Berezowski, figures 8- 10 and column 6, lines 5-13)." |
|---|---|
| presenting the zone group in a manner that indicates a grouping. | OA, page 6 "Regarding claim 8, see the preceding argument with respect to claim 1. The combination teaches the method of claim 1, wherein said synchronizing all players in the zone group comprises: causing all players in the zone group to play an identical audio source (see Tomassetti, § 0067, wherein "The home theater system 226 may be capable ... of sending ... audio files ... to individual room stations 202-212 .... " and § 0074, wherein " ... each remote station itself can broadcast or receive independent of and simultaneous with other remote stations."); and presenting the zone group in a manner that indicates a grouping (see Berezowski, figures 8- 10 and column 6, lines 5-13)." |

6

**16.  A method for controlling a plurality of players, the method comprising:**

**displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group;  and**

**adjusting one of the volume meters as desired after one of the volume meters from the list is selected,**

Application/Control Number: 90/013,882                                    Page 168

Art Unit: 3992

**wherein the one of the volume meters is for the group of players, represented by an**

**averaged value of audio volumes of the players in the group, and said adjusting of the one**

**of the volume meters includes changing a volume of each of the group of players**

**synchronously in accordance with an adjustment made by a user.**

Appendix C

| 16. A method for controlling a plurality of players, the method comprising: | OA, pages 10 – "Regarding claim 16, see the preceding argument with respect to claim 1. The combination of Berezowski and Tomassetti teaches a method for controlling a plurality of players, the method comprising: displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, if there is such a group; and adjusting one of the volume meters as desired after one of the volume meters from the list is selected (see Tomassetti, ¶ 0004 and 0068)." |
|---|---|
| displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, when there is such a group, and | OA, pages 10-11 – "Regarding claim 16, see the preceding argument with respect to claim 1. The combination of Berezowski and Tomassetti teaches a method for controlling a plurality of players, the method comprising: displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, if there is such a group . . . (see Tomassetti, ¶ 0004 and 0068). The prior combination of Berezowski and Tomassetti teaches the features shown above, wherein Tomassetti makes it obvious to control the audio for each individual player in a group. However, it does not appear to teach a display listing a plurality of volume meters, where one volume level represents a group of players. Isely teaches a zone audio player (see abstract). Specifically, Isely teaches a volume level to represent each player in a designated zone (see ¶ 0011-0012). Isely also teaches volume levels with unique relationships associated with a zone (see ¶ 0047-0049, 0053, 0056, and 0057). It would have been obvious to display on a screen (such as the LCD taught by Tomassetti) the volume meters representing one of the unique relationships in the zone for the purpose of providing better |

Application/Control Number: 90/013,882                                          Page 169

Art Unit: 3992

| | |
|---|---|
| | ambiance. Therefore, it would have been obvious for one of ordinary skill in the art at the time of the invention to combine the teachings of Berezowski, Tomassetti, and Isely for the purpose of providing better ambiance." |
| adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an averaged value of audio volumes of the players in the group, and | OA, pages 10-11 – "Regarding claim 16, see the preceding argument with respect to claim 1. The combination of Berezowski and Tomassetti teaches a method for controlling a plurality of players, the method comprising: . . . adjusting one of the volume meters as desired after one of the volume meters from the list is selected (see Tomassetti, ¶ 0004 and 0068). The prior combination of Berezowski and Tomassetti teaches the features shown above, wherein Tomassetti makes it obvious to control the audio for each individual player in a group. However, it does not appear to teach a display listing a plurality of volume meters, where one volume level represents a group of players. Isely teaches a zone audio player (see abstract). Specifically, Isely teaches a volume level to represent each player in a designated zone (see ¶ 0011-0012). Isely also teaches volume levels with unique relationships associated with a zone (see ¶ 0047-0049, 0053, 0056, and 0057). It would have been obvious to display on a screen (such as the LCD taught by Tomassetti) the volume meters representing one of the unique relationships in the zone for the purpose of providing better ambiance. Therefore, it would have been obvious for one of ordinary skill in the art at the time of the invention to combine the teachings of Berezowski, Tomassetti, and Isely for the purpose of providing better ambiance."

OA, page 4 - "Tomassetti also teaches synchronization of an audio within a zone (see ¶ 0005, 0009-0012, and 0016-0019), so it would have been obvious to synchronize all the players in a zone group." |
| said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | OA, page 4 - "Tomassetti also teaches synchronization of an audio within a zone (see ¶ 0005, 0009-0012, and 0016-0019), so it would have been obvious to synchronize all the players in a zone group."

Isely discloses a control relationship between a characteristic of an audio signal for a reference device and selected addressable audio devices. The controllable characteristic includes volume, and the relationship between the reference device volume and the addressable audio device volumes can be "complex, proportional, or static." For example, if the reference device and addressable audio devices all start from a zero volume setting at start-up, then a static relationship between the volume levels would maintain the average volume level at the addressable audio device as the volume level for the reference device is increased, and the change would be synchronous in accordance with an adjustment made by the |

Application/Control Number: 90/013,882                                    Page 170

Art Unit: 3992

user.

To the extent that Isely is not considered to disclose this limitation, Isely discloses that the UPnP Standard can be used to implement functions of the system of Isely. One of ordinary skill in the art would consider the UPnP Standard for guidance on how to implement volume controls, because the UPnP Standard provides specifications for implementing individual and group volume controls. For example, UPnP Rendering Control discloses at pages 41-42 a process whereby the master volume control is used to set all channels to the lowest setting, which is a representation of an average value of audio volumes of players, and where the player volumes are then changed synchronously in accordance with an adjustment made by the user. Further details on the UPnP Standard as they are relevant to the Challenged Claims of the '014 Patent are provided in Appendix A, which is hereby incorporated by reference for all purposes.

Tomassetti also discloses a central receiver that controls all local and remote volume settings, which would inherently include a master volume setting that represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations.

To the extent that Isely and/or Tomassetti are not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:

8

Application/Control Number: 90/013,882                                         Page 171
Art Unit: 3992



As can be seen above, the group control increases or decreases the separate channels (right highs, right
lows, right subs) by the same magnitude in every channel, which have the same average setting within
the 2 digit accuracy of the meter (21, 22 and 21).  It would be obvious to combine the group/individual
volume control of NexSys with the combination of Berezowski, Tomassetti and Isely, because at least
Tomassetti and Isely explicitly disclose volume control for groups of channels, and one of skill in the art
would use a well-known display such as the one shown in NexSys for providing a user interface for such
controls. The user interface of NexSys could also be combined with the UPnP channel controls, such as
for the Master channel and associated channels such as a left stereo and right stereo channel, either by

9

Application/Control Number: 90/013,882                                      Page 172

Art Unit: 3992

using Microsoft UPnP functionality to emulate the NexSys control window, or by recreating the NexSys user interface functionality in HTML.

Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."

Isely, [0062] "A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the defined relationships and the control input associated with the characteristic(s) on which the defined relationship is based (block 630). An update to the control input specifying the characteristic(s) may be periodically received from a user (block 640). Where such an update is received (block 640), the relationship may be redefined if such a change is specified in the control input or may be simply applied to respective streams for different ones of the audio devices 305, 405 based on the existing relationships for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update to the control input specifying the characteristic (block 630)."

Tomassetti, [0004] "The centralized receiver controls the volume at all speaker sets, i.e., on both the local speaker set and on the remote speakers."

NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the

10

group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

11

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Berezowski's teachings of audio broadcast to remote zones with the teachings of Tomassetti [0009] to synchronize audio data reduce random delay and noise in the output.  It would have been obvious to one of ordinary skill in the art at the time of the invention to further

Application/Control Number: 90/013,882                                      Page 173
Art Unit: 3992

modify Berezowski / Tomassetti with the teachings of the UPnP standards and MS UPnP to

simplify connections between devices.  It would have been obvious to further modify using the

teachings of NexSys (p. 1.1) to implement the master volume control and channel volume

control functions of NexSys controls because the graphical interface presenting functionality of

the group volume meters is a practical and intuitive way to control multiple channels of audio in

the same zone.  One of ordinary skill would use such common user interface controls

to implement common control functionality for master and zone player volume controls of

**Berezowski, Tomassetti, Isely and the UPnP Standard**, where the master represents an

averaged value of the players in the zone group when the group is adjusted from the lowest

setting, such as at startup, because such master and zone volume controls were commonly used

on mixing boards in related applications.  The **NexSys Manual** thus shows group volume meters

functionality  and it would be obvious to combine the group volume meters of the NexSys

Manual to implement the master volume control and channel volume control functions of the

**UPnP Standard, Isely, Berezowski and/or Tomassetti**, because one of ordinary skill would

provide controls like the ones shown in the NexSys Manual to control multiple channels of audio

in the same zone, as further discussed in Appendices B and C.


18.  **The method of claim 16, further comprising adjusting the one of the volume meters for
the group of players in a predetermined manner that appears that the group of players are
being adjusted at the same time.**


Appendix C

Application/Control Number: 90/013,882                                      Page 174

Art Unit: 3992

| 18. The method of claim 16, further comprising adjusting the one of the volume meters for the group of players in a predetermined manner that appears that the group of players are being adjusted at the same time. | Claim 18 was originally presented as claim 19 during prosecution.<br><br>OA, page 11 ~ "Regarding claim 18, see the preceding argument with respect to claim 16. The combination teaches the method of claim 16, wherein the one of the volume meters from the list selected is for the group of players, and wherein said adjusting the one of the volume meters includes: changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user (see Tomassetti, ¶ 0004, 0005, 0009-0012, 0016-0019, and 0068, and Isely, ¶ 0053). It would have been obvious to synchronize the change in volume due to linking the volume changes according to the unique relationships defined in Isely. **Regarding claim 19**, see the preceding argument with respect to claim 18. The combination teaches the method of claim 18, further comprising adjusting the one of the volume meters for the group of players in a predetermined manner that appears that the group of players is being adjusted at the same time." (emphasis added) |

11

**20.  The method of claim 16, further comprising playing an identical audio source in the group of players.**

Claim 20 is not requested for reexamination.  However, the limitations of 21/20 requires

rejections of claim 20 limitations.

Appendix C

| 20. The method of claim 16, further comprising playing an identical audio source in the group of | Claim 20 was originally presented as claim 22.<br><br>OA, pages 11-12 ~ "Regarding claim 22, see the preceding argument with respect to claim 16. The combination teaches the method of claim 16, further comprising playing an identical audio source in the |

11

| players. | group of players (see Tomassetti, ¶ 0067, wherein "The home theater system 226 may be capable ... of sending ... audio files ... to individual room stations 202-212 ..." and ¶ 0074, wherein " ... each remote station itself can broadcast or receive independent of and simultaneous with other remote stations ")." |

12

**21.  The method of claim 20, wherein the audio source is retrieved in form of audio data packets  over the network.**

Appendix C

Application/Control Number: 90/013,882                                    Page 175

Art Unit: 3992

| 21. The method of claim 20, wherein the audio source is retrieved in form of audio data packets over the network. | Claim 21 was originally presented as claim 23  OA, page 12 – "Regarding claim 23, see the preceding argument with respect to claim 22. The combination teaches the method of claim 22, wherein the audio source is retrieved in form of audio data packets over the network (see Tomasseti, ¶ 0016)." |
|---|---|

12

**25.  An apparatus for controlling a plurality of players, the apparatus comprising:**

**a screen;  a screen driver commanding the screen;  an input**

**interface;  a network interface;  a memory for storing code for an application**

**module;**

**a processor coupled to the memory, the input interface, the screen driver and the network**

**interface, the processor executing the code in the memory to cause the application module**

**and the screen driver to perform operations of:**

**displaying on a screen a first list showing at least available players;**

**displaying a zone group including players from the available players when at least two of**

**the available players are selected to form the zone group,**

**wherein any one of the players in the group serves as a zone group head;**

**synchronizing all players in the zone group in accordance with the zone group head;  and**

Application/Control Number: 90/013,882                                          Page 176

Art Unit: 3992

**adjusting a volume meter represented by an averaged value of audio volumes of the players**

**in the group,**

**wherein said adjusting of the volume meter includes changing a volume of each of the**

**group of players synchronously in accordance with an adjustment made by a user.**

Appendix C

| 25. An apparatus for controlling a plurality of players, the apparatus comprising: | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . The combination of claim 1, teaches the features above, wherein it is inherent there must be a screen driver to display an output and a processor to execute the software." |
|---|---|
| a screen; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: a screen (see Berezowski, figure 8 and column 5, lines 57-59) . . . " |
| a screen driver commanding the screen; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . a screen driver commanding the screen (inherent) . . . " |
| an input interface; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . an input interface (id., column 5, lines 59-65) . . . " |
| a network interface; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . a network interface (id., column 4, lines 7-23) . . . " |
| a memory for storing code for an application module; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . a memory for storing code for an application module (id., column 2, line 49 - column 3, line 7) . . . " |
| a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver (inherent) to perform operations of . . . |

12

Application/Control Number: 90/013,882                                                    Page 177

Art Unit: 3992

| | |
|---|---|
| cause the application module and the screen driver to perform operations of . . . | |
| displaying on a screen a first list showing at least available players; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . displaying on a screen a first list showing at least available players (id., column 5, line 57 - column 6, line 13 and figures 8-1 O) . . . " |
| displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head; | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head (id., column 5, line 66 - column 6, line 13 in view of Tomassetti, ¶ 0074) . . . " |
| synchronizing all players in the zone group in accordance with the zone group head; and | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising . . . synchronizing all players in the zone group in accordance with the zone group head (see Tomassetti, ¶ 0005, 0009-0012, and 0018-0019)." |
| adjusting a volume meter represented by an averaged value of audio volumes of the players in the group, wherein said adjusting of the volume meter includes changing a volume of each of the group of players synchronously in | Isely discloses a control relationship between a characteristic of an audio signal for a reference device and selected addressable audio devices. The controllable characteristic includes volume, and the relationship between the reference device volume and the addressable audio device volumes can be "complex, proportional, or static." For example, if the reference device and addressable audio devices all start from a zero volume setting at start-up, then a static relationship between the volume levels would maintain the average volume level at the addressable audio device as the volume level for the reference device is increased. The invalidity chart of Appendix B is hereby incorporated by reference for each element of this claim chart.<br><br>Tomassetti also discloses a central receiver that controls all local and remote volume settings, which |

Application/Control Number: 90/013,882                                    Page 178

Art Unit: 3992

| accordance with an adjustment made by a user. | would inherently include a master volume setting that represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations.

To the extent that Isely is not considered to disclose this limitation, Isely discloses that the UPnP Standard can be used to implement functions of the system of Isely. One of ordinary skill in the art would consider the UPnP Standard for guidance on how to implement volume controls, because the UPnP Standard provides specifications for implementing individual and group volume controls. For example, UPnP Rendering Control discloses at pages 41-42 a process whereby the master volume control is used to set all channels to the lowest setting, which is a representation of an average value of audio volumes of players, and where the player volumes are then changed synchronously in accordance with an adjustment made by the user. Further details on the UPnP Standard as they are relevant to the Challenged Claims of the '014 Patent are provided in Appendix A, which is hereby incorporated by reference for each element of this claim chart.

To the extent that Isely and/or Tomassetti are not considered to disclose this limitation, NexSys discloses a Windows-based group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys: |
| --- | --- |

14

Application/Control Number: 90/013,882                                   Page 179

Art Unit: 3992



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to one of ordinary skill in the art to combine the group/individual volume control of NexSys with the combination of Berezowski, Tomassetti and Isely, because at least Tomassetti and Isely explicitly disclose volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls, such as for the Master channel and associated channels such as a left

Application/Control Number: 90/013,882                                      Page 180

Art Unit: 3992

stereo and right stereo channel, either by using Microsoft UPnP functionality to emulate the NexSys control window, or by recreating the NexSys user interface functionality in HTML.

Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input."

Isely, [0062] "A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the defined relationships and the control input associated with the characteristic(s) on which the defined relationship is based (block 630). An update to the control input specifying the characteristic(s) may be periodically received from a user (block 640). Where such an update is received (block 640), the relationship may be redefined if such a change is specified in the control input or may be simply applied to respective streams for different ones of the audio devices 305, 405 based on the existing relationships for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update to the control input specifying the characteristic (block 630)."

Tomassetti, [0004] "The centralized receiver controls the volume at all speaker sets, i.e., on both the local speaker set and on the remote speakers."

NexSys, page 9.3 - "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the

16

group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting:
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1.
Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting
• Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

17

It would have been obvious to one of ordinary skill in the art at the time of the invention to

modify Berezowski's teachings of audio broadcast to remote zones with the teachings of

Tomassetti [0009] to synchronize audio data reduce random delay and noise in the output.  It

Application/Control Number: 90/013,882                                    Page 181
Art Unit: 3992

would have been obvious to one of ordinary skill in the art at the time of the invention to further

modify Berezowski / Tomassetti with the teachings of the UPnP standards and MS UPnP to

simplify connections between devices.  It would have been obvious to further modify using the

teachings of NexSys (p. 1.1) to implement the master volume control and channel volume

control functions of NexSys controls because the graphical interface presenting functionality of

the group volume meters is a practical and intuitive way to control multiple channels of audio in

the same zone.  One of ordinary skill would use such common user interface controls

to implement common control functionality for master and zone player volume controls of

**Berezowski, Tomassetti, Isely and the UPnP Standard**, where the master represents an

averaged value of the players in the zone group when the group is adjusted from the lowest

setting, such as at startup, because such master and zone volume controls were commonly used

on mixing boards in related applications.  The **NexSys Manual** thus shows group volume meters

functionality  and it would be obvious to combine the group volume meters of the NexSys

Manual to implement the master volume control and channel volume control functions of the

**UPnP Standard, Isely, Berezowski and/or Tomassetti**, because one of ordinary skill would

provide controls like the ones shown in the NexSys Manual to control multiple channels of audio

in the same zone, as further discussed in Appendices B and C.


**38.  An apparatus for manipulating a plurality of players, the apparatus comprising:**


**a screen;  a screen driver commanding the screen; an input interface;  a network interface;**

**a memory for storing code for an application module;**

Application/Control Number: 90/013,882                                    Page 182
Art Unit: 3992

**a processor coupled to the memory, the input interface, the screen driver and the network**

**interface, the processor executing the code in the memory to cause the application module**

**and the screen driver to perform operations of:**

**displaying on a screen a list showing a plurality of volume meters, at least one of the**

**volume meters representing an audio volume of one of the players, and another one of the**

**volume meters representing an audio volume of a group of players, if there is such a group;**

**and**

**adjusting one of the volume meters as desired after one of the volume meters from the list**

**is selected, wherein the one of the volume meters is for the group of players, represented by**

**an averaged value of audio volumes of the players in the group, and said adjusting of the**

**one of the volume meters includes changing a volume of each of the group of players**

**synchronously in accordance with an adjustment made by a user.**

Appendix C

Application/Control Number: 90/013,882                    Page 183

Art Unit: 3992

| | |
|---|---|
| 38. An apparatus for manipulating a plurality of players, the apparatus comprising: | Claim 38 was originally presented as claim 40.<br><br>OA, page 13 "Regarding claim 40, see the preceding argument with respect to claims 16 and 27. The combination teaches these features like the method of claim 16, wherein it is performed on an apparatus with the features of claim 27." |
| a screen; | OA, page 7 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: a screen (see Berezowski, figure 8 and column 5, lines 57-59)" |
| a screen driver commanding the screen; | OA, page 7 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . a screen driver commanding the screen (inherent)" |
| an input interface; | OA, page 7 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . an input interface (id., column 5, lines 59-65)" |
| a network interface; | OA, page 7 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . a network interface (id., column 4, lines 7-22)" |
| a memory for storing code for an application module; | OA, page 7-8 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . a memory for storing code for an application module (id., column 2, line 49 - column 3, line 7)" |

17

| | |
|---|---|
| a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver to perform operations of: | OA, pages 7-8 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . a processor coupled to the memory, the input interface, the screen driver and the network interface, the processor executing the code in the memory to cause the application module and the screen driver (inherent) to perform operations of:" |
| displaying on a screen a list showing a plurality of volume meters, at least one of the volume meters representing an audio volume of one of the players, and another one of the volume meters representing an audio volume of a group of players, if there is such a group, and | OA, pages 7-8 -- "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . displaying on a screen a first list showing at least available players (id., column 5, line 57 - column 6, line 13 and figures 8-1 O); displaying a zone group including players from the available players when at least two of the available players are selected to form the zone group, wherein any one of the players in the group serves as a zone group head (id., column 5, line 66 - column 6, line 13 in view of Tomassetti, ¶ 0074); and synchronizing all players in the zone group in accordance with the zone group head (see Tomassetti, ¶ 0005, 0009-0012, and 0016-0019). The combination of claim 1, teaches the features above, wherein it is inherent there must be a screen driver to display an output and a processor to execute the software." |
| adjusting one of the volume meters as desired after one of the volume meters from the list is selected, wherein the one of the volume meters is for the group of players, represented by an | Isely discloses a control relationship between a characteristic of an audio signal for a reference device and selected addressable audio devices that provides for adjusting one volume meter/control as desired after one of the volume meters/controls from the list is selected, wherein the one of the volume meters/controls is for the group of players, represented by an averaged value of audio volumes of the players in the group. The controllable characteristic of Isely includes volume, and the relationship between the reference device volume and the addressable device volumes can be "complex, proportional, or static." For example, if the reference device and addressable audio devices all start from a zero volume setting at start-up, then a static relationship between the volume levels would maintain the |

18

Application/Control Number: 90/013,882                                      Page 184

Art Unit: 3992

| averaged value of audio volumes of the players in the group, and | average volume level at the addressable audio device as the volume level for the reference device is increased, and the change would be synchronous in accordance with an adjustment made by the user.

To the extent that Isely is not considered to disclose this limitation, Isely discloses that the UPnP Standard can be used to implement functions of the system of Isely. One of ordinary skill in the art would consider the UPnP Standard for guidance on how to implement volume controls, because the UPnP Standard provides specifications for implementing individual and group volume controls. For example, UPnP Rendering Control discloses at pages 41-42 a process whereby the master volume control is used to set all channels to the lowest setting, which is a representation of an average value of audio volumes of players, and where the player volumes are then changed synchronously in accordance with an adjustment made by the user. Further details on the UPnP Standard as they are relevant to the Challenged Claims of the '014 Patent are provided in Appendix A, which is hereby incorporated by reference for all purposes.

Tomassetti also discloses a central receiver that controls all local and remote volume settings, which would inherently include a master volume setting that represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations.

To the extent that Isely and/or Tomassetti are not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels. The group volume meter/control represents an averaged value of audio volumes of the players in the group when all players in the group start from the same volume, such as at start-up. This is shown in the exemplary diagram below from page 7.4 of NexSys: |

Application/Control Number: 90/013,882                                          Page 185

Art Unit: 3992



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). The group volume control thus represents "an averaged value of audio volumes of the players in the group," where the audio volumes are the changes to the current audio volume settings. The claim does not require a specific averaged value of specific audio volumes, so a representation of an average change value of audio volumes" satisfies the claim limitation. It would be obvious to combine the group/individual volume control of NexSys with the combination of Berezowski, Tomassetti and Isely, because at least Tomassetti and Isely explicitly

Application/Control Number: 90/013,882                                    Page 186

Art Unit: 3992

| U.S. 7,571,014 | Berezowski, Tomassetti, Isely, UPnP, Microsoft UPnP and NexSys |
|---|---|
| | disclose volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls, such as for the Master channel and associated channels such as a left stereo and right stereo channel, either by using Microsoft UPnP functionality to emulate the NexSys control window, or by recreating the NexSys user interface functionality in HTML. |
| | Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio device and for the selected addressable audio devices. The audio signal is distributed to the selected addressable audio devices based on the defined relationships and a control input associated with the characteristic. An update to the control input is received from a user and the audio signal is distributed to the selected addressable audio devices based on the defined relationships and the update to the control input." |
| | Isely, [0062] "A relationship between a characteristic of the audio signal for a reference audio device and for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may be related to relative volume, equalization or other audio characteristics as described previously herein. Furthermore, such a relationship may be complex, proportional, or static as described previously herein." |
| | Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the defined relationships and the control input associated with the characteristic(s) on which the defined relationship is based (block 630). An update to the control input specifying the characteristic(s) may be periodically received from a user (block 640). Where such an update is received (block 640), the relationship may be redefined if such a change is specified in the control input or may be simply applied to respective streams for different ones of the audio devices 305, 405 based on the existing relationships for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update to the control input specifying the characteristic (block 630)." |
| | Tomassetti, [0004] "The centralized receiver controls the volume at all speaker sets, i.e., on both the |

21

Application/Control Number: 90/013,882                                    Page 187

Art Unit: 3992

| | local speaker set and on the remote speakers." |
| | |
| | NexSys, page 9.3 – "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its group. Positive changes here will have the same magnitude increase for every amplifier channel in the group. A negative change here will decrease each amplifier channel level in the group by the same amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase by 5dB to a level of -5." |
| | |
| | UPnP Rendering Control, pages 41-42: "Set the volume of the audio content (as a whole) to the quietest (non-silent) setting: • Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume parameter set to 1. Set the volume of the audio content (as a whole) 20 'notches/steps' higher than the current setting • Invoke the GetVolume() action with the Channel parameter set to 'Master'. As a result of the previous example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being rendered at volume position 1 i.e. the quietest non-silence setting supported by the device. • Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device." |
| said adjusting of the one of the volume meters includes changing a volume of each of the group of players synchronously in accordance with an adjustment made by a user. | OA, pages 7-8 – "Regarding claim 27, the combination teaches an apparatus for controlling a plurality of players, the apparatus comprising: . . . synchronizing all players in the zone group in accordance with the zone group head (see Tomassetti, ¶ 0005, 0009-0012, and 0016-0019)." |
| | |
| | Isely discloses a control relationship between a characteristic of an audio signal for a reference device and selected addressable audio devices. The controllable characteristic includes volume, and the relationship between the reference device volume and the addressable audio device volumes can be "complex, proportional, or static." For example, if the reference device and addressable audio devices all start from a zero volume setting at start-up, then a static relationship between the volume levels would maintain the average volume level at the addressable audio device as the volume level for the reference device is increased, and the change would be synchronous in accordance with an adjustment made by the user. |

22

Application/Control Number: 90/013,882                                       Page 188

Art Unit: 3992

To the extent that Isely is not considered to disclose this limitation, Isely discloses that the UPnP Standard can be used to implement functions of the system of Isely. One of ordinary skill in the art would consider the UPnP Standard for guidance on how to implement volume controls, because the UPnP Standard provides specifications for implementing individual and group volume controls. For example, UPnP Rendering Control discloses at pages 41-42 a process whereby the master volume control is used to set all channels to the lowest setting, which is a representation of an average value of audio volumes of players, and where the player volumes are then changed synchronously in accordance with an adjustment made by the user. Further details on the UPnP Standard as they are relevant to the Challenged Claims of the '014 Patent are provided in Appendix A, which is hereby incorporated by reference for all purposes.

Tomassetti also discloses a central receiver that controls all local and remote volume settings, which would inherently include a master volume setting that represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations.

To the extent that Isely and/or Tomassetti are not considered to disclose this limitation, NexSys discloses a group volume control with a master volume control and independent channels, which represents an averaged value of audio volumes at least at startup, when all volumes are set to zero and any increase in the master volume would result in a synchronous increase in the average at all remote locations, as shown in the exemplary diagram below from page 7.4 of NexSys:

33

Application/Control Number: 90/013,882                                    Page 189

Art Unit: 3992



As can be seen above, the group control increases or decreases the separate channels (right highs, right lows, right subs) by the same magnitude in every channel, which have the same average setting within the 2 digit accuracy of the meter (21, 22 and 21). It would be obvious to combine the group/individual volume control of NexSys with the combination of Berezowski, Tomassetti and Isely, because at least Tomassetti and Isely explicitly disclose volume control for groups of channels, and one of skill in the art would use a well-known display such as the one shown in NexSys for providing a user interface for such controls. The user interface of NexSys could also be combined with the UPnP channel controls, such as for the Master channel and associated channels such as a left stereo and right stereo channel, either by

24

Application/Control Number: 90/013,882                                    Page 190

Art Unit: 3992

---

using Microsoft UPnP functionality to emulate the NexSys control window, or by recreating the NexSys
user interface functionality in HTML.

Isely, [0020] "A relationship is defined between a characteristic of the audio signal for a reference audio
device and for the selected addressable audio devices. The audio signal is distributed to the selected
addressable audio devices based on the defined relationships and a control input associated with the
characteristic. An update to the control input is received from a user and the audio signal is distributed to
the selected addressable audio devices based on the defined relationships and the update to the control
input."

Isely, [0062] "A relationship between a characteristic of the audio signal for a reference audio device and
for a plurality of the addressable audio devices 305, 405 is defined (block 620). Such a relationship may
be related to relative volume, equalization or other audio characteristics as described previously herein.
Furthermore, such a relationship may be complex, proportional, or static as described previously herein."

Isely, [0063] "The audio signal is distributed to a plurality of the audio devices 305, 405 based on the
defined relationships and the control input associated with the characteristic(s) on which the defined
relationship is based (block 630). An update to the control input specifying the characteristic(s) may be
periodically received from a user (block 640). Where such an update is received (block 640), the
relationship may be redefined if such a change is specified in the control input or may be simply applied
to respective streams for different ones of the audio devices 305, 405 based on the existing relationships
for distribution to the devices at block 630. Thus, the audio signal after receipt of a control input change
is distributed to the plurality of audio devices 305, 405 based on the defined relationships and the update
to the control input specifying the characteristic (block 630)."

Tomassetti, [0004] "The centralized receiver controls the volume at all speaker sets, i.e., on both the
local speaker set and on the remote speakers."

NexSys, page 9.3 ~ "the fader ranges from +83dB to -83dB. It is a relative level to the amplifiers in its
group. Positive changes here will have the same magnitude increase for every amplifier channel in the

25

---

group. A negative change here will decrease each amplifier channel level in the group by the same
amount. For instance, if the amp is set to -10, and the group level is raised +5, the amp level will increase
by 5dB to a level of -5."

UPnP Rendering Control, pages 41-42:
"Set the volume of the audio content (as a whole) to the quietest (non-silent) setting.
• Invoke the SetVolume() action with the Channel parameter set to 'Master' and the DesiredVolume
parameter set to 1.
Set the volume of the audio content (as a whole) 20 "notches/steps" higher than the current setting
• Invoke the GetVolume() action with the Channel parameter set to "Master". As a result of the previous
example, the CurrentVolume out parameter returns a value of 1 indicating that the audio content is being
rendered at volume position 1 i.e. the quietest non-silence setting supported by the device.
• Invoke the SetVolume() action with the Channel parameter set to "Master" and the DesiredVolume
parameter set to 21 (1 + 20). This corresponds to the 20th quietest setting supported by the device."

26

It would have been obvious to one of ordinary skill in the art at the time of the invention to

modify Berezowski's teachings of audio broadcast to remote zones with the teachings of

Application/Control Number: 90/013,882                                    Page 191
Art Unit: 3992

Tomassetti [0009] to synchronize audio data reduce random delay and noise in the output.  It

would have been obvious to one of ordinary skill in the art at the time of the invention to further

modify Berezowski / Tomassetti with the teachings of the UPnP standards and MS UPnP to

simplify connections between devices.  It would have been obvious to further modify using the

teachings of NexSys (p. 1.1) to implement the master volume control and channel volume

control functions of NexSys controls because the graphical interface presenting functionality of

the group volume meters is a practical and intuitive way to control multiple channels of audio in

the same zone.  One of ordinary skill would use such common user interface controls

to implement common control functionality for master and zone player volume controls of

**Berezowski, Tomassetti, Isely and the UPnP Standard**, where the master represents an

averaged value of the players in the zone group when the group is adjusted from the lowest

setting, such as at startup, because such master and zone volume controls were commonly used

on mixing boards in related applications.  The **NexSys Manual** thus shows group volume meters

functionality  and it would be obvious to combine the group volume meters of the NexSys

Manual to implement the master volume control and channel volume control functions of the

**UPnP Standard, Isely, Berezowski and/or Tomassetti**, because one of ordinary skill would

provide controls like the ones shown in the NexSys Manual to control multiple channels of audio

in the same zone, as further discussed in Appendices B and C.

**Patent Owner Amendment**

Application/Control Number: 90/013,882                                      Page 192
Art Unit: 3992

Patent owner is notified that any proposed amendment to the specification and/or claims in this

reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally presented

pursuant to 37 CFR 1.52(a) and (b), and must contain any fees required by 37 CFR 1.20(c).


**Submissions**

In order to insure full consideration of any amendments, affidavits or declarations or other

documents as evidence of patentability, such documents must be submitted in response to the

first Office action on the merits (which does not result in a close of prosecution). Submissions

after the second Office action on the merits, which is intended to be a final action, will be

governed by the requirements of 37 CFR 1.116, after final rejection and by 37 CFR 41.33 after

appeal, which will be strictly enforced.


**Conclusion**

Claims 1, 8, 16, 18, 21, 25, and 38 of USPN 7,571,014 to Lambourne et al. are under *ex parte*

reexamination.  Claims 1, 8, 16, 18, 21, 25, and 38 are rejected.


Any paper filed with the USPTO, i.e., any submission made, by either the Patent Owner or the

Third Party Requester must be served on every other party in the reexamination proceeding,

including any other third party requester that is part of the proceeding due to merger of the

reexamination proceedings. As proof of service, the party submitting the paper to the Office must

attach a Certificate of Service to the paper, which sets forth the name and address of the party

Application/Control Number: 90/013,882                                    Page 193
Art Unit: 3992

served and the method of service. Papers filed without the required Certificate of Service may be

denied consideration. 37 CFR 1.903; MPEP 2666.06.

After the filing of a request for reexamination by a third party requester, any document filed by

either the patent owner or the third party requester must be served on the other party (or

parties where two or more third party requester proceedings are merged) in the reexamination

proceeding in the manner provided in 37 CFR 1.248. See 37 CFR 1.550 (f).


**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By Mail to:     Mail Stop *Ex Parte* Reexam

                Central Reexamination Unit

                Commissioner for Patents

                United States Patent & Trademark Office

                P.O. Box 1450

                Alexandria, VA 22313-1450


By FAX to:    (571) 273-9900

                Central Reexamination Unit


By hand:     Customer Service Window

                Randolph Building

                401 Dulany Street

                Alexandria, VA 22314

Application/Control Number: 90/013,882                                    Page 194
Art Unit: 3992

EFS-Web:      https://efs.uspto.gov/efile/myportal/efs-registered

Any inquiry concerning this communication should be directed to Examiner Steelman at 571-

272-3704 or to Central Reexamination Unit Customer Service 571-272-7705.

/Mary Steelman/                          Conferees:     /RSD/  /WHC/

Reexamination Specialist

Central Reexamination Unit 3992

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/013,882 | 12/27/2016 | 7571014 | 04-0601-REEXAM (15-536) | 8704 |

107361          7590          01/26/2017
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| STEELMAN, MARY J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 01/26/2017 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Jackson Walker LLP
2323 Ross Avenue
Suite 600
Dallas, TX 75201

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/013,882*.

PATENT NO. *7571014*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

/Mary Steelman/, Primary Examiner, Art Unit: 3992

PTOL-465 (Rev.07-04)

Application/Control Number: 90/013,882                                          Page 2
Art Unit: 3992

The present application is being examined under the pre-AIA first to invent provisions.

## Response to Request for Ex Parte Reexamination

The Third Party Request (request file date 12/21/2016 and amended 12/27/2016 to include the
reexamination of claim 25) for *ex parte* reexamination of claims 1, 8, 16, 18, 21, 25, and 38 of
US 7,571,014 to Lambourne et al. is acknowledged.  The Request 12/27/2016 (46 page
document), including claim charts, is incorporated by reference.

## Information Disclosure Statement

IDS received 12/21/2016 (three IDS received on the same date) has been entered into the record.
"With respect to the Information Disclosure Statements (PTO/SB/08A and 08B or its equivalent)
considered with this action, the information cited has been considered as described in the MPEP.
Note that MPEP 2256 and 2656 indicate that degree of consideration to be given to such
information will be normally limited by the degree to which the party filing the information
citation has explained the content and relevance of the information. Undated references are lined
through and not considered.

## Ongoing Duty to Disclose

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise
the Office of any litigation activity, or other prior or concurrent proceeding, involving the patent
under *ex parte* reexamination throughout the course of this reexamination proceeding. See MPEP
2207, 2282 and 2286. The third party requester is also reminded of the ability to similarly

Application/Control Number: 90/013,882                                        Page 3
Art Unit: 3992

appraise the Office of any such activity or proceeding throughout the course of this

reexamination proceeding. See MPEP 2207, 2282 and 2286.


Litigation was found by the office:  Sonos Inc. v. D&M Holdings Inc. et al.  1:14cv1330.


Reexams are governed by statute.  Requester's question regarding patent validity are improper in

an *ex parte* reexamination request, and will not be further discussed.

## Scope of Reexamination

On November 2, 2002, Public Law 107-273 was enacted. Title III, Subtitle A, Section 13105,

part (a) of the Act revised the reexamination statute by adding the following new last sentence to

35 U.S.C. 303(a) and 312(a):

The existence of a substantial new question of patentability is not precluded by the fact that a

patent or printed publication was previously cited by or to the Office or considered by the Office.

For any reexamination ordered on or after November 2, 2002, the effective date of the statutory

revision, reliance on previously cited/considered art, i.e., "old art," does not necessarily preclude

the existence of a substantial new question of patentability (SNQ) that is based exclusively on

that old art. Rather, determinations on whether a SNQ exists in such an instance shall be based

upon a fact-specific inquiry done on a case-by-case basis.

Application/Control Number: 90/013,882                                      Page 4
Art Unit: 3992

In the present instance, an SNQ appears to exist based on prior art that was not before the

examiner at the time of the original examination, in combinations with previously considered

prior art, to present teachings in a new light.

## 37 C.F.R. 1.510   Request for ex parte reexamination.

A submission under **37 CFR 1.501**  is limited to patents, printed publications, or patent owner

written claim scope statements, additional information and an explanation of the pertinency and

applicability of them. This may include an explanation by the patent owner as to how the claims

differ from the prior art patents or printed publications or written claim scope statement and

additional information. It may also include affidavits and declarations. The submission cannot

include any issue which is not directed to patents, printed publications or written claim scope

statements and additional information. Thus, for example, a submission cannot include a

statement as to the claims violating **35 U.S.C. 112**, a statement as to the public use of the claimed

invention, or a statement as to the conduct of the patent owner. The submission must be directed

to patents, printed publications and/or written claim scope statements and additional information

and cannot discuss what the patent owner did, or failed to do, with respect to submitting and/or

describing patents and printed publications during examination, because that would be a

statement as to the conduct of the patent owner. The submission also should not contain

argument and discussion of references previously treated in the prosecution of the application

which matured into the patent or references previously treated in a reexamination proceeding as

to the patent.


## Substantial New Question of Patentability (SNQ) Raised By the Request

Application/Control Number: 90/013,882                                              Page 5
Art Unit: 3992

For "a substantial new question of patentability" to be present, it is only necessary that:

A. The prior art patents and/or printed publications raise a substantial question of patentability regarding at least one claim i.e. the prior art teaching is such that there is a substantial likelihood that a reasonable examiner would consider the teaching to be important in deciding whether or not the claim is patentable; and it is not necessary that the prior art establish a prima facie case of unpatentability and;


B. The same question of patentability as to the claim has not been decided by the Office in a previous examination or pending reexamination of the patent or in a final holding of invalidity by the Federal Courts in a decision on the merits involving the claim. See MPEP 2242.


For a reexamination that was ordered on or after November 2, 2002 (the date of enactment of Public Law 107-273; see Section 13105, of the Patent and Trademark Office Authorization Act of 2002), reliance *solely* on old art (as the basis for a rejection) does not necessarily preclude the existence of a substantial new question of patentability (SNQ) that is based exclusively on that old art. Determinations on whether a SNQ exists in such an instance shall be based upon a fact-specific inquiry done on a case-by-case basis. For example, a SNQ may be based solely on old art where the old art is being presented/viewed in a new light, or in a different way, as compared with its use in the earlier concluded examination(s), in view of a material new argument or interpretation presented in the request. MPEP 2258.01.


**Priority Date of US 7,571,014**

Application/Control Number: 90/013,882

Page 6

Art Unit: 3992

The application that issued as the '014 patent (patent under reexamination) was filed before the effective date of the Leahy-Smith America Invents Act, Pub. L. 112-29, 125 Stat. 284, and is subject to examination under pre-AIA 35 U.S.C. §§ 102 and 103.  The earliest possible priority date claimed by the '014 patent, based on a continuation in part of 10/816,216 is 04/01/2004. '014 patent content not found in the earlier '216 application has a priority date to 06/05/2004.

## Summary of US 7,571,014

The patent teaches displaying a list of available players, i.e. audio players, on an LCD screen, and displaying another list of players eligible to be grouped with a zone group head, on the screen when one of the players is selected as the head.  All players are synchronized in a zone group, after the players are selected to join the zone group.  A volume meter represented by an ageraged value of audio volume of the players in the group is adjusted, and changing the volume of each group of players synchronously in accordance with an adjustment made by a user.

## Prior Art Applied in Reexamination

**UPnP Standard Documents ("UPnP Documents") comprising:**

Universal Plug and Play ("UPnP AV") AV Architecture:1 For UPnP™ Version 1.0, June 25, 2002

RenderingControl:1 Service Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002

MediaServer: 1 Device Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002

Universal Plug and Play Device Architecture V. 1.0, June 8, 2000

MediaRenderer:1 Device Template Version 1.01 For UPnP™ Version 1.0, June 25, 2002

Application/Control Number: 90/013,882                                     Page 7
Art Unit: 3992

Microsoft, Universal Plug and Play (UPnP) Client Support, August 2001

The UPnP combination of documents describe specifications in the industry.  The UPnP standard

provides a standards-based architecture for peer to peer network connectivity, enabling device-

to-device interoperability in a scalable networked environment.


 A UPnP Control Point can be used to establish a connection between a first device with a UPnP

Media server and a Second Device with a UPnP Media Renderer.  Media Server discloses a

Control Point ConnectionManager::PrepareFor Connection() action to inform the device of

specified protocol/format to be used.  A PrepareForConnection() action on either the

MediaServer or MediaRenderer will return an AVTransport InstanceID to the Control Point."

UPnP AV discloses the use of Isochronous-Push Transfer Protocols (IEC 61883/IEEE 1394)

where  underlying transfer mechanism provide realtime content transfer between the

MediaServer and MediaRenderer. Real-time behavior allows the MediaRenderer to provide

smooth-flowing rendering of content without implementing a read-ahead buffer.


**US Patent Application 2002/0124097 to Isely et al., ("Isely"); priority date 12/29/2000**

Isely has a priority date of 12/29/2000 and is prior art to US 7,571,014, the patent under

reexamination.


Systems and methods are provided for dynamic distribution of audio signals at a site based on

defined zones within the site.  A plurality of addressable audio devices are coupled to a local

Application/Control Number: 90/013,882                                          Page 8
Art Unit: 3992

network for the site which are configured to receive a designated digital audio stream over the

local network and to output the received digital audio stream to audio equipment located at the

site.  A zone manager defines a plurality of zones for the site which may include a plurality of

the addressable audio devices.  The zone manager defines a relationship between a characteristic

of the audio signal for a reference audio device and for the addressable audio devices in the

zones.  An audio interface receives digital audio streams and outputs the digital audio streams on

the local network addressed to selected ones of the audio devices based on the defined zones, the

defined relationship between a characteristic of the audio signal for a reference audio device and

for the addressable audio devices and a control input associated with the characteristic.  A user

interface is provided which is configured to receive a user designation of the control input.

Systems and methods for dynamic aggregation of audio equipment in zones are also provided.


**Crest Audio, NexSys version 3.0, Software Manual, August 14, 1997 ("NexSys")**

NexSys is prior art to the '014 Patent under 35 U.S.C. 102(b).


NexSys discloses a common user interface for representing a master volume with associated

separate channels of a zone group, where the master control changes a volume of each of the

zone group of channels/players synchronously in accordance with an adjustment made by a user,

and presents the zone group in a manner that indicates a grouping.


**US 7,218,708 to Berezowski et al, ("Berezowski"), priority date 03/12/2004**

Application/Control Number: 90/013,882                                        Page 9

Art Unit: 3992

Berezowski (priority date 03/12/2004) qualifies as prior art against the patent under

reexamination, US 7,571,014.


Berezowski discloses an Internet facilitated emergency and general paging system that includes

network connected paging systems 34 that can be wirelessly connected, a paging interface 32

that is used to control the paging systems 34. See Fig. 2. Berezowski also discloses displaying

on a screen a first list showing at least available players (5: 57-6:13, displaying, when at least

one of the players is selected as a zone group head, on the screen a second list showing at least

some of the players that are eligible to be grouped with the zone group head, forming a zone

group started with the zone group head, after one or more players from the at least some of the

players are selected to join the zone group and synchronizing all players in the zone group).


**US Patent Application 2002/0188762 to Tomassetti ("Tomassetti"); file date 05/04/2001**

Tomassetti (priority date 05/04/2001) qualifies as prior art against the patent under

reexamination, US 7,571,014.


Tomassetti discloses a paging system that includes augmented audiovisual functionality.

Tomassetti discloses that any node in the network of Tomassetti can be configured as a source or

destination at [0019]. Tomassetti teaches synchronization of audio within a zone.


**Crest Audio, NexSys Version 3.0 Software Manual ("NexSys"), August 13, 1997.**

NexSys qualifies as prior art against the patent under reexamination, US 7,571,014.

Application/Control Number: 90/013,882                                    Page 10
Art Unit: 3992

NexSys Software allows users to control Crest Audio amplifiers with a personal computer.
NexSys discloses a common user interface for representing a master volume with associated
separate channels of a group, where the master control changes a volume of each of the group of
channels/players synchronously in accordance with an adjustment made by a user, and presents
the group in a manner that indicates a grouping.

**Issues Raised by Request**

**Issue 1**: The requester alleges (pp. 26-34): A substantial new question of patentability as to
claims 1, 8, 16, 21, 25, and 38 of US 7,571,014 is raised by the combination of "**UPnP
Documents**" alone or in combination with other prior art.

The collective UPnP Documents are new prior art references, not previously considered in the
prosecution of the '653 application.

The combination of UPnP Documents appear to disclose the features found to be lacking in the
original examination.

The UPnP Documents are applied in 103(a) rejections, as a single grouping, or in combination
with additional prior art.

**Issue 2**: The requester alleges (pp. 34-40): A substantial new question of patentability as to
claims 1, 8, 16, 21, 25, and 38 of US 7,571,014 is raised by **Isely** in combination with additional
prior art.

Application/Control Number: 90/013,882                                      Page 11
Art Unit: 3992

Isely was previously used in the prosecution of the application that issued as US 7,571,014, but is presented in combination with other prior art, in a new light, in this request for reexamination.

Isely in combination with other prior art appears to disclose the features found to be lacking in the original examination.  The documents are applied in 103(a) rejections, in combination with additional prior art.

**Issue 3**: The requester alleges (pp. 40-42):  A substantial new question of patentability as to claims 1, 8, 16, 21, 25, and 38 of US 7,571,014 is raised by the combination of **Berezowski and Tomassetti**, in combination with other prior art.

Berezowski was previously applied in the prosecution of the application that issued as US 7,571,014, but is presented in this Request, in a new light, in combination with other prior art. Tomassetti was previously applied in the prosecution of the application that issued as US 7,571,014, but is presented in the Request in a new light, in combination with other prior art.

Berezowski and Tomassetti, in combination with other prior art, appear to disclose the features found to be lacking in the original examination.

The documents are applied in 103(a) rejections, in combination with additional prior art.

## Analysis

**Issue 1**

Application/Control Number: 90/013,882                                    Page 12
Art Unit: 3992

The request indicates that Requester considers that claims 1, 8, 16, 21, 25, and 38 are obvious

over the prior art collection of UPnP Documents.


The UPnP Documents were not previously applied to prosecution of US 7,571,014.  The

significant new question of patentability raised by the prior art collection of UPnP Documents

has not been decided in a previous examination of the '680 Patent.


It is agreed that the prior art collection of UPnP Documents raises a substantial new question of

patentability of claims 1, 8, 16, 21, 25, and 38 of US 7,571,014.


Further, there is a substantial likelihood that a reasonable Examiner would consider these

teachings important in deciding whether or not claims 1, 8, 16, 21, 25, and 38 are patentable.

**Issue 2**:

The request indicates that Requester considers that claims 1, 8, 16, 21, 25, and 38 are obvious

over the Isely in combination with other prior art.


 Isely has been previously applied in the prosecution of the application that issued as US

7,571014.  However, reexamination regarding claims 1, 8, 16, 21, 25, and 38, Isely in

combination with other prior art is presented in a new light.  The significant new question of

patentability raised by Isely in combination with other prior art has not been decided in a

previous examination of the '680 Patent.

Application/Control Number: 90/013,882                                          Page 13
Art Unit: 3992

It is agreed that the Isely in combination with other prior art raises a substantial new question of patentability of claims 1, 8, 16, 21, 25, and 38 of US 7,571,014.

Further, there is a substantial likelihood that a reasonable Examiner would consider these teachings important in deciding whether or not claims 1, 8, 16, 21, 25, and 38 are patentable.

**Issue 3**

The request indicates that Requester considers that claims 1, 8, 16, 21, 25, and 38 are obvious over the Berezowski and Tomassetti, in combination with other prior art.

Both Berezowski and Tomassetti have been previously applied in the prosecution of the application that issued as US 7,571,014. However, reexamination regarding claims 1, 8, 16, 21, 25, and 38, Berezowski and Tomassetti, in combination with other prior art, is presented in a new light. The significant new question of patentability raised by Berezowski and Tomassetti in combination with other prior art has not been decided in a previous examination of the '680 Patent.

It is agreed that Berezowski and Tomassetti, in combination with other prior art is considered to raise a substantial new question of patentability as to claims 1, 8, 16, 21, 25, and 38 of the '014 patent.

Further, there is a substantial likelihood that a reasonable Examiner would consider these teachings important in deciding whether or not claims 1, 8, 16, 21, 25, and 38 are patentable.

Application/Control Number: 90/013,882                                    Page 14

Art Unit: 3992


**Prosecution History**

*Ex Parte* Reissue Application 90/013882 requests an *ex parte* reexamination of claims 1, 8, 16,

21, 25, and 38 of US 7,571,014 (10/861,653).


A non final office action mailed 06/27/2008 rejecting claims 1-15 and 27-39 under 35 U.S.C. §

103(a) as obvious over **Millington**, US 2007/0038999, in view of **Berezowski** et al., US

7,218,708.   Claims 16, 18, 19, 22-24, 40, 42, and 43 were rejected under 35 U.S.C. 103(a) as

being unpatentable over the combination of **Millington and Berezowski** and further in view of

**Suzuki**, US 5,239,458 A.  Claims 17 and 41were rejected under 35 U.S.C. 103(a) as being

unpatentable over the combination of **Millington, Berezowski, and Suzuki** and further in view

of **Lumsden**, US 5,299,266 A.  Claims 20, 25, 26, 44, 46, and 47 were rejected under 35 U.S.C.

103(a) as being unpatentable over the combination of **Millington, Berezowski, and Suzuki** and

further in view of **Also** et al., US 2004/0008852 A1 (hereinafter Also).


The following prior art was noted in prosecution, but not applied in a rejection:

**Holtz** et al., US 2002/0109710 A1( teaches a mixer device with volume controls (see H 0111 -

0122); **Anttila** et al., US 2003/0126211 A1 ( teaches a list of clients to send audio to, see 0065-

0066 and figure 9).; and **Blank** et al., US 2004/0252400 Al (teaches computer media

synchronization across a network. see figure 2 and 7 and 0034-0037 and 0066-0067).

Application/Control Number: 90/013,882                                                    Page 15
Art Unit: 3992

A second non final office action mailed 02/18/2009 rejecting claims 1-15 and 27-39 under 35

U.S.C. 103(a) as being unpatentable over **Berezowski** et al. (hereinafter Berezowski, and

previously cited), US 7,218,708 B2, in view of **Tomassetti** et al. (hereinafter Tomassetti), US

2002/0188762 Al.  Claims 16, 18-20, 22-26, 40, 42-44, 46, and 47 were rejected under 35 U.S.C.

103(a) as being unpatentable over the combination of **Berezowski and Tomassetti** and further in

view of **Isely** et al. (hereinafter Isely), US 2002/0124097 Al. Claims 17 and 41 were rejected

under 35 USC 103(a) as unpatentable over **Berezowski, Tomassetti, and Isely, in view of**

**Lumsden**, US 5,299,266.  Claims 21 and 45 were indicated as allowable subject matter if

rewritten in independent form including all of the limitations of the base claims and any

intervening claims.

The Applicant amended (03/28/2009) claim language as suggested by the Examiner.  The

Examiner further amended claim 16 in an Examiner's Amendment to include language similar to

amended claim 1 ("wherein the one of the volume meters is for the group of players, represented

by an averaged value of audio volumes of the players in the group, and said adjusting of the one

of the volume meters includes changing a volume of each of the group of players synchronously

in accordance with an adjustment made by a user.")

A Notice of Allowance mailed 06/16/2009.  The reason for allowance was given:

> "…the prior art does not teach or reasonably suggest an average volume level to represent
>
> volumes of the players in the group, wherein an average volume level of a player is
>
> analogous to the volume gain of a player."

Application/Control Number: 90/013,882                                      Page 16
Art Unit: 3992

## Extensions of Time

Extensions of time under 37 CFR 1.136 (a) will not be permitted in these proceedings because

the provisions of 37 CFR 1.136 apply only to an applicant and not to parties in a reexamination

proceeding. Additionally, 35 U.S.C. 305 requires that ex parte reexamination proceedings "will

be concluded with special dispatch" (37 CFR 1.555(a)). Extensions of time in ex parte

reexamination proceedings are provided for in 37 CFR 1.550(c).

## Patent Owner Amendment

Patent owner is notified that any proposed amendment to the specification and/or claims in this

reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally presented

pursuant to 37 CFR 1.52(a) and (b), and must contain any fees required by 37 CFR 1.20(c).

In a reexamination proceeding, Patent Owner may waive the right under 37 C.F.R. 1.530 to file a

Patent Owner Statement. The document needs to contain a statement that Patent Owner waives

the right under 37 C.F.R. 1.530 to file a Patent Owner Statement and proof of service in the

manner provided by 37 C.F.R. 1.248, if the request for reexamination was made by a third party

requester, see 37 C.F.R 1.550(f). The Patent Owner may consider using the following statement

in a document waiving the right to file a Patent Owner Statement:  Patent Owner waives the right

under 37 C.F.R. 1.530 to file a Patent Owner Statement.

## Conclusion

Claims 1, 8, 16, 18, 21, 25, and 38 of US 7,571,014 are ordered for *ex parte* reexamination.

Application/Control Number: 90/013,882                                    Page 17
Art Unit: 3992

Any paper filed with the USPTO, i.e., any submission made, by either the Patent Owner or the

Third Party Requester must be served on every other party in the reexamination proceeding,

including any other third party requester that is part of the proceeding due to merger of the

reexamination proceedings. As proof of service, the party submitting the paper to the Office must

attach a Certificate of Service to the paper, which sets forth the name and address of the party

served and the method of service. Papers filed without the required Certificate of Service may be

denied consideration. 37 CFR 1.903; MPEP 2666.06.


Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450

Please FAX any communications to:
(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA 22314


Registered users of EFS-Web may alternatively submit such correspondence via the electronic
filing system EFS-Web, at https://efs.uspto.gov/efile/myportal/efs-registered


Any inquiry concerning this communication or earlier communications from the examiner, or as

to the status of this proceeding, should be directed to the Central Reexamination Unit at

Application/Control Number: 90/013,882                                           Page 18

Art Unit: 3992

telephone number (571) 272-7705.


/Mary Steelman/

Primary Examiner, Central Reexamination Unit

AU 3992

/WILLIAM H WOOD/

Primary Examiner, Art Unit 3992

/ALEXANDER KOSOWSKI/

Supervisory Patent Examiner, Art Unit 3992

| | Control No. | Patent Under Reexamination |
|---|---|---|
| ***Order Granting Request For Ex Parte Reexamination*** | 90/013,882 | 7571014 |
| | **Examiner** | **Art Unit** |
| | MARY STEELMAN | 3992 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>27 December 2016</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,    b)☒ PTO/SB/08,    c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| | | /Mary Steelman/ Primary Examiner, Art Unit 3992 |
|---|---|---|

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471G(Rev. 01-13)                    **Office Action in *Ex Parte* Reexamination**                    Part of Paper No. 20170111

Exhibit 11

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | SNS-71302US01 (12-0207) | 1540 |

109473          7590          10/24/2014

Invention Mine LLC
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/24/2014 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docket@inventionmine.com
inventionmine_docketing@cardinal-ip.com
sonos_docketing@cardinal-ip.com

| **Office Action Summary** | Application No. 13/435,776 | Applicant(s) MILLINGTON, NICHOLAS A. J. |
|---|---|---|
| | Examiner OLEG SURVILLO | Art Unit 2442 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>March 30, 2012; August 19, 2013; and July 7, 2014</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5)☒ Claim(s) <u>1-26</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>1-26</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☒ The drawing(s) filed on <u>March 30, 2012</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All  b)☐ Some**  c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date <u>See Continuation Sheet</u>.

3) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

4) ☐ Other: _____.

**Continuation Sheet (PTOL-326)**                                                    **Application No.  13/435,776**

Continuation of Attachment(s) 2). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :07/26/12; 05/09/13; 02/08/14;
04/14/14; 05/27/14; 07/07/14; 08/12/14.

Application/Control Number: 13/435,776                                    Page 2
Art Unit: 2442

## DETAILED ACTION

### *Response to a Preliminary Amendment*

1.      Claims 1-26 are pending in the application. Claims 1, 2, 4-22, 24, and 25 are currently amended. Claim 23 has been canceled. No new claims are currently added.

### *Response to Arguments*

2.      With regard to Applicant's remarks dated August 19, 2013:

        Preliminary amendment has been fully considered and is entered.

        Amendment to the specification and title has been fully considered and is entered.

3.      With regard to Applicant's remarks dated July 7, 2014:

        Preliminary amendment has been fully considered and is entered.

        Amendment to the claims has been fully considered and is entered.

### *Claim Rejections - 35 USC § 101*

        35 U.S.C. 101 reads as follows:

        Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

4.      Claims 14-26 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-statutory subject matter.

Application/Control Number: 13/435,776                                    Page 3
Art Unit: 2442

As to claim 14,  a claim reciting "a tangible computer-readable storage medium" would be directed to an appropriate article of manufacture within the meaning of 35 U.S.C. 101 if the medium would only reasonably be interpreted by one of ordinary skill in the art as covering embodiments which are articles produced from raw or prepared materials and which are structurally and functionally interconnected to the program in such a manner as to enable the program to act as a computer component and realize its functionality.

In the instant case, the broadest reasonable interpretation of a claim drawn to a medium covers forms of non-transitory tangible media and transitory propagating signals per se in view of ordinary and customary meaning of storage medium, particularly when the specification is silent. See MEP 2111.01. When the broadest reasonable interpretation of a claim covers a signal *per se,* the claim must be rejected under 35 US.C. § 101 as covering non-statutory subject matter. *See In re Nuijten,* 500 F.3d 1346, 1356-57 (Fed. Cir. 2007) (transitory embodiments are not directed to statutory subject matter) and *Interim Examination Instructions for Evaluating Subject Matter Eligibility under* 35 *U.S*.C. § *101,* Aug. 24, 2009; p. 2. A claim drawn to such a computer-readable medium that covers both transitory and non-transitory embodiments may be amended to narrow the claim to cover only statutory embodiments to <u>avoid a rejection under 35 US.C. § 101 by adding the limitation "non-transitory" to the claim</u>. Such an amendment would typically not raise the issue of new matter, even when the specification is silent because the broadest reasonable interpretation relies on the ordinary and customary meaning that includes signals *per se.* It is noted that words

Application/Control Number: 13/435,776                                      Page 4
Art Unit: 2442

"tangible" and "storage" do not effectively limit the claim to only statutory embodiments

because signals are considered "tangible" (i.e. microwaves can be physically sensed as

heat) and information is stored (embedded) in the signal while in transit between

transmitter and receiver.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

5.      Claims 1-6, 9-19, 22, and 24-26 are rejected under pre-AIA 35 U.S.C. 103(a) as

being unpatentable over Meade,, II (US 2003/0073432 A1) in view of Goldberg et al.

(US 2007/0142944 A1).

As to claim 1, Meade teaches a method to configure an audio system, the

method comprising:

identifying, via a user interface [user interface 90] (Fig. 9), a plurality of zones on

a local area network on which the user interface is connected [establishing a

communication with devices in proximity to the user's mobile device to determine

available appliances that can be controlled by the user] (par. [0035], [0039]), each zone

comprising a zone player [appliance 13], wherein the user interface communicates with

the plurality of zone players via the local area network [network communication link 70]

(par. [0042, [0047]), (Figs. 2 and 4);

Application/Control Number: 13/435,776                                                    Page 5
Art Unit: 2442

displaying the plurality of zones on the user interface (par. [0112], Fig. 9);

receiving a command via the user interface to form a group of two or more zones

of the plurality of zones [receiving user preferences 18 specifying that when watching a

football game, they prefer listening to a radio broadcast on audio device 28 of the event

while watching the same football game on video device 14] (par. [0083]) [user or

appliance group administrator defines which appliances define a group] (par. [0112],

[0116]); and

sending a command via the user interface to at least one zone player of the

plurality of zones to form the group [mobile device 13 directs content to be performed

simultaneously in parallel on two independent appliances 13, video device 14 and audio

device 28] (par. [0083]).

Meade fails to expressly teach that a zone player [appliance 13] includes a digital

to analog converter and amplifier. Meade further fails to teach receiving a message via

the user interface from at least one zone player of the plurality of zones indicating a

status of the group.

Goldberg is directed to a method, system, and apparatus for playing an audio

signal synchronously on a first mobile audio player and at least a second mobile audio

player (abstract). In particular, Goldberg teaches:

identifying, via a user interface module (par. [0103]), a plurality of zones on a

local area network on which the user interface is connected [identifying units 100 that

can form or join a cluster] (Fig. 1, par. [0095]-[0097], [0164]), each zone comprising a

Application/Control Number: 13/435,776                                              Page 6
Art Unit: 2442

zone player [unit 100] that includes a digital to analog converter and amplifier (par.

[0106]-[0109], [0137]); and

receiving a message via the user interface from at least one zone player of the

plurality of zones indicating a status of the group [status of the cluster broadcaster area

1174] (par. [0029], [0217], [0224]).

It would have been obvious to one or ordinary skill in the art at the time of the

invention to modify the method and program of Meade by having each of the at least

two appliances 13 include a digital to analog converter and amplifier and receive a

message via the user interface from at least one zone player of the plurality of zones

indicating a status of the group, in order to enhance the personal or social experience of

the audio being played (par. [0101] in Goldberg).


As to claim 2, Meade in view of Goldberg teaches receiving a command via the

user interface to adjust volume for a selected zone player (par. [0299] in Goldberg).


As to claim 3, Meade in view of Goldberg teaches that the volume information is

passed to the selected zone player (par. [0299] in Goldberg).


As to claim 4, Meade in view of Goldberg teaches receiving a command via the

user interface indicating an audio information source to be played in synchrony by the

group (par. [0072] in Meade).

Application/Control Number: 13/435,776                                     Page 7
Art Unit: 2442

As to claim 5, Meade in view of Goldberg teaches that the user interface provides a playlist associated with an audio information source to be played in synchrony by the group (par. [0072] in Meade; par. [0312] in Goldberg).

As to claim 6, Meade in view of Goldberg teaches receiving a command via the user interface to turn an audio information source on or off (par. [0269] in Goldberg).

As to claim 9, Meade in view of Goldberg teaches facilitating, via a second user interface, receiving a command via the user interface to form a group of two or more zones of the plurality of zones [setting appliance preferences using a separate interface environment that includes two options for entering preferences, desktop entry function 480 and web server entry function 482] (par. [0116] in Meade).

As to claim 10, Meade in view of Goldberg teaches facilitating, via a plurality of remote user interfaces, receiving a command via the user interface to form a group of two or more zones of the plurality of zones [setting appliance preferences using a separate interface environment that includes two options for entering preferences, desktop entry function 480 and web server entry function 482] (par. [0116] in Meade).

As to claim 11, Meade in view of Goldberg teaches receiving a command via the user interface to dynamically un-group one or more zones from the group of zones (par. [0251] in Goldberg).

Application/Control Number: 13/435,776                                              Page 8
Art Unit: 2442

As to claim 12, Meade in view of Goldberg teaches receiving a command via the user interface to at least one of add and remove a zone to the group of zones (par. [0240] in Goldberg).

As to claim 13, Meade in view of Goldberg teaches that the at least one of add and remove is to occur during playback of an audio information source (par. [0238]-[0240], [0251] in Goldberg).

As to claim 14, Meade in view of Goldberg teaches a tangible computer readable storage medium including a computer program, which when executed by a processor, implements a method to configure an audio system [inventions of Meade and Goldberg are computer-implemented], as discussed per claim 1 above.

As to claims 15-19 and 24-26, Meade in view of Goldberg teaches all the elements as discussed per corresponding method claims 1-6 and 9-13 above.

As to claim 22, Meade in view of Goldberg teaches receiving a message from at least one zone player of the plurality of zones indicating a status of the group [status of the cluster broadcaster area 1174] (par. [0029], [0217], [0224]) indicating a configuration change caused by a second user interface [indicating an increase in the number of current members or the name of the current broadcaster, the configuration change

Application/Control Number: 13/435,776                                         Page 9
Art Unit: 2442

caused by users' decisions about whether to allow the prospective new member to join

the group, the decisions made via a separate prompt on the screen] (par. [0237] in

Goldberg).


6.      Claims 7 and 20 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Meade,, II in view of Goldberg et al. and in further view of Blank et al.

(US 2004/0252400 A1).

        As to claims 7 and 20, Meade in view of Goldberg teaches all the elements

except for receiving a command via the user interface to advance to a next track in a set

of multimedia for playback via the audio information source.

        Blank, in the similar field of endeavor, teaches receiving a command via the user

interface to advance to a next track in a set of multimedia for playback via the audio

information source (par. [0072]).

        It would have been obvious to one of ordinary skill in the art at the time of the

invention to modify the method of program of Meade in view of Goldberg by receiving a

command via the user interface to advance to a next track in a set of multimedia for

playback via the audio information source in order to allow the user to select

conventional playback functions (par. [0072] in Blank).


7.      Claims 8 and 21 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Meade,, II in view of Goldberg et al. and in further view of Mercer et

al. (US 2004/0078383 A1).

Application/Control Number: 13/435,776                                    Page 10
Art Unit: 2442

As to claims 8 and 21, Meade in view of Goldberg teaches all the elements except for receiving a command via the user interface to re-order tracks in a play list of tracks to be played via an audio information source.

Mercer, in the similar field of endeavor, teaches receiving a command via the user interface to re-order tracks in a play list of tracks to be played via an audio information source (par. [0039]-[0040]).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify the method of program of Meade in view of Goldberg by receiving a command via the user interface to re-order tracks in a play list of tracks to be played via an audio information source in order to allow the user to quickly navigate the playlist (par. [0039] in Mercer).

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to OLEG SURVILLO whose telephone number is (571)272-9691. The examiner can normally be reached on Mon-Thu 10:00am - 7:30pm; Fri 10:00am - 6:30pm EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Glenton B. Burgess can be reached on 571-272-3949. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/435,776                                    Page 11
Art Unit: 2442

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | SNS-71302US01 (12-0207) | 1540 |

109473    7590    11/18/2014
Invention Mine LLC
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/18/2014 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docket@inventionmine.com
inventionmine_docketing@cardinal-ip.com
sonos_docketing@cardinal-ip.com

PTOL-90A (Rev. 04/07)

| *Applicant-Initiated Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 13/435,776 | MILLINGTON, NICHOLAS A. J. |
| | Examiner | Art Unit | |
| | OLEG SURVILLO | 2442 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Oleg Survillo, Examiner AU 2442_.     (3)_Robert Irvine, Atty. Reg. No.: 41,865_.

(2) _Christopher Butts, Atty. Reg. No.: 67,558_.     (4)_____.

Date of Interview: _13 November 2014_.

Type:     ☐ Telephonic    ☐ Video Conference
          ☒ Personal [copy given to: ☐ applicant    ☒ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☒ No.
    If Yes, brief description: _____.

Issues Discussed    ☐101 ☐112 ☐102 ☒103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _1_.

Identification of prior art discussed: _Goldberg, Meade_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_Discussed technical distinctions between the applied references and prior art. Discussed possible amendments that would distinguish over the art of record. Applicant's attorney argued that Goldberg fails to teach an entity sending synchrony group identification data to non-members of the synchrony group. Examiner stated that the claim terms need to be further defined so that they can be attributed the specific meaning that Applicants intend for these terms and until such amendment is made the claims will generally be interpreted more broadly than Applicants anticipate. It was further discussed amending "user interface" to "user interface device" or "controller comprising user interface", however, no agreement was reached. It was agreed that further action will be taken based on Applicant's response to the outstanding Office action_.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /OLEG SURVILLO/ Primary Examiner, Art Unit 2442 | |
|---|---|

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

## Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | SNS-71302US01 (12-0207) | 1540 |

109473        7590        03/04/2015
Invention Mine LLC - SNS
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/04/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

docket@inventionmine.com
inventionmine_docketing@cardinal-ip.com
sonos_docketing@cardinal-ip.com

| **Office Action Summary** | Application No.<br>13/435,776 | Applicant(s)<br>MILLINGTON, NICHOLAS A. J. |
|---|---|---|
| | Examiner<br>OLEG SURVILLO | Art Unit<br>2442 | AIA (First Inventor to File)<br>Status<br>No |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>January 19, 2015</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**     2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-8,10-22 and 24-27</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-8,10-22 and 24-27</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All   b)☐ Some**  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>11/26/14; 12/08/14; 01/28/15</u>.

3) ☐ Interview Summary (PTO-413)
  Paper No(s)/Mail Date. _____ .

4) ☐ Other: _____.

Application/Control Number: 13/435,776                                          Page 2
Art Unit: 2442

## DETAILED ACTION

### *Response to Amendment*

1.      Claims 1-8, 10-22, and 24-27 are pending in the application. Claims 1-8, 10-22, and 24-26 are currently amended. Claims 9 and 23 have been canceled. Claim 27 is new.


### *Response to Arguments*

2.      With regard to Applicant's remarks dated January 19, 2015:

        Regarding the rejection of claims 14-22 and 24-26 under 35 U.S.C. 101, Applicant's amendment has been fully considered and is sufficient. Therefore, the previously-made rejection has been withdrawn.

        Regarding the rejection of claims 1-22 and 24-26 under 35 U.S.C. 103(a), Applicant's amendment and arguments have been fully considered.

        Applicants argue at page 9 of the Remarks, as filed, that *"Applicant has not found in Goldberg any teaching of an audio processing device transmitting status information for a synchrony group of which the audio process device is a member, which includes identifying a status of the group to a user interface, wherein the user interface is not a zone player within the group, and wherein the user interface is not equipped to join the group"*. Examiner agrees to the extent that the user interface of Goldberg is forming a part of the unit 100 and thus is necessarily "equipped" to join the group because each of the units 100 of Goldberg is "equipped" to join the cluster. Therefore, the rejection has been withdrawn. However, new grounds of rejection are made.

Application/Control Number: 13/435,776                                        Page 3
Art Unit: 2442

As to any arguments not specifically addressed, they are the same as those

discussed above.

### *Claim Rejections - 35 USC § 101*

35 U.S.C. 101 reads as follows:

Whoever invents or discovers any new and useful process, machine, manufacture, or
composition of matter, or any new and useful improvement thereof, may obtain a patent
therefor, subject to the conditions and requirements of this title.

3.      Claims 1-8, 10-22, and 24-27 are rejected under 35 U.S.C. 101 because the

claimed invention is directed to non-statutory subject matter.

As to claim 1, the claim is directed to a statutory category, because a series of

steps including receiving, displaying, and sending satisfy the requirement of a process

(series of acts). The claimed method describes a concept of data gathering (i.e.

receiving information, first command, and a message), data display, and command

transmission towards destination (i.e. sending a second command), which amounts to a

basic manipulation of existing information, such as forwarding received commands

towards destination, which is an abstract idea. Therefore, the claim is directed to a

judicial exception.

Next, the claim as a whole is analyzed to determine whether any element, or

combination of elements, is sufficient to ensure that the claim amounts to significantly

more than the exception. The claim recites a user interface and a plurality of zone

players. However, these computer components are recited at a high level of generality

and add no more to the claimed invention than the components that perform basic data

Application/Control Number: 13/435,776                                    Page 4
Art Unit: 2442

input/output functions routinely provided by a general purpose computer. Limiting performance of the basic input/output functions to a general purpose CPU, absent more, is not sufficient to transform the recited judicial exception into a patent-eligible invention. Furthermore, the LAN limitations do not add significantly more because they are simply an attempt to limit the abstract idea to a particular technological environment.

Viewing the limitations as a combination, the claim simply instructs the practitioner to implement the concept of organizing devices in a group and receiving status of the group, which is a conventional activity specified at a high level of generality in a particular technological environment, i.e. over the LAN. When viewed either as individual limitations or as an ordered combination, the claim as a whole does not add significantly more to the abstract idea of using the user interface to receive commands (from a human) to group devices for performance of a common function (i.e. playing audio in synchrony) and enable reception of a status information for the devices in the group. Thus, the claim is not patent eligible.


As to claim 14, the claim is directed to a non-transitory computer readable storage medium, which is a manufacture, and thus a statutory category of invention. The claim recites the same steps as claim 1 stored on a non-transitory computer readable medium such that they are executable on a processor. The invention described by those steps is directed towards an abstract idea for the reasons explained above. The invention described by those steps does not recite additional elements that amount to significantly more than the judicial exception. Thus, the claim is not eligible.

Application/Control Number: 13/435,776                                    Page 5
Art Unit: 2442

As to claim 27, use of the word "module" does not inherently mean that the claim
is directed to a machine. Only if at least one of the clamed elements of the module is a
physical part of a device can the module as claimed constitute part of a device or a
combination of devices to be a machine within the meaning of 35 U.S.C. 101.

In the instant case, the claimed module comprises a sole element "a user
interface" that is a well-known software component, i.e. GUI. The specification fails to
provide a specific definition for the user interface as necessarily including hardware.
Therefore, the at least one embodiment the claimed controller is broad enough to be
implemented completely in software, which renders claim 27 non-statutory under 35
U.S.C. 101. Thus, claim 27 does not fall into one of the four statutory categories of
invention.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

4.      Claims 1-8, 10-22, and 24-27 are rejected under 35 U.S.C. 112 (pre-AIA),
second paragraph, as being indefinite for failing to particularly point out and distinctly
claim the subject matter which the inventor or a joint inventor, or for pre-AIA the
applicant regards as the invention.

As to claims 1, 14, and 27, it is unclear what is being meant by "not equipped to
join". In particular, the scope of the claim is ambiguous because it was not disclosed
what "equipment" is necessary to join the synchrony group such that absence of such

Application/Control Number: 13/435,776                                    Page 6
Art Unit: 2442

"equipment" prevents the user interface from being equipped to join the synchrony group. One of ordinary skill in the art would not be able to ascertain the scope of infringement. Therefore, the claim is indefinite.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

5.      Claims 1-6, 10-19, 22, and 24-27 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Meade,, II (US 2003/0073432 A1) in view of Goldberg et al. (US 2007/0142944 A1) and in further view of Spurgat et al. (US 2002/0173273 A1).

As to claim 1, Meade teaches a method to configure an audio system, the method comprising:

receiving, at a user interface [user interface 90 of the mobile computing device 12] (Fig. 9), information identifying a plurality of zones on a local area network (LAN) on which the user interface is connected [establishing a communication with devices in proximity to the user's mobile device to determine available appliances that can be controlled by the user; receiving appliance grouping information] (par. [0035], [0039], [0112], [0116]), each zone comprising a zone player [appliance 13], wherein the user interface communicates with the plurality of zone players via the LAN [network communication link 70] (par. [0042], [0047]), (Figs. 2 and 4);

Application/Control Number: 13/435,776                                    Page 7
Art Unit: 2442

displaying the plurality of zones on the user interface (par. [0112], Fig. 9);

receiving a first command via the user interface to form a group of two or more zones of the plurality of zones [receiving user preferences 18 specifying that when watching a football game, they prefer listening to a radio broadcast on audio device 28 of the event while watching the same football game on video device 14] (par. [0083]); and

sending a second command via the user interface over the LAN to at least one zone player of the plurality of zones to form the group [mobile device 13 directs content to be performed simultaneously in parallel on two independent appliances 13, video device 14 and audio device 28] (par. [0083]); and

wherein the user interface is not a zone player within the group, and wherein the user interface is not equipped to join the group [mobile computing devices 12 are not appliances 13] (Fig. 1).

Meade fails to expressly teach that a zone player [appliance 13] includes a digital to analog converter and amplifier. Meade further fails to teach receiving a message via the user interface over the LAN from at least one zone player of the plurality of zones identifying a status of the group.

Goldberg is directed to a method, system, and apparatus for playing an audio signal synchronously on a first mobile audio player and at least a second mobile audio player (abstract). In particular, Goldberg teaches having a plurality of zones, each zone comprising a zone player [unit 100] that includes a digital to analog converter and amplifier (par. [0106]-[0109], [0137]); and

receiving a message from at least one zone player of the plurality of zones

identifying a status of the group [receiving status of the cluster broadcaster area 1174

that is transmitted to all members of the cluster, the status information including

information about the number of members of a cluster and the text "OPEN" that

identifies the cluster as being open for new members to join] (par. [0029], [0187], [0224],

[0236]).

It would have been obvious to one or ordinary skill in the art at the time of the

invention to modify the method and program of Meade by having each of the at least

two appliances 13 include a digital to analog converter and amplifier and receive a

message from at least one zone player of the plurality of zones identifying a status of

the group, in order to enhance the personal or social experience of the audio being

played (par. [0101] in Goldberg) and to keep a track of active appliances under control

given the mobile nature of the mobile computing device 12 of Meade (par. [0187] in

Goldberg).

Meade in view of Goldberg fails to expressly teach that the status information is

transmitted via the user interface over the LAN. In Goldberg, the status information is

transmitted only between the units 100 [claimed zone players].

Spurgat is directed to providing synchronization between a computing platform

and various mobile, portable or fixed digital audio players, as well as providing a

communication link between the various digital audio players themselves (abstract). In

particular, Spurgat teaches that a user interface [computing platform 103 or personal

computer 105] (Fig. 1 or Fig. 4) is remote from the digital audio player such that a

Application/Control Number: 13/435,776                                    Page 9
Art Unit: 2442

command received from the user interface [computing platform 103 controls digital audio players] (par. [0036], [0037]) and the status information transmitted from the digital audio player to the user interface [digital audio player that is controlled by the computing platform 103 or personal computer 105 is responding to the poll message sent in step 243 indicating that it is still in the range of the computing platform 103 or personal computer 105] (par. [0094], Fig. 18) is over the LAN [via wireless communication platform 104 that utilizes 802.11 protocol] (par. [0042], [0055]).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify the method and system of Meade in view of Goldberg by having the status of the group transmitted to the mobile computing device 12 of Meade from the appliances 13 of Meade over the LAN of Meade in order to allow for a centralized detection of dropout of players (par. [0094] in Spurgat).


As to claim 2, Meade in view of Goldberg teaches receiving a third command via the user interface to adjust volume for a particular zone player (par. [0299] in Goldberg).


As to claim 3, Meade in view of Goldberg teaches sending the volume information to the particular zone player (par. [0299] in Goldberg).


As to claim 4, Meade in view of Goldberg teaches receiving a third command via the user interface indicating an audio information source to be played in synchrony by the group (par. [0072] in Meade).

Application/Control Number: 13/435,776                                      Page 10
Art Unit: 2442

As to claim 5, Meade in view of Goldberg teaches displaying a playlist associated with an audio information source to be played in synchrony by the group (par. [0072] in Meade; par. [0312] in Goldberg).

As to claim 6, Meade in view of Goldberg teaches receiving a third command via the user interface to turn an audio information source on or off (par. [0269] in Goldberg).

As to claim 10, Meade in view of Goldberg teaches sending a command via a second user interface to the at least one zone player of the plurality of zones to form a second group of two or more zones of the plurality of zones [setting appliance preferences using a separate interface environment that includes two options for entering preferences, desktop entry function 480 and web server entry function 482] (par. [0116] in Meade).

As to claim 11, Meade in view of Goldberg teaches receiving a third command via the user interface to dynamically un-group one or more zones from the group of zones (par. [0251] in Goldberg).

As to claim 12, Meade in view of Goldberg teaches receiving a third command via the user interface to at least one of add and remove a zone to the group of zones (par. [0240] in Goldberg).

Application/Control Number: 13/435,776                                           Page 11
Art Unit: 2442

As to claim 13, Meade in view of Goldberg teaches that the at least one of add and remove is received during playback of an audio information source (par. [0238]-[0240], [0251] in Goldberg).

As to claim 14, Meade in view of Goldberg and Spurgat teaches a tangible computer readable storage medium including a computer program, which when executed by a processor, implements a method to configure an audio system [inventions of Meade, Goldberg, and Spurgat are computer-implemented], as discussed per claim 1 above.

As to claims 15-19 and 24-26, Meade in view of Goldberg teaches all the elements as discussed per corresponding method claims 1-6 and 10-13 above.

As to claim 22, Meade in view of Goldberg teaches receiving a message from at least one zone player of the plurality of zones indicating a status of the group [status of the cluster broadcaster area 1174 (par. [0029], [0217], [0224]) indicating a configuration change caused by a second user interface [indicating an increase in the number of current members or the name of the current broadcaster, the configuration change caused by users' decisions about whether to allow the prospective new member to join the group, the decisions made via a separate prompt on the screen] (par. [0237] in Goldberg).

Application/Control Number: 13/435,776                                    Page 12
Art Unit: 2442

As to claim 27, Meade in view of Goldberg and Spurgat teaches a user interface module [mobile computing device 12 of Meade] comprising:

a user interface [user interface 90 of the mobile computing device 12] (Fig. 9 in Meade] configured to perform the method steps as discussed per claim 1 above.

6.      Claims 7 and 20 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Meade,, II in view of Goldberg et al. in view of Spurgat et al. and in further view of Blank et al. (US 2004/0252400 A1).

As to claims 7 and 20, Meade in view of Goldberg and Spurgat teaches all the elements except for receiving a third command via the user interface to advance to a next track in a set of multimedia for playback via the audio information source.

Blank, in the similar field of endeavor, teaches receiving a command via the user interface to advance to a next track in a set of multimedia for playback via the audio information source (par. [0072]).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify the method of program of Meade in view of Goldberg and Spurgat by receiving a third command via the user interface to advance to a next track in a set of multimedia for playback via the audio information source in order to allow the user to select conventional playback functions (par. [0072] in Blank).

Application/Control Number: 13/435,776                                    Page 13
Art Unit: 2442

7.      Claims 8 and 21 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Meade,, II in view of Goldberg et al. in view of Spurgat et al. and in

further view of Mercer et al. (US 2004/0078383 A1).

        As to claims 8 and 21, Meade in view of Goldberg and Spurgat teaches all the

elements except for receiving a third command via the user interface to re-order tracks

in a play list of tracks to be played via an audio information source.

        Mercer, in the similar field of endeavor, teaches receiving a command via the

user interface to re-order tracks in a play list of tracks to be played via an audio

information source (par. [0039]-[0040]).

        It would have been obvious to one of ordinary skill in the art at the time of the

invention to modify the method of program of Meade in view of Goldberg and Spurgat

by receiving a third command via the user interface to re-order tracks in a play list of

tracks to be played via an audio information source in order to allow the user to quickly

navigate the playlist (par. [0039] in Mercer).


                                   *Conclusion*

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to OLEG SURVILLO whose telephone number is

(571)272-9691.  The examiner can normally be reached on Mon-Thu 10:00am -

7:30pm; Fri 10:00am - 6:30pm EST.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Glenton B. Burgess can be reached on 571-272-3949.  The fax phone

Application/Control Number: 13/435,776                                    Page 14
Art Unit: 2442

number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
(Case No.: 12-0207)
(MBHB Docket No. 15-508-CON)

| | | |
|---|---|---|
| In the Application of: | ) | |
| | ) | |
| Millington | ) | Art Unit: 2442 |
| | ) | |
| Serial No.:    13/435,776 | ) | Examiner: Survillo |
| | ) | |
| Filed: March 30, 2012 | ) | Confirmation No. 1540 |
| | ) | |
| For:    Method and System for Displaying | ) | |
| Zones in a Multi-Zone System | ) | |
| | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO THE NON-FINAL OFFICE ACTION**
**MAILED MARCH 04, 2015**

Please consider the following **AMENDMENTS** and **REMARKS** in response to the Non-Final Office Action mailed on March 04, 2015 in the above-captioned application.

**AMENDMENTS TO THE CLAIMS** begin on page 2.

**REMARKS** begin on page 14.

The Office is hereby authorized to charge any underpayment of fees or credit any overpayment of fees in connection with the prosecution of the above-captioned application to Deposit Account 13-2490.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

1

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

## AMENDMENTS TO THE CLAIMS

1.      (Currently Amended)  A <u>tangible, non-transitory computer readable memory having instructions stored thereon, wherein the instructions, when executed by one or more processors, cause a controller to perform a</u> method ~~to configure an audio system, the method~~ comprising:

receiving, at ~~a user interface~~ <u>the controller</u>, information identifying a plurality of zones on a local area network (LAN) on which the ~~user interface~~ <u>controller</u> is connected, each zone comprising a zone player that includes a digital to analog converter and amplifier <u>and configured to form, under control of the controller, a group of two or more zones that play audio content in synchrony with each other</u>, wherein the ~~user interface~~ <u>controller</u> communicates with the plurality of zone players via the LAN;

displaying the plurality of zones on the ~~user interface~~ <u>controller</u>;

receiving a ~~first~~ command ~~via the user interface~~ <u>at the controller</u> to form a <u>first</u> group of two or more zones of the plurality of zones;

~~sending a second command via the user interface over the LAN to~~ <u>in response to receiving the command to form the first group of two or more zones, configuring, over the LAN, at least one zone player of the plurality of zones to form the <u>first</u> group <u>of two or more zones, wherein after the at least one zone player has formed the first group, (a) the zones in the first group are configured to playback audio in synchrony with each other, and (b) the controller is not a member of the first group;</u> and

<u>after configuring, over the LAN, the at least one zone player to form the first group of two or more zones, the controller</u> receiving <u>status information</u> ~~a message via the user interface~~

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

2

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

over the LAN from at least one zone player <u>of the first group, the status information indicating</u> <u>that the zones in the first group are configured to playback audio in synchrony with each other.</u> ~~of the plurality of zones identifying a status of the group, wherein the user interface is not a zone~~ ~~player within the group, and wherein the user interface is not equipped to join the group.~~

2.    (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 1, <u>wherein</u> <u>the method</u> further ~~comprising~~ <u>comprises</u>:

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> to adjust volume for a particular zone player.

3.    (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 2, <u>wherein</u> <u>the method</u> further ~~comprising~~ <u>comprises</u>:

<u>in response to receiving the command to adjust the volume for the particular zone player,</u> ~~sending~~ <u>adjusting</u> the volume ~~information to~~ <u>of</u> the particular zone player.

4.    (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 2, <u>wherein</u> <u>the method</u> further ~~comprising~~ <u>comprises</u>:

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> ~~indicating an audio~~ ~~information source to be played~~ <u>to play audio content</u> in synchrony by the <u>first</u> group~~;~~ <u>and</u>

<u>in response to receiving the command to play audio content in synchrony by the first</u> <u>group, controlling, over the LAN, at least one of the zone players to play the audio content in</u> <u>synchrony with the first group</u>.

5.    (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 1, <u>wherein</u> <u>the method</u> further ~~comprising~~ <u>comprises</u>:

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

3

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

displaying, at the controller, a playlist ~~associated with an audio information source~~ of audio content to be played in synchrony by the first group.

6.     (Currently Amended) The ~~method~~ computer readable memory of claim 1, wherein the method further ~~comprising~~ comprises:

receiving a ~~third~~ command ~~via the user interface~~ at the controller to turn an audio information source on or off; and

in response to receiving the command to turn the audio information source on or off, either (a) when the command is a command to turn the audio information source on, turn on the audio information source or (b) when the command is a command to turn the audio information source off, turn off the audio information source.

7.     (Currently Amended) The ~~method~~ computer readable memory of claim 1, wherein the method further ~~comprising~~ comprises:

receiving a ~~third~~ command ~~via the user interface~~ at the controller to advance to a next track in a set of multimedia tracks for playback ~~via the~~ from an audio information source; and

in response to receiving the command to advance to the next track in the set of multimedia tracks, controlling, over the LAN, at least one of the zone players to (a) obtain the next track in the set of multimedia tracks from the audio information source and (b) play the next track in synchrony with the first group.

8.     (Currently Amended) The ~~method~~ computer readable memory of claim 1, wherein the method further ~~comprising~~ comprises:

McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

4

DOCKET NO.: 12-0207
MBHB DOCKET NO. 15-508-CON
APPLICATION SERIAL NUMBER: 13/435,776
FILING DATE: MARCH 30, 2012

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> to re-order tracks in a ~~play list~~ <u>playlist</u> of tracks to be played ~~via~~ <u>from</u> an audio information source<u>; and</u>

<u>in response to receiving the command to re-order the tracks in the playlist, re-ordering the tracks in the playlist.</u>

9.      (Canceled)

10.      (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 1, <u>wherein the method</u> further ~~comprising~~ <u>comprises</u>:

<u>receiving a command at the controller to form a second group of two or more zones of the plurality of zones; and</u>

~~sending a command via a second user interface to the at least one zone player of the plurality of zones to~~ <u>in response to receiving the command to</u> form [[a]] <u>the</u> second group of two or more zones<u>,</u> ~~of the plurality of zones~~ <u>configuring, over the LAN, at least a second zone player of the plurality of zones to form the second group of two or more zones, wherein after the at least a second zone player has formed the second group, the controller is not a member of the second group.</u>

11.      (Currently Amended) The ~~method~~ <u>computer readable memory</u> of claim 1, <u>wherein the method</u> further ~~comprising~~ <u>comprises</u>:

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> to ~~dynamically~~ un-group ~~one or more zones~~ <u>a particular zone player</u> from the <u>first</u> group of zones <u>while the first group is playing back audio content in synchrony</u>; and

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

5

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

in response to receiving the command to un-group the particular zone player from the first group of zones, configuring, over the LAN, the particular zone player to leave the first group, wherein after the particular zone player has left the first group, one or more zone players remaining in the first group continue playing the audio content.

12.    (Currently Amended) The ~~method~~ computer readable memory of claim 1, wherein the method further ~~comprising~~ comprises:

receiving a ~~third~~ command ~~via the user interface~~ at the controller to ~~at least one of~~ add ~~and remove~~ a particular zone to the first group of zones while the first group of zones is playing audio content in synchrony; and

in response to receiving the command to add the particular zone to the first group of zones, configuring, over the LAN, at least one zone player of the particular zone to join the first group of zones, wherein after the at least one zone player of the particular zone has joined the first group of zones, (i) the at least one zone player of the particular zone plays the audio content in synchrony with all other zone players in the first group and (ii) the controller is not a member of the first group.

13.    (Currently Amended) The ~~method~~ computer readable memory of claim [[12]] 1, wherein the method further comprises:

~~at least one of add and remove is received during playback of an audio information source.~~

receiving a command at the controller to cease playback of audio content by the first group; and

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

6

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

in response to receiving the command to cease playback of the audio content by the first group, controlling, over the LAN, a master zone player of the first group to cease playback of the audio content, and wherein after the master zone player of the first group has ceased playback of the audio content, all other members of the first group cease playback of the audio content.

14.    (Currently Amended) A non-transitory computer readable storage medium including a computer program, which when executed by [[a]] one or more processors, causes an audio system controller to implement[[s]] a method to configure an audio system, the method comprising:

displaying receiving, via a user interface at the controller, information identifying a plurality of zones zone players on a local area network (LAN) on which the user interface controller is connected, each zone comprising a zone player that includes comprising a digital to analog converter and amplifier, wherein each zone player is configured to form, under control of the controller, a group of two or more zone players that play audio content in synchrony with each other, wherein the user interface controller communicates with the plurality of zone players via the LAN;

displaying the plurality of zones zone players on the user interface controller;

receiving a first command via the user interface at the controller to form a first synchrony group of two or more zones comprising a first zone player and a second zone player, wherein the first and second zone players are zone players of the plurality of zones zone players;

sending a second command via the user interface over the LAN to in response to receiving the command to form the first synchrony group, configuring at least one of the first or second zone players of the plurality of zones to form the first synchrony group with the other of

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

7

DOCKET NO.: 12-0207
MBHB DOCKET NO. 15-508-CON
APPLICATION SERIAL NUMBER: 13/435,776
FILING DATE: MARCH 30, 2012

the first or second zone players, wherein after forming the first synchrony group, (a) the first and second zone players are configured to playback audio content in synchrony with each other and (b) the controller is not a member of the first synchrony group; and,

after configuring, over the LAN, the first or second zone players to form the first synchrony group, receiving ~~a message via the user interface~~ status information over the LAN at the controller from at least one of the first or second zone players, wherein the status information indicates that the zone players in the synchrony group are configured to playback audio in synchrony with each other. ~~of the plurality of zones identifying a status of the group, wherein the user interface is not a zone player within the group, and wherein the user interface is not equipped to join the group.~~

15.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises receiving a ~~third~~ command ~~via the user interface~~ at the controller to adjust volume for ~~a particular~~ the first zone player in the first synchrony group.

16.    (Currently Amended) The non-transitory computer readable storage medium of claim 15, wherein the method further comprises, in response to receiving the command to adjust the volume for the first zone player, ~~sending~~ adjusting the volume ~~information to the particular~~ for the first zone player.

17.    (Currently Amended) The non-transitory ~~claim~~ computer readable storage medium of claim [[15]] 14, wherein the method further comprises:

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

8

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

receiving a ~~third~~ command <u>at the controller</u> ~~via the user interface indicating an audio information source to be played~~ <u>to play audio content</u> in synchrony by the <u>first synchrony</u> group<u>;</u> <u>and</u>

<u>in response to receiving the command to play the audio content in synchrony by the first synchrony group, instructing, over the LAN, at least one of the first or second zone players to play the audio content, wherein after instructing the at least one of the first or second zone players to play the audio content, the first and second audio players play the audio content in synchrony.</u>

18.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises<u>:</u>

displaying<u>, at the controller,</u> a playlist ~~associated with an audio information source~~ <u>of audio content</u> for playback in synchrony by the <u>first synchrony</u> group.

19.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises<u>:</u>

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> to turn an audio information source on or off<u>; and</u>

<u>in response to receiving the command to turn the audio information source on or off, either (a) turning off the audio information source when the command is a command to turn the audio information source off and (b) turning on the audio information source when the command is a command to turn the audio information source on.</u>

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

9

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

20.     (Currently Amended) The non-transitory computer readable storage medium of

claim 14, wherein the method further comprises:

receiving a ~~third~~ command ~~via the user interface~~ at the controller to advance to a next

track in a set of multimedia tracks for playback ~~via~~ by the first synchrony group from an audio

information source; and

in response to receiving the command to advance to the next track in the set of

multimedia tracks, controlling, over the LAN, the first zone player to (a) obtain the next track in

the set of multimedia tracks from the audio information source, (b) stream the obtained next

track from the first zone player to the second zone player, and (c) play the obtained next track in

synchrony with the second zone player.


21.     (Currently Amended) The non-transitory computer readable storage medium of

claim 14, wherein the method further comprises:

receiving a ~~third~~ command ~~via the user interface~~ at the controller to re-order tracks in a

~~play list~~ playlist of tracks to be played ~~via~~ by the first synchrony group from an audio

information source; and

in response to receiving the command to re-order the tracks in the playlist, re-ordering the

tracks in the playlist.


22.     (Currently Amended) The non-transitory computer readable storage medium of

claim 14, wherein the method further comprises:

receiving a message from ~~at least one~~ the first zone player of the ~~plurality of zones~~ first

synchrony group indicating ~~a status of the group indicating~~ a configuration change to the first

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

10

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

synchrony group caused by ~~configuration changes implemented by~~ a second ~~user interface controller~~.

23.    (Canceled)

24.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises<u>:</u>

receiving a ~~third~~ command ~~via the user interface~~ <u>at the controller</u> to ~~dynamically~~ <u>un-</u>group ~~one or more zones from the group of zones~~ <u>the second zone player from the first synchrony group while the first synchrony group is playing back audio content in synchrony; and</u>

<u>in response to receiving the command to un-group the second zone player from the first synchrony group, configuring, over the LAN, the second zone player to leave the first synchrony group, wherein after the second zone player has left the first synchrony group, the first zone player and any other zone players remaining in the first synchrony group continue playing the audio content in synchrony</u>.

25.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises<u>:</u>

receiving a command ~~via the user interface~~ <u>at the controller</u> ~~to at least one of add and remove a zone to the group of zones~~ <u>to add a third zone player to the first synchrony group while the first synchrony group is playing audio content in synchrony; and</u>

<u>in response to receiving the command to add the third zone player to the first synchrony group, configuring, over the LAN, the third zone player to join the first synchrony group, wherein after the third zone player has joined the first synchrony group, (i) the third zone player</u>

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

11

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

plays the audio content in synchrony with all other zone players in the first synchrony group and (ii) the controller is not a member of the first synchrony group.

26.    (Currently Amended) The non-transitory computer readable storage medium of claim [[25]] 14, wherein the method further comprises:

~~at least one of add and remove is to occur during playback of the audio information source.~~

receiving a command at the controller to cease playback of audio content by the first synchrony group; and

in response to receiving the command to cease playback of the audio content by the first synchrony group, controlling, over the LAN, the first zone player to cease playback of the audio content, and wherein after the first zone player has ceased playback of the audio content, all other members of the first synchrony group cease playback of the audio content.

27.    (Canceled)

28.    (New) A controller device comprising:

one or more processors; and

tangible, non-transitory, computer-readable memory comprising instructions that, when executed by the one or more processors, cause the controller device to perform a method comprising:

receiving a command at the controller device to form a synchrony group comprising a first zone player and a second zone player;

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

12

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

in response to receiving the command to form the synchrony group, configuring, over the LAN, at least one of the first or second zone players to form the synchrony group with the other of the first or second zone players, wherein after forming the synchrony group, (a) the first and second zone players are configured to playback audio in synchrony with each other and (b) the controller is not a member of the synchrony group; and

after the controller has configured, over the LAN, the first or second zone players to form the synchrony group, the controller receiving status information over the LAN from at least one of the first or second zone players indicating that the first and second zone players in the synchrony group are configured to playback audio in synchrony with each other.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

13

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

# REMARKS

## I.     Status of the Claims

Claims 1-8, 10-22, 24-26, and 28 are pending.  Claims 1, 14, and 28 are independent.  In

the present response, and without conceding the merits of the rejections and in an earnest attempt

to advance prosecution, Applicant has amended claims 1-8, 10-22, 24-26, canceled claim 27, and

added new claim 28.  The subject matter of the amendments can be found generally throughout

Applicant's originally filed application, including but not limited to paragraphs 16, 22-32, 39-40,

64, 77, 88-89 of Applicant's published Patent App. No. 2012/0192071.  No new matter has been

added.

The present amendments are made to expedite prosecution of this application.  However,

Applicant does not acquiesce in the Examiner's rejection of the previously-pending claims.

Applicant reserves the right to pursue the subject matter of the previously-pending claims in one

or more continuation applications.

## II.    Summary of the Non-Final Office Action Mailed March 4, 2015

In the Non-Final Office Action mailed on March 4, 2015, the Examiner: (i) rejected

claims 1-8, 10-22, and 24-27 under 35 U.S.C. § 101 as allegedly directed to non-statutory subject

matter; (ii) rejected claims 1-8, 10-22, and 24-27 under 35 U.S.C. § 112, second paragraph, as

allegedly indefinite based on the "not equipped to join" claim language; (iii) rejected claims 1-6,

10-19, 22, and 24-27 under 35 U.S.C. § 103(a) as allegedly unpatentable over U.S. Pub.

2003/0073432 ("Meade") in view of U.S. Pub. 2007/0142944 ("Goldberg") and U.S. Pub.

2002/0173273 ("Spurgat"); (iv) rejected claim 7 and 20 under 35 U.S.C. § 103(a) as allegedly

unpatentable over Meade, Goldberg, Spurgat, and U.S. Pub. 2004/0252400 ("Blank"); and (v)

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

14

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

rejected claims 8 and 21 under 35 U.S.C. § 103(a) as allegedly unpatentable over Meade, Goldberg, Spurgat, and U.S. Pub. 2004/0078383 ("Mercer").

### III.    Summary of the Examiner Interview on June 2, 2015

An Examiner Interview took place on June 2, 2015.  Participants included Examiners Oleg Survillo and Jeff Nickerson and Applicant's Representatives, Chris Butts and Jeff Armstrong.  During the Interview, the Participants discussed claim 1, the Goldberg, Meade, and Spurgat references, and proposed claim amendments.   No exhibits were shown and no demonstrations were conducted.  Examiner suggested that, for claim language clarity, Applicant replace the term "user interface" with "controller."  Agreement on allowability of the claims was not reached.

### IV.    Response to the § 101 Rejections

Applicant submits that the claims are not directed to a patent ineligible "abstract idea" for at least the reason that they are not directed to any of a mathematical algorithm, a fundamental economic practice, or a longstanding commercial practice.  *See, e.g., DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245, 1256-57 (Fed. Cir. 2014) (citing *Alice Corp. Pty. Ltd. V. CLS Bank Intern.*, 134 S.Ct. 2347, 2355 (2014).  But even assuming *arguendo* that the claims do include an "abstract idea," the claims are still patent eligible because they include additional elements that amount to significantly more than any "abstract idea", and the additional elements result in an improvement in another technology / technical field, i.e., the configuration and control of networked media players.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

15

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

## V.    Response to the § 112 Rejections

Applicant disagrees that "not equipped to join" is unclear or ambiguous.  Office Action, pp. 5-6.  Nevertheless, without conceding the merits of the rejection, and solely for the sake of advancing prosecution, Applicant has amended the claim to remove the "not equipped to join" language, and Applicant requests that the Office withdraw the § 112 rejection in view of the amendments.

## VI.    Response to the § 103 Rejections

Goldberg, Meade, and Spurgat, whether considered individually or in combination, fail to teach or suggest at least "after configuring, over the LAN, the at least one zone player to form the first group of two or more zones, the controller receiving status information over the LAN from at least one zone player of the first group, the status information indicating that the zones in the first group are configured to playback audio in synchrony with each other," in claim 1.

The Office Action states, and Applicant agrees, that "Meade further fails to teach receiving a message via the user interface over the LAN from at least one zone player of the plurality of zones identifying a status of the group." Office Action, p. 7.  Therefore, Meade fails to teach or suggest "after configuring, over the LAN, the at least one zone player to form the first group of two or more zones, the controller receiving status information over the LAN from at least one zone player of the first group, the status information indicating that the zones in the first group are configured to playback audio in synchrony with each other," as recited in independent claim 1.

The addition of Goldberg fails to overcome the deficiency of Meade.  The Office Action acknowledges, and Applicant agrees that "[i]n Goldberg, the status information is transmitted

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

16

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

only between the units 100" and thus, no status information is sent from any unit to any separate controller. Office Action, p. 8. Therefore, Goldberg also fails to teach or suggest "after configuring, over the LAN, the at least one zone player to form the first group of two or more zones, the controller receiving status information over the LAN from at least one zone player of the first group, the status information indicating that the zones in the first group are configured to playback audio in synchrony with each other," as recited in independent claim 1.

The addition of Spurgat fails to overcome the deficiency of Meade and Goldberg. The Office Action cites Spurgat for the "status information" sent over the LAN. Office Action, p. 9. But Spurgat is directed to synchronizing the storage of content across multiple digital devices rather than playing back content in synchrony. Spurgat, Abstract. Thus, even assuming *arguendo* that Spurgat teaches some type of "status information," any such status information does not "indicat[e] that the zones in the first group are configured to playback audio in synchrony with each other," as in claim 1. Therefore, Spurgat also fails to teach or suggest "after configuring, over the LAN, the at least one zone player to form the first group of two or more zones, the controller receiving status information over the LAN from at least one zone player of the first group, the status information indicating that the zones in the first group are configured to playback audio in synchrony with each other," as recited in independent claim 1.

In view of the foregoing, Applicant submits independent claim 1 is patentable over Meade, Goldberg, and Spurgat. And because independent claims 14 and 27 recite elements similar to those recited in independent claim 1, Applicant further submits that independent claims 14 and 27 are likewise patentable over Meade, Goldberg, and Spurgat for reasons similar to those articulated for independent claim 1. Additionally, and without conceding the merits of the other assertions set forth in the Office Action, the dependent claims are patentable over

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

17

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

Meade, Goldberg, and Spurgat for at least the reason that they depend from patentable independent claims.

## VI.    Conclusion

Applicant submits that the application is in condition for allowance, and Applicant respectfully requests a Notice of Allowance.  If further discussion would advance the application to issuance, the Examiner is invited to telephone the undersigned at 312-913-0001.

Respectfully submitted,
McDonnell Boehnen Hulbert & Berghoff LLP

Date:  June 4, 2015                By:   /Jeffrey P. Armstrong/
                                   Jeffrey P. Armstrong
                                   Reg. No. 54,967

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

18

Docket No.: 12-0207
MBHB Docket No. 15-508-CON
Application Serial Number: 13/435,776
Filing Date: March 30, 2012

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | 12-0207 (MBHB 15-508-CON) | 1540 |

| 107361 | 7590 | 06/10/2015 |
|---|---|---|

McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/10/2015 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| *Applicant-Initiated Interview Summary* | Application No.<br>13/435,776 | Applicant(s)<br>MILLINGTON, NICHOLAS A. J. | |
|---|---|---|---|
| | Examiner<br>OLEG SURVILLO | Art Unit<br>2442 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Oleg Survillo, Examiner AU 2442_.    (3)_Jeff Armstrong, Reg. No.: 54,967_.

(2) _Christopher Butts, Reg. No.: 67,558_.    (4)_Jeff Nickerson, SPE AU 2459_.

Date of Interview: _02 June 2015_.

Type:    ☐ Telephonic    ☐ Video Conference
☒ Personal [copy given to: ☐ applicant    ☒ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☒ No.
If Yes, brief description: _____.

Issues Discussed    ☒101 ☒112 ☐102 ☒103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _1_.

Identification of prior art discussed: _Goldberg, Meade, Spurgat_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_Discussed technical distinctions between cited references and applied prior art. Discussed proposed amendments. Examiner suggested that, for claim language clarity, Applicant replace the term "user interface" with "controller." Agreement on allowability of the claims was not reached. It was agreed that next action will be taken based on Applicant's response._

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /OLEG SURVILLO/<br>Primary Examiner, Art Unit 2442 | |
|---|---|

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**

A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**

Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2  Business to be transacted in writing.

All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

————

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication.  If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

## Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.



McDonnell Boehnen Hulbert & Berghoff
Law Offices

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312-913-0001 phone
312-913-0002 fax

May 30, 2015

Via email:  oleg.survillo@uspto.gov

Examiner Oleg Survillo
U.S. Patent & Trademark Office
P.O. Box 1450
Arlington, VA 22313-1450

**RE:  Interview Agenda for App. 13/435,776 (Sonos 12-1207; MBHB 15-508-CON)**

Examiner Survillo:

Thank you for agreeing to interview the above-referenced application on June 2, 2015.  An agenda of topics is outlined below:

**Agenda for the Examiner Interview:**
- The §§ 101, 112, and 103 rejections in the Non-Final Office Action mailed March 14, 2015
- Claim 1
- Cited References:
  - U.S. Pub. 2007/0142944 ("Goldberg")
  - U.S. Pub. 2003/0073432 ("Meade")
  - U.S. Pub. 2002/0173273 ("Spurgat")

**Proposed Amendments for Consideration:**
Without conceding the merits of the rejection, and in an attempt to advance prosecution, Applicant submits the following amendments for consideration.

1.    (Currently Amended) A <u>tangible, non-transitory computer readable memory having instructions stored thereon, wherein the instructions, when executed by one or more processors, cause a user interface device to perform a</u> method ~~to configure an audio system, the method~~ comprising:

receiving, at a user interface, information identifying a plurality of zones on a local area network (LAN) on which the user interface is connected, each zone comprising a zone player that includes a digital to analog converter and amplifier <u>and configured to form, under control of the user interface, a group of two or more zones that play audio content in synchrony with each other</u>, wherein the user interface communicates with the plurality of zone players via the LAN;

1

displaying the plurality of zones on the user interface;

receiving a first command via the user interface to form a group of two or more zones of the plurality of zones;

~~sending a second command via the user interface over the LAN to~~ configuring, over the LAN, at least one zone player of the plurality of zones to form the group of two or more zones; and

receiving a message via the user interface over the LAN from at least one zone player of the plurality of zones identifying a status of the group of two or more zones, wherein the user interface is not a zone player that can be configured to form a group of two or more zones. ~~within the group, and wherein the user interface is not equipped to join the group~~.

**Arguments for Consideration:**

- Regarding the § 101 rejections, the claims are not directed to a patent ineligible "abstract idea" for at least the reason that they are not directed to any of a mathematical algorithm, a fundamental economic practice, or a longstanding commercial practice.  *See, e.g., DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245, 1256-57 (Fed. Cir. 2014) (citing *Alice Corp. Pty. Ltd. V. CLS Bank Intern.*, 134 S.Ct. 2347, 2355 (2014).  But even assuming *arguendo* that the claims do include an "abstract idea," the claims are still patent eligible because they include additional elements that amount to significantly more than any "abstract idea", and the additional elements result in an improvement in another technology / technical field, *i.e.*, the field of networked media players.

- Regarding the § 103 rejections, as an initial matter, the Office Action fails to establish a *prima facie* case of obviousness for at least the reason that the rejection lacks a "rational underpinning to support the legal conclusion of obviousness."  MPEP 2141(III) (quoting *KSR v. Teleflex*, 550 U.S. 398, 418 (2007).

  o Here, the rejection lacks a "rational underpinning [required] to support the legal conclusion of obviousness" because the rationale for the rejection is logically inconsistent.

  o The Office Action states that:

    ▪ the claimed "user interface" is "user interface 90 of the mobile computing device 12," Office Action, p. 6;

    ▪ the claimed "group" is "two independent appliances 13, video device 14 and audio device 28," Office Action, p. 7; and

    ▪ "mobile computing devices 12 are not appliances," and thus, the "***user interface is not a zone player within the group***," Office Action, p. 7 (emphasis added).

  o For the claimed step of "receiving a first command via the user interface to form a group of two or more zones of the plurality of zones," the Office Action cites "receiving user preferences 18 when specifying that when watching a football game, they prefer listening to a radio broadcast on audio device 28 of the event while watching the same football game on the video device 14" ***via the user interface of the mobile computing device*** in Meade. Office Action, p. 7 (emphasis added).

  o For the claimed step of "receiving a message via the user interface over the LAN from at least one zone player of the plurality of zones identifying a status of the group," the Office Action cites "receiving status of the cluster broadcaster area 1174 ***that is transmitted to all members of the cluster***…" in Goldberg.  Office Action, p. 8 (emphasis added).

- o The rationale supporting the § 103 rejection is logically inconsistent because the "user interface" cannot logically be "the user interface of the mobile computing device in Meade" that is not part of the claimed "group" in one part of claim 1, and then later be some "user interface" that is part of the claimed "group" in another part of claim 1 (*i.e.*, status information transmitted to "all members of the cluster").

- Also, the teachings of Meade, Goldberg, and Spurgat are not sufficient to render claim 1 *prima facie* obvious for at least the reason that "the proposed modification or combination of the prior art would change the principle of operation of the prior art invention being modified." MPEP 2143.01(VI). Here, the proposed combination of Meade, Goldberg, and Spurgat would change the principle of operation of the system in Goldberg.

  - o Goldberg describes a "cluster 700 of units" that includes "broadcast unit 710 [which] transmits music" and a "receive unit 730 [which] receives the broadcasted music." Goldberg, ¶ 164. But before a receive unit can join a cluster to receive music broadcasted from a particular broadcast unit, the users of the broadcast and receive units must "specifically decide to listen to music together." Goldberg, ¶ 163.

  - o According to the rationale for the § 103 rejection in the Office Action:
    - ▪ Meade discloses "sending a second command via the user interface over the LAN to at least one zone player of the plurality of zones to form the group" when "***mobile device 13 directs content to be performed simultaneously in parallel on two independent appliances 13***, video device 14 and audio device 28." Office Action, p. 7 (emphasis added); and
    - ▪ "Spurgat teaches that a user interface [computing platform 103 or personal computer 105]…is remote from the digital audio player such that a command received from the user interface" when "***computing platform 103 controls digital audio players***." Office Action, p. 9 (emphasis added).

  - o However, combining Meade, Goldberg, and Spurgat as proposed in the Office Action would result in "mobile device 13" in Meade (or the computing platform 103 in Spurgat) unilaterally controlling and/or directing the actions of the "broadcast unit 710" and "receive unit 730" in Goldberg, thereby fundamentally altering the peer-to-peer principle of operation described in Goldberg where, before a receive unit can join a cluster to receive music broadcasted from a particular broadcast unit, the users of the broadcast and receive units must "specifically decide to listen to music together." Goldberg, ¶ 163.

- Additionally, in view of at least the foregoing, the references of record fail to teach or suggest at least "receiving a message via the user interface over the LAN from at least one zone player of the plurality of zones identifying a status of the group of two or more zones, wherein the user interface is not a zone player that can be configured to form a group of two or more zones," as recited in claim 1.

If you have questions, or if you would like additional information to prepare for the interview, please feel free to call me. Otherwise, I look forward to our meeting on Tuesday, June 2, 2015.

Best regards,

Jeff Armstrong
312-913-2104 (office)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 107361 | 7590 | 08/05/2015 |
| --- | --- | --- |

McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
| --- |
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2442 | |

DATE MAILED: 08/05/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | 12-0207 (MBHB 15-508-CON) | 1540 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR DISPLAYING ZONES IN A MULTI-ZONE SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 11/05/2015 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>**Mail**</u>    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or** <u>**Fax**</u>    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

107361    7590    08/05/2015
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | 12-0207 (MBHB 15-508-CON) | 1540 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR DISPLAYING ZONES IN A MULTI-ZONE SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 11/05/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SURVILLO, OLEG | 2442 | 709-219000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/435,776 | 03/30/2012 | Nicholas A. J. Millington | 12-0207 (MBHB 15-508-CON) | 1540 |

107361     7590     08/05/2015

McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

DATE MAILED: 08/05/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) |
|---|---|---|
| ***Examiner-Initiated Interview Summary*** | 13/435,776 | MILLINGTON, NICHOLAS A. J. |
| | Examiner | Art Unit | |
| | OLEG SURVILLO | 2442 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Oleg Survillo, Examiner AU 2442*.         (3) _____.

(2) *Jeffrey Armstrong, Reg. No.: 54,967*.      (4) _____.

Date of Interview: *30 July 2015*.

Type:    ☒ Telephonic    ☐ Video Conference
         ☐ Personal [copy given to: ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☒ No.
    If Yes, brief description: _____.

Issues Discussed    ☐101  ☒112  ☐102  ☒103  ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *1,4,10,14,17,20,22,26 and 28*.

Identification of prior art discussed: *Meade, Goldberg, Spurgat, Sinha*.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*Discussed proposed claim amendments that would render claims allowable. Agreed to a final version of claims that was authorized by Applicant's Attorney to be entered via the Examiner's amendment to place the application in condition for allowance*.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /OLEG SURVILLO/ Primary Examiner, Art Unit 2442 | |
|---|---|

| ***Notice of Allowability*** | Application No. | Applicant(s) |
| | 13/435,776 | MILLINGTON, NICHOLAS  A. J. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | OLEG SURVILLO | 2442 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.**  This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant.  See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *June 4, 2015*.

  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-8,10-22,24-26 and 28*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

  a) ☐  All    b) ☐  Some    *c) ☐  None of the:

  1. ☐ Certified copies of the priority documents have been received.

  2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

  3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  * Certified copies not received: _____.

  Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below.  Failure to timely comply will result in ABANDONMENT of this application.
  **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

  ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date See Continuation Sheet

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☒ Interview Summary (PTO-413), Paper No./Mail Date *20150730* .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

**Continuation Sheet (PTOL-37)**                                                                                                  **Application No.  13/435,776**

Continuation of Attachment(s) 2. Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date: 03/23/15; 04/21/15; 05/27/15;
07/09/15.

Application/Control Number: 13/435,776                                         Page 2
Art Unit: 2442

## EXAMINER'S AMENDMENT / COMMENT

### *Response to Arguments*

With regard to the Applicant's remarks dated June 4, 2015:

Regarding the rejection of claims 1-8, 10-22, and 24-27 under 35 U.S.C. 101, Applicant's amendment and arguments have been fully considered and are persuasive. Therefore, the rejection has been withdrawn.

Regarding the rejection of claims 1-8, 10-22, and 24-27 under 35 U.S.C. 112, second paragraph, Applicant's amendment and arguments have been fully considered and is sufficient. Therefore, the rejection has been withdrawn.

Regarding the rejection of claims 1-8, 10-22, and 24-27 under 35 U.S.C. 103(a), Applicant's amendment and arguments have been fully considered. Applicants argue at pages 16-17 of Remarks as filed none of Meade, Goldberg, and Spurgat teaches the newly added subject matter of independent claims 1, 14, and 28. Examiner agrees. Therefore, the rejection has been withdrawn. In light of further amendments, as presented below, no better art exists to teach all of the claimed limitations as in independent claims 1, 14, and 28. Therefore, no new grounds of rejection are made. No other previously-made grounds of rejection remain. Claims 1-8, 10-22, 24-26, and 28 are allowable, while claims 9, 23, and 27 are canceled.


### *Examiner's Amendment*

Examiner's amendment to the record appears below. Should the changes be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

Application/Control Number: 13/435,776                                    Page 3
Art Unit: 2442

To ensure consideration of such an amendment, it MUST be filed no later than the

payment of the issue fee.

Authorization for this examiner's amendment was given in a communication with

Jeffrey P. Armstrong, Reg. No.: 54,967, on July 30, 2015.

Application/Control Number: 13/435,776                                    Page 4
Art Unit: 2442

The following listing of claims replaces all prior versions and listings of claims in this application:

1.      (Currently Amended) A tangible, non-transitory computer readable memory having instructions stored therein thereon, wherein the instructions, when executed by one or more processors, cause a controller to perform a method comprising:

receiving, at the controller, information identifying a plurality of zones on a local area network (LAN) on which the controller is connected, each zone comprising a zone player that includes a digital to analog converter and amplifier and configured to form, under control of the controller, a group of two or more zones that play audio content in synchrony with each other, wherein the controller communicates with the plurality of zone players via the LAN;

displaying the plurality of zones on a screen of the controller;

receiving a command at the controller to form a first group of two or more zones of the plurality of zones;

in response to receiving the command to form the first group of two or more zones, configuring the first group, wherein configuring the first group comprises configuring, over the LAN, at least one zone player of the plurality of zones to form the first group of two or more zones, wherein after the at least one zone player has formed the first group, (a) the zones in the first group are configured to playback audio in

Application/Control Number: 13/435,776                                    Page 5
Art Unit: 2442

~~synchrony with each other, and (b) the controller is not a member of the first group~~ <u>a first zone player in the first group to (a) transmit audio content, playback timing for the audio content, and device clock information to the other zone players in the first group, and (b) play back the audio content in synchrony with the other zone players in the first group according to the playback timing and the device clock information, wherein the zone players in the first group remain independently clocked while playing the audio content in synchrony, and wherein the controller is not a member of the first group</u>; and

after configuring~~, over the LAN, the at least one zone player to form~~ the first group of two or more zones, the controller receiving status information over the LAN from at least one zone player of the first group~~, the status information indicating that the zones in the first group are configured to playback audio in synchrony with each other~~.


2.      (Previously Presented) The computer readable memory of claim 1, wherein the method further comprises:

receiving a command at the controller to adjust volume for a particular zone player.


3.      (Previously Presented) The computer readable memory of claim 2, wherein the method further comprises:

in response to receiving the command to adjust the volume for the particular zone player, adjusting the volume of the particular zone player.

Application/Control Number: 13/435,776                                    Page 6
Art Unit: 2442

4.      (Currently Amended) The computer readable memory of claim [[2]] 1,
wherein the method further comprises:

receiving a command at the controller to play audio content in synchrony by the
first group; and

in response to receiving the command to play audio content in synchrony by the
first group, controlling, over the LAN, at least one of the zone players to play the audio
content in synchrony with the first group.


5.      (Previously Presented) The computer readable memory of claim 1,
wherein the method further comprises:

displaying, at the controller, a playlist of audio content to be played in synchrony
by the first group.


6.      (Previously Presented) The computer readable memory of claim 1,
wherein the method further comprises:

receiving a command at the controller to turn an audio information source on or
off; and

in response to receiving the command to turn the audio information source on or
off, either (a) when the command is a command to turn the audio information source on,
turn on the audio information source or (b) when the command is a command to turn the
audio information source off, turn off the audio information source.

Application/Control Number: 13/435,776                                   Page 7
Art Unit: 2442

    7.    (Previously Presented) The computer readable memory of claim 1,

wherein the method further comprises:

    receiving a command at the controller to advance to a next track in a set of

multimedia tracks for playback from an audio information source; and

    in response to receiving the command to advance to the next track in the set of

multimedia tracks, controlling, over the LAN, at least one of the zone players to (a)

obtain the next track in the set of multimedia tracks from the audio information source

and (b) play the next track in synchrony with the first group.


    8.    (Previously Presented) The computer readable memory of claim 1,

wherein the method further comprises:

    receiving a command at the controller to re-order tracks in a playlist of tracks to

be played from an audio information source; and

    in response to receiving the command to re-order the tracks in the playlist, re-

ordering the tracks in the playlist.


    9.    (Canceled)


    10.    (Currently Amended) The computer readable memory of claim 1, wherein

the method further comprises:

    receiving a command at the controller to form a second group of two or more

zones of the plurality of zones; and

Application/Control Number: 13/435,776                                          Page 8
Art Unit: 2442

in response to receiving the command to form the second group of two or more zones,  configuring the second group, wherein configuring the second group comprises configuring, over the LAN, at least a second zone player of the plurality of zones to form the second group of two or more zones, wherein after the at least a second zone player has formed the second group, the controller is not a member of the second group.


11.    (Previously Presented) The computer readable memory of claim 1, wherein the method further comprises:

receiving a command at the controller to un-group a particular zone player from the first group of zones while the first group is playing back audio content in synchrony; and

in response to receiving the command to un-group the particular zone player from the first group of zones, configuring, over the LAN, the particular zone player to leave the first group, wherein after the particular zone player has left the first group, one or more zone players remaining in the first group continue playing the audio content.


12.    (Previously Presented) The computer readable memory of claim 1, wherein the method further comprises:

receiving a command at the controller to add a particular zone to the first group of zones while the first group of zones is playing audio content in synchrony; and

in response to receiving the command to add the particular zone to the first group of zones, configuring, over the LAN, at least one zone player of the particular zone to

Application/Control Number: 13/435,776                                    Page 9
Art Unit: 2442

join the first group of zones, wherein after the at least one zone player of the particular

zone has joined the first group of zones, (i) the at least one zone player of the particular

zone plays the audio content in synchrony with all other zone players in the first group

and (ii) the controller is not a member of the first group.


        13.    (Previously Presented) The computer readable memory of claim 1,

wherein the method further comprises:

        receiving a command at the controller to cease playback of audio content by the

first group; and

        in response to receiving the command to cease playback of the audio content by

the first group, controlling, over the LAN, a master zone player of the first group to

cease playback of the audio content, and wherein after the master zone player of the

first group has ceased playback of the audio content, all other members of the first

group cease playback of the audio content.


        14.    (Currently Amended) A non-transitory computer readable storage medium

including a computer program, which when executed by one or more processors,

causes an audio system controller to implement a method comprising:

        receiving, at the controller, information identifying a plurality of zone players on a

local area network (LAN) on which the controller is connected, each zone player

comprising a digital to analog converter and amplifier, wherein each zone player is

configured to form, under control of the controller, a group of two or more zone players

Application/Control Number: 13/435,776                                              Page 10
Art Unit: 2442

that play audio content in synchrony with each other, wherein the controller

communicates with the plurality of zone players via the LAN;

     displaying the plurality of zone players on <u>a screen of</u> the controller;

     receiving a command at the controller to form a first synchrony group comprising

a first zone player and a second zone player, wherein the first and second zone players

are zone players of the plurality of zone players;

     in response to receiving the command to form the first synchrony group,

<u>configuring a first synchrony group, wherein configuring the first synchrony group</u>

<u>comprises</u> configuring ~~at least~~ one of the first or second zone players to ~~form the first~~

~~synchrony group with the other of the first or second zone players, wherein after forming~~

~~the first synchrony group, (a) the first and second zone players are configured to~~

~~playback audio content in synchrony with each other and (b) the controller is not a~~

~~member of the first synchrony group~~ <u>(a) transmit audio content, playback timing for the</u>

<u>audio content, and device clock information to the other of the first or second zone</u>

<u>players, and (b) play back the audio content in synchrony with the other of the first or</u>

<u>second zone players according to the playback timing and the device clock information,</u>

<u>wherein the first and second zone players remain independently clocked while playing</u>

<u>the audio content in synchrony</u>; and,

     after configuring~~, over the LAN, the first or second zone players to form~~ the first

synchrony group, receiving status information over the LAN at the controller from at

least one of the first or second zone players~~, wherein the status information indicates~~

Application/Control Number: 13/435,776                                              Page 11
Art Unit: 2442

~~that the zone players in the synchrony group are configured to playback audio in~~

~~synchrony with each other~~.

15.    (Previously Presented) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises receiving a command at the controller to adjust volume for the first zone player in the first synchrony group.

16.    (Previously Presented) The non-transitory computer readable storage medium of claim 15, wherein the method further comprises, in response to receiving the command to adjust the volume for the first zone player, adjusting the volume for the first zone player.

17.    (Currently Amended) The non-transitory ~~claim~~ computer readable storage medium of claim 14, wherein the method further comprises:

 receiving a command at the controller to play audio content in synchrony by the first synchrony group; and

in response to receiving the command to play the audio content in synchrony by the first synchrony group, instructing, over the LAN, at least one of the first or second zone players to play the audio content, wherein after instructing the at least one of the first or second zone players to play the audio content, the first and second audio players play the audio content in synchrony.

Application/Control Number: 13/435,776                                    Page 12
Art Unit: 2442

18.    (Previously Presented) The non-transitory computer readable storage
medium of claim 14, wherein the method further comprises:

displaying, at the controller, a playlist of audio content for playback in synchrony
by the first synchrony group.


19.    (Previously Presented) The non-transitory computer readable storage
medium of claim 14, wherein the method further comprises:

receiving a command at the controller to turn an audio information source on or
off; and

in response to receiving the command to turn the audio information source on or
off, either (a) turning off the audio information source when the command is a command
to turn the audio information source off and (b) turning on the audio information source
when the command is a command to turn the audio information source on.


20.    (Currently Amended) The non-transitory computer readable storage
medium of claim 14, wherein the method further comprises:

receiving a command at the controller to advance to a next track in a set of
multimedia tracks for playback by the first synchrony group from an audio information
source; and

in response to receiving the command to advance to the next track in the set of
multimedia tracks, controlling, over the LAN, the one of the first or second zone players
to (a) obtain the next track in the set of multimedia tracks from the audio information

Application/Control Number: 13/435,776                                    Page 13
Art Unit: 2442

source, (b) stream the obtained next track from the <u>one of the</u> first <u>or second</u> zone

player<u>s</u> to the <u>other of the first or</u> second zone zone player<u>s</u>, and (c) play the obtained next

track in synchrony with the <u>other of the first or</u> second zone player<u>s</u>.


21.     (Previously Presented) The non-transitory computer readable storage

medium of claim 14, wherein the method further comprises:

        receiving a command at the controller to re-order tracks in a playlist of tracks to

be played by the first synchrony group from an audio information source; and

        in response to receiving the command to re-order the tracks in the playlist, re-

ordering the tracks in the playlist.


22.     (Currently Amended) The non-transitory computer readable storage

medium of claim 14, wherein the method further comprises:

        receiving a message from <u>at least one of</u> the first <u>or second</u> zone player<u>s</u> of the

first synchrony group indicating a configuration change to the first synchrony group

caused by configuration changes implemented by a second controller.


23.     (Canceled)


24.     (Previously Presented) The non-transitory computer readable storage

medium of claim 14, wherein the method further comprises:

Application/Control Number: 13/435,776                                   Page 14
Art Unit: 2442

receiving a command at the controller to un-group the second zone player from the first synchrony group while the first synchrony group is playing back audio content in synchrony; and

in response to receiving the command to un-group the second zone player from the first synchrony group, configuring, over the LAN, the second zone player to leave the first synchrony group, wherein after the second zone player has left the first synchrony group, the first zone player and any other zone players remaining in the first synchrony group continue playing the audio content in synchrony.


25.    (Previously Presented) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises:

receiving a command at the controller to add a third zone player to the first synchrony group while the first synchrony group is playing audio content in synchrony; and

in response to receiving the command to add the third zone player to the first synchrony group, configuring, over the LAN, the third zone player to join the first synchrony group, wherein after the third zone player has joined the first synchrony group, (i) the third zone player plays the audio content in synchrony with all other zone players in the first synchrony group and (ii) the controller is not a member of the first synchrony group.

Application/Control Number: 13/435,776                                    Page 15
Art Unit: 2442

26.    (Currently Amended) The non-transitory computer readable storage medium of claim 14, wherein the method further comprises:

receiving a command at the controller to cease playback of audio content by the first synchrony group; and

in response to receiving the command to cease playback of the audio content by the first synchrony group, controlling, over the LAN, the one of the first or second zone players to cease playback of the audio content, and wherein after the one of the first or second zone players has ceased playback of the audio content, all other members of the first synchrony group cease playback of the audio content.

27.    (Canceled)

28.    (Currently Amended) A controller device comprising:

one or more processors; and

tangible, non-transitory, computer-readable memory comprising instructions that, when executed by the one or more processors, cause the controller device to perform a method comprising:

receiving a command at the controller device to form a synchrony group comprising a first zone player and a second zone player;

in response to receiving the command to form the synchrony group, configuring the synchrony group, wherein configuring the synchrony group comprises configuring, over the LAN, at least one of the first or second zone players to form the synchrony

Application/Control Number: 13/435,776                                    Page 16
Art Unit: 2442

~~group with the other of the first or second zone players, wherein after forming the synchrony group, (a) the first and second zone players are configured to playback audio in synchrony with each other and (b) the controller is not a member of the synchrony group~~ the first zone player to (a) transmit audio content, playback timing for the audio content, and device clock information to the second zone player and (b) play back the audio content in synchrony with the second zone player according to the playback timing and the device clock information, wherein the first and second zone players remain independently clocked while playing the audio content in synchrony, and wherein the controller is not a member of the synchrony group; and

after the controller has configured~~, over the LAN, the first or second zone players to form~~ the synchrony group, the controller receiving status information over the LAN from at least one of the first or second zone players indicating that the first and second zone players in the synchrony group are configured to playback audio in synchrony with each other.

Application/Control Number: 13/435,776                                    Page 17
Art Unit: 2442

### *Allowed Claims*

Claims 1-8, 10-22, 24-26, and 28 are allowed.


### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance:

none of the qualifying prior art references of record, taken alone or in combination, disclose or reasonably suggest: a combination of elements as claimed in independent claim 1, wherein in response to receiving the command to form the first group of two or more zones, the controller configuring the first group, wherein configuring the first group comprises configuring, over the LAN, a first zone player in the first group to (a) transmit audio content, playback timing for the audio content, and device clock information to the other zone players in the first group, and (b) play back the audio content in synchrony with the other zone players in the first group according to the playback timing and the device clock information, wherein the zone players in the first group remain independently clocked while playing the audio content in synchrony, and wherein the controller is not a member of the first group. Independent claims 14 and 28 contain similar limitations. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 13/435,776                                    Page 18
Art Unit: 2442

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to OLEG SURVILLO whose telephone number is (571)272-9691.  The examiner can normally be reached on Mon-Thu 10:00am - 7:30pm; Fri 10:00am - 6:30pm EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Glenton B. Burgess can be reached on 571-272-3949.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

Exhibit 12

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 20444480 |
| **Application Number:** | 14516867 |
| **International Application Number:** | |
| **Confirmation Number:** | 9318 |
| **Title of Invention:** | Obtaining Content from Remote Source for Playback |
| **First Named Inventor/Applicant Name:** | Nicholas A.J. Millington |
| **Customer Number:** | 107361 |
| **Filer:** | Michael Paul Boyea |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 04-0401-CON1014D |
| **Receipt Date:** | 17-OCT-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 13:09:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $5600 |
| RAM confirmation Number | 9785 |
| Deposit Account | 132490 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

      Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

      Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_13297000SpecFiled.pdf | 3655852 <br> 1d7d2f0c879e9e7117c5d87f317bcbc56c4dde67 | yes | 62 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 58 |
| Claims | 59 | 61 |
| Abstract | 62 | 62 |

| Warnings: |
|---|
| The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing |

| Information: | | | | | |
|---|---|---|---|---|---|
| 2 | Drawings-only black and white line drawings | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_13297000FigsFiled.pdf | 113795 <br> f1e9aa937e24b0b9e29bd1f55f93121d360d018a | no | 5 |

| Warnings: |
|---|
| The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing |

| Information: | | | | | |
|---|---|---|---|---|---|
| 3 | | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_Preliminary_Amendment.pdf | 112683 <br> 9b12c22a4d97c5f9cc90c2d7a4509e188fe7b8d0 | yes | 10 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Preliminary Amendment | 1 | 1 |
| Abstract | 2 | 2 |
| Specification | 3 | 4 |
| Claims | 5 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 10 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 4 | Authorization for Extension of Time all replies | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_General_Authorization.pdf | 74878<br><br>bd089c1876dd864edc77c9471d5527aef6a24dcc | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | TrackOne Request | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_Track1_Req.pdf | 126532<br><br>15e03289c5e548180b6e056071ff1687fc9d226b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Application Data Sheet | Sonos_04-0401-CON1014D_MBHB_14-1800-CON2_ADS.pdf | 1561560<br><br>5af57ed093d863bcc5fa21f7de9e0daf2ec40329 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Fee Worksheet (SB06) | fee-info.pdf | 36579<br><br>0671cd07870721603ae11c223325717259bb30cb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | | 5681879 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATTORNEY'S DOCKET NO. 11-0901

PATENTS

UNITED STATES PATENT APPLICATION

OF

NICHOLAS A. J. MILLINGTON

FOR

SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A PLURALITY OF

INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES

### INCORPORATION BY REFERENCE

This application claims the benefit of Provisional Patent Application Serial No. 60/490,768, filed on July 28, 2003, entitled "Method for Synchronizing Audio Playback Between Multiple Networked Devices," and Non-provisional Patent Application Serial No. 10/816,217, filed on April 1, 2004, entitled "System and Method for Synchronizing Channel Handoff as Among a Plurality of Independently Clocked Digital Devices," both of which are assigned to the assignee of the present application and are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to the field of digital data processing devices, and more particularly to systems and methods for synchronizing operations among a plurality of independently-clocked digital data processing devices. The invention is embodied in a system for synchronizing operations among a plurality of devices, in relation to information that is provided by a common source. One embodiment of the invention enables synchronizing of audio playback as among two or more audio playback devices that receive audio information from a common information source, or channel.

More generally, the invention relates to the field of arrangements that synchronize output generated by a number of output generators, including audio output, video output, combinations of audio and video, as well as other types of output as will be appreciated by those skilled in the art, provided by a common channel. Generally, the invention will find utility in connection with any type of information for which synchrony among independently-clocked devices is desired.

### BACKGROUND OF THE INVENTION

There are a number of circumstances under which it is desirable to maintain synchrony of operations among a plurality of independently-clocked digital data processing devices in relation to, for example, information that is provided thereto by a common source. For example, systems are

-1-

11-0901

1  being developed in which one audio information source can distribute audio information in digital

2  form to a number of audio playback devices for playback.  The audio playback devices receive the

3  digital information and convert it to analog form for playback.  The audio playback devices may be

4  located in the same room or they may be distributed in different rooms in a residence such as a house

5  or an apartment, in different offices in an office building, or the like.  For example, in a system

6  installed in a residence, one audio playback device may be located in a living room, while another

7  audio playback device is be located in a kitchen, and yet other audio playback devices may be

8  located in various bedrooms of a house.  In such an arrangement, the audio information that is

9  distributed to various audio playback devices may relate to the same audio program, or the

10  information may relate to different audio programs.  If the audio information source provides audio

11  information relating to the same audio program to two or more audio playback devices at the same

12  time, the audio playback devices will generally contemporaneously play the same program.  For

13  example, if the audio information source provides audio information to audio playback devices

14  located in the living room and kitchen in a house at the same time, they will generally

15  contemporaneously play the same program.

16      One problem that can arise is to ensure that, if two or more audio playback devices are

17  contemporaneously attempting to play back the same audio program, they do so simultaneously.

18  Small differences in the audio playback devices' start times and/or playback speeds can be perceived

19  by a listener as an echo effect, and larger differences can be very annoying.  Differences can arise

20  because for a number of reasons, including delays in the transfer of audio information over the

21  network.  Such delays can differ as among the various audio playback devices for a variety of

22  reasons, including where they are connected into the network, message traffic and other reasons as

23  will be apparent to those skilled in the art.

24      Another problem arises from the following.  When an audio playback device converts the

25  digital audio information from digital to analog form, it does so using a clock that provides timing

26  information.  Generally, the audio playback devices that are being developed have independent

27  clocks, and, if they are not clocking at precisely the same rate, the audio playback provided by the

28  various devices can get out of synchronization.

11-0901

## SUMMARY OF THE INVENTION

The invention provides a new and improved system and method for synchronizing operations among a number of digital data processing devices that are regulated by independent clocking devices. Generally, the invention will find utility in connection with any type of information for which synchrony among devices connected to a network is desired. The invention is described in connection with a plurality of audio playback devices that receive digital audio information that is to be played back in synchrony, but it will be appreciated that the invention can find usefulness in connection with any kind of information for which coordination among devices that have independent clocking devices would find utility.

In brief summary, the invention provides, in one aspect, a system for maintaining synchrony of operations among a plurality of devices that have independent clocking arrangements. The system includes a task distribution device that distributes tasks to a synchrony group comprising a plurality of devices that are to perform the tasks distributed by the task distribution device in synchrony. The task distribution device distributes each task to the members of the synchrony group over a network. Each task is associated with a time stamp that indicates a time, relative to a clock maintained by the task distribution device, at which the members of the synchrony group are to execute the task. Each member of the synchrony group periodically obtains from the task distribution device an indication of the current time indicated by its clock, determines a time differential between the task distribution device's clock and its respective clock and determines therefrom a time at which, according to its respective clock, the time stamp indicates that it is to execute the task.

In one embodiment, the tasks that are distributed include audio information for an audio track that is to be played by all of the devices comprising the synchrony group synchronously. The audio track is divided into a series of frames, each of which is associated with a time stamp indicating the time, relative to the clock maintained by an audio information channel device, which, in that embodiment, serves as the task distribution device, at which the members of the synchrony group are to play the respective frame. Each member of the synchrony group, using a very accurate

-3-

11-0901

protocol, periodically obtains the time indicated by the audio information channel device, and determines a differential between the time as indicated by its local clock and the audio information channel device's clock. The member uses the differential and the time as indicated by the time stamp to determine the time, relative to its local clock, at which it is to play the respective frame. The members of the synchrony group do this for all of the frames, and accordingly are able to play the frames in synchrony.

## BRIEF DESCRIPTION OF THE DRAWINGS

This invention is pointed out with particularity in the appended claims. The above and further advantages of this invention may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 schematically depicts an illustrative networked audio system, constructed in accordance with the invention;

FIG. 2 schematically depicts a functional block diagram of a synchrony group utilizing a plurality of zone players formed within the networked audio system depicted in FIG. 1;

FIG. 2A schematically depicts two synchrony groups, illustrating how a member of one synchrony group can provide audio information to the members of another synchrony group;

FIG. 3 depicts an functional block diagram of a zone player for use in the networked audio system depicted in FIG. 1; and

FIG. 4 is useful in understanding an digital audio information framing methodology useful in the network audio system depicted in FIG. 1.

-4-

11-0901

1               DETAILED DESCRIPTION OF AN ILLUSTRATIVE EMBODIMENT

2         FIG. 1 depicts an illustrative network audio system 10 constructed in accordance with the

3    invention. With reference to FIG. 1, the network audio system 10 includes a plurality of zone

4    players 11(1) through 11(N) (generally identified by reference numeral 11(n)) interconnected by a

5    local network 12, all of which operate under control of one or more user interface modules generally

6    identified by reference numeral 13. One or more of the zone players 11(n) may also be connected

7    to one or more audio information sources, which will generally be identified herein by reference

8    numeral 14(n)(s), and/or one or more audio reproduction devices, which will generally be identified

9    by reference numeral 15(n)(r). In the reference numeral 14(n)(s), index "n" refers to the index "n"

10    of the zone player 11(n) to which the audio information source is connected, and the index "s"

11    $(s=1,...,S_n)$ refers to the "s-th" audio information source connected to that "n-th" zone player 11(n).

12    Thus, if, for example, a zone player 11(n) is connected to four audio information sources 14(n)(1)

13    through 14(n)(4), the audio information sources may be generally identified by reference numeral

14    14(n)(s), with $S_n=4$. It will be appreciated that the number of audio information sources $S_n$ may vary

15    as among the various zone players 11(n), and some zone players may not have any audio information

16    sources connected thereto. Similarly, in the reference numeral 15(n)(r), index "n" refers to the index

17    "n" of the zone player 11(n) to which the audio reproduction device is connected, and the index "r"

18    $(r=1,...,R_n)$ refers to the "r-th" audio information source connected to that "n-th" zone player 11(n).

19    In addition to the audio information sources 14(n)(s), the network audio system 10 may include one

20    or more audio information sources 16(1) through 16(M) connected through appropriate network

21    interface devices (not separately shown) to the local network 12. Furthermore, the local network

22    may include one or more network interface devices (also not separately shown) that are configured

23    to connect the local network 12 to other networks, including a wide area network such as the

24    Internet, the public switched telephony network (PSTN) or other networks as will be apparent to

25    those skilled in the art, over which connections to audio information sources may be established.

11-0901

1      The zone players 11(n) associated with system 10 may be distributed throughout an
2      establishment such as residence, an office complex, a hotel, a conference hall, an amphitheater or
3      auditorium, or other types of establishments as will be apparent to those skilled in the art or the like.
4      For example, if the zone players 11(n) and their associated audio information source(s) and/or audio
5      reproduction device(s) are distributed throughout a residence, one, such as zone player 11(1) and its
6      associated audio information source(s) and audio reproduction device(s) may be located in a living
7      room, another may be located in a kitchen, another may be located in a dining room, and yet others
8      may be located in respective bedrooms, to selectively provide entertainment in those rooms.  On the
9      other hand, if the zone players 11(n) and their associated audio information source(s) and/or audio
10      reproduction device(s) are distributed throughout an office complex, one may, for example, be
11      provided in each office to selectively provide entertainment to the employees in the respective
12      offices.  Similarly, if the zone players 11(n) and associated audio information source(s) and/or audio
13      reproduction device(s) are used in a hotel, they may be distributed throughout the rooms to provide
14      entertainment to the guests.  Similar arrangements may be used with zone players 11(n) and
15      associated audio information source(s) and/or audio reproduction device(s) used in an amphitheater
16      or auditorium.  Other arrangements in other types of environments will be apparent to those skilled
17      in the art. In each case, the zone players 11(n) can be used to selectively provide entertainment in
18      the respective locations, as will be described below.

19      The audio information sources 14(n)(s) and 16(m) may be any of a number of types of
20      conventional sources of audio information, including, for example, compact disc ("CD") players,
21      AM and/or FM radio receivers, analog or digital tape cassette players, analog record turntables and
22      the like.  In addition, the audio information sources 14(n)(s) and 16(m) may comprise digital audio
23      files stored locally on, for example, personal computers (PCs), personal digital assistants (PDAs),
24      or similar devices capable of storing digital information in volatile or non-volatile form.  As noted
25      above, the local network 12 may also have an interface (not shown) to a wide area network, over
26      which the network audio system 10 can obtain audio information.  Moreover, one or more of the
27      audio information sources 14(n)(s) may also comprise an interface to a wide area network such as
28      the Internet, the public switched telephony network (PSTN) or any other source of audio

-6-

1    information. In addition, one or more of the audio information sources 14(n)(s) and 16(m) may

2    comprise interfaces to radio services delivered over, for example, satellite. Audio information

3    obtained over the wide area network may comprise, for example, streaming digital audio information

4    such as Internet radio, digital audio files stored on servers, and other types of audio information and

5    sources as will be appreciated by those skilled in the art. Other arrangements and other types of

6    audio information sources will be apparent to those skilled in the art.

7         Generally, the audio information sources 14(n)(s) and 16(m) provide audio information

8    associated with audio programs to the zone players for playback. A zone player that receives audio

9    information from an audio information source 14(n)(s) that is connected thereto can provide

10   playback and/or forward the audio information, along with playback timing information, over the

11   local network 12 to other zone players for playback. Similarly, each audio information source

12   16(m) that is not directly connected to a zone player can transmit audio information over the network

13   12 to any zone player 11(n) for playback. In addition, as will be explained in detail below, the

14   respective zone player 11(n) can transmit the audio information that it receives either from an audio

15   information source 14(n)(s) connected thereto, or from an audio information source 16(m), to

16   selected ones of the other zone players 11(n'), 11(n''),... (n not equal to n', n'',...) for playback by

17   those other zone players. The other zone players 11(n'), 11(n''),... to which the zone player 11(n)

18   transmits the audio information for playback may be selected by a user using the user interface

19   module 13. In that operation, the zone player 11(n) will transmit the audio information to the

20   selected zone players 11(n'), 11(n''),... over the network 12. As will be described below in greater

21   detail, the zone players 11(n), 11(n'), 11(n''),... operate such that the zone players 11(n'), 11(n''),...

22   synchronize their playback of the audio program with the playback by the zone player 11(n), so that

23   the zone players 11(n), 11(n'), 11(n'') provide the same audio program at the same time.

24        Users, using user interface module 13, may also enable different groupings or sets of zone

25   players to provide audio playback of different audio programs synchronously. For example, a user,

26   using a user interface module 13, may enable zone players 11(1) and 11(2) to play one audio

27   program, audio information for which may be provided by, for example, one audio information

28   source 14(1)(1). The same or a different user may, using the same or a different user interface

-7-

11-0901

1    module 13, enable zone players 11(4) and 11(5) to contemporaneously play another audio program,

2    audio information for which may be provided by a second audio information source, such as audio

3    information source 14(5)(2). Further, a user may enable zone player 11(3) to contemporaneously

4    play yet another audio program, audio information for which may be provided by yet another audio

5    information source, such as audio information source 16(1). As yet another possibility, a user may

6    contemporaneously enable zone player 11(1) to provide audio information from an audio

7    information source connected thereto, such as audio information source 14(1)(2), to another zone

8    player, such as zone player 11(6) for playback.

9        In the following, the term "synchrony group" will be used to refer to a set of one or more

10   zone players that are to play the same audio program synchronously. Thus, in the above example,

11   zone players 11(1) and 11(2) comprise one synchrony group, zone player 11(3) comprises a second

12   synchrony group, zone players 11(4) and 11(5) comprise a third synchrony group, and zone player

13   11(6) comprises yet a fourth synchrony group. Thus, while zone players 11(1) and 11(2) are playing

14   the same audio program, they will play the audio program synchronously. Similarly, while zone

15   players 11(4) and 11(5) are playing the same audio program, they will play the audio program

16   synchronously. On the other hand, zone players that are playing different audio programs may do

17   so with unrelated timings. That is, for example, the timing with which zone players 11(1) and 11(2)

18   play their audio program may have no relationship to the timing with which zone player 11(3), zone

19   players 11(4) and 11(5), and zone player 11(6) play their audio programs. It will be appreciated that,

20   since "synchrony group" is used to refer to sets of zone players that are playing the same audio

21   program synchronously, zone player 11(1) will not be part of zone player 11(6)'s synchrony group,

22   even though zone player 11(1) is providing the audio information for the audio program to zone

23   player 11(6).

24       In the network audio system 10, the synchrony groups are not fixed. Users can enable them

25   to be established and modified dynamically. Continuing with the above example, a user may enable

26   the zone player 11(1) to begin providing playback of the audio program provided thereto by audio

27   information source 14(1)(1), and subsequently enable zone player 11(2) to join the synchrony group.

28   Similarly, a user may enable the zone player 11(5) to begin providing playback of the audio program

-8-

1    provided thereto by audio information source 14(5)(2), and subsequently enable zone player 11(4)

2    to join that synchrony group.  In addition, a user may enable a zone player to leave a synchrony

3    group and possibly join another synchrony group.  For example, a user may enable the zone player

4    11(2) to leave the synchrony group with zone player 11(1), and join the synchrony group with zone

5    player 11(6).  As another possibility, the user may enable the zone player 11(1) to leave the

6    synchrony group with zone player 11(2) and join the synchrony group with zone player 11(6).  In

7    connection with the last possibility, the zone player 11(1) can continue providing audio information

8    from the audio information source 14(1)(1) to the zone player 11(2) for playback thereby.

9         A user, using the user interface module 13, can enable a zone player 11(n) that is currently

10    not a member of a synchrony group to join a synchrony group, after which it will be enabled to play

11    the audio program that is currently being played by that synchrony group.  Similarly, a user, also

12    using the user interface module 13, can enable a zone player 11(n) that is currently a member of one

13    synchrony group, to disengage from that synchrony group and join another synchrony group, after

14    which that zone player will be playing the audio program associated with the other synchrony group.

15    For example, if a zone player 11(6) is currently not a member of any synchrony group, it, under

16    control of the user interface module 13, can become a member of a synchrony group, after which it

17    will play the audio program being played by the other members of the synchrony group, in

18    synchrony with the other members of the synchrony group.  In becoming a member of the synchrony

19    group, zone player 11(6) can notify the zone player that is the master device for the synchrony group

20    that it wishes to become a member of its synchrony group, after which that zone player will also

21    transmit audio information associated with the audio program, as well as timing information, to the

22    zone player 11(6).  As the zone player 11(6) receives the audio information and the timing

23    information from the master device, it will play the audio information with the timing indicated by

24    the timing information, which will enable the zone player 11(6) to play the audio program in

25    synchrony with the other zone player(s) in the synchrony group.

26         Similarly, if a user, using the user interface module 13, enables a zone player 11(n)

27    associated with a synchrony group to disengage from that synchrony group, and if the zone player

28    11(n) is not the master device of the synchrony group, the zone player 11(n) can notify the master

1    device, after which the master device can terminate transmission of the audio information and timing

2    information to the zone player 11(n). If the user also enables the zone player 11(n) to begin playing

3    another audio program using audio information from an audio information source 14(n)(s) connected

4    thereto, it will acquire the audio information from the audio information source 14(n)(s) and initiate

5    playback thereof. If the user enables another zone player 11(n') to join the synchrony group

6    associated with zone player 11(n), operations in connection therewith can proceed as described

7    immediately above.

8          As yet another possibility, if a user, using the user interface module 13, enables a zone player

9    11(n) associated with a synchrony group to disengage from that synchrony group and join another

10    synchrony group, and if the zone player is not the master device of the synchrony group from which

11    it is disengaging, the zone player 11(n) can notify the master device of the synchrony group from

12    which it is disengaging, after which that zone player will terminate transmission of audio

13    information and timing information to the zone player 11(n) that is disengaging.

14    Contemporaneously, the zone player 11(n) can notify the master device of the synchrony group that

15    it (that is, zone player 11(n)) is joining, after which the master device can begin transmission of

16    audio information and timing information to that zone player 11(n). The zone player 11(n) can

17    thereafter begin playback of the audio program defined by the audio information, in accordance with

18    the timing information so that the zone player 11(n) will play the audio program in synchrony with

19    the master device.

20          As yet another possibility, a user, using the user interface module 13, may enable a zone

21    player 11(n) that is not associated with a synchrony group, to begin playing an audio program using

22    audio information provided to it by an audio information source 14(n)(s) connected thereto. In that

23    case, the user, also using the user interface module 13 or a user interface device that is specific to

24    the audio information source 14(n)(s), can enable the audio information source 14(n)(s) to provide

25    audio information to the zone player 11(n). After the zone player 11(n) has begun playback, or

26    contemporaneously therewith, the user, using the user interface module 13, can enable other zone

27    players 11(n'), 11(n''),... to join zone player 11(n)'s synchrony group and enable that zone player

11-0901

1    11(n) to transmit audio information and timing information thereto as described above, to facilitate

2    synchronous playback of the audio program by the other zone players 11(n'), 11(n'')....

3         A user can use the user interface module 13 to control other aspects of the network audio

4    system 10, including but not limited to the selection of the audio information source 14(n)(s) that

5    a particular zone player 11(n) is to utilize, the volume of the audio playback, and so forth.   In

6    addition, a user may use the user interface module 13 to turn audio information source(s) 14(n)(s)

7    on and off and to enable them to provide audio information to the respective zone players 11(n).

8         Operations performed by the various devices associated with a synchrony group will be

9    described in connection with FIG. 2, which schematically depicts a functional block diagram of a

10   synchrony group in the network audio system 10 described above in connection with FIG. 1.  With

11   reference to FIG. 2, a synchrony group 20 includes a master device 21 and zero or more slave

12   devices 22(1) through 22 (G) (generally identified by reference numeral 22(g)), all of which

13   synchronously play an audio program provided by an audio information channel device 23.  Each

14   of the master device 21, slave devices 22(g) and audio information channel device 23 utilizes a zone

15   player 11(n) depicted in FIG. 1, although it will be clear from the description below that a zone

16   player may be utilized both for the audio information channel device for the synchrony group 20,

17   and the master device 21 or a slave device 22(g) of the synchrony group 20.  As will be described

18   below in more detail, the audio information channel device 23 obtains the audio information for the

19   audio program from an audio information source, adds playback timing information, and transmits

20   the combined audio and playback timing information to the master device 21 and slave devices 22(g)

21   over the network 12 for playback.  The playback timing information that is provided with the audio

22   information, together with clock timing information provided by the audio information channel

23   device 23 to the various devices 21 and 22(g) as will be described below, enables the master device

24   21 and slave devices 22(g) of the synchrony group 20 to play the audio information simultaneously.

25        The master device 21 and the slave devices 22(g) receive the audio and playback timing

26   information, as well as the clock timing information, that are provided by the audio information

27   channel device 23, and play back the audio program defined by the audio information.  The master

-11-

1    device 21 is also the member of the synchrony group 20 that communicates with the user interface

2    module 13 and that controls the operations of the slave devices 22(g) in the synchrony group 20.

3    In addition, the master device 21 controls the operations of the audio information channel device 23

4    that provides the audio and playback timing information for the synchrony group 20. Generally, the

5    initial master device 21 for the synchrony group will be the first zone player 11(n) that a user wishes

6    to play an audio program. However, as will be described below, the zone player 11(n) that operates

7    as the master device 21 can be migrated from one zone player 11(n) to another zone player 11(n'),

8    which preferably will be a zone player that is currently operating as a slave device 22(g) in the

9    synchrony group.

10    In addition, under certain circumstances, as will be described below, the zone player 11(n)

11    that operates as the audio information channel device 23 can be migrated from one zone player to

12    another zone player, which also will preferably will be a zone player that is currently operating as

13    a member of the synchrony group 20. It will be appreciated that the zone player that operates as the

14    master device 21 can be migrated to another zone player independently of the migration of the audio

15    information channel device 23. For example, if one zone player 11(n) is operating as both the master

16    device 21 and the audio information channel device 23 for a synchrony group 20, the master device

17    21 can be migrated to another zone player 11(n') while the zone player 11(n) is still operating as the

18    audio information channel device 23. Similarly, if one zone player 11(n) is operating as both the

19    master device 21 and the audio information channel device 23 for a synchrony group 20, the audio

20    information channel device 23 can be migrated to another zone player 11(n') while the zone player

21    11(n) is still operating as the master device 21. In addition, if one zone player 11(n) is operating as

22    both the master device 21 and the audio information channel device 23 for a synchrony group 20,

23    the master device 21 can be migrated to another zone player 11(n') and the audio information

24    channel device can be migrated to a third zone player 11(n'').

25    The master device 21 receives control information from the user interface module 13 for

26    controlling the synchrony group 20 and provides status information indicating the operational status

27    of the synchrony group to the user interface module 13. Generally, the control information from the

28    user interface module 13 enables the master device 21 to, in turn, enable the audio information

-12-

11-0901

1    channel device 23 to provide audio and playback timing information to the synchrony group to

2    enable the devices 21 and 22(g) that are members of the synchrony group 20 to play the audio

3    program synchronously.  In addition, the control information from the user interface module 13

4    enables the master device 21 to, in turn, enable other zone players to join the synchrony group as

5    slave devices 22(g) and to enable slave devices 22(g) to disengage from the synchrony group.

6    Control information from the user interface module 13 can also enable the zone player 11(n) that is

7    currently operating as the master device 21 to disengage from the synchrony group, but prior to

8    doing so that zone player will enable the master device 21 to transfer from that zone player 11(n) to

9    another zone player11(n'), preferably to a zone player 11(n') that is currently a slave device 22(g) in

10    the synchrony group 20.  The control information from the user interface module 13 can also enable

11    the master device 21 to adjust its playback volume and to enable individual ones of the various slave

12    devices 22(g) to adjust their playback volumes.  In addition, the control information from the user

13    interface module 13 can enable the synchrony group 20 to terminate playing of a current track of the

14    audio program and skip to the next track, and to re-order tracks in a play list of tracks defining the

15    audio program that is to be played by the synchrony group 20.

16        The status information that the master device 21 may provide to the user interface module

17    13 can include such information as a name or other identifier for the track of the audio work that is

18    currently being played, the names or other identifiers for upcoming tracks, the identifier of the zone

19    player 11(n) that is currently operating as the master device 21, and identifiers of the zone players

20    that are currently operating as slave devices 22(g).  In one embodiment, the user interface module

21    13 includes a display (not separately shown) that can display the status information to the user.

22        It will be appreciated that the zone player 11(n) that is operating as the audio information

23    channel device 23 for one synchrony group may also comprise the master device 21 or any of the

24    slave devices 22(g) in another synchrony group.  This may occur if, for example, the audio

25    information source that is to provide the audio information that is to be played by the one synchrony

26    group is connected to a zone player also being utilized as the master device or a slave device for the

27    other synchrony group.  This will be schematically illustrated below in connection with FIG. 2A.

28    Since, as noted above, the zone player 11(n) that is operating as the audio information channel

1    device 23 for the synchrony group 20 may also be operating as a master device 21 or slave device

2    22(g) for another synchrony group, it can also be connected to one or more audio reproduction

3    devices 15(n)(r), although that is not depicted in FIG. 2. Since the master device 21 and slave

4    devices 22(g) are all to provide playback of the audio program, they will be connected to respective

5    audio reproduction devices 15(n)(r). Furthermore, it will be appreciated that one or more of the

6    zone players 11(n) that operate as the master device 21 and slave devices 22(g) in synchrony group

7    20 may also operate as an audio information channel device for that synchrony group or for another

8    synchrony group and so they may be connected to one or more audio information sources 14(n)(s),

9    although that is also not depicted in FIG. 2. In addition, it will be appreciated that a zone player

10    11(n) can also operate as a audio information channel device 23 for multiple synchrony groups.

11        If the audio information channel device 23 does not utilize the same zone player as the master

12    device 21, the master device 21 controls the audio information channel device by exchanging control

13    information over the network 12 with the audio information channel device 23. The control

14    information is represented in FIG. 2 by the arrow labeled CHAN_DEV_CTRL_INFO. The control

15    information that the master device 21 provides to the audio information channel device 23 will

16    generally depend on the nature of the audio information source that is to provide the audio

17    information for the audio program that is to be played and the operation to be enabled by the control

18    information. If, for example, the audio information source is a conventional compact disc, tape, or

19    record player, broadcast radio receiver, or the like, which is connected to a zone player 11(n), the

20    master device 21 may merely enable the zone player serving as the audio information channel device

21    23 to receive the audio information for the program from the audio information source. It will be

22    appreciated that, if the audio information is not in digital form, the audio information channel device

23    23 will convert it to digital form and provide the digitized audio information, along with the

24    playback timing information, to the master device 21 and slave devices 22(g).

25        On the other hand, if the audio information source is, for example, a digital data storage

26    device, such as may be on a personal computer or similar device, the master device 21 can provide

27    a play list to the audio information channel device 23 that identifies one or more files containing the

28    audio information for the audio program. In that case, the audio information channel device 23 can

1    retrieve the files from the digital data storage device and provide them, along with the playback

2    timing information, to the master device 21 and the slave devices 22(g). It will be appreciated that,

3    in this case, the audio information source may be directly connected to the audio information channel

4    device 23, as, for example, an audio information source 14(n)(s), or it may comprise an audio

5    information source 16(m) connected to the network 12. As a further alternative, if the audio

6    information source is a source available over the wide area network, the master device 21 can

7    provide a play list comprising a list of web addresses identifying the files containing the audio

8    information for the audio program that is to be played, and in that connection the audio information

9    channel device 23 can initiate a retrieval of the files over the wide area network. As yet another

10   alternative, if the audio information source is a source of streaming audio received over the wide area

11   network, the master device 21 can provide a network address from which the streaming audio can

12   be received. Other arrangements by which the master device 21 can control the audio information

13   channel device 23 will be apparent to those skilled in the art.

14           The master device 21 can also provide control information to the synchrony group's audio

15   information channel device 23 to enable a migration from one zone player 11(n) to another zone

16   player 11(n'). This may occur if, for example, the audio information source is one of audio

17   information sources 16 or a source accessible over the wide area network via the network 12. The

18   master device 21 can enable migration of the audio information channel device 23 for several

19   reasons, including, for example, to reduce the loading of the zone player 11(n), to improve latency

20   of message transmission in the network 12, and other reasons as will be appreciated by those skilled

21   in the art.

22           As noted above, the audio information channel device 23 provides audio and playback timing

23   information for the synchrony group to enable the master device 21 and slave devices 22(g) to play

24   the audio program synchronously. Details of the audio and playback timing information will be

25   described in detail below in connection with FIGS. 3 and 4, but, in brief, the audio information

26   channel device 23 transmits the audio and playback timing information in messages over the network

27   12 using a multi-cast message transmission methodology. In that methodology, the audio

28   information channel device 23 will transmit the audio and playback timing information in a series

-15-

1    of messages, with each message being received by all of the zone players 11(n) comprising the

2    synchrony group 20, that is, by the master device 21 and the slave devices 22(g). Each of the

3    messages includes a multi-cast address, which the master device 21 and slave devices 22(g) will

4    monitor and, when they detect a message with that address, they will receive and use the contents

5    of the message. The audio and playback timing information is represented in FIG. 2 by the arrow

6    labeled "AUD+PBTIME_INF0," which has a single tail, representing a source for the information

7    at the audio information channel device 23, and multiple arrowheads representing the destinations

8    of the information, with one arrowhead extending to the master device 21 and other arrowheads

9    extending to each of the slave devices 22(g) in the synchrony group 20. The audio information

10   channel device 23 may make use of any convenient multi-cast message transmission methodology

11   in transmitting the audio and playback timing information to the synchrony group 20. As will be

12   described in detail in connection with FIG. 4, the audio and playback timing information is in the

13   form of a series of frames, with each frame having a time stamp. The time stamp indicates a time,

14   relative to the time indicated by a clock maintained by the audio information channel device 23, at

15   which the frame is to be played. Depending on the size or sizes of the messages used in the selected

16   multi-cast message transmission methodology and the size or sizes of the frames, a message may

17   contain one frame, or multiple frames, or, alternatively, a frame may extend across several messages.

18   The audio information channel device 23 also provides clock time information to the master

19   device 21 and each of the slave devices 22(g) individually over network 12 using a highly accurate

20   clock time information transmission methodology. The distribution of the clock time information

21   is represented in FIG. 2 by the arrows labeled "AICD_CLK_INF (M)" (in the case of the clock time

22   information provided to the master device 21) and "AICD_CLK_INF (S$_1$)" through

23   "AICD_CLK_INF (S$_G$)" (in the case of audio information channel device clock information provided

24   to the slave devices 22(g)). In one embodiment, the master device 21 and slave devices 22(g) make

25   use of the well-known SNTP (Simple Network Time Protocol) to obtain current clock time

26   information from the audio information channel device 23. The SNTP makes use of a unicast

27   message transfer methodology, in which one device, such as the audio information channel device

28   23, provides clock time information to a specific other device, such as the master device 21 or a

1    slave device 22(g), using the other device's network, or unicast, address. Each of the master device
2    21 and slave devices 22(g) will periodically initiate SNTP transactions with the audio information
3    channel device 23 to obtain the clock time information from the audio information channel device
4    23. As will be described below in more detail, the master device 21 and each slave device 22(g)
5    make use of the clock time information to determine the time differential between the time indicated
6    by the audio information channel device's clock and the time indicated by its respective clock, and
7    use that time differential value, along with the playback time information associated with the audio
8    information and the respective device's local time as indicated by its clock to determine when the
9    various frames are to be played. This enables the master device 21 and the slave devices 22(g) in
10   the synchrony group 20 to play the respective frames simultaneously.

11          As noted above, the control information provided by the user to the master device 21 through
12   the user interface module 13 can also enable the master device 21 to, in turn, enable another zone
13   player 11(n') to join the synchrony group as a new slave device 22(g). In that operation, the user
14   interface module 13 will provide control information, including the identification of the zone player
15   11(n') that is to join the synchrony group to the master device 21. After it receives the identification
16   of the zone player 11(n') that is to join the synchrony group, the master device 21 will exchange
17   control information, which is represented in FIG. 2 by the arrows labeled SLV_DEV_CTRL_INF
18   (S$_1$) through SLV_DEV_CTRL_INF (S$_G$) group slave control information, over the network 12 with
19   the zone player 11(n') that is identified in the control information from the user interface module 13.
20   The control information that the master device 21 provides to the new zone player 11(n') includes
21   the network address of the zone player 11(n) that is operating as the audio information channel
22   device 23 for the synchrony group, as well as the multi-cast address that the audio information
23   channel device 23 is using to broadcast the audio and playback timing information over the network.
24   The zone player that is to operate as the new slave device 22(g') uses the multi-cast address to begin
25   receiving the multi-cast messages that contain the audio information for the audio program being
26   played by the synchrony group.

27          It will be appreciated that, if the zone player 11(n) that is operating as the master device 21
28   for the synchrony group 20 is also operating the audio information channel device 23, and if there

1    are no slave devices 22(g) in the synchrony group 20, the audio information channel device 23 may

2    not be transmitting audio and playback timing information over the network. In that case, if the new

3    slave device 22(g') is the first slave device in the synchrony group, the zone player 11(n) that is

4    operating as both the master device 21 and audio information channel device 23, can begin

5    transmitting the audio and playback timing information over the network 12 when the slave device

6    22(g') is added to the synchrony group 20. The zone player 11(n) can maintain a count of the

7    number of slave devices 22(g) in the synchrony group 20 as they join and disengage, and, if the

8    number drops to zero, it can stop transmitting the audio and playback timing information over the

9    network 12 to reduce the message traffic over the network 12.

10    The new slave device 22(g') added to the synchrony group 20 uses the network address of

11    the audio information channel device 23 for several purposes. In particular, the new slave device

12    22(g') will, like the master device 21 (assuming the zone player 11(n) operating as the master device

13    21 is not also the audio information channel device 23), engage in SNTP transactions with the audio

14    information channel device 23 to obtain the clock timing information from the audio information

15    channel device 23. In addition, the new slave device 22(g') can notify the audio information channel

16    device 23 that it is a new slave device 22(g') for the synchrony group 20 and provide the audio

17    information channel device 23 with its network address. As will be described below, in one

18    embodiment, particularly in connection with audio information obtained from a source, such as a

19    digital data storage device, which can provide audio information at a rate that is faster than the rate

20    at which it will be played, the audio information channel device 23 will buffer audio and timing

21    information and broadcast it over the network 12 to the synchrony group 20 generally at a rate at

22    which it is provided by the source. Accordingly, when a new slave device 22(g') joins the synchrony

23    group 20, the playback timing information may indicate that the audio information that is currently

24    being broadcast by the audio information channel device 23 using the multi-cast methodology is to

25    be played back some time in the future. To reduce the delay with which the new slave device 22(g')

26    will begin playback, the audio information channel device 23 can also retransmit previously

27    transmitted audio and timing information that it had buffered to the new slave device 22(g') using

28    the unicast network address of the slave device 22(g').

-18-

11-0901

1        The master device 21 can also use the slave device control information exchanged with the
2    slave devices 22(g) for other purposes.  For example, the master device 21 can use the slave device
3    control information to initiate a migration of the master from its zone player 11(n) to another zone
4    player 11(n').  This may occur for any of a number of reasons, including, for example, that the master
5    device 21 is terminating playback by it of the audio program and is leaving the synchrony group 20,
6    but one or more of the other devices in the synchrony group is to continue playing the audio
7    program.  The master device 21 may also want to initiate a migration if it is overloaded, which can
8    occur if, for example, the zone player 11(n) that is the master device 21 for its synchrony group is
9    also operating as an audio information channel device 23 for another synchrony group.

10        The user can also use the user interface module 13 to adjust playback volume by the
11    individual zone players 11(n) comprising the synchrony group.  In that operation, the user interface
12    module 13 provides information identifying the particular device whose volume is to be adjusted,
13    and the level at which the volume is to be set to the master device 21.  If the device whose volume
14    is to be adjusted is the master device 21, the master device 21 can adjust its volume according to the
15    information that it receives from the user interface module 13.  On the other hand, if the device
16    whose volume is to be adjusted is a slave device 22(g), the master device 21 can provide group slave
17    control information to the respective slave device 22(g), to enable it to adjust its volume.

18        The user can also use the user interface module 13 to enable a synchrony group 20 to cancel
19    playing of the track in an audio program that is currently being played, and to proceed immediately
20    to the next track.  This may occur, for example, if the tracks for the program is in the form of a series
21    of digital audio information files, and the user wishes to cancel playback of the track that is defined
22    by one of the files.  In that case, when the master device 21 receives the command to cancel playback
23    of the current track, it will provide channel device control information to the audio information
24    channel device 23 so indicating.  In response, the audio information channel device 23 inserts control
25    information into the audio and playback timing information, which will be referred to as a
26    "resynchronize" command.  In addition, the audio information channel device 23 will begin
27    transmitting audio information for the next track, with timing information to enable it to be played

-19-

11-0901

1    immediately.  The resynchronize command can also enable playback of a track to be cancelled

2    before it has been played.  Details of these operations will be described below.

3    As noted above, there may be multiple synchrony groups in the network audio system 10,

4    and further that, for example, a zone player 11(n) may operate both as a master device 21 or a slave

5    device 22(g) in one synchrony group, and as the audio information channel device 23 providing

6    audio and playback timing information and clock timing information for another synchrony group.

7    An illustrative arrangement of this will be described in connection with FIG. 2A.  With reference

8    to FIG. 2A, that FIG. depicts elements of two synchrony groups, identified by reference numerals

9    20(1) and 20(2), respectively.  For clarity, FIG. 2A does not show a number of elements, the

10   presence of which would be evident from FIGS. 1 and 2 as described above.  For example, FIG. 2A

11   does not depict the audio information sources from which audio information is obtained for the

12   synchrony groups or the audio  reproduction devices that are used to produce sound for the master

13   and slave devices, which are depicted in both FIGS. 1 and 2.  In addition, FIG. 2A does not depict

14   arrows that represent control information provided by the respective master devices to the slave

15   devices in the respective synchrony groups, or to the audio information channel devices that provide

16   audio and timing information for the respective synchrony groups, which are depicted in FIG. 2.  In

17   addition, FIG. 2A does not depict the arrows that represent the clock timing information provided

18   by the audio information channel devices to the respective members of the respective synchrony

19   groups, which are also depicted in FIG. 2.  As will be noted below, however, FIG. 2A does depict

20   arrows representing the audio and playback timing information provided by the respective audio

21   information channel devices for the respective synchrony groups 20(1), 20(2), to the master and

22   slave devices comprising the respective synchrony groups 20(1), 20(2).

23   Each synchrony group 20(1), 20(2) comprises elements of a number of zone players.  A

24   functional block diagram of a zone player will be described below in connection with FIG. 3.

25   Synchrony group 20(1) includes a master device 21(1) and "K" slave devices 22(1)(1) through

26   22(K)(1) (the index "1" in reference numeral 21(1) and the last index in reference numeral 22(1)(1)

27   through 21(K)(1) corresponds to the index of the synchrony group 20(1) to which they belong)

28   utilize zone players 11(1) and 11(K+1) respectively.  Similarly,  synchrony group 20(2) includes a

-20-

11-0901

1    master device 21(2) and "L" slave devices 22(1)(2) through 22(L)(2) that utilize zone players
2    11(K+2) through 11(K+L+2).  In the illustrative arrangement depicted in FIG. 2A, both synchrony
3    groups 20(1) and 20(2) are controlled by the user interface module 13, which can provide control
4    information to, and receive status information from, the master devices 21(1) and 21(2)
5    independently.  It will be appreciated that separate user interface modules may be provided to
6    provide control information to, and receive status information from, the respective master devices
7    21(1), 21(2).

8        As noted above, the slave device 22(1)(2) in synchrony group 20(2) utilizes zone player
9    11(K+3).  In the illustrative arrangement depicted in FIG. 2A, the audio information channel device
10   23(1) that provides audio and playback timing information to the master and slave devices 21(1),
11   22(1)(1),..., 22(K)(1) of synchrony group 20(1) also utilizes zone player 11(K+3).  As noted above,
12   this may occur if, for example, the audio information source that is to provide audio information to
13   be played by the synchrony group 20(1) is connected to the zone player 11(K+3).  Thus, when the
14   master device 21(1) of synchrony group 20(1) exchanges channel device control information with
15   the audio information channel device 23(1), it is effectively exchanging channel device control
16   information with the zone player 11(K+3).  Similarly, when the master and slave devices 21(1),
17   22(1)(1),..., 22(K)(1) of synchrony group 20(1) receive audio and playback timing information, as
18   well as clock timing information, from the audio information channel device 23(1), they are
19   effectively receiving the information from the zone player 11(K+3). FIG. 2A depicts a multi-headed
20   arrow representing audio and playback timing information transmitted by the zone player 11(K+3),
21   as audio information channel device 23(1), to the master and slave devices 21(1),
22   22(1)(1),...,11(K)(1) comprising synchrony group 20(1).

23       On the other hand, in the illustrative arrangement depicted in FIG. 2A, the synchrony group
24   20(2) utilizes a zone player 11(K+L+3) as its audio information channel device 23(2).  As with
25   synchrony group 20(1), when the master device 21(2) of synchrony group 20(2) exchanges channel
26   device control information with the audio information channel device 23(2), it is effectively
27   exchanging channel device control information with the zone player 11(K+L+3).  Similarly, when
28   the master and slave devices 21(2), 22(1)(2),..., 22(L)(2) of synchrony group 20(2) receive audio and

-21-

1    playback timing information, as well as clock timing information, from the audio information
2    channel device 23(2), they are effectively receiving the information from the zone player
3    11(K+L+3). FIG. 2A depicts a multi-headed arrow representing audio and playback timing
4    information transmitted by the zone player 11(K+3) as audio information channel device 23(2) to
5    the master and slave devices 21(2), 22(1)(2),...,22(L)(2) comprising synchrony group 20(2).

6    In the illustrative arrangement depicted in FIG. 2A, zone player 11(K+L+3), which is the
7    audio information channel device 23(2) for synchrony group 20(2), is not shown as being either a
8    master or a slave device in another synchrony group. However, it will be appreciated that zone
9    player 11(K+L+3) could also be utilized as the master device or a slave device for another synchrony
10   group. Indeed, it will be appreciated that the zone player that is utilized as the audio information
11   channel device for synchrony group 20(2) may also be a zone player that is utilized as the master
12   device 21(1) or a slave device 22(1)(1),..., 22(K)(1) in the synchrony group 20(1).

13   A zone player 11(n) that is utilized as a member of one synchrony group may also be utilized
14   as the audio information channel device for another synchrony group if the audio information source
15   that is to supply the audio information that is to be played by the other synchrony group is connected
16   to that zone player 11(n). A zone player 11(n) may also be utilized as the audio information channel
17   device for the other synchrony group if, for example, the audio information source is an audio
18   information source 16(m) (FIG. 1) that is connected to the network 12 or an audio information
19   source that is available over a wide area network such as the Internet. The latter may occur if, for
20   example, the zone player 11(n) has sufficient processing power to operate as the audio information
21   channel device and it is in an optimal location in the network 12, relative to the zone players
22   comprising the other synchrony group (that is the synchrony group for which it is operating as audio
23   information channel device) for providing the audio and playback timing information to the
24   members of the other synchrony group. Other circumstances under which the zone player 11(n) that
25   is utilized as a member of one synchrony group may also be utilized as the audio information
26   channel device for another synchrony group will be apparent to those skilled in the art.

1      As was noted above, the master device 21 for a synchrony group 20 may be migrated from

2      one zone player 11(n) to another zone player 11(n').   As was further noted above, the audio

3      information channel device 23 for a synchrony group 20 may be migrated from one zone player

4      11(n) to another zone player 11(n').   It will be appreciated that the latter may occur if, for example,

5      the audio information source that provides the audio program for the synchrony group is not

6      connected to the zone player 11(n) that is operating as the audio information channel device 23, but

7      instead is one of the audio information sources 16(m) connected to the network 12 or a source

8      available over a wide area network such as the Internet.  Operations performed during a migration

9      of an audio information channel device 23 from one zone player 11(n) to another zone player 11(n')

10      will generally depend on the nature of the audio information that is being channeled by the audio

11      information channel device 23.  For example, if the audio information source provides streaming

12      audio, the zone player 11(n) that is currently operating as the audio information channel device 23

13      for the synchrony group 20, can provide the following information to the other zone player 11(n')

14      that is to become the audio information channel device 23 for the synchrony group 20:

15           (a) the identification of the source of the streaming audio information,

16           (b) the time stamp associated with the frame that the zone player 11(n) is currently forming,

17      and

18           (c) the identifications of the zone players that are operating as the master device 21 and slave

19      devices 22(g) comprising the synchrony group 20.

20      After the zone player 11(n') receives the information from the zone player 11(n), it will begin

21      receiving the streaming audio from the streaming audio information source identified by the zone

22      player 11(n), assemble the streaming audio information into frames, associate each frame with a time

23      stamp, and transmit the resulting audio and playback timing information over the network 12.  The

24      zone player 11(n') will perform these operations in the same manner as described above, except that,

25      instead of using the time indicated by its digital to analog converter clock 34 directly in generating

26      the time stamps for the frames, the initial time stamp will be related to the value of the time stamp

27      that is provided by the zone player 11(n) (reference item (b) above), with the rate at which the time

-23-

1    stamps are incremented corresponding to the rate at which its (that is, the zone player 11(n')'s) clock

2    increments.  In addition, the zone player 11(n') will notify the zone players that are operating as the

3    master device 21 and slave devices 22(g) of the synchrony group 20 that it is the new audio

4    information channel device 23 for the synchrony group 20, and provide the multi-cast address that

5    it will be using to multi-cast the audio and playback timing information, as well as its unicast

6    network address.  After the members of the synchrony group 20 receive the notification from the

7    zone player 11(n') indicating that it is the new audio information channel device 23 for the synchrony

8    group 20, they will receive the audio and playback timing information from the zone player 11(n')

9    instead of the zone player 11(n), using the multi-cast address provided by the zone player 11(n').

10   In addition, they can utilize the zone player 11(n')'s unicast network address to obtain current time

11   information therefrom.  It will be appreciated that the zone player 11(n') will determine its current

12   time in relation to the time stamp that is provided by the zone player 11(n) (reference item (b) above)

13   or the current time information that it received from the zone player 11(n) using the SNTP protocol

14   as described above.

15          Generally similar operations can be performed in connection with migrating the audio

16   information channel device from one zone player 11(n) to another zone player 11(n') if the audio

17   information is from one or more audio information files, such as may be the case if the audio

18   information comprises MP3 or WAV files that are available from sources such as sources 16(m)

19   connected to the network 12 or over from sources available over a wide area network such as the

20   Internet, except for differences to accommodate the fact that the audio information is in files.  In that

21   case, the zone player 11(n) that is currently operating as the audio information channel device 23 for

22   the synchrony group 20 can provide the following information to the zone player 11(n') that is to

23   become the audio information channel device 23 for the synchrony group 20:

24          (d) a list of the audio information files containing the audio information that is to be played;

25          (e) the identification of the file for which the zone player 11(n) is currently providing audio

26   and playback timing information, along with the offset into the file for which the current item of

1   audio and playback timing information is being generated and the time stamp that the zone player

2   11(n) is associating with that frame, and

3        (f) the identifications of the zone players that comprise the master device 21 and slave

4   devices 22(g) comprising the synchrony group 20.

5   After the zone player 11(n') receives the information from the zone player 11(n), it will begin

6   retrieving audio information from the file identified in item (e), starting at the identified offset.  In

7   addition, the zone player 11(n') can assemble the retrieved audio information into frames, associate

8   each frame with a time stamp and transmit the resulting audio and playback timing information over

9   the network 12.  The zone player 11(n') will perform these operations in the same manner as

10  described above, except that, instead of using the time indicated by its digital to analog converter

11  clock 34 directly in generating the time stamps for the frames, the value of the initial time stamp will

12  be related to the time stamp that is provided by the zone player 11(n) (reference item (e) above), with

13  the rate at which the time stamps are incremented corresponding to the rate at which its (that is, the

14  zone player 11(n')'s) clock increments.  In addition, the zone player 11(n') will notify the zone

15  players that are operating as the master device 21 and slave devices 22(g) of the synchrony group

16  20 that it is the new audio information channel device 23 for the synchrony group 20, and provide

17  the multi-cast address that it will be using to multi-cast the audio and playback timing information,

18  as well as its unicast network address.  After the members of the synchrony group 20 receive the

19  notification from the zone player 11(n') indicating that it is the new audio information channel device

20  23 for the synchrony group 20, they will receive the audio and playback timing information from

21  the zone player 11(n') instead of the zone player 11(n), using the multi-cast address provided by the

22  zone player 11(n').  In addition, they can utilize the zone player 11(n')'s unicast network address to

23  obtain current time information therefrom.  It will be appreciated that the zone player 11(n') will

24  determine its current time in relation to the time stamp that is provided by the zone player 11(n)

25  (reference item (b) above) or the current time information that it received from the zone player 11(n)

26  using the SNTP protocol as described above.  The zone player 11(n') will process successive audio

27  information files in the list that it receives from the zone player 11(n) (reference item (d)).

-25-

11-0901

1    Operations performed by the zone players 11(n) and 11(n') in connection with migration of

2    the audio information channel device 23 for other types of audio information will be apparent to

3    those skilled in the art. In any case, preferably, the zone player 11(n) will continue operating as an

4    audio information channel device 23 for the synchrony group 20 for at least a brief time after it

5    notifies the zone player 11(n') that it is to become audio information channel device for the

6    synchrony group, so that the zone player 11(n') will have time to notify the zone players in the

7    synchrony group 20 that it is the new audio information channel device 23 for the synchrony group.

8    Before proceeding further in describing operations performed by the network audio system

9    10, it would be helpful to provide a detailed description of a zone player 11(n) constructed in

10    accordance with the invention. FIG. 3 depicts a functional block diagram of a zone player 11(n)

11    constructed in accordance with the invention. All of the zone players in the network audio system

12    10 may have similar construction. With reference to FIG. 3, the zone player 11(n) includes an audio

13    information source interface 30, an audio information buffer 31, a playback scheduler 32, a digital

14    to analog converter 33, an audio amplifier 35, an audio reproduction device interface 36, a network

15    communications manager 40, and a network interface 41, all of which operate under the control of

16    a control module 42. The zone player 11(n) also has a device clock 43 that provides timing signals

17    that control the general operations of the zone player 11(n). In addition, the zone player 11(n)

18    includes a user interface module interface 44 that can receive control signals from the user interface

19    module 13 (FIGS. 1 and 2) for controlling operations of the zone player 11(n), and provide status

20    information to the user interface module 13.

21    Generally, the audio information buffer 31 buffers audio information, in digital form, along

22    with playback timing information. If the zone player 11(n) is operating as the audio information

23    channel device 23 (FIG. 2) for a synchrony group 20, the information that is buffered in the audio

24    information buffer 31 will include the audio and playback timing information that will be provided

25    to the devices 21 and 22(g) in the synchrony group 20. If the zone player 11(n) is operating as the

26    master device 21 or a slave device 22(g) for a synchrony group, the information that is buffered in

27    the audio information buffer 31 will include the audio and playback timing information that the zone

28    player 11(n) is to play.

-26-

11-0901

1       The audio information buffer 31 can receive audio and playback timing information from two
2   sources, namely, the audio information source interface 30 and the network communications
3   manager 40. In particular, if the zone player 11(n) is operating as the audio information channel
4   device 23 for a synchrony group 20, and if the audio information source is a source 14(n)(s)
5   connected to the zone player 11(n), the audio information buffer 31 will receive and buffer audio and
6   playback timing information from the audio information source interface 30. On the other hand, if
7   the zone player 11(n) is operating as the audio information channel device 23 for a synchrony group
8   20, and if the audio information source is a source 16(m) connected to the network 12, or a source
9   available over the wide area network, the audio information buffer 31 will receive and buffer audio
10  and playback timing information from the network communications manager 40. It will be
11  appreciated that, if the zone player 11(n) is not a member of the synchrony group, the zone player
12  11(n) will not play this buffered audio and playback timing information.

13      On yet another hand, if the zone player 11(n) is operating as the master device 21 or a slave
14  device 22(g) in a synchrony group, and if the zone player 11(n) is not also the audio information
15  channel device 23 providing audio and playback timing information for the synchrony group 20, the
16  audio information buffer 31 will receive and buffer audio and playback timing information from the
17  network communications manager 40.

18      The audio information source interface 30 connects to the audio information source(s)
19  14(n)(s) associated with the zone player 11(n). While the zone player 11(n) is operating as audio
20  information channel device 23 for a synchrony group 20, and if the audio information is to be
21  provided by a source 14(n)(s) connected to the zone player 11(n), the audio information source
22  interface 30 will selectively receive audio information from one of the audio information source(s)
23  14(n)(s) to which the zone player is connected and store the audio information in the audio
24  information buffer 21. If the audio information from the selected audio information source 14(n)(s)
25  is in analog form, the audio information source interface 30 will convert it to digital form. The
26  selection of the audio information source 14(n)(s) from which the audio information source interface
27  30 receives audio information is under control of the control module 42, which, in turn, receives
28  control information from the user interface module through the user interface module interface 44.

-27-

1    The audio information source interface 30 adds playback timing information to the digital audio

2    information and buffers the combined audio and playback timing information in the audio

3    information buffer 21.

4        More specifically, as noted above, the audio information source interface 30 receives audio

5    information from an audio information source 14(n)(s), converts it to digital form if necessary, and

6    buffers it along with playback timing information in the audio information buffer 21. In addition,

7    the audio information source interface 30 will also provide formatting and scheduling information

8    for the digital audio information, whether as received from the selected audio information source

9    14(n)(s) or as converted from an analog audio information source. As will be made clear below, the

10   formatting and scheduling information will control not only playback by the zone player 11(n) itself,

11   but will also enable other zone players 11(n'), 11(n''),... that may be in a synchrony group for which

12   the zone player 11(n) is the master device, to play the audio program associated with the audio

13   information in synchrony with the zone player 11(n).

14       In one particular embodiment, the audio information source interface 30 divides the audio

15   information associated with an audio work into a series of frames, with each frame comprising

16   digital audio information for a predetermined period of time. As used herein, an audio track may

17   comprise any unit of audio information that is to be played without interruption. On the other hand,

18   an audio program may comprise a series of one or more audio tracks that are to be played in

19   succession. It will be appreciated that the tracks comprising the audio program may also be played

20   without interruption, or alternatively playback between tracks may be interrupted by a selected time

21   interval. FIG. 4 schematically depicts an illustrative framing strategy used in connection with one

22   embodiment of the invention for a digital audio stream comprising an audio work. More

23   specifically, FIG. 4 depicts a framed digital audio stream 50 comprising a sequence of frames 51(1)

24   through 51(F) (generally identified by reference numeral 51(f)). Each frame 51(f), in turn, comprises

25   a series of audio samples 52(f)(1) through 52(f)(S) (generally identified by reference numeral

26   52(f)(s)) of the audio track. Preferably all of the frames will have the same number "S" of audio

27   samples, although it will be appreciated from the following that that is primarily for convenience.

28   On the other hand, it will be appreciated that, the number of audio samples may differ from "S"; this

11-0901

1    may particularly be the case if the frame 51(f) contains the last audio samples for the digital audio

2    stream for a particular audio work.  In that case, the last frame 51(F) will preferably contain samples

3    52(F)(1) through 52(F)(x), where "x" is less than "S."  Generally, it is desirable that the number of

4    samples be consistent among all frames 51(f), and in that case padding, which will not be played,

5    can be added to the last frame 51(F).

6        Associated with each frame 51(f) is a header 55(f) that includes a number of fields for storing

7    other information that is useful in controlling playback of the audio samples in the respective frame

8    51(f).  In particular, the header 55(f) associated with a frame 51(f) includes a frame sequence number

9    field 56, an encoding type field 57, a sampling rate information field 58, a time stamp field 60, an

10   end of track flag 61, and a length flag field 62.  The header 55(f) may also include fields (not shown)

11   for storing other information that is useful in controlling playback.  Generally, the frame sequence

12   number field 56 receives a sequence number "f" that identifies the relative position of the frame 51(f)

13   in the sequence of frames 51(1)..51(f)...51(F) containing the digital audio stream 50.  The encoding

14   type field 57 receives a value that identifies the type of encoding and/or compression that has been

15   used in generating the digital audio stream.  Conventional encoding or compression schemes include,

16   for example, the well-known MP3 and WAV encoding and/or compression schemes, although it will

17   be appreciated that other schemes may be provided for as well.  The sampling rate information field

18   58 receives sampling rate information that indicates the sampling rate for the audio samples 52(f)(s).

19   As will be apparent to those skilled in the art, the sampling rate determines the rate at which the zone

20   player 11(n) is to play the audio samples 52(f)(s) in the frame, and, as will be described below,

21   determines the period of the digital to analog converter clock 34.

22       The condition of the end of work flag 61 indicates whether the frame  51(f) contains the last

23   digital audio samples for the audio track associated with the framed digital audio work 50.  If the

24   frame  51(f) does not contain the audio samples that are associated with the end of the digital audio

25   stream 50 for a respective audio work, the end of work flag will be clear.  On the other hand, if the

26   frame  51(f) does contain the audio samples that are associated with the end of the digital audio

27   stream 50 for a respective audio work, the end of work flag 61 will be set.  In addition, since the

28   number of valid audio samples 52(F)(s) in the frame  51(F), that is, the samples that are not padding,

-29-

1    may be less than "S," the default number of audio samples in a frame 51(f), the length flag field 62

2    will contain a value that identifies the number of audio samples in 52(F)(s) in the last frame 51(F)

3    of the audio work 50. If, as noted above, the frames have a consistent number "S" of samples, the

4    samples 52(F)(x+1) through 52(F)(S) will contain padding, which will not be played.

5          The time stamp field 60 stores a time stamp that identifies the time at which the zone player

6    11(n) is to play the respective frame. More specifically, for each frame of a framed digital audio

7    stream 50 that is buffered in the audio information buffer 21, the audio information source interface

8    30, using timing information from the digital to analog converter clock 34, will determine a time at

9    which the zone player 11(n) is to play the respective frame, and stores a time stamp identifying the

10    playback time in the time stamp field 60. The time stamp associated with each frame will later be

11    used by the playback scheduler 32 to determine when the portion of the digital audio stream stored

12    in the frame is to be coupled to the digital to analog converter 33 to initiate play back. It will be

13    appreciated that the time stamps that are associated with frames in sequential frames 51(1),

14    51(2),...,51(F), will be such that they will be played back in order, and without an interruption

15    between the sequential frames comprising the digital audio stream 50. It will further be appreciated

16    that, after a time stamp has been determined for the first frame, stored in frame 51(1), of a digital

17    audio stream 50, the audio information source interface 30 can determine time stamps for the

18    subsequent frame 51(2), 51(3),....,51(F) in relation to the number of samples "S" in the respective

19    frames and the sample rate. The time stamps will also preferably be such that frames will be played

20    back after some slight time delay after they have been buffered in the audio information buffer 21;

21    the purpose for the time delay will be made clear below.

22          Returning to FIG. 3, in addition to dividing the digital audio information into frames, the

23    audio information source interface 30 also aggregates and/or divides the frames 51(f) as necessary

24    into packets, each of which will be of a length that would fit into a message for transmission over

25    the network, and associates each packet with a packet sequence number. For example, if a packet

26    will accommodate multiple frames 51(f), 51(f+1),... 51(f+y-1), it will aggregate them into a packet

27    and associate them with a packet number, for example p(x). If the entire frames 51(f) and 51(f+y-1)

28    was accommodated in packet p(x), where "x" is the sequence number, which will occur if the size

11-0901

1    of a packet is an exact multiple of the frame size, the next packet, p(x+1) will begin with frame

2    51(f+y) and will include frames 51(f+y),..., 51(f+2y-1). Subsequent packets p(x+2),.... will be

3    formed in a similar manner. On the other hand, if the packet length will not accommodate an exact

4    multiple of the frame size, the last frame in the packet will be continued at the beginning of the next

5    packet.

6          If the audio information source interface 30 is aware of track boundaries, which may be the

7    case if the tracks are divided into files, the packets will reflect the track boundaries, that is, the

8    packets will not contain frames from two tracks. Thus, if the last frames associated with a track are

9    insufficient to fill a packet, the packet will contain padding from the last frame associated with the

10    track to the end of the packet, and the next packet will begin with the first frames associated with

11    the next track.

12          In one embodiment, the audio information source interface 30 stores the packets in the audio

13    information buffer 31 in a ring buffer. As is conventional, a ring buffer includes a series of storage

14    locations in the buffer. Each entry will be sufficient to store one packet. Four pointers are used in

15    connection with the ring buffer, a first pointer pointing to the beginning of the ring buffer, a second

16    pointer pointing to the end of the ring buffer, an third "write" pointer pointing to the entry into which

17    a packet will be written and a fourth "read" pointer pointing to the entry from which packet will be

18    read for use in playback. When a packet is read from the ring buffer for playback, it will be read

19    from the entry pointed to by the read pointer. After the packet has been read, the read pointer will

20    be advanced. If the read pointer points beyond the end of the ring buffer, as indicated by the end

21    pointer, it will be reset to point to the entry pointed to by the beginning pointer, and the operations

22    can be repeated.

23          On the other hand, when the audio information source interface 30 stores a packet in the ring

24    buffer, first determine whether the entry pointed to by the write pointer points to the same entry as

25    the entry pointed to by the read pointer. If the write pointer points to the same entry as the entry

26    pointed to by the read pointer, the entry contains at least a portion of a packet that has not yet been

27    read for playback, and the audio information source interface 30 will delay storage of the packet until

-31-

11-0901

1    the entire packet has been read and the read pointer advanced.  After the read pointer has been

2    advanced, the audio information source interface 30 can store the packet in the entry pointed to by

3    the write pointer.  After the packet has been stored, the audio information source interface 30 will

4    advance the write pointer.  If the write pointer points beyond the end of the ring buffer, as indicated

5    by the end pointer, it will be reset to point to the entry pointed to by the beginning pointer, and the

6    operations can be repeated.

7          As noted above, the zone player 11(n) can operate both as an audio information channel

8    device 23 and a member of the synchrony group 20 of which it is a member.  In that case, the audio

9    information buffer 31 can contain one ring buffer.  On the other hand, the zone player 11(n) can

10    operate as an audio information channel device 23 for one synchrony group 20(1) (FIG. 2A) and a

11    member of another synchrony group 20(2).  In that case, the audio information buffer 31 would

12    maintain two ring buffers, one for the audio and timing information associated with synchrony group

13    20(1), and the other for the audio and timing information associated with synchrony group 20(2).

14    It will be appreciated that, in the latter case, the zone player 11(n) will only use the audio and timing

15    information that is associated with synchrony group 20(2) for playback.

16          The playback scheduler 32 schedules playback of the audio information that is buffered in

17    the audio information buffer 31 that is to be played by the zone player 11(n).  Accordingly, under

18    control of the playback scheduler 32, the digital audio information that is buffered in the audio

19    information buffer 21 that is to be played by the zone player 11(n) is transferred to the digital to

20    analog converter 33 for playback. As noted above, if the zone player 11(n) is operating as an audio

21    information channel device 23 for a synchrony group 20 for which it is not a member, the playback

22    scheduler 32 will not schedule the digital audio information that is to be played by that synchrony

23    group 20 for playback.  The playback scheduler 32 only schedules the digital audio information, if

24    any, that is buffered in the audio information buffer 31 that is associated with a synchrony group for

25    which the zone player 11(n) is a member, whether as master device 21 or a slave device 22(g).

26          Essentially, the playback scheduler 32 makes use of the read pointer associated with the

27    circular buffer that contains the audio and playback timing information that is to be played by the

-32-

1    zone player 11(n). The playback scheduler 32 retrieves the packet information from the entry of the

2    ring buffer pointed to by the read pointer, and then advances the ring pointer as described above. The

3    playback scheduler 32 determines the boundaries of the frames in the packet and uses the time

4    stamps in the time stamp fields 60 associated with the respective frame 51(f), along with timing

5    information provided by the zone player 11(n)'s digital to analog converter clock 34, to determine

6    when the respective frame is to be transferred to the digital to analog converter 33. Generally, when

7    the time stamp associated with a buffered digital audio information frame corresponds to the current

8    time as indicated by the digital to analog converter clock 34, the playback scheduler 32 will enable

9    the respective frame to be transferred to the digital to analog converter 33.

10    The digital to analog converter 33, also under control of the digital to analog converter clock

11    34, converts the buffered digital audio information to analog form, and provides the analog audio

12    information to the audio amplifier 35 for amplification. The amplified analog information, in turn,

13    is provided to the audio reproduction devices 15(n)(r) through the audio reproduction device

14    interface 36. The audio reproduction devices 15(n)(r) transform the analog audio information signal

15    to sound thereby to provide the audio program to a listener. The amount by which the audio

16    amplifier 35 amplifies the analog signal is controlled by the control module 42, in response to

17    volume control information provided by the user through the user interface module 13.

18    The network communications manager 40 controls network communications over the

19    network 12, and the network interface 41 transmits and receives message packets over the network

20    12. The network communications manager 40 generates and receives messages to facilitate the

21    transfer of the various types of information described above in connection with FIG. 2, including the

22    channel device control information, slave device control information, audio and playback timing

23    information and the audio information channel device's clock timing information. In connection

24    with the channel device control information and the slave device control information, the network

25    communications manager 40 will generate messages for transfer over the network 12 in response to

26    control information from the control module 42. Similarly, when the network communications

27    manager 40 receives messages containing channel device control information and slave device

-33-

11-0901

1    control information, the network communications manager will provide the information to the

2    control module 42 for processing.

3        With regards to the audio information channel device's clock timing information, as noted

4    above, the master device 21 and slave devices 22(g) of the synchrony group 20 obtain the clock

5    timing information from the audio information channel device 23 using the well-known SNTP. If

6    the zone player 11(n) is operating as the audio information channel device 23 for a synchrony group,

7    during the SNTP operation, it will provide its current time, particularly a current time as indicated

8    by its digital to analog converter clock 34.  On the other hand, if the zone player 11(n) is operating

9    as the master device 21 or slave device 22(g) of a synchrony group 20, it will receive the clock

10   timing information from the audio information channel device 23.  After the respective device 21,

11   22(g) has obtained the audio information channel device's clock timing information, it will generate

12   a differential time value $\Delta T$ representing the difference between the time T indicated by its digital

13   to analog converter clock 34 and the current time information from the audio information channel

14   device 23.   The differential time value will be used to update the time stamps for the frames of the

15   digital audio stream 50 (FIG. 4) that are received from the audio information channel device.

16       With regards to the audio and playback timing information, operations performed by the

17   network communications manager 40 will depend on whether

18       (i) the audio and playback timing information has been buffered in the audio information

19   buffer 31 for transmission, as audio information channel device 23, over the network 12 to the

20   master device 21 and/or slave devices 22(g) of a synchrony group, or

21       (ii) the audio and playback timing information has been received from the network 12 to be

22   played by the zone player 11(n) as either the master device 21 for a synchrony group or a slave

23   device in a synchrony group.

24   It will be appreciated that the network communications manager 40 may be engaged in both (i) and

25   (ii) contemporaneously, since the zone player 11(n) may operate both as the audio information

26   channel device 23(1) for a synchrony group 20(1) (reference FIG. 2A) of which it is not a member,

-34-

11-0901

1   and a member of another synchrony group 20(2) for which another zone player 11(n') is the audio
2   information channel device 23(2).  With reference to item (i) above, after a packet that is to be
3   transmitted has been buffered in the respective ring buffer, the network communications manager
4   40 retrieves the packet, packages it into a message and enables the network interface 41 to transmit
5   the message over the network 12.  If the control module 42 receives control information from the
6   user interface module 13 (if the master device 21 is also the audio information channel device 23 for
7   the synchrony group 20) or from the master device (if the master device 21 is not the audio
8   information channel device 23 for the synchrony group 20) that would require the transmission of
9   a "resynchronize" command as described above, the control module 42 of the audio information
10  channel device 23 enables the network communications manager 40 to insert the command into a
11  message containing the audio and playback timing information.  Details of the operations performed
12  in connection with the "resynchronize" command will be described below.  As noted above, the
13  "resynchronize" command is used if the user enables a synchrony group to terminate the playback
14  of a track that is currently being played, or cancel playback of a track whose playback has not begun.

15      On the other hand, with reference to item (ii) above, if network interface 41 receives a
16  message containing a packet containing frames of audio and playback timing information that the
17  zone player 11(n) is to play either as a master device 21 or a slave device for a synchrony group 20,
18  the network interface 41 provides the audio and playback timing information to the network
19  communications manager 40.  The network communications manager 40 will determine whether the
20  packet contains a resynchronize command and, if so, notify the control module 42, which will enable
21  operations to be performed as described below.  In any case, the network communications manager
22  40 will normally buffer the various frames comprising the audio and playback timing information
23  in the audio information buffer 31, and in that operation will generally operate as described above
24  in connection with the audio information source interface 30.  Before buffering them, however, the
25  network communications manager 40 will update their time stamps using the time differential value
26  described above.  It will be appreciated that the network communications manager 40 will perform
27  similar operations whether the messages that contain the packets were multi-cast messages or unicast
28  messages as described above

-35-

11-0901

1    The updating of the time stamps by the master device 21 and the slave devices 22(g) in the
2    synchrony group 20 will ensure that they all play the audio information synchronously. In particular,
3    after the network communications manager 40 has received a frame 51(f) from the network interface
4    41, it will also obtain, from the digital to analog converter clock 34, the zone player 11(n)'s current
5    time as indicated by its digital to analog converter clock 34. The network communications manager
6    40 will determine a time differential value that is the difference between the slave device's current
7    clock time, as indicated by its digital to analog converter 34, and the audio information channel
8    device's time as indicated by the audio information channel device's clock timing information.
9    Accordingly, if the master or slave device's current time has a value $T_S$ and the audio information
10   channel device's current time, as indicated by the clock timing information, has a value $T_C$, the time
11   differential value $\Delta T = T_S - T_C$. If the current time of the master or slave device in the synchrony group
12   20, as indicated by its digital to analog converter clock 34, is ahead of the audio information channel
13   device's clock time as indicated by the clock timing information received during the SNTP operation,
14   the time differential value will have a positive value. On the other hand, if the master or slave
15   device's current time is behind the audio information channel device's clock time, the time
16   differential value $\Delta T$ will have a negative value. If the zone player 11(n) obtains clock timing
17   information from the audio information channel device 23 periodically while it is a member of the
18   synchrony group 20, the network communications manager 40 can generate an updated value for the
19   time differential value $\Delta T$ when it receives the clock timing information from the audio information
20   channel device 23, and will subsequently use the updated time differential value.

21   The network communications manager 40 uses the time differential value $\Delta T$ that it generates
22   from the audio information channel device timing information and zone player 11(n)'s current time
23   to update the time stamps that will be associated with the digital audio information frames that the
24   zone player 11(n) receives from the audio information channel device. For each digital audio
25   information frame that is received from the audio information channel device, instead of storing the
26   time stamp that is associated with the frame as received in the message in the audio information
27   buffer 21, the network communications manager 40 will store the updated time stamp with the
28   digital audio information frame. The updated time stamp is generated in a manner so that, when the

-36-

11-0901

1    zone player 11(n), as a member of the synchrony group plays back the digital audio information

2    frame, it will do so in synchrony with other devices in the synchrony group.

3        More specifically, after the zone player 11(n)'s network interface 41 receives a message

4    containing a packet that, in turn, contains one or more frames 51(f), it will provide the packet to the

5    network communications manager 40. For each frame 51(f) in the packet that the network

6    communications manager 40 receives from the network interface 41, the network communications

7    manager 40 will add the time differential value $\Delta T$ to the frame's time stamp, to generate the updated

8    time stamp for the frame 51(f), and store the frame 51(f), along with the header 55(f) with the

9    updated time stamp in the audio information buffer 31. Thus, for example, if a frame's time stamp

10    has a time value $T_F$, the network communications manager 40 will generate an updated time stamp

11    $T^U_F$ having a time value $T^U_F = T_F + \Delta T$. Since time value $T^U_F$ according to the slave device's digital

12    to analog converter clock 34 is simultaneous to the time value $T_F$ according to the audio information

13    channel device's digital to analog converter clock 34, the zone player 11(n) device will play the

14    digital audio information frame at the time determined by the audio information channel device 23.

15    Since all of the members of the synchrony group 20 will perform the same operations, generating

16    the updated time stamps $T^U_F$ for the various frames 51(f) in relation to their respective differential

17    time values, all of the zone players 11(n) in the synchrony group 20 will play them synchronously.

18    The network communications manager 40 will generate updated time stamps $T^U_F$ for all of the time

19    stamps 60 in the packet, and then store the packet in the audio information buffer 31.

20        It will be appreciated that, before storing a packet in the audio information buffer 21, the

21    network communications manager 40 can compare the updated time stamps $T^U_F$ associated with the

22    frames in the packet to the slave device's current time as indicated by its digital to analog converter

23    clock 34. If the network communications manager 40 determines the time indicated by the updated

24    time stamps of frames 51(f) in the packet are earlier than the zone player's current time, it can discard

25    the packet instead of storing it in the audio information buffer 21, since the zone player 11(n) will

26    not play them. That is, if the updated time stamp has a time value $T^U_F$ that identifies a time that is

27    earlier than the zone player's current time $T_S$ as indicated by the zone player's digital to analog

28    converter clock 34, the network communications manager 40 can discard the packet.

-37-

1    If the zone player 11(n) is operating as the master device 21 of a synchrony group 20, when

2    the user, through the user interface module 13, notifies the zone player 11(n) that another zone player

3    11(n') is to join the synchrony group 20 as a slave device 22(g), the control module 42 of the zone

4    player 11(n) enables the network communications manager 40 to engage in an exchange of

5    messages, described above in connection with FIG. 2, to enable the other zone player 11(n') to join

6    the synchrony group 20 as a slave device.  As noted above, during the message exchange, the

7    messages generated by the network communications manager 40 of the zone player 11(n) will

8    provide the network communications manager of the zone player 11(n') that is to join the synchrony

9    group 20 with information such as the multi-cast address being used by the audio information

10   channel device 23 that is providing the audio program to the synchrony group 20, as well as a unicast

11   network address for the audio information channel device 23.  After receiving that information, the

12   network communications manager and network interface of the zone player 11(n') that is to join the

13   synchrony group 20 can begin receiving the multi-cast messages containing the audio program for

14   the synchrony group, engage in SNTP transactions with the audio information channel device 23 to

15   obtain the latter's current time, and also enable the audio information channel device 23 to send the

16   zone player 11(n') frames 51(f) that it had previously broadcast using the unicast message

17   transmission methodology as described above.

18   On the other hand, if the network communications manager 40 and network interface 41 of

19   the zone player 11(n) receive a message over the network 12 indicating that it is to become a slave

20   device 22(g) of a synchrony group for which another zone player 11(n') is the master device, the

21   network communications manager 40 for zone player 11(n) will provide a notification to the control

22   module 42 of zone player 11(n).  Thereafter, the control module 42 of zone player 11(n) can enable

23   the network communications manager 40 of zone player 11(n) to perform the operations described

24   above to enable it to join the synchrony group 20.

25   As noted above, the user, using user interface module 13, can enable the synchrony group

26   to terminate playback of a track of an audio program that is currently being played.  After playback

27   of a track that is currently being played has been terminated, playback will continue in a

28   conventional manner with the next track that has been buffered in the audio information buffer 31.

-38-

1    It will be appreciated that that could be the next track that is on the original play list, or a previous

2    track. In addition, the user can enable the synchrony group 20 to cancel playback of a track that it

3    has not yet begun to play, but for which buffering of packets has begun in the synchrony group 20.

4    Both of these operations make use of the "resynchronize" command that the master device 21 of the

5    synchrony group 20 can enable the audio information channel device 23 to include in the multi-cast

6    message stream that it transmits to the synchrony group 20. Generally, in response to receipt of the

7    resynchronize command, the members of the synchrony group 20 flush the ring buffer containing

8    the packets that they are to play in the future. In addition, if the members of the synchrony group

9    provide separate buffers for their respective digital to analog converters 33, the members will also

10    flush those buffers as well. After the audio information channel device transmits a packet containing

11    the resynchronize command:

12        (i) in the case of the use of the resynchronize command to terminate playing of a track that

13    is currently being played, the audio information channel device 23 will begin multi-casting packets

14    for the next track, to begin play immediately, and will continue through the play list in the manner

15    described above; and

16        (ii) in the case of the use of the resynchronize command to cancel play of a track for which

17    buffering has begun, but which is to be played in the future, the audio information channel device

18    23 will begin multi-casting packets for the track after the track that has been cancelled, to be played

19    beginning at the time the cancelled track was to begin play, and will also continue through the play

20    list in the manner described above.

21    It will be appreciated that,

22        (a) in the first case (item (i) directly above), the resynchronize command can enable the read

23    pointer to be set to point to the entry in the circular buffer into which the first packet for the next

24    track will be written, which will correspond to the entry to which the write pointer points, but

1        (b) in the second case (item (ii) directly above),  the resynchronize command can enable the

2    write pointer for the circular buffer to be set to point to the entry that contains the first packet for the

3    track whose play is being cancelled.

4    It will further be appreciated that, if a track is cancelled for which buffering has not begun, the

5    resynchronize command will generally not be necessary, since the audio information channel device

6    23 for the synchrony group 20 need only delete that track from the play list.

7        Operations performed in connection with use of the resynchronize command to cancel

8    playback of a track that is currently being played will be described in connection with Packet

9    Sequence A below, and operations performed in connection with the use of the resynchronize

10    command to cancel playback of a track that is has not yet begun to play, but for which buffering of

11    packets has begun, will be described in connection with Packet Sequence B below.

12    <u>Packet Sequence A</u>

13    (A1.0) [packet 57]

14    (A1.1        [continuation of frame 99]

15    (A1.2)       [frame 100, time = 0:00:01, type = mp3 audio]

16    (A1.3)       [frame 101, time = 0:00:02, type = mp3 audio]

17    (A1.4)       [frame 102, time = 0:00:03, type = mp3 audio]

18

19    (A2.0) [packet 58]

20    (A2.1)       [continuation of frame 102]

21    (A2.2)       [frame 103, time = 0:00:04, type = mp3 audio]

22    (A2.3)       [frame 104, time = 0:00:05, type = mp3 audio]

23    (A2.4)       [frame 105, time = 0:00:06, type = mp3 audio]

24

25    (A3.0) [packet 59]

26    (A3.1)       [continuation of frame 105]

27    (A3.2)       [frame 106, time = 0:00:07, type = mp3 audio]

11-0901

1    (A3.3)          [frame 107, time = 0:00:08, type = mp3 audio]

2    (A3.4)          [frame 108, time = 0:00:09, type = mp3 audio]

3

4    (A4.0) [packet 60]

5    (A4.1)          [continuation of frame 108]

6    (A4.2)          [frame 109, time = 0:00:10, type = mp3 audio]

7    (A4.3)          [Resynchronize command]

8    (A4.4)          [Padding, if necessary]

9

10   (A5.0) [packet 61]

11   (A5.1)          [frame 1, time = 0:00:07, type = mp3 audio]

12   (A5.2)          [frame 2, time = 0:00:08, type = mp3 audio]

13   (A5.3)          [frame 3, time = 0:00:09, type = mp3 audio]

14   (A5.4)          [frame 4, time = 0.00.10, type = mp3 audio]

15

16   (A6.0) [packet 62]

17   (A6.1)          [continuation of frame 4]

18   (A6.2)          [frame 5, time = 0:00:11, type = mp3 audio]

19   (A6.3)          [frame 6, time = 0:00:12, type = mp3 audio]

20   (A6.4)          [frame 7, time = 0:00:13, type = mp3 audio]

21         Packet Sequence A comprises a sequence of six packets, identified by packet 57 through

22   packet 62, that the audio information channel device 23 multi-casts in respective messages to the

23   members of a synchrony group 20. It will be appreciated that the series of messages that the audio

24   information channel device 23 may multi-cast to the synchrony group 20 may include a messages

25   prior to the packet 57, and may also include messages after packet 62. Each packet comprises a

26   packet header, which is symbolized by lines (A1.0), (A2.0),...(A6.0) in Packet Sequence A, and will

27   generally also include information associated with at least a portion of a frame. In the packets

28   represented in Packet Sequence A, each packet includes information associated with a plurality of

-41-

11-0901

1    frames.  Depending on the lengths of the packets, each packet may contain information associated

2    with a portion of a frame, an entire frame, or multiple frames.  In the illustration represented by

3    Packet Sequence A, it is assumed that each packet may contain information associated with multiple

4    frames.  In addition, it is assumed that a packet does not necessarily contain information associated

5    with an integral number of frames; in that case, a packet may contain information associated with

6    a portion of a frame, and the next packet will contain the information associated with the rest of a

7    frame.

8        The frames and associated header playback timing information contained in the various

9    packets are symbolized by lines (A1.1), (A1.2),...,(A1.4), (A2.1),....(A6.4) of Packet Sequence A.

10    Thus, for example, line (A1.2) of packet 57 represents the one-hundredth frame, that is, frame

11    51(100) (reference FIG. 4), of the track whose audio information is being transmitted in the sequence

12    of packets that includes packet 57.  The frame 51(100) is to be played at an illustrative time,

13    according to the audio information channel device's digital to analog converter clock, of

14    "time = 0:00:01," and the frame is encoded and/or compressed using the well-known MP3 encoding

15    and compression methodology.  In that case, the legend"time = 0:00:01" represents the time stamp

16    that would be included in field 60 (FIG. 4) of the header associated with the frame 50(100) as multi-

17    cast by the audio information channel device for the synchrony group.  It will be appreciated that the

18    playback time and encoding/compression methodology will be referred in the header 55(100) that

19    is associated with the frame 51(100).  It will also be appreciated that the header may also contain

20    additional information as described above.

21        Similarly, line (A1.3) of packet 57 represents the one-hundred and first frame, that is, frame

22    51(101), of the track whose audio information is being transmitted in the sequence of packets that

23    includes packet 57.  The frame 51(101) is to be played at an illustrative time, according to the audio

24    information channel device's digital to analog converter clock, of "0:00:02," and the frame is also

25    encoded and/or compressed using the MP3 encoding and compression methodology.  Line (A1.4)

26    of packet 57 represents similar information, although it will be appreciated that, depending on the

27    length of packet 57, the line may not represent the information for an entire frame 51(102) and/or

28    its associated header.  If the length of packet 57 is not sufficient to accommodate the information for

-42-

1     the entire frame 51(102) and/or associated header, the information will continue in packet 58, as

2     represented by line (A2.1) in Packet Sequence A.  Similarly, if the length of packet 56 was not

3     sufficient to contain the information for an entire frame 51(99) preceding frame 51(100), packet 57

4     (lines (A1.0) through 1.4) may contain any information from frame 51(99) that packet 56 was unable

5     to accommodate.

6          As noted above, when the master device 21 or a slave device 22(g) in the synchrony group

7     20 receives the packet 57, its respective network communications manager 40 will update the time

8     stamps associated with the various frames 51(f) as described above before buffering the respective

9     frames in the respective audio information buffer 31.

10         Packets 58 and 59 contain information that is organized along the lines described above in

11    connection with packet 57.

12         Packet 60 also contains, as represented by lines (A4.1) and (A4.2), information that is

13    organized along the lines of the information represented by lines (Ax.1) and (Ax.2) ("x" equals an

14    integer) described above in connection with packets 57 through 59.  On the other hand, packet 60

15    contains a resynchronize command, as represented by line (A4.3).  Packet 60 also may contain

16    padding, as represented by line 4.4, following the resynchronize command.  As noted above, the

17    master device 21 of a synchrony group 20 will enable the audio information channel device 23 that

18    is providing audio information to the synchrony group 20 to multi-cast a message containing the

19    resynchronize command when it receives notification from the user interface module 13 that the user

20    wishes to cancel playback of a track that is currently being played.  In the example depicted in

21    Packet Sequence A, as will be described below, the audio information channel device 23 receives

22    notification from the master device 21 that the user wishes to cancel playback of a track at a time

23    corresponding to "time = 0:00:07" according to its digital to analog converter clock 34, and, in line

24    (A4.3) of packet 60 it will provide the resynchronize command, followed by padding, if necessary.

25         As will be apparent from examining lines (A3.1) through (A3.4) of packet 59 and lines

26    (A4.1) and (A4.2) of packet 60, although the audio information channel device 23 has received the

27    notification from the synchrony group's master device 21 to multi-cast the resynchronize command

1 at a time corresponding to "time = 0:00:07" according to the clock time indicated by its digital to

2 analog converter clock 34, it (that is, the audio information channel device 23) has already multi-cast

3 messages containing frames that are to be played at that time and subsequently.  That is, the audio

4 information channel device 23 has, multi-cast in packet 59, frames 51(106) through 51(108) that

5 contain time stamps "time = 0:00:07," "time = 0:00:08" and "time = 0:00:09," respectively, and, in

6 packet 60, in addition to the continuation of frame 51(108), frame 51(109) that contains time stamp

7 "time = 0:00:10."  (It will be appreciated that the times indicated by the illustrative time stamps are

8 for illustration purposes only, and that in an actual embodiment the time stamps may have different

9 values and differentials.)

10  As noted above, the audio information channel device 23 multi-casts a message containing

11 a packet that, in turn, contains the resynchronize command when it receives the notification from

12 the master device 21 to do so.  In the example depicted in Packet Sequence A, the packet will be

13 multi-cast when the audio information channel device's digital to analog converter clock time

14 corresponds to "0:00:07." Subsequently, two things happen.  In one, aspect, when the master device

15 21 and slave devices 22(g) receive the packet that contains the resynchronize command, they will

16 stop playing the audio program that they are playing.

17  In addition, the audio information channel device 23 will begin transmitting frames

18 containing audio information for the next track, including therewith time stamps immediately

19 following the digital to analog converter clock time at which the packet including the resynchronize

20 command was transmitted.  Accordingly, and with further reference to Packet Sequence A, the audio

21 information channel device 23 will multi-cast a message containing packet 61.  As indicated above,

22 packet 61 contains, as represented in lines (A5.1) through (A5.3), frames 51(1) through 51(3), which

23 are the first three frames of the next track of the audio program that is to be played.  It is also

24 compressed and encoded using the MP3 encoding and compression scheme, and it is accompanied

25 by time stamps "time = 0:00:07," "time = 0:00:08" and "time = 0:00:10."  As noted above, the time

26 stamp "time = 0:00:07" corresponds to the clock time at which the audio information channel device

27 23 multi-casts the resynchronize command, and, when the master device 21 and slave devices 22(g)

28 receive these frames, they would be expected to begin playing them very shortly, if not immediately

11-0901

1  after the audio information channel device 23 multi-casts the message containing the packet that, in

2  turn, contains the resynchronize command.  Packet 61 also includes at least a portion of the next

3  frame, that is, frame 51(4), for that track.  In addition, Packet Sequence A depicted above further

4  includes a subsequent packet, namely, packet 62, that contains any necessary continuation of frame

5  51(4), as well as three subsequent frames.  If any additional packets are required for the track, as well

6.  as for subsequent tracks, they can be multi-cast in a similar manner.

7  As further noted above, the resynchronize command can also be used to cancel playing of

8  one or more tracks for which playback has begun.  This will be illustrated in connection with Packet

9  Sequence B:

10  <u>Packet Sequence B</u>

11  (B1.0) [packet 157]

12  (B1.1)        [continuation of frame 99]

13  (B1.2)        [frame 100, time = 0:00:01, type = mp3 audio]

14  (B1.3)        [frame 101, time = 0:00:02, type = mp3 audio]

15  (B1.4)        [frame 102, time = 0:00:03, type = mp3 audio]

16

17  (B2.0) [packet 158]

18  (B2.1)        [continuation of frame 102]

19  (B2.2)        [frame 103, time = 0:00:04, type = mp3 audio]

20  (B2.3)        [frame 104, time = 0:00:05, type = mp3 audio]

21  (B2.4)        [frame 105, time = 0:00:06, type = mp3 audio]

22

23  (B3.0) [packet 159]

24  (B3.1)        [continuation of frame 105]

25  (B3.2)        [frame 106, time = 0:00:07, type = mp3 audio]

26  (B3.3)        [track boundary notification]

27  (B3.4)        [Padding, if necessary]

-45-

11-0901

1

2    (B4.0) [packet 160]

3    (B4.1)        [frame 1, time = 0:00:08, type = mp3 audio]

4    (B4.2)        [frame 2, time = 0:00:09, type = mp3 audio]

5    (B4.3)        [frame 3, time = 0:00:10, type = mp3 audio]

6

7    (B5.0) [packet 161]

8    (B5.1)        [continuation of frame 3]

9    (B5.2)        [frame 4, time = 0:00:11, type = mp3 audio]

10    (B5.3)        [Resynchronize, after packet 159]

11    (B5.4)        [Padding, if necessary]

12

13    (B6.0) [packet 162]

14    (B6.1)        [frame 1, time = 0:00:08, type = mp3 audio]

15    (B6.2)        [frame 2, time = 0:00:09, type = mp3 audio]

16    (B6.3)        [frame 3, time = 0:00:10, type = mp3 audio]

17    (B6.4)        [frame 4, time = 0:00:11, type = mp3 audio]

18

19    (B7.0) [packet 163]

20    (B7.1)        [continuation of frame 4]

21    (B7.2)        [frame 5, time = 0:00:12, type = mp3 audio]

22    (B7.3)        [frame 6, time = 0:00:13, type = mp3 audio]

23    (B7.4)        [frame 7, time = 0:00:14, type = mp3 audio]

24        Packet Sequence B comprises a series of seven packets, identified by packet 157 through 163

25    , that the audio information channel device 23 multi-casts to the members of a synchrony group 20.

26    As with Packet Sequence A, it will be appreciated that the series of packets that the audio

27    information channel device 23 may multi-cast to the synchrony group 20 may include packets prior

28    to the packet 157, and may also include packets after packet 162.  Each packet comprises a packet

-46-

11-0901

1    header, which is symbolized by lines (B1.0), (B2.0),...(B7.0) in Packet Sequence B. As in Packet

2    Sequence A, each packet will also generally include information associated with at least a portion

3    of a frame 51(f)along with its associated frame 55(f). As in the packets represented in Packet

4    Sequence A, each packet includes information associated with a plurality of frames. Depending on

5    the lengths of the packets, each packet may contain information associated with a portion of a frame,

6    an entire frame, or multiple frames. Further, as with Packet Sequence A, it is assumed that each

7    packet may contain information associated with multiple frames. In addition, it is assumed that a

8    packet does not necessarily contain information associated with an integral number of frames; in that

9    case, a packet may contain information associated with a portion of a frame, and the next packet will

10   contain the information associated with the rest of a frame.

11          The structures of the packets represented by Packet Sequence B are similar to those described

12   above in connection with Packet Sequence A, and will not be repeated here. Generally, Packet

13   Sequence B illustratively contains a sequence of packets that represent at least portions of three

14   tracks that may have been selected from, for example, a play list. In particular, packets 157 through

15   159 represent frames from a portion of one track, packets 160 and 161 represent frames from a

16   second track and packets 162 and 163 represent frames from a third track. The play list indicated

17   that the first, second and third tracks were to be played in that order. With particular reference to

18   Packet Sequence B, it should be noted that line (B3.3) indicates that packet 159 includes an

19   indication that that packet contains the last frame for the track, and line (B3.4) provides for padding

20   to the end of the packet. The first frame of the next track begins in packet 160.

21          In connection with the use of the resynchronize command to cancel playback of a track, at

22   least a portion of which the audio information channel device 23 has multi-cast to the members of

23   the synchrony group, packet 161, in line (B5.3) represents a resynchronize command that indicates

24   that resynchronization is to occur after packet 159, that is, immediately after the packet that contains

25   the last frame of the first of the three tracks represented by the packets in Packet Sequence B. It

26   should be noted that the resynchronize command is in the packet 161, while the resynchronization

27   is to occur at packet 160, that is, the synchrony group is to not play the track starting with packet

28   160, but instead is to begin playing the track frames for which begin with the next packet, that is,

-47-

11-0901

1    packet 162. As with Packet Sequence A, in Packet Sequence B the audio information channel device

2    23, in packet 162 and 163, multi-casts frames whose time stamps indicate that they are to be played

3    when the frames that were multi-cast in packets 160 and 161 were to be played.  By use of the

4    resynchronize command and specifying a packet in this manner, the audio information channel

5    device can cancel playback of a track for which playback has not yet begun.

6        It will be appreciated that the resynchronize command is generally not necessary for

7    cancelling play back of a track that the audio information channel device 23 has not started multi-

8    casting to the synchrony group 20, since the audio information channel device 23 itself can re-order

9    the play list to accommodate the cancellation.

10        The invention provides a number of advantages.  In particular, the invention provides a

11    network audio system in which a number of devices share information can reproduce audio

12    information synchronously, notwithstanding the fact that packets, which may contain digital audio

13    information, transmitted over the network to the various zone players connected thereto may have

14    differing delays and the zone players operate with independent clocks.  Moreover, although the

15    invention has been described in connection with audio information, it will be appreciated that the

16    invention will find utility in connection with any type of isochronous information for which

17    synchrony among devices is desired.  The system is such that synchrony groups are created and

18    destroyed dynamically, and in such a manner as to avoid requiring a dedicated device as the master

19    device.

20        It will be appreciated that a number of changes and modifications may be made to the

21    network audio system 10 as described above.  For example, although the invention has been

22    described as providing that the audio information channel device 23 provides digital audio

23    information to the members synchrony group 20 that has been encoded using particular types of

24    encoding and compression methodologies, it will be appreciated that the audio information channel

25    device 23 can provide digital audio information to various members of the synchrony group 20 that

26    have been encoded and compressed using different types of encoding and compression

27    methodologies, and, moreover, for which different sampling rates have been used.  For example, the

-48-

11-0901

1    audio information channel device 23 may provide digital audio information to the master device 21

2    and slave devices 22(1) through 22($g_1$) using the MP3 methodology at a specified sampling rate, the

3    digital audio information for the same program to slave devices 22($g_1$+1) through 22($g_2$) using the

4    WAV methodology at one specified sampling rate, and to slave devices 22($g_2$+1) through 22(G)

5    using the WAV methodology at another specified sampling rate.  In that case, the audio information

6    channel device 23 can specify the particular encoding and compression methodology that has been

7    used in the encoding type field 57 associated with each frame and the sampling rate in the sampling

8    rate field 58.  Moreover, since the encoding and compression type and sampling rate are specified

9    for each frame, the encoding and compression type and sampling rate can be changed from frame

10    to frame.  The audio information channel device 23 may use different multi-cast addresses for the

11    different encoding and compression types and sampling rates, but it will be appreciated that that

12    would not be required.

13        It will be appreciated that two advantages of providing that the encoding and compression

14    methodology and the sampling rate is provided on a frame-by-frame basis, instead of on, for

15    example, a track-by-track basis, is that that would facilitate a slave device joining the synchrony

16    group 20 at a frame mid-track, without requiring, for example, the master device 21 or the audio

17    information channel device 23 to notify it of the encoding and compression methodology or the

18    sampling rate.

19        Another modification is that, instead of the network communications manager 40 of a

20    member of a synchrony group 20 generating the updated time stamp $T^u_F$ for a digital audio

21    information frame by adding the time differential value $\Delta T$ to the time stamp $T_F$ associated with a

22    frame, the network communications manager 40 may instead generate the updated time stamp $T^U_F$

23    by subtracting the differential time value $\Delta T$ from the member's current time $T_S$ as indicated by the

24    member's digital to analog converter clock 34 at the time at which the digital audio information is

25    received.  It will be appreciated, however, that there may be variable time delays in processing of

26    messages by the slave device's network communications manager 40, and so it may be preferable

27    to generate the time differential value $\Delta T$ using the time stamp $T_F$ provided by the audio information

28    channel device 23.

-49-

1       In addition, instead of the network communications manager 40 of a member of a synchrony

2    group generating an updated time stamp to reflect the difference between the times indicated by the

3    member's digital to analog converter clock and the audio information channel device's digital to

4    analog converter clock, the network communications manager 40 can generate the time differential

5    value $\Delta T$ and provide it to the member's playback scheduler 32. In that case, the member's network

6    communications manager 40 can store each digital audio information frame along with the time

7    stamp $T_F$ as received from the master device in the audio information buffer 21. The playback

8    scheduler 32 can utilize the time differential value $\Delta T$, and the time stamps $T_F$ associated with the

9    digital audio information frames, to determine when the respective digital audio information frames

10    are to be played. In determining when a digital audio information frame is to be played, the

11    playback scheduler can add the time differential value to the time stamp $T_F$ associated with the

12    digital audio frame, and enable the digital audio frame to be coupled to the digital to analog

13    converter 33 when the time indicated by the sum corresponds to the current time as indicated by the

14    slave device's digital to analog converter clock 34. Alternatively, when the member's digital to

15    analog converter clock 34 updates its current time $T_S$ the playback scheduler can generate an updated

16    current time $T'_S$ by subtracting the differential time value $\Delta T$ from the current time $T_S$, and using the

17    updated current time $T'_S$ to determine when to play a digital audio information frame.

18       As described above, the members of a synchrony group 20 periodically obtain the audio

19    information channel device's current time value and uses the current time value that it receives from

20    the audio information channel device to periodically update the time differential value $\Delta T$ that it uses

21    in updating the time stamps associated with the various frames. It will be appreciated that, if the

22    digital to analog converter clock(s) associated with the member(s) of a synchrony group 20 are

23    ensured to have the same rate as the digital to analog converter clock, a member need only obtain

24    the current time value from the audio information channel device once, at the beginning of playback.

25       As another alternative, if the zone players are provided with digital to analog converter clock

26    34 whose time and rate can be set by an element such as the network communications manager 40,

27    when a zone player 11(n) is operating as a member of a synchrony group 20, its network

28    communications manager 40 can use the various types of timing information that it receives from

1     the audio information channel device 23, including the current time information and the playback

2     timing information indicated by the time stamps that are associated with the various frames 51(f)

3     comprising the audio and playback timing information that it receives, to adjust the synchrony group

4     member's digital to analog converter clock's time value and/or the clock rate that it uses for playback.

5     If the clock's time value is to be adjusted, when the synchrony group member's network

6     communications manager 40 initially receives the current time information from the audio

7     information channel device 23 for the synchrony group 20, the network communications manager

8     40 can set the synchrony group member's digital to analog converter clock 34 to the current time

9     value as indicated by the audio information channel device's current time information. The network

10    communications manager 40 can set the clock 34 to the current time value indicated by the audio

11    information channel device's current time information once, or periodically as it receives the current

12    time information.

13        Alternatively or in addition, the synchrony group member's network communications

14    manager 40 can use one or both of the current time information and/or the playback timing

15    information in the time stamps associated with the respective frames 51(f) to adjust the clock rate

16    of the clock 34 that it uses for playback. For example, when the synchrony group member's network

17    communications manager 40 receives a frame $51(f_x)$ having a time stamp having a time value $T_{f_x}$,

18    it can generate the updated time value $T^U{}_{f_x} = T_{f_x} + \Delta T$ as described above, and store the frame

19    with the time stamp with the updated time value in the audio information buffer 30. In addition,

20    since both the number of samples in a frame and the sampling rate, which determines the rate at

21    which the frame is to be played, are known to the network communications manager 40, it can use

22    that information, along with the updated time value $T^U{}_{F_x}$ that is to be used for frame $51(f_x)$ to

23    generate an expected updated time value $T^E{}_{f_{x+1}}$ that is expected for the updated time stamp of the

24    next frame $51(f_{x+1})$. After the synchrony group member's network communications manager 40

25    receives the next frame $51(f_{x+1})$, it can generate the updated time value $T^U{}_{f_{x+1}}$ and compare that

1    value to the expected updated time value $T^E{}_{f_{x+1}}$. If the two time values do not correspond, or if

2    the difference between them is above a selected threshold level, the clock that is used by the audio

3    information channel device 23 to generate the time stamps is advancing at a different rate than the

4    synchrony group member's digital to analog converter clock 34, and so the network communications

5    manager 40 can adjust the rate of the digital to analog converter clock 34 to approach that of the

6    clock used by the audio information channel device 23 so that the differential time value ΔT is

7    constant. On the other hand, if the two time values do correspond, then the time differential value

8    ΔT is constant, or the difference is below a threshold level, and the network communications

9    manager 40 need not change the clock rate of the digital to analog converter clock 34. It will be

10    appreciated that, if the clock rate is to be adjusted, the rate adjustment can be fixed, or it can vary

11    based on, for example, the difference between the updated time value $T^U{}_{f_{x+1}}$ and the expected

12    updated time value $T^E{}_{f_{x+1}}$.

13        It will also be appreciated that, if no rate adjustment is performed for one frame 51($f_{X+1}$), the

14    synchrony group member's network communications manager 40 can generate an expected updated

15    time value $T^E{}_{f_{x+2}}$ that is expected for the updated time stamp of the next frame 51($f_{X+2}$) using the

16    updated time value $T^U{}_{f_x}$ determined for frame 51($f_X$), along with the number of samples in a frame

17    and the sampling rate, and compare the expected updated time value $T^E{}_{f_{x+2}}$ to the updated time

18    value $T^U{}_{f_{x+2}}$ that it generates when it receives frame 51($f_{X+2}$). At that point, if the network

19    communications manager 41 determines that two time values do not correspond, or if the difference

20    between them is above a selected threshold level, it can adjust the rate of the digital to analog

21    converter clock 34. Similar operations can be performed if no rate adjustment is performed for

22    several successive frames 51($f_{X+1}$), 51($f_{X+2}$),.... This will accommodate the possibility that the rate

23    differential between the clock 34 and the clock used by the audio information channel device 23 in

1    generating the time stamps have rates that differ by an amount sufficiently small that it cannot be

2    detected using time stamps of two or more successive frames.

3            Instead or in addition to adjusting the clock rate as described above, the synchrony group

4    member's network communications manager 40 can perform similar operations in connection with

5    adjusting the clock rate in connection with the current time information that it receives from the

6    audio information channel device 23.

7            Furthermore, although the network audio system 10 has been described such that the master

8    device 21 of a synchrony group 20 can, in response to control information provided thereto by a user

9    through the user interface module 13, provide a notification to a zone player 11(n) that it is to

10    become a member of its synchrony group 20 as a slave device 22(g), it will be appreciated that the

11    user interface module  13 can provide the notification directly to the zone player 11(n) that is to

12    become a member of the synchrony group 20.  In that case, the zone player 11(n) can notify the

13    master device 21 that it is to become a slave device 22(g) in the synchrony group 20, after which the

14    master device 21 can provide information regarding the synchrony group 20, including the multi-cast

15    and unicast addresses of the audio information channel device and other information as described

16    above.

17            Similarly, although the network audio system 10 has been described such that the master

18    device 21 of a synchrony group 20 can, in response to control information provided thereto by a user

19    through the user interface module 13, provide a command to a slave device 22(g) to enable the slave

20    device 22(g) to adjust its volume, it will be appreciated that the user interface module 13 can provide

21    control information directly to the slave device 22(g) to enable the slave device 22(g) to adjust its

22    volume.

23            In addition, although the network audio system 10 has been described such that each frames

24    51(f) is associated with a frame sequence number (reference field 56, FIG. 4), it will be appreciated

25    that, if the packets described above in connection with Packet Sequence A and Packet Sequence B

26    are provided with packet sequence numbers, the frame sequence numbers need not be provided,

27    since the packet sequence numbers can suffice for defining the frame sequencing.

1        Furthermore, although the network audio system 10 has been described such that the zone

2    players 11(n) are provided with an audio amplifier 35 for amplifying the analog signal provided by

3    the respective digital to analog converters 33, it will be appreciated that a zone player may be

4    provided that does not itself include an audio amplifier. In that case, the analog signal may be

5    coupled to an external amplifier for amplification as necessary before being provided to the audio

6    reproduction device(s) 15(n)(r). It will be appreciated that a single zone player 11(n) may be

7    provided with multiple audio amplifiers and audio reproduction device interfaces, and, if necessary,

8    multiple digital to analog converters 33, to provide audio programs for corresponding numbers of

9    synchrony groups.

10        Similarly, although the zone players 11(n) have been described such that they may be

11   connected to one or more audio information sources, it will be appreciated that an audio information

12   source may form part of and be integrated into a zone player 11(n). For example, a zone player may

13   include a compact disk player, cassette tape player, broadcast radio receiver, or the like, that has been

14   integrated into it. In addition, as noted above, an individual zone player 11(n) may be connected to

15   multiple audio information sources and may contemporaneously operate as the audio information

16   channel device 23 for multiple synchrony groups .

17        In addition, although FIG. 1 shows the network audio system 10 as including one user

18   interface module 13, it will be appreciated that the system 10 may include a plurality of user

19   interface modules. Each user interface module be useful for controlling all of the zone players as

20   described above, or alternatively one or more of the user interface modules may be useful for

21   controlling selected subsets of the zone players.

22        Moreover, it will be appreciated that, although the invention has been described in connection

23   with audio information, it will be appreciated that the invention will find utility in connection with

24   any type of information for which synchrony among devices connected to a network is desired.

25        As noted above, while a zone player 11(n) is operating as audio information channel device

26   23 for a synchrony group 20, when the zone player 11(n)'s audio information source interface 30 or

27   network communications manager 40 stores digital audio information frames based on audio

1    information from an audio information source 14(n)(s) in the audio information buffer 31, it will

2    provide time stamps for the respective frames to schedule them for playback after some time delay

3    after they have been buffered in the audio information buffer 31. The delay is provided so that, for

4    other zone players 11(n'), 11(n''),... that are operating as members of a synchrony group, there will

5    be sufficient time for the audio and playback timing information to be transferred over the network

6    12 to those other zone players 11(n'), 11(n''),... so that it can be processed and played by them at the

7    appropriate time as described above. The time period that is selected for the time delay may be fixed

8    or variable, and in either case may be based on a number of factors. If the time period selected for

9    the time delay is fixed, it may be based on, for example, factors such as an estimate of the maximum

10    latency in the network 12, the estimated maximum loading of the various components comprising

11    the zone players 11(n), and other estimates as will be appreciated by those skilled in the art.

12          The time delay may be the same for audio information from all types of audio information

13    sources, and may be constant over the entire period that the synchrony group 20 is playing an audio

14    work. Alternatively, different time delays may be utilized based on various criteria. For example,

15    if the audio information is to be played independently of information associated with other types of

16    media, the time delay may be selected to be relatively long, on the order of a significant fraction of

17    a second, or longer. On the other hand, if the audio information is to be played contemporaneously

18    with, for example, video information, which may be supplied by, for example, a video disk, video

19    tape cassette, over cable, satellite, or broadcast television, which may not be buffered or which may

20    be displayed independently of the network audio system 10, it may be undesirable to provide for

21    such a lengthy delay, since the time delay of the audio playback, in relation to the video display, may

22    be noticeable. In that case, the zone player 11(n) may provide for a much shorter time delay. In one

23    embodiment, the time delay provided for audio information to be played concurrently with video

24    information is selected to be generally on the order of fifty milliseconds, which would barely, if at

25    all, be perceptible to someone viewing the video. Other desirable time delays for information from

26    other types of sources will be apparent to those skilled in the art.

27          As yet a further possibility, the zone player 11(n), when operating as an audio information

28    channel device 23 for a synchrony group 20, can dynamically determine the time delay based on a

11-0901

1    number of conditions in the network audio system 10, including, for example, the message transfer

2    latency in network 12, the loading of microprocessors or other components that are used in the

3    various zone players 11(n'), 11(n''),... that may comprise a synchrony group 20, as well as other

4    factors. For example, if the audio information channel device 23 determines that the latency in the

5    network 12 has increased beyond a selected threshold, the audio information channel device 23 can

6    adjust the delay to increase the likelihood that the members of the synchrony group 20 will be able

7    to receive the packets and process the frames so that they will be able to play them at the appropriate

8    times.  Similarly, if the audio information channel device 23 is notified that a member of the

9    synchrony group 20 to which it provides audio information requires additional time to receive and

10   process the frames that it transmits, the audio information channel device 23 can adjust the delay

11   accordingly.  It will be appreciated that, to reduce or minimize possible discontinuities in the audio

12   playback by the members of the synchrony group, the audio information channel device 23 can,

13   instead of adjusting the time delay during a particular audio track, adjust the time delay between

14   tracks, during silent periods of a track or otherwise as will be appreciated by those skilled in the art.

15   In addition, the audio information channel device 23 can use conventional audio compression

16   methodologies to facilitate a speeding up and/or slowing down of playback of an audio track while

17   it is in the process of providing additional time delay.  Generally, the members of the synchrony

18   group 20 can provide notifications to the audio information channel device 23 if they determine that

19   they will need an additional time delay, and the audio information channel device 23 can adjust the

20   time delay in accordance with the notifications from the members of the synchrony group 20.

21       It will be appreciated that a system in accordance with the invention can be constructed in

22   whole or in part from special purpose hardware or a general purpose computer system, or any

23   combination thereof, any portion of which may be controlled by a suitable program.  Any program

24   may in whole or in part comprise part of or be stored on the system in a conventional manner, or it

25   may in whole or in part be provided in to the system over a network or other mechanism for

26   transferring information in a conventional manner. In addition, it will be appreciated that the system

27   may be operated and/or otherwise controlled by means of information provided by an operator using

28   operator input elements (not shown) which may be connected directly to the system or which may

-56-

11-0901

1    transfer the information to the system over a network or other mechanism for transferring

2    information in a conventional manner.

3        The foregoing description has been limited to a specific embodiment of this invention. It will

4    be apparent, however, that various variations and modifications may be made to the invention, with

5    the attainment of some or all of the advantages of the invention. It is the object of the appended

6    claims to cover these and such other variations and modifications as come within the true spirit and

7    scope of the invention.

8        What is claimed as new and desired to be secured by Letters Patent of the United States is:

-57-

11-0901

1. A method for providing synchronized audio play back amongst a plurality of audio devices, the method comprising:

retrieving, by a computing device, audio information from any of a locally stored digital audio file, a remotely stored digital audio file via a wide area network, and a streaming digital audio service;

transmitting a plurality of frames to a plurality of audio devices over a local network from the computing device, each frame of the plurality of frames to include the retrieved audio information and timing information inserted at the computing device, wherein the timing information is to be used to play the audio information by the plurality of audio devices in synchrony.

2. The method of claim 1, wherein the computing device comprises a personal computer.

3. The method of claim 2, further comprising transmitting the plurality of frames to the plurality of audio devices responsive to receiving a user command via a user interface of the personal computer.

4. The method of claim 1, wherein the computing device comprises a mobile computing device.

5. The method of claim 4, further comprising transmitting the plurality of frames to the plurality of audio devices responsive to receiving a user command via a user interface of the mobile computing device.

6. The method of claim 1, wherein the computing device is configured to play the audio information in synchrony with the plurality of audio devices.

7. The method of claim 1, wherein the computing device is configured to play different audio information than the plurality of audio devices and at the same time as the plurality of audio devices play the audio information.

8. The method of claim 1, wherein the locally stored digital audio file is stored on a personal computer or a mobile computing device configured to store digital information.

58

11-0901

9. The method of claim 1, further comprising wirelessly transmitting the plurality of frames to the plurality of audio devices.

10. The method of claim 1, wherein the computing device comprises a user interface to receive a user command to transmit the plurality of frames.

11. The method of claim 10, wherein the user interface is to enable a user to at least one of select an audio track, display status information, and display an upcoming audio playback selection.

12. The method of claim 10, wherein the user interface is to enable a user to select one or more of the plurality of audio devices for audio playback.

13. A non-transitory computer readable medium having stored therein instructions executable by a processor to perform a method comprising:

retrieving, by a computing device, audio information from any of a locally stored digital audio file, a remotely stored digital audio file via a wide area network, and a streaming digital audio service;

transmitting a plurality of frames to a plurality of audio devices over a local network from the computing device, each frame of the plurality of frames to include the retrieved audio information and timing information inserted at the computing device, wherein the timing information is to be used to play the audio information by the plurality of audio devices in synchrony.

14. A method for providing synchronized audio amongst a plurality of audio devices, the method comprising:

receiving, by an audio device, a plurality of frames over a local network from a computing device, each frame of the plurality of frames to include audio information and timing information, wherein the timing information is to be used to play the audio information by the audio device in synchrony with another receiving audio device; and

converting, by the audio device, the audio information from a digital form into an analog signal to be output based on the timing information via an amplifier and a speaker driver.

15. The method of claim 15, wherein the computing device comprises a mobile computing device.

16. The method of claim 15, wherein the computing device comprises a personal computer.

17. The method of claim 15, wherein the audio information is from any of a locally stored digital audio file, a remotely stored digital audio file via a wide area network, and a streaming digital audio service.

18. The method of claim 15, wherein the local network comprises a wired network.

19. The method of claim 15, wherein the local network comprises a wireless network.

20. A non-transitory computer readable medium having stored therein instructions executable by a processor to perform a method comprising:

receiving, by an audio device, a plurality of frames over a local network from a computing device, each frame of the plurality of frames to include audio information and timing information, wherein the timing information is to be used to play the audio information by the audio device in synchrony with another receiving audio device; and

converting, by the audio device, the audio information from a digital form into an analog signal to be output based on the timing information via an amplifier and a speaker driver.

11-0901

1                           ABSTRACT OF THE DISCLOSURE

2          A system is described for maintaining synchrony of operations among a plurality of devices

3    that have independent clocking arrangements.  The system includes a task distribution device that

4    distributes tasks to a synchrony group comprising a plurality of devices that are to perform the tasks

5    distributed by the task distribution device in synchrony.  The task distribution device distributes each

6    task to the members of the synchrony group over a network.  Each task is associated with a time

7    stamp that indicates a time, relative to a clock maintained by the task distribution device, at which

8    the members of the synchrony group are to execute the task.  Each member of the synchrony group

9    periodically obtains  from the task distribution device an indication of the current time indicated by

10   its clock, determines a time differential between the task distribution device's clock and its respective

11   clock and determines therefrom a time at which, according to its respective clock, the time stamp

12   indicates that it is to execute the task.

Hanley, Flight & Zimmerman, LLC
Title: SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A
PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES
Inventor(s): Nicholas A. J. Millington
Attorney Docket No.: 20218/11-0901
Page 1 of 5



*FIG.1*

Hanley, Flight & Zimmerman, LLC
Title: SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A
PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES
Inventor(s): Nicholas A. J. Millington
Attorney Docket No.: 20218/11-0901
Page 2 of 5



*FIG. 2*

Hanley, Flight & Zimmerman, LLC
Title: SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A
PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES
Inventor(s): Nicholas A. J. Millington
Attorney Docket No.: 20218/11-0901
Page 3 of 5



*F I G. 2A*

Hanley, Flight & Zimmerman, LLC
Title: SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A
PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES
Inventor(s): Nicholas A. J. Millington
Attorney Docket No.: 20218/11-0901
Page 4 of 5



*F I G. 3*

Hanley, Flight & Zimmerman, LLC
Title: SYSTEM AND METHOD FOR SYNCHRONIZING OPERATIONS AMONG A
PLURALITY OF INDEPENDENTLY CLOCKED DIGITAL DATA PROCESSING DEVICES
Inventor(s): Nicholas A. J. Millington
Attorney Docket No.: 20218/11-0901
Page 5 of 5



*F I G. 4*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**(Case No. 04-0401-CON1014D (MBHB No. 14-1800-CON2))**

| | |
|---|---|
| In re the Application of: | ) |
| | ) |
|       Nicholas A.J. Millington | ) |
| | ) |
| Application No.: TBD | ) Group Art Unit: TBD |
| | ) |
| Filed: October 17, 2014 | ) |
| | ) Examiner: TBD |
| Confirmation No.: TBD | ) |
| | ) |
| For:   Obtaining Content from Remote Source | ) |
|        for Playback | ) |

Mailstop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313

## PRELIMINARY AMENDMENT

Prior to examination of the above-referenced application, Applicant respectfully requests

entry of the following amendments and consideration of the following remarks.

**Amendments to the Abstract** begin on page 2 of this paper.

**Amendments to the Specification** begin on page 3 of this paper.

**Amendments to the Claims** begin on page 5 of this paper.

**Remarks** begin on page 10 of this paper.

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

## AMENDMENTS TO THE ABSTRACT

Please amend the Abstract as follows:

~~A system is described for maintaining synchrony of operations among a plurality of devices that have independent clocking arrangements. The system includes a task distribution device that distributes tasks to a synchrony group comprising a plurality of devices that are to perform the tasks distributed by the task distribution device in synchrony. The task distribution device distributes each task to the members of the synchrony group over a network. Each task is associated with a time stamp that indicates a time, relative to a clock maintained by the task distribution device, at which the members of the synchrony group are to execute the task. Each member of the synchrony group periodically obtains from the task distribution device an indication of the current time indicated by its clock, determines a time differential between the task distribution device's clock and its respective clock and determines therefrom a time at which, according to its respective clock, the time stamp indicates that it is to execute the task.~~

Examples include a playback device with a network interface and memory with program instructions that, when executed by the processor, cause the playback device to (a) receive, via the network interface from a network device communicatively coupled to the playback device over a LAN, an address identifying a network location of audio information available at an audio information source, where the audio information source is outside of the LAN, (b) obtain, via the network interface from the audio information source, the audio information, (c) transmit, via the network interface to another playback device, the audio information, and (d) play back the audio information.

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

## AMENDMENTS TO THE SPECIFICATION

Please amend the title of the application as follows:

~~System and Method for Synchronizing Operations Among A Plurality Of~~

~~Independently Clocked Digital Data Processing Devices~~

Obtaining Content from Remote Source for Playback


Please amend the "Incorporation by Reference" section of the specification starting on page 1 as

follows:

### INCORPORATION BY REFERENCE

~~This application claims the benefit of Provisional Patent Application Serial No.~~
~~60/490,768, filed on July 28, 2003, entitled "Method for Synchronizing Audio Playback Between~~
~~Multiple Networked Devices," and Non-provisional Patent Application Serial No. 10/816,217,~~
~~filed on April 1, 2004, entitled "System and Method for Synchronizing Channel Handoff as~~
~~Among a Plurality of Independently Clocked Digital Devices," both of which are assigned to the~~
~~assignee of the present application and are incorporated herein by reference.~~

This application claims priority under 35 U.S.C. § 120 to, and is a continuation of, U.S.
Non-provisional Patent Application No. 13/297,000, filed on November 15, 20ll, entitled
"System and method for synchronizing operations among a plurality of independently clocked
digital data processing devices," which claims priority under 35 U.S.C. § 120 to, and is a
continuation of, U.S. Non-provisional Application No. 10/816,217, now issued as U.S. Patent No.
8,234,395, filed on April 1, 2004, entitled "System and method for synchronizing operations
among a plurality of independently clocked digital data processing devices," which claims
priority under 35 U.S.C. § 119 to U.S. Provisional Application No. 60/490,768, filed on July 28,

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

2003 and now expired, entitled "Method for Synchronizing Audio Playback Between Multiple Networked Devices," each of which are assigned to the assignee of the present application and are incorporated herein by reference.

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

## AMENDMENTS TO THE CLAIMS

1-20    (Cancelled)


21.    (New) A first playback device comprising:

a network interface; and

memory comprising program instructions that, when executed by the processor, cause the

playback device to:

      receive, via the network interface from a network device communicatively

coupled to the first playback device over a local area network (LAN), an address

identifying a network location of audio information available at an audio information

source, wherein the audio information source is outside of the LAN;

      obtain, via the network interface from the audio information source, the audio

information;

      transmit, via the network interface to a second playback device, the audio

information; and

      play back the audio information.


22.    (New) The first playback device of claim 21, wherein the program instructions, when

executed by the processor, further cause the first playback device to:

generate timing information based on the audio information; and

transmit, to the second playback device, the timing information, and

5

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

wherein causing the first playback device to play back the audio information comprises causing the first playback device to play back the audio information according to the timing information.

23.    (New) The first playback device of claim 21, wherein the program instructions, when executed by the processor, further cause the first playback device to:

before transmitting the audio information to the second playback device, receive, from the network device, an instruction to join a synchrony group that includes the second playback device.

24.    (New) The first playback device of claim 23, wherein the program instructions, when executed by the processor, further cause the first playback device to:

transmit, to the network device, status information that comprises a status of the synchrony group.

25.    (New) The first playback device of claim 24, wherein the status information further comprises an identification of each playback device in the synchrony group.

26.    (New) The first playback device of claim 24, wherein the status information further comprises an identification of a master playback device of the synchrony group.

27.    (New) The first playback device of claim 26, wherein the first playback device is the master playback device of the synchrony group.

6

28.    (New) The first playback device of claim 24, wherein the status information further comprises an identification of one or more slave playback devices in the synchrony group.

29.    (New) The first playback device of claim 28, wherein the second playback device is one of the one or more slave playback devices in the synchrony group.

30.    (New) The playback device of claim 21, wherein the audio information comprises one of audio files or packetized streaming audio information.

31.    (New) The playback device of claim 21, wherein obtaining, from the audio information source, the audio information, comprises obtaining, from the audio information source via the Internet, the audio information.

32.    (New) The playback device of claim 21, wherein obtaining, from the audio information source, the audio information, comprises sending, to the audio information source, a request for the audio information.

33.    (New) A method comprising:

receiving, by a first playback device from a network device communicatively coupled to the first playback device over a local area network (LAN), an address identifying a location of audio information available at an audio information source, wherein the audio information source is outside of the LAN;

7

obtaining, by the first playback device from the audio information source, the audio information;

transmitting, by the first playback device to a second playback device, the audio information; and

playing back, by the first playback device, the audio information.

34.     (New) The method of claim 33, further comprising:

generating, by the first playback device, timing information based on the audio information; and

transmitting, by the first playback device to the second playback device, the timing information, and

wherein playing back the audio information comprises playing back the audio information according to the timing information.

35.     (New) The method of claim 33, further comprising:

before transmitting the audio information to the second playback device, receiving, by the first playback device from the network device, an instruction to join a synchrony group that includes the second playback device.

36.     (New) The method of claim 35, further comprising:

transmitting, by the first playback device to the network device, status information that comprises a status of the synchrony group.

8

37.    (New) The method of claim 35, wherein the status information further comprises an identification of each playback device in the synchrony group.

38.    (New) The method of claim 37, wherein the status information further comprises an identification of a master playback device of the synchrony group.

39.    (New) The method of claim 38, wherein the first playback device is the master playback device of the synchrony group.

40.    (New) A tangible non-transitory computer-readable medium having instructions stored thereon that when executed cause a first playback device to:

receive, from a network device communicatively coupled to the first playback device over a local area network (LAN), an address identifying a location of audio information available at an audio information source, wherein the audio information source is outside of the LAN;

obtain, from the audio information source, the audio information;

transmit, to a second playback device, the audio information; and

play back the audio information.

9

## <u>REMARKS</u>

Applicant respectfully requests the Examiner to enter this Preliminary Amendment prior to examination.  In this amendment, Applicant updates the Abstract, updates the application title, updates the incorporation by reference section, cancels claims 1-20, and presents new claims 21-40 for examination.  Support for these amendments to the specification and claims can be found generally throughout the application.

Applicant respectfully requests entry of these amendments prior to issuance of this application.  Should the Examiner wish to further discuss this case with the undersigned, the Examiner is welcome to call the undersigned at (312) 913-3381.

Respectfully submitted,

**MCDONNELL BOEHNEN
HULBERT & BERGHOFF LLP**

Date: <u>October 17, 2014</u>          By:    <u>/Michael P. Boyea/</u>
                                                Michael P. Boyea
                                                Registration No. 70,248

McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

107361        7590        12/01/2014
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/01/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | Application No.<br>14/516,867 | Applicant(s)<br>MILLINGTON, NICHOLAS A.J. |
|---|---|---|
| | Examiner<br>OLEG SURVILLO | Art Unit<br>2442 | AIA (First Inventor to File)<br>Status<br>No |

*Columns merged for Art Unit / AIA:*

| | Examiner<br>OLEG SURVILLO | Art Unit<br>2442 | AIA (First Inventor to File) Status<br>No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>October 17, 2014</u>.
 ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.** 2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>21-40</u> is/are pending in the application.
 5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) <u>21-40</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☒ The drawing(s) filed on <u>October 17, 2014</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
 Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
 Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
 **Certified copies:**
 a)☐ All b)☐ Some** c)☐ None of the:
 1. ☐ Certified copies of the priority documents have been received.
 2. ☐ Certified copies of the priority documents have been received in Application No. _____.
 3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>11/14/2014; 11/14/2014</u>.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 14/516,867                                    Page 2
Art Unit: 2442

## DETAILED ACTION

### *Response to a Preliminary Amendment*

1.      Claims 21-40 are pending in the application. No claims are currently amended.

Claims 1-20 have been canceled. Claims 21-40 are new.


### *Response to Arguments*

2.      With regard to Applicant's remarks dated October 17, 2014:

        Preliminary amendment has been fully considered and is entered.

        Amendment to the specification, abstract, title, and claims has been fully

considered and is entered.


### *Claim Rejections - 35 USC § 112*

        The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
        The specification shall conclude with one or more claims particularly pointing out and distinctly
        claiming the subject matter which the applicant regards as his invention.

3.      Claims 21-32 are rejected under 35 U.S.C. 112 (pre-AIA), second paragraph, as

being indefinite for failing to particularly point out and distinctly claim the subject matter

which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

        Claim 21 recites the limitation "the processor" in line 3.  There is insufficient

antecedent basis for this limitation in the claim.


### *Claim Rejections - 35 USC § 103*

Application/Control Number: 14/516,867                                           Page 3
Art Unit: 2442

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

4.      Claims 21, 22, 30-34, and 40 are rejected under pre-AIA 35 U.S.C. 103(a) as

being unpatentable over Goldberg et al. (US 2007/0142944 A1) in view of Alexander et

al. (US 2005/0027821 A1).

As to claim 33, Goldberg teaches a method comprising:

obtaining, by the first playback device [DJ unit 200, broadcast unit 710] from the

audio information source [distributor], the audio information [music files] (par. [0338],

Fig. 25), wherein the audio information source is outside of the LAN [distributor is an

Internet device located via Internet] (par. [0350], [0351], [0357]);

transmitting, by the first playback device to a second playback device [member

unit 100, receive unit 730], the audio information [step 1348] (Fig. 25, par. [0339]); and

playing back, by the first playback device, the audio information (par. [0019]).

Goldberg fails to expressly teach receiving, by a first playback device from a

network device communicatively coupled to the first playback device over a local area

network (LAN), an address identifying a location of audio information available at an

audio information source.

Alexander is directed to locating and serving selected files (abstract). In

particular, Alexander teaches receiving, by a first playback device [requesting peer 101]

(Fig. 1A) from a network device [Result server 104] (Fig. 1A) communicatively coupled

Application/Control Number: 14/516,867                                          Page 4
Art Unit: 2442

to the first playback device over a local area network (LAN) [P2P network 102] (par. [0028]), an address identifying a location of audio information [results page comprising names of files satisfying search request and a hyperlink associated with each file name] (par. [0009], [0049]) available at an audio information source [File server 118] (Fig. 1A), wherein the audio information source is outside of the LAN (par. [0026], Fig. 1A).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify the method and system of Goldberg by receiving, by the first playback device from a network device communicatively coupled to the first playback device over a local area network (LAN), an address identifying a location of audio information available at an audio information source, in order to locate music from a distributor by searching for a desired file (par. [0074] in Alexander; par. [0338] in Goldberg).

As to claim 21, Goldberg in view of Alexander teaches a first playback device [DJ unit 200, broadcast unit 710 in Goldberg] comprising:

a network interface [inter-unit tx/rx 110] (par. [0096] in Goldberg); and

memory comprising program instructions that, when executed by the processor, cause the playback device to perform the method steps, as discussed per claim 33, above.

As to claims 22 and 34, Goldberg teaches:

Application/Control Number: 14/516,867                                        Page 5
Art Unit: 2442

generating, by the first playback device, timing information based on the audio

information (par. [0201]-[0203]); and

transmitting, by the first playback device to the second playback device, the

timing information (par. [0201]-[0203]), and

wherein playing back the audio information comprises playing back the audio

information according to the timing information (par. [0201]-[0203]).


As to claim 30, Goldberg teaches that the audio information comprises one of

audio files or packetized streaming audio information (par. [0339]).


As to claim 31, Goldberg in view of Alexander teaches that obtaining, from the

audio information source, the audio information, comprises obtaining, from the audio

information source via the Internet, the audio information (par. [0338], [0350], [0351],

[0357] in Goldberg).


As to claim 32, Goldberg in view of Alexander teaches that obtaining, from the

audio information source, the audio information, comprises sending, to the audio

information source, a request for the audio information (par. [0338], [0350], [0351],

[0357] in Goldberg; par. [0074] in Alexander).


As to claim 40, Goldberg in view of Alexander teaches a tangible non-transitory

computer-readable medium having instructions stored thereon [inventions of Goldberg

Application/Control Number: 14/516,867                                          Page 6
Art Unit: 2442

and Alexander are computer-implemented] that when executed cause a first playback

device [DJ unit 200, broadcast unit 710 in Goldberg] to perform the method steps, as

discussed per claim 33, above.


5.      Claims 23-29 and 35-39 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Goldberg et al. in view of Alexander et al. and in further view of

Meade,, II (US 2003/0073432 A1).

        As to claims 23 and 35, Goldberg in view of Alexander teaches before

transmitting the audio information to the second playback device [before broadcast unit

710 of Goldberg begins broadcasting audio], exchanging instructions for the first

playback device to join a synchrony group that includes the second playback device

[exchanging TCP messages between broadcast unit 710 and receiver unit 730 to

establish the mutual interest in audio broadcasting and reception] (par. [0181]-[0185],

Figs. 14A and 14B in Goldberg).

        Goldberg in view of Alexander fails to expressly teach that the instruction to join a

synchrony group is received by the first playback device from the network device.

        Meade is directed to wirelessly controlling a group of appliances with a mobile

computing device (abstract). In particular, Meade teaches receiving, by the first

playback device from the network device, an instruction to join a synchrony group that

includes the second playback device [receiving, by the video device 14 from the mobile

computing device 12, user preferences 18 instructing the video device 14 to play user-

selected content simultaneously by a group of devices including the video device 14

Application/Control Number: 14/516,867                                    Page 7
Art Unit: 2442

and audio device 28, where the user preferences 18 include grouping information of appliances] (par. [0059], [0083], [0112]).

It would have been obvious to one of ordinary skill in the art at the time of the invention to modify the method and system of Goldberg in view of Alexander by having an instruction to join a synchrony group that includes the second playback device received by the first playback device from the network device, in order to control units 100 of Goldberg from an external device without having to manually enter grouping preferences into each unit 100 of Goldberg (par. [0006] in Meade).

As to claims 24 and 36, Goldberg in view of Alexander and Meade teaches transmitting, by the first playback device to the network device, status information that comprises a status of the synchrony group [transmitting status of the cluster broadcaster area 1174 to all members of the cluster, the status information including information about the number of members of the cluster] (par. [0029], [0187], [0224] in Goldberg).

As to claims 25 and 37, Goldberg in view of Alexander and Meade teaches that the status information further comprises an identification of each playback device in the synchrony group (par. [0236], [0237], Figs. 18A and 18B in Goldberg).

As to claims 26 and 37, Goldberg in view of Alexander and Meade teaches that the status information further comprises an identification of a master playback device of

Application/Control Number: 14/516,867                                             Page 8
Art Unit: 2442

the synchrony group [name [ALI] indicates the name of the current broadcaster] (par.

[0237] in Goldberg).


As to claims 27 and 38, Goldberg in view of Alexander and Meade teaches that

the first playback device is the master playback device of the synchrony group

[broadcaster unit 710 of Goldberg is the master playback device] (Fig. 6 in Goldberg).


As to claim 28, Goldberg in view of Alexander and Meade teaches that the status

information further comprises an identification of one or more slave playback devices in

the synchrony group (par. [0236], [0237], Figs. 18A and 18B in Goldberg).


As to claim 29, Goldberg in view of Alexander and Meade teaches that the

second playback device is one of the one or more slave playback devices in the

synchrony group [receive unit 730 of Goldberg is the slave playback device] (Fig. 6 in

Goldberg).


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to OLEG SURVILLO whose telephone number is

(571)272-9691.  The examiner can normally be reached on Mon-Thu 10:00am -

7:30pm; Fri 10:00am - 6:30pm EST.

Application/Control Number: 14/516,867                                        Page 9
Art Unit: 2442

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Glenton B. Burgess can be reached on 571-272-3949. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

107361        7590        03/09/2015
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/09/2015 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | Application No. 14/516,867 | Applicant(s) MILLINGTON, NICHOLAS A.J. |
|---|---|---|
| | Examiner OLEG SURVILLO | Art Unit 2442 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☒ Responsive to communication(s) filed on <u>January 19, 2015</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5)☒ Claim(s) <u>21-40</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>21-40</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

### Application Papers

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
  a)☐ All  b)☐ Some**  c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>12/17/14; 01/22/15</u>.

3)☐ Interview Summary (PTO-413)
  Paper No(s)/Mail Date. _____ .

4)☐ Other: _____.

Application/Control Number: 14/516,867                                    Page 2

Art Unit: 2442

## DETAILED ACTION

### *Response to Amendment*

1.      Claims 21-40 remain pending in the application. Claims 21, 31-34, and 40 are currently amended. Claims 1-20 have been canceled. No new claims are currently added.


### *Response to Arguments*

2.      With regard to the Applicant's remarks dated January 19, 2015:

Regarding the rejection of claims 21-32 under 35 U.S.C. 112 (pre-AIA), second paragraph, Applicant's amendment has been fully considered and is sufficient. Therefore, the rejection has been withdrawn.

Regarding the rejection of claims 21-40 under 35 U.S.C. 103(a), Applicant's amendment and arguments have been fully considered. Applicants argue at **point 1)** at page 9 of the Remarks as filed that *"Goldberg is silent as to whether a request received by one unit from another unit includes instructions that cause both the requesting unit and the request-receiving unit to playback audio, and thus, the requests that a receive unit 730 makes to a broadcast unit 710 (or vice versa) in Goldberg do not amount to "control information comprising…one or more instructions that cause the first playback device and a second playback device to playback audio information"*. Examiner disagrees and notes that "cause" is undefined in the specification. Therefore, no specific meaning can be attributed to this word. The broadest reasonable interpretation in light of the specification would be "that enable" both the requesting unit and the request-

Application/Control Number: 14/516,867                                      Page 3
Art Unit: 2442

receiving unit to playback audio. Examiner maintains that the information exchanged

between the receive unit 730 and a broadcast unit 710 in Goldberg enables both device

to playback audio information in synchrony. Therefore, Applicant's argument cannot be

held as persuasive. Applicants also argue that *"Alexander fails to disclose control

information pertaining to a second playback device"*. Examiner agrees. Applicants

further argue that *"the search requests and search results exchanged between a peer

computer and the result server do not cause either device to playback audio

information, and thus, the messaging exchanged between the devices in Alexander do

not amount to "control information comprising...one or more instructions that cause the

first playback device and a second playback device to playback audio information"*.

Examiner disagrees for the same reasons as above. In particular, "cause" is undefined

in the specification. Therefore, no specific meaning can be attributed to this word. The

broadest reasonable interpretation in light of the specification would be "that enable"

either device of Alexander to playback audio. Examiner maintains that Alexander

enables peer computer to playback received audio. At **point 2)** at page 11 of the

Remarks Applicants argue that "Alexander does not teach or suggest that the peer

takes any action in response to receiving the search results other than perhaps

displaying the received search results to a user. Alexander certainly does not teach or

suggest that the peer device "(i) obtain[s]…from the audio information source..., the

audio information; (ii) transmit[s], via the network interface of the first playback device to

a second playback device, the audio information; and (iii) play[s] back the audio

information" in response to receiving the search results from the results server".

Application/Control Number: 14/516,867                                    Page 4
Art Unit: 2442

Examiner disagrees and notes that Alexander teaches sub-steps (i) and (iii) in response

to receiving search results from the results server, as disclosed in connection with Fig.

1B, par. [0033]-[0038]. It appears that Applicants rely on the claimed term "in response

to" as a requirement to perform sub-steps (i)-(iii). However, receipt of the control

information only enables the first device to perform sub-steps (i)-(iii), where

performance of sub-steps (i)-(iii) can be voluntary in response to the receiving of the

control information. Therefore, Applicant's argument cannot be held as persuasive.

As to any arguments not specifically addressed, they are the same as those

discussed above.


### Comments Regarding Examination

3.       As to claims 21, 33, 40, the limitation "one or more instructions that **cause** the

first playback device and a second playback device to playback audio information" is

interpreted more broadly than Applicants anticipate. In particular, "cause" is undefined

in the specification. Therefore, no specific meaning can be attributed to this word. The

broadest reasonable interpretation in light of the specification would be "that enable" the

first playback device and a second playback device to playback audio information, given

the one or more instructions.


### Claim Rejections - 35 USC § 103

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

Application/Control Number: 14/516,867                                        Page 5

Art Unit: 2442

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

4.      Claims 21-40 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable

over Meade,, II (US 2003/0073432 A1) in view of Goldberg et al. (US 2007/0142944

A1).

As to claim 33, Meade teaches a method comprising:

receiving, by a first playback device [audio device 28 that is one of the

appliances 13; appliance controller 50 that is one of the appliances 13; or any other

appliance 13 depicted at Fig. 2] (Fig. 2; par. [0034], [0039]) from a network device

[mobile device 12] configured to control the first playback device [configured to apply

user preferences 18 at the selected appliances for control of the selected appliances]

(par. [0039]) and communicatively coupled to the first playback device over a local area

network (LAN) [network communication link 70] (par. [0042], [0047]), control information

comprising (i) one or more instructions that cause the first playback device and a

second playback device [another appliance 13] (Fig. 2) to playback multimedia

information [mobile device 12 coordinates different media aspects of the same content

or related content to be performed simultaneously on multiple appliances 13] (par.

[0083]-[0084]) and (ii) an address identifying a location of the multimedia information

available at an audio information source [providing selection of a TV channel

identification or radio station identification as part of user preferences 18 that the user

desires to be output at the selected appliances 13] (par. [0026], [0059]), wherein the

audio information source is outside of the LAN [TV and radio broadcast stations are well

Application/Control Number: 14/516,867                                    Page 6
Art Unit: 2442

known in the art as being external sources outside of any local area networks formed by

devices in proximity]; and

in response to receiving the control information [in response to receiving user

preferences 18 at the controlled appliance] (i) obtaining, by the first playback device

from the audio information source outside of the LAN, the audio information [audio

device 28 receiving radio (or TV) broadcast of audio information (i.e. songs) that are

preferred by the user] (par. [0057]); and (iii) playing back, by the first playback device,

the audio information (par. [0062]).

Meade fails to teach that the multimedia information is specifically audio

information. In Meade, video device 14 and audio device 28 playback a television

broadcast and a radio broadcast of a single event, a football game, which is multimedia

information, but not limited to the "audio information", as claimed. Meade further fails to

expressly teach (ii) transmitting, by the first playback device to the second playback

device, the audio information. However, Meade discloses having an appliance controller

50 that is one of the appliances 13 for providing local control over household appliances

42-48 of the appliance set 40 (Fig. 2; par. [0034], [0039]).

Goldberg is directed to a method, system, and apparatus for playing an audio

signal synchronously on a first mobile audio player and at least a second mobile audio

player (abstract). In particular, Goldberg teaches a method comprising:

obtaining, by the first playback device [DJ unit 200, broadcast unit 710] from the

audio information source [distributor], the audio information [music files] (par. [0338],

Application/Control Number: 14/516,867                                    Page 7
Art Unit: 2442

Fig. 25), wherein the audio information source is outside of the LAN [distributor is an Internet device located via Internet] (par. [0350], [0351], [0357]);

transmitting, by the first playback device to a second playback device [member unit 100, receive unit 730], the audio information [step 1348] (Fig. 25, par. [0339]); and

playing back, by the first playback device, the audio information (par. [0019]).

It would have been obvious to one or ordinary skill in the art at the time of the invention to modify the method, the first playback device, and the program of Meade by having the audio information in the form of a user-preferred song being played by the at least two appliances in the group 40 of Meade, such that the radio broadcast of the football game would be played by the TV 14 (that is known to have audio output capability) and by the radio 28, in synchrony, in order to enhance the personal or social experience of the audio being played (par. [0101] in Goldberg).


As to claim 21, Meade in view of Goldberg teaches a first playback device [audio device 28 that is one of the appliances 13; appliance controller 50 that is one of the appliances 13; or any other appliance 13 depicted at Fig. 2 in Meade; DJ unit 200, broadcast unit 710 in Goldberg] comprising:

a network interface [wireless communicator 86] (Fig. 4 in Meade) [inter-unit tx/rx 110] (par. [0096] in Goldberg); and

memory comprising program instructions that, when executed by a processor, cause the playback device to perform the method steps, as discussed per claim 33, above.

Application/Control Number: 14/516,867                                              Page 8
Art Unit: 2442

As to claims 22 and 34, Meade in view of Goldberg teaches that in response to
receiving the control information [application of the user preferences 18 at the controller
appliance 13 in Meade], additionally:

generating, by the first playback device, timing information based on the audio
information (par. [0201]-[0203] in Goldberg); and

transmitting, by the first playback device to the second playback device, the
timing information (par. [0201]-[0203] in Goldberg), and

wherein playing back the audio information comprises playing back the audio
information according to the timing information (par. [0201]-[0203] in Goldberg).


As to claims 23 and 35, Meade in view of Goldberg teaches causing the first
playback device to:

before transmitting the audio information to the second playback device [before
broadcast unit 710 of Goldberg begins broadcasting audio], receive, by the first
playback device from the network device, an instruction to join a synchrony group that
includes the second playback device [receiving, by the video device 14 of Meade from
the mobile computing device 12, user preferences 18 instructing the video device 14 to
play user-selected content simultaneously by a group of devices including the video
device 14 and audio device 28, where the user preferences 18 include grouping
information of appliances] (par. [0059], [0083], [0112] in Meade).

Application/Control Number: 14/516,867                                              Page 9
Art Unit: 2442

As to claims 24 and 36, Meade in view of Goldberg teaches transmitting, by the first playback device to the network device, status information that comprises a status of the synchrony group [transmitting status of the cluster broadcaster area 1174 to all members of the cluster, the status information including information about the number of members of the cluster] (par. [0029], [0187], [0224] in Goldberg).

As to claims 25 and 37, Meade in view of Goldberg teaches that the status information further comprises an identification of each playback device in the synchrony group (par. [0236], [0237], Figs. 18A and 18B in Goldberg).

As to claims 26 and 38, Meade in view of Goldberg teaches that the status information further comprises an identification of a master playback device of the synchrony group [name [ALI] indicates the name of the current broadcaster] (par. [0237] in Goldberg).

As to claims 27 and 39, Meade in view of Goldberg teaches that the first playback device is the master playback device of the synchrony group [broadcaster unit 710 of Goldberg is the master playback device] (Fig. 6 in Goldberg).

As to claim 28, Meade in view of Goldberg teaches that the status information further comprises an identification of one or more slave playback devices in the synchrony group (par. [0236], [0237], Figs. 18A and 18B in Goldberg).

As to claim 29, Meade in view of Goldberg teaches that the second playback
device is one of the one or more slave playback devices in the synchrony group [receive
unit 730 of Goldberg is the slave playback device] (Fig. 6 in Goldberg).

As to claim 30, Meade in view of Goldberg teaches that the audio information
comprises one of audio files or packetized streaming audio information (par. [0339] in
Goldberg).

As to claim 31, Meade in view of Goldberg teaches that obtaining, from the audio
information source outside of the LAN, the audio information, comprises obtaining, from
the audio information source via the Internet, the audio information (par. [0042] in
Meade; par. [0338], [0350], [0351], [0357] in Goldberg).

As to claim 32, Meade in view of Goldberg teaches that obtaining, from the audio
information source outside of the LAN, the audio information, comprises sending, to the
audio information source, a request for the audio information (par. [0042] in Meade; par.
[0338], [0350], [0351], [0357] in Goldberg).

As to claim 40, Meade in view of Goldberg teaches a tangible non-transitory
computer-readable medium having instructions stored thereon [inventions of Meade and
Goldberg are computer-implemented] that when executed cause a first playback device

Application/Control Number: 14/516,867                                      Page 11
Art Unit: 2442

[audio device 28 that is one of the appliances 13; appliance controller 50 that is one of

the appliances 13; or any other appliance 13 depicted at Fig. 2 in Meade; DJ unit 200,

broadcast unit 710 in Goldberg] to perform the method steps, as discussed per claim

33, above.


### Conclusion

Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to OLEG SURVILLO whose telephone number is

(571)272-9691.  The examiner can normally be reached on Mon-Thu 10:00am -

7:30pm; Fri 10:00am - 6:30pm EST.

Application/Control Number: 14/516,867                                        Page 12
Art Unit: 2442

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Glenton B. Burgess can be reached on 571-272-3949.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Case No.: 04-0401-CON1014D)
(MBHB Docket No. 14-1800-CON2)

| | | |
|---|---|---|
| In the Application of: | ) | |
| | ) | |
| Millington | ) | Art Unit:  2442 |
| | ) | |
| Serial No.:      14/516,867 | ) | Examiner:  Survillo |
| | ) | |
| Filed:  October 17, 2014 | ) | Confirmation No.  9318 |
| | ) | |
| For:    Obtaining Content from Remote Source | ) | |
| For Playback | ) | |
| | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## RESPONSE TO THE FINAL OFFICE ACTION
## MAILED MARCH 9, 2015

Pursuant to 37 C.F.R. § 1.116 and the After Final Consideration Pilot Program 2.0, please consider the following **AMENDMENTS** and **REMARKS** in response to the Final Office Action mailed on March 9, 2015 in the above-captioned application.

**AMENDMENTS TO THE CLAIMS** begin on page 2.

**REMARKS** begin on page 9.

The Office is hereby authorized to charge any underpayment of fees or credit any overpayment of fees in connection with the prosecution of the above-captioned application to Deposit Account 13-2490.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

1

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

## AMENDMENTS TO THE CLAIMS

1-20.   (Canceled)

21.    (Currently Amended) A first playback device comprising:

a network interface; and

memory comprising program instructions that, when executed by a processor, cause the playback device to:

receive, via the network interface from a network device configured to control the first playback device and communicatively coupled to the first playback device over a local area network (LAN), control information comprising (i) one or more instructions ~~that cause~~ <u>for</u> the first playback device and a second playback device to playback audio information and (ii) an address identifying a network location of the audio information available at an audio information source, wherein the audio information source is outside of the LAN; and

in response to receiving the control information, (i) obtain, via the network interface from the audio information source outside of the LAN, the audio information; (ii) transmit, via the network interface of the first playback device to the second playback device, the audio information<u>, playback timing information associated with the audio information, and device clock information of the first playback device</u>; and (iii) play back the audio information <u>in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information</u>.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

2

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

22.     (Currently Amended) The first playback device of claim 21, wherein the program instructions, when executed by the processor, further cause the first playback device to:

generate the playback timing information ~~based on~~ associated with the audio information; and

generate the device clock time information of the first playback device.

~~transmit, to the second playback device, the timing information, and~~

~~wherein causing the first playback device to play back the audio information comprises causing the first playback device to play back the audio information according to the timing information.~~

23.     (Currently Amended) The first playback device of claim 21, wherein device clocks of the first and second playback devices operate independently of each other. ~~the program instructions, when executed by the processor, further cause the first playback device to:~~

~~before transmitting the audio information to the second playback device, receive, from the network device, an instruction to join a synchrony group that includes the second playback device.~~

24.     (Previously Presented) The first playback device of claim 23, wherein the program instructions, when executed by the processor, further cause the first playback device to:

transmit, to the network device, status information that comprises a status of the synchrony group.

25.     (Previously Presented) The first playback device of claim 24, wherein the status information further comprises an identification of each playback device in the synchrony group.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

3

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

26.     (Previously Presented) The first playback device of claim 24, wherein the status information further comprises an identification of a master playback device of the synchrony group.

27.     (Previously Presented) The first playback device of claim 26, wherein the first playback device is the master playback device of the synchrony group.

28.     (Currently Amended) The first playback device of claim 24, wherein the status information further comprises an identification of one or more slave playback devices in the synchrony group, and wherein the second playback device is one of the one or more slave playback devices in the synchrony group.

29.     (Currently Amended) The first playback device of claim 28, wherein ~~the second playback device is one of the one or more slave playback devices in the synchrony group~~ the audio information comprises a plurality of frames, wherein the playback timing information associated with the audio information comprises a playback time for each frame of the audio information, and wherein using the playback timing information associated with the audio information to play back the audio information comprises, for each frame of the audio information, playing back the frame when the device clock of the first playback device is the same as the playback time for the frame.

30.     (Previously Presented) The playback device of claim 21, wherein the audio information comprises one of audio files or packetized streaming audio information.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

4

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

31.     (Previously Presented) The playback device of claim 21, wherein obtaining, from the audio information source outside of the LAN, the audio information, comprises obtaining, from the audio information source via the Internet, the audio information.

32.     (Previously Presented) The playback device of claim 21, wherein obtaining, from the audio information source outside of the LAN, the audio information, comprises sending, to the audio information source, a request for the audio information.

33.     (Currently Amended) A method comprising:

receiving, by a first playback device from a network device configured to control the first playback device and communicatively coupled to the first playback device over a local area network (LAN), control information comprising (i) one or more instructions ~~that cause~~ for the first playback device and a second playback device to playback audio information and (ii) an address identifying a location of the audio information available at an audio information source, wherein the audio information source is outside of the LAN; and

in response to receiving the control information (i) obtaining, by the first playback device from the audio information source outside of the LAN, the audio information; (ii) transmitting, by the first playback device to the second playback device, the audio information, <u>playback timing information associated with the audio information, and device clock time information of the first playback device</u>; and (iii) playing back, by the first playback device, the audio information <u>in synchrony with the second playback device by using the timing information associated with the audio information to play back the audio information</u>.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

5

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

34.     (Currently Amended) The method of claim 33, further comprising:

in response to receiving the control information, additionally (i) generating, by the first

playback device, the playback timing information ~~based on~~ associated with the audio

information; and (ii) ~~transmitting, by the first playback device to the second playback device, the~~

~~timing information, and wherein playing back the audio information comprises playing back the~~

~~audio information according to the timing information~~ generating, by the first playback device,

the clock time information of the first playback device.

35.     (Currently Amended) The method of claim 33, wherein device clocks of the first

and second playback devices operate independently of each other.

~~further comprising:~~

~~before transmitting the audio information to the second playback device, receiving, by the~~

~~first playback device from the network device, an instruction to join a synchrony group that~~

~~includes the second playback device.~~

36.     (Currently Amended) The method of claim 35, further comprising:

transmitting, by the first playback device to the network device, status information that

comprises a status of the synchrony group, wherein the status information further comprises an

identification of each playback device in the synchrony group.

37.     (Currently Amended) The method of claim 35, wherein ~~the status information~~

~~further comprises an identification of each playback device in the synchrony group~~ the audio

information comprises a plurality of frames, wherein the playback timing information associated

with the audio information comprises a playback time for each frame of the audio information,

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

6

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

<u>and wherein using the playback timing information associated with the audio information to play back the audio information comprises, for each frame of the audio information, playing back the frame when the device clock of the first playback device is the same as the playback time for the frame.</u>

38.    (Currently Amended) The method of claim [[37]] <u>36</u>, wherein the status information further comprises an identification of a master playback device of the synchrony group.

39.    (Previously Presented) The method of claim 38, wherein the first playback device is the master playback device of the synchrony group.

40.    (Currently Amended) A tangible non-transitory computer-readable medium having instructions stored thereon that when executed cause a first playback device to:

receive, from a network device configured to control the first playback device and communicatively coupled to the first playback device over a local area network (LAN), control information comprising (i) one or more instructions ~~that cause~~ <u>for</u> the first playback device and a second playback device to playback audio information and (ii) an address identifying a location of audio information available at an audio information source, wherein the audio information source is outside of the LAN; and

in response to receiving the control information, (i)  obtain, from the audio information source outside of the LAN, the audio information; (ii) transmit, to the second playback device, the audio information<u>, playback timing information associated with the audio information, and clock time information for the first playback device</u>; and (iii) play back the audio information <u>in</u>

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001
7
Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

synchrony with the second playback device by using the timing information associated with the audio information to play back the audio information.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

8

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

# REMARKS

## I.    Status of the Claims

Claims 21-40 are pending.    Claims 21, 33 and 40 are independent.    In the present Response, and without conceding the merits of the rejections and in an earnest attempt to advance prosecution, Applicant has amended claims 21-23, 28-29, 33-38, and 40 to further clarify the claim language.  For example, Applicant disagrees with the contention that no specific meaning can be attributed to the word "cause" because the word is undefined in the specification, and Applicant disagrees with the Examiner's interpretation of the word "cause" as having any meaning other than its ordinary and customary meaning.  Office Action, pp. 2-4.  The word "cause" is basic, fundamental word in the English language that any English-language speaker would understand within the context of the claim language, including English-language speakers having ordinary skill in the art at the time of the claimed inventions.  Nevertheless, to advance prosecution and ease the burden of examination, Applicant has removed the word "cause" from the independent claims to obviate the Examiner's objections to this term.  The subject matter of the amendments can be found generally throughout Applicant's originally-filed specification, including but not limited to ¶¶ 7-8, 28-38, 181, and 198 of Applicant's Patent Application Publication 2015/0039109.  No new matter has been added.

The present amendments are made to expedite prosecution of this application to allowance.    However, Applicant does not acquiesce in the Examiner's rejection of the originally-filed or previously-pending claims.  Applicant reserves the right to pursue the subject matter of the originally-filed or previously-pending claims in one or more continuation applications.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

9

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

## II.    Summary of the Final Office Action Mailed March 9, 2015

In the Final Office Action mailed on March 9, 2015, the Examiner rejected claims 21-40 under 35 U.S.C. § 103(a) as allegedly unpatentable over U.S. Pub. 2003/0073432 ("Meade") in view of U.S. Pub. 2007/0142944 ("Goldberg").

## III.    Summary of the Examiner Interview on May 11, 2015

A telephonic Examiner Interview took place on May 11, 2015.  Participants included Examiner Oleg Survillo and Applicant's Representatives, Chris Butts and Jeff Armstrong.  No demonstrations were conducted and no exhibits were shown.  During the call, the participants discussed (i) claim 21, (ii) the § 103 rejections, (iii) the Meade, Goldberg, U.S. Pat. No. 6,816,818 ("Wolf"), U.S. Pub. No. 2002/0114354 ("Sinha"), U.S. Pub. No. 2004/0208158 ("Fellman"), U.S. Pub. No. 2002/0080783 ("Fujimori"), and U.S. Pub. No. 2004/0228367 ("Mosig") references, and (iv) proposed claim amendments.  No agreement was reached.

## IV.    Response to the § 103 Rejections based on Meade and Goldberg

Applicant submits that amended claims 21, 33 and 40 are allowable over Meade and Goldberg for at least the reason that the cited references, individually or in combination, fail to teach or suggest all of the recited claim elements.  For example, with reference to claim 21, Meade and Goldberg fail to teach or suggest at least "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

10

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Applicant's review of Meade found no teaching or suggestion of a playback device that transmits playback timing information to another playback device, and indeed, the Office Action does not cite Meade as teaching this aspect of the claim language.  Office Action, p. 8.  Thus, Meade fails to teach or suggest at least "a first playback device" configured to "(ii) transmit...to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

The addition of Goldberg does not overcome the deficiency of Meade for at least two reasons.   First, Goldberg is silent as to any sort of "device clock information of the first playback device," and thus, Goldberg cannot possibly teach or suggest "transmit[ting]...to the second playback device,...device clock information of the first playback device," as recited in claim 21.  Second, and assuming solely for the sake of argument that Goldberg's synchronization signal suggests the claimed "playback timing information associated with the audio information," Goldberg is silent as to the first playback device "play[ing] back the audio information in synchrony with the second playback device by using the timing information associated with the audio information." At most, Goldberg explains "the synchronization signal can be the time stamp from the beginning of the music file to the current position of the music file being played on the broadcast unit...[or a] sample number that is currently being played on the broadcast unit 100."  Goldberg, ¶¶ 201-203.  But Goldberg only describes the receiving unit

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

11

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

(not the broadcast unit) as playing back audio based on the "synchronization signal." *Id.* Thus, like Meade, Goldberg also fails to teach or suggest "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Because Meade and Goldberg, whether considered individually or in combination, fail to teach or suggest all of the elements recited in independent claim 21, Applicant submits that claim 21 is patentable over Meade and Goldberg. Additionally, because independent claims 33 and 40 recite elements similar to those recited in claim 21, Applicant submits that claims 33 and 40 are patentable over Meade and Goldberg for reasons similar to those set forth herein regarding claim 21. Furthermore, and without conceding the merits of the other rejections set forth in the Office Action, Applicant submits that the pending dependent claims are patentable over Meade and Goldberg for at least the reason that they depend from patentable independent claims.

### V.  The Additional References Discussed during the Examiner Interview Fail to Overcome the Deficiencies of Meade and Goldberg

The addition of Wolf, Sinha, Fellman, Fujimori, and/or Mosig would not overcome the deficiencies of Meade and Goldberg for at least the reason that Wolf, Sinha, Fellman, Fujimori, and Mosig also fail to teach or suggest "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

12

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

timing information associated with the audio information to play back the audio information," as recited in claim 21.

Wolf discloses transmitting a "first clock signal and a second clock signal" to a "receiver module" and explains that the "receiver module" then (i) "selects the at least one first clock signal or the second clock signal as master synchronization signal for its synchronization," and (ii) "selects the clock signal identified as master synchronization signal for its synchronization and thus synchronizes itself with the clock signal operating with a higher degree of precision." Wolf, 2:16-29. However, neither the "first clock signal" nor the "second clock signal" in Wolf amounts to the "playback timing information" for at least the reasons that: (i) Wolf does not disclose any type of audio or other media information, (ii) neither of Wolf's first or second synchronization signals is "associated with [] audio information" as in the claims, and (iii) there is no teaching or suggestion of the source of Wolf's first and second clock signals using either the first or second clock signals to "play back the audio information," as recited in claim 21. Thus, like Meade and Goldberg, Wolf also fails to teach or suggest "a first playback device" configured to "(ii) transmit...to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Sinha discloses "synchroniz[ing] one or more pairs of initially independent clocks over a communications link...to facilitate synchronous data transfers and/or consistent data transfer rates across a link where "[a] master side establishes a master transfer clock **_or_** a master network clock, and transmits information reflecting **_one_** of those clocks to a slave side." Sinha, ¶¶ 8, 12,

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

13

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

16 (emphasis added). As an initial matter, the synchronization is Sinha is related to "data transfers" -- not synchronization of audio or other media playback. Sinha is silent as to media playback, and thus, Sinha fails to teach or suggest "transmit[ting]…playback timing information associated with the audio information" or "play[ing] back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21. Moreover, even assuming for the sake of argument that Sinha's master network clock or master transfer clock amounts to one of the claimed "playback timing information" or "device clock information of the first playback device," Sinha only discloses "transmit[ting] information reflecting ***one*** of those clocks to a slave side," Sinha, ¶ 16 (emphasis added), whereas claim 21 recites transmitting both "playback timing information associated with the audio information, and device clock information of the first playback device" to the second playback device. Thus, like Meade, Goldberg, and Wolf, Sinha also fails to teach or suggest "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Fellman discloses a "synchronization mechanism [that] may use two types of synchronization signals: a fine resolution synchronization signal and a coarse-resolution synchronization signal." Fellman, ¶ 30. As an initial matter, Fellman does not describe either the fine or coarse-resolution synchronization signals in connection with audio or other media playback, and thus, neither the fine or coarse-resolution synchronization signal amounts to the

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

14

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

claimed "playback timing information associated with the audio information." And while Fellman describes "a master timing device" that sends the two types of signals to a "slave device," there is no teaching or suggestion in Fellman that the master device plays audio or any other media based on either the fine or coarse resolution synchronization signals, and thus, Fellman fails to teach or suggest "play[ing] back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21. Therefore, like Meade, Goldberg, Wolf, and Sinha, Fellman also fails to teach or suggest "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Fujimori discloses a system with a "clock master node" and "a plurality of nodes" where (1) "a word clock master node…transmits a reference time stamp to each of the nodes (slave nodes) every predetermined cycle," and (2) "of the slave nodes, a transmitting node [(i)] reads out an audio waveform signal, on the basis of the reference time stamp, from the clock master node and [(ii)] generates a transmission time stamp indicative of a transmission time, so as to transmit, to the communication network, audio data along with the thus-generated transmission time stamp." Fujimori, ¶ 2. In operation, Fujimori's "[r]eceiving node also performs real-time audio data reproduction, on the basis of the time stamp and audio data transmitted from the transmitting node, in synchronism with the reference time stamp [transmitted from the clock master node]." *Id.* Because Fujimori's "clock master node" transmits the "reference time

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

15

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

stamp" and Fujimori's "transmitting node" transmits the "audio data along with the thus-generated transmission time stamp," neither Fujimori's "clock master node" nor Fujimori's "transmitting node" amounts to the claimed "first playback device" because neither the "clock master node" nor the "transmitting node" transmits all three of "the audio information, playback timing information associated with the audio information, and device clock information of the first playback device," as in claim 21. And while Fujimori states that the "master nodes…can have other necessary functions than the master clock generating function, such as a tone generating function and performance data generating function," Fujimori, ¶ 37, Fujimori never describes a "master node" that "play[s] back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21. Therefore, like Meade, Goldberg, Wolf, Sinha, and Fellman, Fujimori also fails to teach or suggest "a first playback device" configured to "(ii) transmit…to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Mosig describes "two different embodiments" of an audio playback system having a media source and multiple media sinks. Mosig, ¶¶ 11, 47; Fig 1. "In both embodiments a common play-out time is determined and associated to each media data packet and the media data packet is played-out by a media sink exactly at this common play-out time." *Id*. "In the first embodiment, the common play-out time is determined by the media sinks by adding a play-out time offset to the time indicated by a timestamp of a media data packet." *Id*. "The **_play-out_**

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

16

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

***time offset*** is determined by the media source and transmitted to the media sinks." *Id*. (emphasis added). "In the second embodiment, the ***common play-out time*** is determined by the media source for each packet and sent out together with each media data packet in form of a corresponding timestamp." *Id*. (emphasis added). Neither the play-out time offset nor the common play-out time that the media source sends to each media sink in the first and second embodiments, respectively, amount to "device clock information of the first playback device," as recited in claim 21. First, instead of "device clock information," the play-out time offset that the media source sends to each media sink in the first embodiment is an offset that each media sink adds to a timestamp in each received media packet to determine a common play-out time for each received packet. Mosig, ¶ 47. In the second embodiment, the common play-out time that the media source sends to each media sink is also not "device clock information of the first playback device." Instead, the common play-out time is the time when each media sink plays out a particular media data packet. Mosig, ¶ 11. Because Mosig fails to disclose "device clock information," Mosig cannot possibly teach or suggest "transmit[ting]...to the second playback device,...device clock information of the first playback device." Therefore, like Meade, Goldberg, Wolf, Sinha, Fellman, and Fujimori, Mosig also fails to teach or suggest "a first playback device" configured to "(ii) transmit...to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21.

Because Meade and Goldberg, whether considered individually or in combination, do not teach or suggest "a first playback device" configured to "(ii) transmit...to the second playback

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

17

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information to play back the audio information," as recited in claim 21 as described in Section IV, and because the addition of Wolf, Sinha, Fellman, Fujimori, and/or Mosig would not overcome at least this deficiency of Meade and Goldberg, Applicant submits that claim 21 is patentable over Meade, Goldberg, Wolf, Sinha, Fellman, Fujimori, and Mosig. Additionally, because independent claims 33 and 40 recite elements similar to those recited in claim 21, Applicant submits that claims 33 and 40 are patentable over Meade, Goldberg, Wolf, Sinha, Fellman, Fujimori, and Mosig for reasons similar to those set forth herein regarding claim 21. Furthermore, and without conceding the merits of the other rejections set forth in the Office Action, Applicant submits that the pending dependent claims are patentable over Meade, Goldberg, Wolf, Sinha, Fellman, Fujimori, and Mosig for at least the reason that they depend from patentable independent claims.

## VI.    Conclusion

Applicant submits that the application is in condition for allowance, and Applicant respectfully requests a Notice of Allowance. If further discussion would advance the application to issuance, the Examiner is invited to telephone the undersigned at 312-913-0001.

Respectfully submitted,
McDonnell Boehnen Hulbert & Berghoff LLP

Date:  May 11, 2015                 By:    /Jeffrey P. Armstrong/
                                     Jeffrey P. Armstrong
                                     Reg. No. 54,967

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

18

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

107361          7590          05/13/2015
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/13/2015 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| ***Applicant-Initiated Interview Summary*** | Application No. 14/516,867 | Applicant(s) MILLINGTON, NICHOLAS A.J. | |
|---|---|---|---|
| | Examiner OLEG SURVILLO | Art Unit 2442 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Oleg Survillo, Examiner AU 2442_.

(3)_Christopher Butts, Reg. No.: 67,558_.

(2) _Jeff Armstrong, Reg. No.: 54,967_.

(4)_____.

Date of Interview: _11 May 2015_.

Type:  ☒ Telephonic   ☐ Video Conference
       ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:  ☐ Yes   ☒ No.
If Yes, brief description: _____.

Issues Discussed   ☐101 ☐112 ☐102 ☒103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _21_.

Identification of prior art discussed: _Wolf_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_See Continuation Sheet_.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /OLEG SURVILLO/ Primary Examiner, Art Unit 2442 | |
|---|---|

**Summary of Record of Interview Requirements**

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication.  If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
     (The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

 Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Discussed proposed amendments and whether the proposed changes render claims allowable over the art of record. In particular, discussed whether the newly cited references, including a reference to Wolf, teaches the newly added subject matter. Applicant's Attorney stated that Wolf (as well as other cited art) fails to teach play back of the audio information based at least in part on the playback timing information associated with the audio information and the clock information of the first playback device. In particular, Applicant's Attorney stated that none of the cited references teach that playback is based on the clock information, where Wolf specifically fails to teach playback of any audio information. Examiner disagreed and stated the the rejection was made over a combination of references and "based at least in part on" is not specific enough to elaborate how the clock information is incorporated into the playback of the audio information that would distinguish from prior art. Examiner advised to replace "based at least in part on" with a limitation that would provide specificity as to how playback timing information and clock information are incorporated into play back of the audio information. Examiner stated that providing this information in the claim is essential for allowability because this is the core of the inventive concept. Applicant's Attorneys indicated that such feature would be too specific for the Client to find acceptable. No agreement was reached on allowability of any of the pending claims.

U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

107361          7590          06/01/2015
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/01/2015 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| ***Applicant-Initiated Interview Summary*** | Application No.<br>14/516,867 | Applicant(s)<br>MILLINGTON, NICHOLAS A.J. | |
|---|---|---|---|
| | Examiner<br>OLEG SURVILLO | Art Unit<br>2442 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Oleg Survillo, Examiner AU 2442_.

(3) _Christopher Butts, Reg. No.: 67,558_.

(2) _Jeff Armstrong, Reg. No.: 54,967_.

(4) _____.

Date of Interview: _27 May 2015_.

Type:  ☒ Telephonic   ☐ Video Conference
  ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
  If Yes, brief description: _____.

Issues Discussed   ☐101 ☐112 ☐102 ☒103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _21 and 29_.

Identification of prior art discussed: _Goldberg, Meade, Sinha_.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

_See Continuation Sheet_.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☒ Attachment

| /OLEG SURVILLO/<br>Primary Examiner, Art Unit 2442 | |
|---|---|

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

## Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

 Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Discussed proposed claim amendments and whether the proposed changes render claims allowable over the art of record. In particular, discussed applicability of the newly cited references to teach the newly added limitation "transmitting device clock information of the first playback device". Applicant's Attorneys argued that since Goldberg already discloses a technique for synchronizing playback of audio between multiple devices, it would not have been obvious to modify Goldberg to additionally transmit device clock informaiton of the first playback device, where it was agreed that Goldberg fails to teach "transmitting device clock information of the first playback device". In support of their argument, Applicant's Attorneys relied on the BPAI decision in re Rinkevich. Examiner disagreed and maintained that the combination would have been obvious using one of the KSR rationales. In addition, Examiner stated that since device clock informaiton is not claimed (in at least claim 21) to be utilized for any specific purpose (such as to sychronize playback), Examiner is not required to provide additional reasoning linking device clock information to sychronization of playback and mere showing that technique for transmitting device clock information was well known in the art at the time of the invention is sufficient to satisfy Examiner's burden of establishing unpatentability of the claims. No agreement was reached regarding patentability. It was agreed to further discuss this issue with another Primary Examiner and/or Supervisor present during the next round of in-person interviews for related cases.

| **Advisory Action**<br>***Before the Filing of an Appeal Brief*** | **Application No.**<br>14/519,862 | **Applicant(s)**<br>MILLINGTON, NICHOLAS A.J. | |
|---|---|---|---|
| | **Examiner**<br>OLEG SURVILLO | **Art Unit**<br>2442 | **AIA (First Inventor to File) Status**<br>No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>11 May 2015</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

<u>NO NOTICE OF APPEAL FILED</u>

1. ☒ The reply was filed after a final rejection. No Notice of Appeal has been filed. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance;
    (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114 if this is a utility or plant application. Note that RCEs are not permitted in design applications. The reply must be filed within one of the following time periods:

     a) ☐ The period for reply expires _____ months from the mailing date of the final rejection.

     b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action; or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

     c) ☐ A prior Advisory Action was mailed more than 3 months after the mailing date of the final rejection in response to a first after-final reply filed within 2 months of the mailing date of the final rejection. The current period for reply expires _____ months from the mailing date of the *prior Advisory Action* or SIX MONTHS from the mailing date of the final rejection, whichever is earlier.

         *Examiner Note: If box 1 is checked, check either box (a), (b) or (c). ONLY CHECK BOX (b) WHEN THIS ADVISORY ACTION IS THE <u>FIRST</u> RESPONSE TO APPLICANT'S <u>FIRST</u> AFTER-FINAL REPLY WHICH WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. ONLY CHECK BOX (c) IN THE LIMITED SITUATION SET FORTH UNDER BOX (c). See MPEP 706.07(f).*

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee has been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) or (c) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☒ The proposed amendments filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

     a) ☒ They raise new issues that would require further consideration and/or search (see NOTE below);

     b) ☐ They raise the issue of new matter (see NOTE below);

     c) ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

     d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.

         NOTE: *See Continuation Sheet*. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): (a) ☒ will not be entered, or (b) ☐ will be entered, and an explanation of how the new or amended claims would be rejected is provided below or appended.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

9. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

10. ☐ The affidavit or other evidence filed after the date of filing the Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

11. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

12. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because:
     <u>See Continuation Sheet</u>.

13. ☒ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). <u>03/12/2015</u>

14. ☒ Other: <u>See attached PTOL-2323 Form; PTO-892 Form; and PTOL-413 Form.</u>

<u>STATUS OF CLAIMS</u>

15. The status of the claim(s) is (or will be) as follows:

     Claim(s) allowed: .

     Claim(s) objected to: .

     Claim(s) rejected: 21-40.

     Claim(s) withdrawn from consideration: .

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442

Continuation of 3. NOTE: The Examiner performed an updated search and completed additional consideration of the After Final amendment within the time authorized for this Pilot Program. The results of the updated search and completed consideration are that the After Final amendment would not overcome all of the rejections in the most recent Final Office action. In particular, previously cited prior art in related cases teaches the newly added limitations, as proposed.

Continuation of 12. does NOT place the application in condition for allowance because:
At page 9 of the Remarks, as filed, Applicants argue that "Applicant has removed the word "cause" from the independent claims to obviate the Examiner's objections to this term". Examiner disagrees and notes that no claim objections have been made in the last Office action and Applicants removed the word "cause" at their own discretion.

At page 10 of the Remarks Applicants argue that Meade in view of Goldberg fails to teach the newly added subject matter. Examiner agrees to the extent that Meade in view of Goldberg fails to teach transmitting device clock information of the first playback device, an agrement that was reached during earlier discussion of the case.

At page 11 of the Remarks Applicants argue against teachings of Goldberg that "Goldberg only describes the receiving unit (not the broadcast unit) as playing back audio based on the "synchronization signal". Examiner disagrees with such interpretation of Goldberg and notes that if "synchonization signal" was, in fact, used only by one party (receiving unit) and not by broadcast unit, this would not accomplish synchronization of audio playback between broadcast and receiver units. Therefore, both units much use sychronization signal in some fashion, where Examiner notes that the word "using" is overly broad and fails to specify how claimed playback timing information is utilized in performing synchronous playback. Therefore, Applicant's argument cannot be held as persuasive.

At page 12 of the Remarks Applicants argue against newly found, but not cited in the rejection of argued claims, reference to Wolf. In particular, Applicants argue that "neither the "first clock signal" nor the "second clock signal" in Wolf amounts to the "playback timing information".  In response to this argument, Examiner notes that it was previously discussed that Wolf, if ever relied on in the rejection of pending claims, would be relied on to teach "transmitting device clock information of the first device" and not the argued "playback timing information" that is already taught by Goldberg. Therefore, Applicant's argument is misplaced.

At page 13 of the Remarks Applicants argue against newly found, but not cited in the rejection of argued claims, reference to Sinha. In particular, Applicants similarly argue that Sinha fails to teach "playback timing information". Examiner similarly notes that Sinha, if ever relied on in the rejection of pending claims, would be relied on to teach "transmitting device clock information of the first device" and not the argued "playback timing information" that is already taught by Goldberg. Therefore, Applicant's argument is misplaced. In response to Applciant's further argument that "even assuming for the sake of argument that Sinha's master network clock or master transfer clock amounts to one of the claimed "playback timing information" or "device clock information of the first playback device," Sinha only discloses "transmit[ing] information reflecting ONE of those clocks to a slave side…". In response to this argument, Examiner notes that Sinha does not have to teach transmitting both the playback timing information and device clock information since Goldberg already teaching transmitting the playback timing information. Therefore, Sinha would only be relied on to teach what is missing from Goldberg, i.e. transmitting device clock information.

At page 14 of the Remarks Applicants argue against newly found, but not cited in the rejection of argued claims, reference to Fellman. In particular, Applicants similarly argue that Fellman fails to teach "playback timing information". Examiner similarly notes that Fellman, if ever relied on in the rejection of pending claims, would be relied on to teach "transmitting device clock information of the first device" and not the argued "playback timing information" that is already taught by Goldberg. Therefore, Applicant's argument is misplaced.

At pages 15-16 of the Remarks Applicants argue against newly found, but not cited in the rejection of argued claims, reference to Fujimori. In particular, Applicants similarly argue that Fujimori fails to teach "playback timing information". Examiner similarly notes that Fujimori, if ever relied on in the rejection of pending claims, would be relied on to teach "transmitting device clock information of the first device" and not the argued "playback timing information" that is already taught by Goldberg. Therefore, Applicant's argument is misplaced. Examiner also notes that if Fujomori is relied on as a reference to teach any of the claimed features, it would be relied on in combination with Goldber, Meade and/or other references. Therefore, Applicant's argument against Fujimori alone (rather than in combination with Meade and Goldberg) cannot be held as persuasive.

At pages 16-17 of the Remarks Applicants argue against newly found, but not cited in the rejection of argued claims, reference to Mosig. In particular, Applicants argue that Mosig fails to teach "device clock information of the first playback device". Examiner agrees. However, Examiner notes that Applicants failed to present any argument as to whether Mosig teaches "playback timing information", something that was argued against all other newly found but not cited prior art references. Examiner notes that while Mosig fails to teach transmitting device clock information of the first playback device, Mosig can be properly relied on to teach transmitting playback timing information.

As to any arguments not specifically addressed, they are the same as those discussed above.

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
### (Submitted Only via EFS-Web)

| Application Number | 14516867 | Filing Date | 2014-10-17 | Docket Number (if applicable) | 04-0401-CON1014D (14-1800 | Art Unit | 2442 |
| First Named Inventor | Millington | | | Examiner Name | Survillo | | |

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, to any international application that does not comply with the requirements of 35 U.S.C. 371, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV.

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☐ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☒ Other
        Petition for Extension of Time

### MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of months (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required) _____

☐ Other _____

### FEES

☒ **The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No  132490

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature

☐ Applicant Signature

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (07-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | |
|---|---|---|
| Signature | /Jeffrey P. Armstrong/ | Date (YYYY-MM-DD) | 2015-07-07 |
| Name | Jeffrey P. Armstrong | Registration Number | 54967 |

This collection of information is required by 37 CFR 1.114.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Case No.: 04-0401-CON1014D)
(MBHB Docket No. 14-1800-CON2)

| | | |
|---|---|---|
| In the Application of: | ) | |
| | ) | |
| Millington | ) | Art Unit:  2442 |
| | ) | |
| Serial No.:    14/516,867 | ) | Examiner:  Survillo |
| | ) | |
| Filed:  October 17, 2014 | ) | Confirmation No.  9318 |
| | ) | |
| For:    Obtaining Content from Remote Source | ) | |
| For Playback | ) | |
| | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RESPONSE TO THE FINAL OFFICE ACTION MAILED MARCH 9, 2015 AND
THE ADVISORY ACTION MAILED JUNE 1, 2015**

Please consider the following **AMENDMENTS** and **REMARKS** in response to the
Final Office Action mailed on March 9, 2015 (the "Final Office Action") and the Advisory
Action mailed on June 1, 2015 (the "Advisory Action") in the above-captioned application.

**AMENDMENTS TO THE CLAIMS** begin on page 2.

**REMARKS** begin on page 9.

The Office is hereby authorized to charge any underpayment of fees or credit any
overpayment of fees in connection with the prosecution of the above-captioned application to
Deposit Account 13-2490.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

1

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

## AMENDMENTS TO THE CLAIMS

1-20.    (Canceled)

21.      (Currently Amended) A first playback device comprising:

one or more processors;

a network interface; and

tangible, non-transitory computer-readable memory comprising program instructions that, when executed by [[a]] the one or more processors, cause the playback device to:

receive, via the network interface from a network device configured to control the first playback device and communicatively coupled to the first playback device over a local area network (LAN), control information comprising (i) one or more instructions that cause the first playback device and a second playback device to playback audio information and (ii) an address identifying a network location of the audio information available at an audio information source, wherein the audio information source is outside of the LAN; and

in response to after receiving the control information, (i) obtain, via the network interface from the audio information source outside of the LAN, the audio information; (ii) transmit, via the network interface of the first playback device to the second playback device, the audio information, playback timing information associated with the audio information, and device clock information of the first playback device; and (iii) play back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information and the clock information of the first playback device to play back the audio information, wherein the

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

2

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

first and second playback devices remain independently clocked during synchronous playback of the audio information.

22.    (Currently Amended) The first playback device of claim 21, wherein the program instructions, when executed by the one or more processors, further cause the first playback device to:

generate the playback timing information based on associated with the audio information; and

generate the device clock time information of the first playback device.

transmit, to the second playback device, the timing information, and

wherein causing the first playback device to play back the audio information comprises causing the first playback device to play back the audio information according to the timing information.

23.    (Currently Amended) The first playback device of claim 21, wherein the control information further comprises one or more instructions for the first playback device and a second playback device to playback audio information. the program instructions, when executed by the processor, further cause the first playback device to:

before transmitting the audio information to the second playback device, receive, from the network device, an instruction to join a synchrony group that includes the second playback device.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

3

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

24.    (Currently Amended) The first playback device of claim 23, wherein the program instructions, when executed by the <u>one or more</u> processor<u>s</u>, further cause the first playback device to:

transmit, to the network device, status information that comprises a status of the synchrony group.

25.    (Previously Presented) The first playback device of claim 24, wherein the status information further comprises an identification of each playback device in the synchrony group.

26.    (Previously Presented) The first playback device of claim 24, wherein the status information further comprises an identification of a master playback device of the synchrony group.

27.    (Previously Presented) The first playback device of claim 26, wherein the first playback device is the master playback device of the synchrony group.

28.    (Currently Amended) The first playback device of claim 24, wherein the status information further comprises an identification of one or more slave playback devices in the synchrony group<u>, and wherein the second playback device is one of the one or more slave playback devices in the synchrony group</u>.

29.    (Currently Amended) The first playback device of claim 28, wherein ~~the second playback device is one of the one or more slave playback devices in the synchrony group~~ <u>the instructions, when executed by the one or more processors, further cause the playback device to:</u>

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

4

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

generate a plurality of frames, wherein an individual frame comprises at least a portion of the audio information and the playback timing information associated with the audio information, and wherein the first playback device transmitting to the second playback device the audio information, playback timing information, and device clock information of the first playback device comprises transmitting the plurality of frames to the second playback device.

30.      (Previously Presented) The playback device of claim 21, wherein the audio information comprises one of audio files or packetized streaming audio information.

31.      (Previously Presented) The playback device of claim 21, wherein obtaining, from the audio information source outside of the LAN, the audio information, comprises obtaining, from the audio information source via the Internet, the audio information.

32.      (Previously Presented) The playback device of claim 21, wherein obtaining, from the audio information source outside of the LAN, the audio information, comprises sending, to the audio information source, a request for the audio information.

33.      (Currently Amended) A method comprising:

receiving, by a first playback device from a network device configured to control the first playback device and communicatively coupled to the first playback device over a local area network (LAN), control information comprising ~~(i) one or more instructions that cause the first playback device and a second playback device to playback audio information and (ii)~~ an address identifying a location of the audio information available at an audio information source, wherein the audio information source is outside of the LAN; and

McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001

5

DOCKET NO.: 04-0401-CON1014D
MBHB DOCKET NO. 14-1800-CON2
APPLICATION SERIAL NUMBER: 14/516,867
FILING DATE: OCTOBER 17, 2014

~~in response to~~ <u>after</u> receiving the control information (i) obtaining, by the first playback device from the audio information source outside of the LAN, the audio information; (ii) transmitting, by the first playback device to the second playback device, the audio information<u>, playback timing information associated with the audio information, and device clock time information of the first playback device</u>; and (iii) playing back, by the first playback device, the audio information <u>in synchrony with the second playback device by using the timing information associated with the audio information and the device clock time information of the first playback device to play back the audio information, wherein the first and second playback devices remain independently clocked during synchronous playback of the audio information</u>.

34.    (Currently Amended) The method of claim 33, further comprising:

~~in response to~~ <u>after</u> receiving the control information, additionally (i) generating, by the first playback device, <u>the playback</u> timing information ~~based on~~ <u>associated with</u> the audio information; and (ii) ~~transmitting, by the first playback device to the second playback device, the timing information, and wherein playing back the audio information comprises playing back the audio information according to the timing information~~ <u>generating, by the first playback device, the clock time information of the first playback device</u>.

35.    (Currently Amended) The method of claim 33, <u>wherein the control information further comprises one or more instructions for the first playback device and a second playback device to playback audio information.</u>

~~further comprising:~~

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

6

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

~~before transmitting the audio information to the second playback device, receiving, by the
first playback device from the network device, an instruction to join a synchrony group that
includes the second playback device.~~

36.    (Previously Presented) The method of claim 35, further comprising:

transmitting, by the first playback device to the network device, status information that
comprises a status of the synchrony group.

37.    (Previously Presented) The method of claim 35, wherein the status information
further comprises an identification of each playback device in the synchrony group.

38.    (Previously Presented) The method of claim 37, wherein the status information
further comprises an identification of a master playback device of the synchrony group.

39.    (Previously Presented) The method of claim 38, wherein the first playback device
is the master playback device of the synchrony group.

40.    (Currently Amended) A tangible non-transitory computer-readable medium
having instructions stored thereon that, when executed, cause a first playback device to:

receive, from a network device configured to control the first playback device and
communicatively coupled to the first playback device over a local area network (LAN), control
information comprising ~~(i) one or more instructions that cause the first playback device and a
second playback device to playback audio information and (ii)~~ an address identifying a location
of audio information available at an audio information source, wherein the audio information
source is outside of the LAN; and

~~in response to~~ <u>after</u> receiving the control information, (i) obtain, from the audio information source outside of the LAN, the audio information; (ii) transmit, to the second playback device, the audio information<u>, playback timing information associated with the audio information, and clock time information for the first playback device</u>; and (iii) play back the audio information <u>in synchrony with the second playback device by using the playback timing information associated with the audio information and the clock information of the first playback device to play back the audio information, wherein the first and second playback devices remain independently clocked during synchronous playback of the audio information</u>.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

8

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

# REMARKS

## I.      Status of the Claims

Claims 21-40 are pending.   Claims 21, 33 and 40 are independent.   In the present Response, and without conceding the merits of the rejections and in an earnest attempt to advance prosecution, Applicant has amended claims 21-24, 28-29, 33-35, and 40 to further clarify the claim language.   The subject matter of the amendments can be found generally throughout Applicant's originally-filed specification, including but not limited to ¶¶ 7-8, 28-38, 181, and 198 of Applicant's Patent Application Publication 2015/0039109.   No new matter has been added.

The present amendments are made to expedite prosecution of this application to allowance.   However, Applicant does not acquiesce in the Examiner's rejection of the originally-filed or previously-pending claims.   Applicant reserves the right to pursue the subject matter of the originally-filed or previously-pending claims in one or more continuation applications.

## II.      Summary of the Final Office Action Mailed March 9, 2015

In the Final Office Action mailed on March 9, 2015, the Examiner rejected claims 21-40 under 35 U.S.C. § 103(a) as allegedly unpatentable over U.S. Pub. 2003/0073432 ("Meade") in view of U.S. Pub. 2007/0142944 ("Goldberg").

## III.      Summary of the Advisory Action mailed June 1, 2015

In the Advisory Action mailed on June 1, 2015, the Examiner (i) did not enter the amendments submitted in the Response filed on May 11, 2015 and (ii) maintained the rejection of the claims.

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

9

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

### IV.    Summary of the Examiner Interview on May 27, 2015

A telephonic Examiner Interview took place on May 27, 2015.  Participants included Examiner Oleg Survillo and Applicant's Representatives, Chris Butts and Jeff Armstrong.  No demonstrations were conducted and no exhibits were shown.  During the call, the participants discussed (i) claims 21 and 29, (ii) the § 103 rejections, (iii) the Meade, Goldberg, and U.S. Pub. No. 2002/0114354 ("Sinha") references, and (iv) proposed claim amendments.  Examiner Survillo suggested linking the "device clock information" to the playback of the audio information by the playback device.   No agreement was reached on allowance of the claims.

### V.    Response to the § 103 Rejections

Applicant submits that Goldberg, Meade, and Sinha (the "cited references"), individually or in combination, fail to teach or suggest at least "play[ing] back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information and the clock information of the first playback device to play back the audio information, wherein the first and second playback devices remain independently clocked during synchronous playback of the audio information" in combination with the other elements recited in independent claims 21, 33, and 40.

Applicant has amended independent claims 21, 33, and 40 to recite "play[ing] back the audio information in synchrony with the second playback device by using the playback timing information associated with the audio information and the clock information of the first playback device to play back the audio information," based on the Examiner Interview of May 27, 2015. Applicant has also amended independent claims 21, 33, and 40 to recite "wherein the first and

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

10

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014

second playback devices remain independently clocked during synchronous playback of the audio information" as yet a further distinction over the cited references.

Because the cited references fail to teach or suggest each of the elements recited in independent claims 21, 33, and 40, Applicant submits that independent claims 21, 33, and 40 are patentable over the cited references.  Applicant further submits that the pending dependent claims are patentable over the cited references for at least the reason that they depend from patentable independent claims.

## VI.    Conclusion

Applicant submits that the application is in condition for allowance, and Applicant respectfully requests a Notice of Allowance.  If further discussion would advance the application to issuance, the Examiner is invited to telephone the undersigned at 312-913-0001.

Respectfully submitted,
McDonnell Boehnen Hulbert & Berghoff LLP

Date:  June 7, 2015          By:    /Jeffrey P. Armstrong/
                                     Jeffrey P. Armstrong
                                     Reg. No. 54,967

McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 913-0001

11

Docket No.: 04-0401-CON1014D
MBHB Docket No. 14-1800-CON2
Application Serial Number: 14/516,867
Filing Date: October 17, 2014



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | |
|---|---|
| 107361    7590    08/04/2015 | |
| McDonnell Boehnen Hulbert & Berghoff LLP | |
| Sonos, Inc. | |
| 300 South Wacker Drive | |
| Chicago, IL 60606 | |

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

DATE MAILED: 08/04/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

TITLE OF INVENTION: Obtaining Content from Remote Source for Playback

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/04/2015 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail**    Mail Stop ISSUE FEE
                                                                          Commissioner for Patents
                                                                          P.O. Box 1450
                                                                          Alexandria, Virginia 22313-1450
                                                               **or Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

107361        7590        08/04/2015
McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

TITLE OF INVENTION: Obtaining Content from Remote Source for Playback

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/04/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SURVILLO, OLEG | 2442 | 709-219000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)



Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/516,867 | 10/17/2014 | Nicholas A.J. Millington | 04-0401-CON1014D | 9318 |

107361        7590        08/04/2015

McDonnell Boehnen Hulbert & Berghoff LLP
Sonos, Inc.
300 South Wacker Drive
Chicago, IL 60606

| EXAMINER |
|---|
| SURVILLO, OLEG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2442 | |

DATE MAILED: 08/04/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

| *Notice Requiring Inventor's Oath or Declaration* | Application No.<br>14/516,867 | Applicant(s)<br>Nicholas A.J. Millington | |
|---|---|---|---|
| | Examiner<br>SURVILLO, OLEG | Art Unit<br>2442 | |

This notice is an attachment to the Notice of Allowability (PTOL-37), or the Notice of Allowability For A Design Application (PTOL-37D).

An inventor's oath or declaration in compliance with 37 CFR 1.63 or 1.64 executed by or with respect to each inventor has not yet been submitted.

An oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each inventor (for any inventor for which a compliant oath, declaration, or substitute statement has not yet been submitted) MUST be filed <u>no later than the date on which the issue fee is paid</u>. See 35 U.S.C. 115(f). Failure to timely comply will result in ABANDONMENT of this application.

A properly executed inventor's oath to declaration has not been received for the following inventor(s):

If applicant previously filed one or more oaths, declarations, or substitute statements, applicant may have received an informational notice regarding deficiencies therein.

The following deficiencies are noted:

INFORMAL ACTION PROBLEMS
- A properly executed inventor's oath or declaration has not been received for the following inventor(s): **Nicholas A.J. Millington**.
  Applicant may submit the inventor's oath or declaration at any time before the Notice of Allowance and Fee(s) Due, PTOL-85, is mailed.

Questions relating to this Notice should be directed to the Application Assistance Unit at 571-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| ***Notice of Allowability*** | Application No. 14/516,867 | Applicant(s) MILLINGTON, NICHOLAS A.J. | |
|---|---|---|---|
| | Examiner OLEG SURVILLO | Art Unit 2442 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *Request for continued examination dated 07/07/2015*.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are 21-40. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

        a) ☐ All   b) ☐ Some   *c) ☐ None of the:

            1. ☐ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date 06/02/15; 07/13/15

3. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

4. ☒ Interview Summary (PTO-413),
    Paper No./Mail Date 20150731 .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

| /OLEG SURVILLO/<br>Primary Examiner, Art Unit 2442 | |
|---|---|

Application/Control Number: 14/516,867                                   Page 2
Art Unit: 2442

## EXAMINER'S COMMENT

### *Continued Examination Under 37 CFR 1.114*

A request for continued examination under 37 CFR 1.114, including the fee set

forth in 37 CFR 1.17(e), was filed in this application after final rejection.  Since this

application is eligible for continued examination under 37 CFR 1.114, and the fee set

forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action

has been withdrawn pursuant to 37 CFR 1.114.  Applicants' submission dated July 7,

2015 has been entered.


### *Response to Amendment*

Claims 21-40 are pending in the application. Claims 21-24, 28, 29, 33-35, and 40

are currently amended. Claims 1-20 have been canceled. No new claims are currently

added.


### *Response to Arguments*

With regard to the Applicant's remarks dated July 7, 2015:

Regarding the rejection of claims 21-40 under 35 U.S.C. 103(a), Applicant's

amendment and arguments have been fully considered. Applicants argue at page 10 of

Remarks as filed that none of Goldberg, Meade, and Sinha teaches the newly added

subject matter. Examiner generally agrees. Therefore, the rejection has been

withdrawn. Upon further search, no better art exists to teach all of the claimed

limitations as in independent claims 21, 33, and 40. Therefore, no new grounds of

Application/Control Number: 14/516,867                                      Page 3
Art Unit: 2442

rejection are made. No other previously-made grounds of rejection remain. Claims 21-

40 are allowable, while claims 1-20 are canceled.

### *Examiner's Amendment*

Examiner's amendment to the record appears below. Should the changes be

unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be filed no later than the

payment of the issue fee.

Authorization for this examiner's amendment was given in a communication with

Jeffrey P. Armstrong, Reg. No.: 54,967, on July 31, 2015.

Application/Control Number: 14/516,867                                    Page 4
Art Unit: 2442

Please make the following changes in this application:


in claim 21 at line 5 add "first" to read "...the <u>first</u> playback device..."

in claim 21 at line 15 amend the claim to read "…[[the]] <u>a</u> second playback..."

in claim 23 at line 2 amend the claim to read "…[[a]] <u>the</u> second..."

in claim 29 at line 3 add "first" to read "...the <u>first</u> playback device..."

in claim 33 at line 10 amend the claim to read "…[[the]] <u>a</u> second playback..."

in claim 35 at line 2 amend the claim to read "…[[a]] <u>the</u> second..."

in claim 40 at line 10 amend the claim to read "…[[the]] <u>a</u> second..."

Application/Control Number: 14/516,867                                    Page 5
Art Unit: 2442

### *Allowed Claims*

Claims 21-40 are allowed.

### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance:

none of the qualifying prior art references of record, taken alone or in combination, disclose or reasonably suggest: a combination of elements as claimed in independent claim 33, wherein after receiving the control information (i) obtaining, by the first playback device from the audio information source outside of the LAN, the audio information; (ii) transmitting, by the first playback device to a second playback device, the audio information, playback timing information associated with the audio information, and device clock time information of the first playback device; and (iii) playing back, by the first playback device, the audio information in synchrony with the second playback device by using the timing information associated with the audio information and the device clock time information of the first playback device to play back the audio information, wherein the first and second playback devices remain independently clocked during synchronous playback of the audio information. Independent claims 21 and 40 contain similar limitations.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 14/516,867                                      Page 6
Art Unit: 2442

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to OLEG SURVILLO whose telephone number is (571)272-9691.  The examiner can normally be reached on Mon-Thu 10:00am - 7:30pm; Fri 10:00am - 6:30pm EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Glenton B. Burgess can be reached on 571-272-3949.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/OLEG SURVILLO/
Primary Examiner, Art Unit 2442