# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-131-JNR |
| v. | ) |
| | ) |
| LINKPLAY TECHNOLOGY INC. and | ) **JURY TRIAL DEMANDED** |
| LINKPLAY TECHNOLOGY, INC., | ) |
| NANJING, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO
## STAY CASE FOR THIRTY (30) DAYS

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Case is stayed and all deadlines are extended for thirty (30) days. The parties have executed a confidential term sheet that contemplates entry of a subsequent confidential settlement agreement resolving the matter.

Dated: July 28, 2025

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Andrew M. Moshos (#6685) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> amoshos@potteranderson.com | By: */s/ Andrew E. Russell* <br> Karen E. Keller (#4489) <br> Andrew E. Russell (#5382) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff Sonos, Inc.* | *Attorneys for Defendants Linkplay Technology Inc. and Linkplay Technology, Inc., Nanjing* |

- 2 -

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable J. Nicholas Ranjan

12384618